UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 2:19-mj- *1098 N PM*

ALEX JARED ZWIEFELHOFER
and CRAIG AUSTIN LANG

## MOTION TO SEAL COMPLAINT
## AND RELATED DOCUMENTS

The United States of America by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, hereby moves the Court, in the

interests of justice and law enforcement, to direct the Clerk to seal the

Complaint, the file copy of the warrant(s), defendant information sheet(s), this

motion, the Court's order regarding this motion and any other documents filed

in this case that would identify the defendant(s).   Disclosure of the existence

of these documents prior to the arrest of a defendant could hinder or impede

arrest efforts.

The United States further moves that the Court direct the Clerk to seal

the Complaint in this case except when necessary to provide certified copies of

the Complaint and other documents filed in this case to the United States

Attorney's Office.

The United States further requests that the Court's Order allow the

United States Attorney's Office to provide certified copies of the Complaint and any other documents filed in this case in any proceeding, in any country, to effect the arrest and extradition of a defendant.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein only upon further order of the Court

2

when any named defendant is taken into custody.

## MEMORANDUM OF LAW

This Court has inherent authority to seal an affidavit to an arrest warrant or a search warrant until such time as it becomes necessary to unseal it.  In *United States v. Wuagneau*, 683 F.2d 1343, 1351 (11th Cir. 1982), the court approved of the sealing of a search warrant affidavit intended to protect ongoing investigations and grand jury proceedings.  The *Wuagneau* decision cited with approval *Matter Of Sealed Affidavits To Search Warrants*, 600 F.2d 1256 (9th Cir. 1979), which held that the court had inherent power to seal the affidavit to a search warrant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
Fla. Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:  (239) 461-2200
Facsimile:  (239) 461-2219
E-mail:      jesus.m.casas@usdoj.gov