# U.S. District Court
# Western District of Wisconsin (Madison)
# CRIMINAL DOCKET FOR CASE #: 3:19-mj-00094-slc-1

Case title: United States of America v. Zwiefelhofer, Alex     Date Filed: 09/05/2019

Assigned to: Magistrate Judge Stephen L. Crocker

**Defendant (1)**

| | |
|---|---|
| **Alex Jared Zwiefelhofer** | represented by **Peter Rowe Moyers**<br>Federal Defender Services of Wisconsin, Inc.<br>22 East Mifflin Street, Suite 1000<br>Madison, WI 53703<br>608-260-9900 x1102<br>Fax: 608-260-9901<br>Email: peter_moyers@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

None

---

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **David John Reinhard**<br>U.S. Attorney's Office<br>222 W. Washington Ave. |

Suite 700
Madison, WI 53703
608-264-5158x498
Fax: 608-264-5054
Email: david.reinhard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2019 | 1 | Rule 32.1 Documents from the Middle District of Florida (Case Number: 19-mj-1098-npm) (Attachments:<br># 1 Criminal Complaint) (jls) (Entered: 09/05/2019) |
| 09/05/2019 | | Arraignment/Initial Appearance set as to defendant Alex Jared Zwiefelhofer. Initial Appearance - Rule 5/32.1 set for 9/6/2019 at 09:30 AM (cak) (Entered: 09/05/2019) |
| 09/06/2019 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Initial Appearance on Rule 5 Arrest as to Alex Jared Zwiefelhofer held on 9/6/2019. Telephone Status Conference set as a placeholder for 9/12/2019 at 9:00 AM. Counsel for government responsible for setting up the conference call to chambers. [:07] (Court Reporter FTR.) (kwf) (Entered: 09/06/2019) |
| 09/12/2019 | 3 | ** TEXT ONLY ORDER **<br>At a September 12, 2019 telephonic status conference, the government reported that the grand jury in the Middle District of Florida has returned an indictment against the defendant that tracks the charges in that district's criminal complaint. In light of this, defendant, by counsel, confirmed that he is not seeking further proceedings in this court but is prepared to return to Florida in custody to answer to the charges. Upon defendant's submission of his signed waiver form, the court will enter its order committing defendant to the Middle District of Florida. The parties had no other matters to bring to the court's attention. Signed by Magistrate Judge Stephen L. Crocker on 9/12/2019. (jls) (Entered: 09/12/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/12/2019 09:54:50 | | | |
| PACER Login: | wendyrenee:4540909:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:19-mj-00094-slc |
| Billable Pages: | 1 | Cost: | 0.10 |

# COURTROOM MINUTES
# CRIMINAL

DATE: 9/6/2019   DAY: Friday   START TIME: 9:39 AM   END TIME: 9:46 AM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER: FTR
PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐ NO ☐
CASE NUMBER: 19-mj-94-slc   CASE NAME: USA v. Alex Jared Zwiefelhofer
PROCEEDING: Initial Appearance - Rule 5

**APPEARANCES:**
ASST. U.S. ATTY.: Dave Reinhard   DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Case will be presented to the grand jury in the Middle District of Florida on 9/11/2019

Identity, Probable Cause, and Detention Hearing to be waived by defendant if grand jury returns a true bill

Commitment to Another District to be issued if grand jury returns a true bill

Telephonic Status Conference set as a placeholder on 9/12/2019 at 9:00 AM

TOTAL COURT TIME: 7 min.