UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER and
CRAIG AUSTIN LANG

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Suzanne C. Nebesky, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Jesus M. Casas, on behalf of the Government.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  s/Suzanne C. Nebesky
SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
