**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.: 2:19-cr-150-FtM-38NPM

**ALEX JARED ZWIEFELHOFER**
_____/

**MOTION FOR APPOINTMENT OF COUNSEL**

The Defendant, ALEX JARED ZWIEFELHOFER, moves this Court for appointment of counsel and states the following:

1. On September 11, 2019, Mr. Zwiefelhofer was indicted on four counts relating to an incident alleged to have occurred on April 9, 2018.

2. Count Four of the Indictment alleges that Mr. Zwiefelhofer and his co-defendant, Craig Austin Lang, "did knowingly use, carry, brandish and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, specifically, Interference with Commerce by Robbery, as alleged in Count Two of this Indictment (which Count is incorporated herein by reference as if set forth in full), and, in the course of said violation and through the use of such firearm, did cause the death of a person, namely S.L., Jr and D.L., by murder as defined in 18 U.S.C. § 1111. In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1) and 2."

3. Count Two, incorporated in Count Four, alleges robbery affecting commerce in violation of 18 U.S.C. §§ 1951(a) and (2).

4. On September 6, 2019, Mr. Zwiefelhofer was arrested on the preceding criminal complaint on these allegations in the Western District of Wisconsin and made his initial appearance on the same date.

5.  Mr. Zwiefelhofer was appointed counsel in the Western District of Wisconsin.

6.  On September 30, 2019, Mr. Zwiefelhofer executed a waiver of Rule 5 and 5.1 hearings and will now be brought before this Court to face these charges.

7.  Based on the charges set forth in Count Four, Mr. Zwiefelhofer is potentially facing the death penalty.

8.  Under the circumstances, it is paramount that counsel be appointed immediately and that there be no lapse in representation. Based upon the findings in the Western District of Wisconsin, Mr. Zwiefelhofer qualifies for court-appointed counsel

## **MEMORANDUM OF LAW**

Pursuant to Rule 44 of the Federal Rules of Criminal Procedure, a defendant is entitled "to have counsel appointed to represent the defendant at every stage of the proceeding from initial appearance through appeal. . . ."  See Fed. Crim. Pro. R. 44.  A defendant's Sixth Amendment right to an attorney, commences the moment adversarial proceedings against him begin.  See *Rothgery v. Gillespie County ,*554 U.S. 191, 211 (2008) ("Attachment occurs when the government has used the judicial machinery to signal a commitment to prosecute. . . [o]nce attachment occurs, the accused at least is entitled to the presence of appoint counsel during any 'critical stage' of the postattachment proceeds. . ."); see also *Brewer v. Williams*, 430 U.S. 387, 398–399 (1977) (holding that the right to counsel guaranteed by the Sixth Amendment applies at the first appearance before a judicial officer at which a defendant is told of the forma accusation against him and restrictions are imposed on his liberty; *Michigan v. Jackson*, 475 U.S. 625, 629, n. 3 (1986) (same).

WHEREFORE, the Court is requested to appoint the Federal Public Defenders Office to

2

represent Mr. Zwiefelhofer.

Dated: September 30, 2019

                                              DONNA LEE ELM
                                              FEDERAL DEFENDER

                                              */s/Russell K. Rosenthal*
                                              Russell K. Rosenthal
                                              Florida Bar No. 319244
                                              Assistant Federal Defender
                                              1514 Broadway, Suite 301
                                              Ft. Myers, Florida 33901
                                              Telephone: 239 334-0397
                                              Fax: 239-334-4109
                                              E-Mail: russ_rosenthal@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion for Appointment of Counsel and Memorandum of Law* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Jesus Casas Assistant United States Attorney, this 30th day of September, 2019.

                                              */s/ Russell K. Rosenthal*
                                              Russell K. Rosenthal
                                              Assistant Federal Defender