UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER

_____

### ORDER APPOINTING COUNSEL
### PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Through trial and notice of appeal.

**DONE AND ORDERED** in Fort Myers, Florida on October 1, 2019.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record