UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER,
and
CRAIG AUSTIN LANG

## NOTICE OF APPEARANCE

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Josephine W. Thomas represents the United States of America as co-counsel in this case.   Please forward all materials in this case to all counsel of record from this date forward.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Josephine W. Thomas*
Josephine W. Thomas
Assistant United States Attorney
Florida Bar No. 031435
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6358
E-mail:     josie.thomas@usdoj.gov