ECF Western District of Wisconsin										https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?837477710038781-L_1_0-1

Case 2:19-cr-00150-SPC-NPM   Case: 3:19-mj-00094-slc   Document 14   Filed: 10/02/19   Filed 10/02/19   Page 1 of 2   Page 1 of 2 PageID 56

CLOSED, RULE_32.1,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CRIMINAL DOCKET FOR CASE #: 3:19-mj-00094-slc All Defendants

Case title: United States of America v. Zwiefelhofer, Alex

Date Filed: 09/05/2019
Date Terminated: 10/01/2019

Assigned to: Magistrate Judge Stephen L. Crocker

**Defendant (1)**

**Alex Jared Zwiefelhofer**
*TERMINATED: 10/01/2019*

represented by **Peter Rowe Moyers**
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703
608-260-9900 x1102
Fax: 608-260-9901
Email: peter_moyers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

ECF Western District of Wisconsin  https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?837477710038781-L_1_0-1

Case 2:19-cr-00150-SPC-NPM Case: 3:19-mj-00094-slc Document 14 Document 1 Filed 10/02/19 Filed 10/01/19 Page 2 of 2 Page 2 of 2 PageID 57

| | |
|---|---|
| **United States of America** | represented by **David John Reinhard**<br>U.S. Attorney's Office<br>222 W. Washington Ave.<br>Suite 700<br>Madison, WI 53703<br>608-264-5158x498<br>Fax: 608-264-5054<br>Email: david.reinhard@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2019 | 1 | Rule 5(c)(3) Documents from the Middle District of Florida (Case Number: 19-mj-1098-npm) (Attachments:<br># 1 Criminal Complaint) (jls) Modified on 10/1/2019 (jls). (Entered: 09/05/2019) |
| 09/05/2019 | | Arraignment/Initial Appearance set as to defendant Alex Jared Zwiefelhofer. Initial Appearance - Rule 5/32.1 set for 9/6/2019 at 09:30 AM (cak) (Entered: 09/05/2019) |
| 09/06/2019 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Initial Appearance on Rule 5 Arrest as to Alex Jared Zwiefelhofer held on 9/6/2019. Telephone Status Conference set as a placeholder for 9/12/2019 at 9:00 AM. Counsel for government responsible for setting up the conference call to chambers. [:07] (Court Reporter FTR.) (kwf) (Entered: 09/06/2019) |
| 09/12/2019 | 3 | ** TEXT ONLY ORDER **<br>At a September 12, 2019 telephonic status conference, the government reported that the grand jury in the Middle District of Florida has returned an indictment against the defendant that tracks the charges in that district's criminal complaint. In light of this, defendant, by counsel, confirmed that he is not seeking further proceedings in this court but is prepared to return to Florida in custody to answer to the charges. Upon defendant's submission of his signed waiver form, the court will enter its order committing defendant to the Middle District of Florida. The parties had no other matters to bring to the court's attention. Signed by Magistrate Judge Stephen L. Crocker on 9/12/2019. (jls) (Entered: 09/12/2019) |
| 09/30/2019 | 4 | Waiver of Identity Hearing by Alex Jared Zwiefelhofer. (Moyers, Peter) (Entered: 09/30/2019) |
| 10/01/2019 | 5 | Commitment to Another District as to Alex Jared Zwiefelhofer. Defendant committed to the Middle District of Florida. Signed by Magistrate Judge Stephen L. Crocker on 9/12/2019. (jls) (Entered: 10/01/2019) |