**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 2:19-cr-150-SPC-NPM-1

ALEX JARED ZWIEFELHOFER,

      Defendant.
_____/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Alex Jared Zwiefelhofer, in the above-styled cause.

The Clerk is requested to enter the appearance of D. Todd Doss, Assistant Federal Defender, as counsel for the Defendant.

DATED this 8th day of October 2019.

                                                Donna L. Elm
                                               Federal Defender

                                               s/ *D. Todd Doss*
                                               D. Todd Doss
                                               Florida Bar No. 0910384
                                               Assistant Federal Defender
                                               201 South Orange Avenue, Suite 300
                                               Orlando, Florida 32801
                                               Telephone: 407-648-6338
                                               Fax: 407-648-6095
                                               E-Mail: todd_doss@fd.org
                                               Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 8th day of October, 2019.

s/ *D. Todd Doss*
Assistant Federal Defender
