UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

v.                                Case No: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER,

     Defendant.

_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent

the Defendant, Alex Jared Zwiefelhofer, in the above-styled cause.

The Clerk is requested to enter the appearance of Erin B. Hyde, Assistant Federal

Defender, as co-counsel for the Defendant.

Dated this 10th day of October 2019.

                                        DONNA LEE ELM
                                        FEDERAL DEFENDER

                                        */s/ Erin B. Hyde*
                                        Erin B. Hyde
                                        Assistant Federal Defender
                                        Florida Bar No. 0026248
                                        201 South Orange Avenue, Suite 300
                                        Orlando, FL 32801
                                        Telephone: 407-648-6338
                                        Fax: 407-648-6095
                                        E-Mail: erin_hyde@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance As Co-Counsel* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, on this 10th day of October 2019.

/s/ Erin B. Hyde
Attorney for Defendant