UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                 CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER

| **Judge:** | Mac R. McCoy | **Counsel for Government** | Jesus M. Casas |
|---|---|---|---|
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | D. Todd Doss<br>Erin Hyde |
| **Court Reporter** | Digital | **Pretrial/Probation** | Jennifer Medrano |
| **Date/Time** | October 11, 2019<br>11:25 AM-11:36 AM | **Interpreter** | N/A |
| **Bench Time** | 11 Minutes | | |

**Initial Appearance/Arraignment/Detention**

Court advised defendant of rights.  Federal Public Defender appointed based on financial affidavit.  Government summarized allegations and possible penalties.

Defendant pled not guilty to each count of the Indictment. Court will enter a not guilty plea on Defendant's behalf.  Scheduling order to follow.

Government seeking detention based on a risk of flight and danger to the community.  Defendant waives a detention hearing. Therefore, the Court will order the defendant detained without prejudice pending further proceedings. Detention Order will follow.

Defendant will be remanded to the U.S. Marshal pending future proceedings.