# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX JARED ZWIEFELHOFER and<br>CRAIG AUSTIN LANG<br><br>*Defendant* | )<br>)<br>)  Case No. 2:19-cr-150-FtM-38NPM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEX JARED ZWIEFELHOFER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Violence; Interference with Commerce by Robbery |
| 18 U.S.C. §§ 924(c)(1)(A)(iii), (j)(1) and (o) | Conspiracy to Use a Firearm During a Crime of Violence; Use and Discharge of a Firearm During and in Relation to a Crime of Violence which Resulted in the Death of a Person |

Date: 09/11/2019

*Issuing officer's signature*

City and state: Fort Myers, Florida          Elizabeth Warren, U.S. District Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9-12-19, and the person was arrested on *(date)* 9-6-19
at *(city and state)* Madison, WI/W.

Date: 10-11-19

*Arresting officer's signature*

Kris Garcia, DUSM
*Printed name and title*