UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER

NOTICE OF DISCOVERY RESPONSE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and would notify this Honorable Court, that in the above-referenced case, discovery has been made available pursuant to Rule 16 and Rule 12(d)(1) of the Federal Rules of Criminal Procedure. See copy of attached letter to defense counsel.

The Government recognizes its continuing duty to disclose information to the defendant if additional information becomes available.

The Government respectfully reminds the defendant that Rule 16(b) gives the Government the reciprocal right of discovery, and hereby requests the defendant's compliance.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  s/ Jesus M. Casas
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar Number 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Phone: (239) 461-2200
Fax:   (239) 461-2219
E-Mail: jesus.m.casas@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

D. Todd Doss, Esq.
Todd_Doss@fd.org

Erin Hyde, Esq.
Erin_Hyde@fd.org

*s/Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division