IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-v-  Case No. 2:19-cr-150-Orl-FTM

**ALEX ZWIEFELHOFER**
_____/

## WAIVER OF SPEEDY TRIAL

Defendant Alex Zwiefelhofer with advice of counsel waives his right to a speedy trial under 18 U.S.C. § 3161, *et seq.*, to and including December 31, 2020.

_____  11/11/19
Alex Zwiefelhofer             (Date)

                                 Respectfully submitted,

                                 Donna Lee Elm
                                 Federal Defender

                                 */s/ D. Todd Doss*
                                 D. Todd Doss
                                 Assistant Federal Defender
                                 Florida Bar Number 0910384
                                 201 South Orange Avenue, Suite 300
                                 Orlando, Florida 32801
                                 Telephone 407-648-6338
                                 Facsimile 407-648-6095
                                 E-Mail: todd_doss@fd.org
                                 Counsel for Alex Zwiefelhofer

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing *Waiver of Speedy Trial* was electronically filed with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Assistant United States Attorney Jackson Boggs Jr., this the 12th day of November 2019.

/s/ *D. Todd Doss*
*D. Todd Doss*
Assistant Federal Defender
Florida Bar 0910384
201 S. Orange Avenue. Suite 300
Telephone: (407) 648-6338
Fax: (407) 648-6095
E-mail: todd_doss@fd.org
Attorney for Defendant