UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

## Status Conference

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Counsel for Plaintiff(s): | Josephine Thomas |
| Counsel for Defendant(s): | D. Todd Doss |
| | |
| Date and Time: | November 12, 2019<br>09:30 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Susan Baker |
| Interpreter: | |

Start Time:    9:47am

Attorney Thomas for Government; Attorney Nelson for defendant, who is not present. The Court addresses the Motion to Continue filed by defense. Defense advises requesting one-year continuance and the removal of motion deadlines due to capital implications of case, voluminous discovery, and further requests motion deadlines removed; no objection from the Government. Defense advises motion for appointment of another learned counsel forthcoming (within 30 days). The Court advises intermittent status conferences to check case status preferred. Matter continued to the April 2020 Trial Cycle beginning April 1, 2020, with another Status Conference on March 9. All motion deadlines are suspended at this time.

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the April 2020 trial term.

End time:    9:54am