UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER

| Judge: | Nicholas P. Mizell | **Counsel for Government** | Jesus Casas |
|---|---|---|---|
| **Deputy Clerk:** | Micki Janczewski | **Counsel for Defendant:** | D. Todd Doss and Erin Hyde |
| **Court Reporter** | Digital | **Pretrial/Probation** | No Officer Present |
| **Date/Time** | December 10, 2019 02:15 PM-02:28 PM | **Interpreter** | N/A |
| **Bench Time** | 13 Minutes | | |

## Arraignment:

Government summarized allegations and possible penalties of Counts 1-6 of the Superseding Indictment. Defendant pled not guilty to Counts One, Two, Three, Four, Five, and Six of the Superseding Indictment. Court will enter a not guilty plea on Defendant's behalf as to all counts.

The Court directed counsel for the defendant to file their CV and Memorandum of capital offense experience within seven (7) days of this hearing.

Defendant remains in custody of the U.S. Marshal pending further proceedings.