AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX JARED ZWIEFELHOFER and<br>CRAIG AUSTIN LANG<br><br>*Defendant* | )<br>)  Case No.  2S:19-cr-150-FtM-38NPM<br>)<br>)<br>)<br>) |

MIDDLE DIST. OF FLORIDA
FORT MYERS
2019 DEC -5 AM 9:00
RECEIVED
U.S. MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEX JARED ZWIEFELHOFER                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - 18 U.S.C. § 1951(a) - Conspiracy to Interfere with Commerce by Violence; Ct. 2 - 18 U.S.C. § 1951(a) - Interference with Commerce by Robbery; Ct. 3 - 18 U.S.C. §§ 924(c)(1)(A)(iii), (o) - Conspiracy to Use a Firearm During a Crime of Violence; Ct 4. - 18 U.S.C. §§ 924(c)(1)(A)(iii), (j) - Use and Discharge of a Firearm During and in Relation to a Crime of Violence which resulted in the Death of a Person; Ct. 5 - 18 U.S.C. § 956(a)(1) - Conspiracy to Kill, Kidnap, or Maim Persons in a Foreign Country; Ct. 6 - 18 U.S.C. § 960 - Violation of the Neutrality Act.

Date:   12/04/2019                                           *[signature]*
                                                             *Issuing officer's signature*

City and state:   Fort Myers, Florida                        Elizabeth Warren, U.S. District Clerk
                                                             *Printed name and title*

FILED 2019 DEC 11 AM 9:24

---

### Return

This warrant was received on *(date)*   12-5-19  , and the person was arrested on *(date)*   9-6-19
at *(city and state)*                                        .

Date:   12-10-19                                             *[signature]*
                                                             *Arresting officer's signature*

                                                             Killian Goble  DUSM
                                                             *Printed name and title*