UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 19-CR-150 (SPC/NPM)

ALEX JARED ZWIEFELHOFER,

        Defendant.

_____

**NOTICE OF APPEARANCE**

Susan K. Marcus has been appointed under CJA as Learned Counsel by the Court in this matter, on behalf of Alex Jared Zwiefelhofer.

The Clerk is requested to enter the appearance of Ms. Susan K. Marcus in this matter.

Dated this 3rd day of January, 2020.

        Respectfully submitted,

        /s/ Susan K. Marcus
        Susan K. Marcus, Esq.
        New York Bar No. 3985074
        Law Firm of Susan K Marcus LLC
        29 Broadway, Suite 1412
        New York, NY 10006
        Tel: (212) 792-5131
        Fax: (888) 291-2078
        Email: susan@skmarcuslaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing Notice of Appearance with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 3rd day of January, 2019.

        /s/ Susan K. Marcus