UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.	CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff(s): | Jose Casas |
| Counsel for Defendant(s): | D. Todd Doss / Susan Marcus / Erin Hyde |
|  |  |
| Date and Time: | March 9, 2020<br>09:30 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Susan Baker |
| Interpreter: |  |

Start Time:    9:38 AM

Attorney Casas for Government; Attorneys D. Todd Doss, Susan Marcus and Erin Hyde for defendant; the defendant is not present. Defense advises waiting for co-defendant (Lang) to be extradited; still receiving discovery from Government; case moving along as expected. Travel related issues discussed at SIDEBAR. Defense request to extend to August docket. No objection from the Government.

Matter continued to the August 2020 Trial Cycle beginning August 10, 2020, with a special set Status Conference on July 27, 2020 @ 9:30am.

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the August 2020 trial term.

End time:    9:51 AM