UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

**<u>Status Conference</u>**
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff(s): | Jose Casas and Josephine W. Thomas |
| Counsel for Defendant(s): | D. Todd Doss, Susan Marcus and Erin Hyde |
| | |
| Date and Time: | July 27, 2020<br>9:30 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Susan Baker |

Start Time:   9:30AM       This hearing is being conducted by Zoom video conference.

AUSA Thomas and AUSA Casas for Government; AFPD's D. Todd Doss, Susan Marcus and Erin Hyde for defendant; all participants are present by video. Defense counsel waives defendant's presence; request to transport cancelled.

The Court inquires as to the Government's intent to move forward with death penalty. AUSA Thomas advises death penalty status currently on pause, pending how defense intends to proceed in case. Once determined, the Government will submit to capital case review committee for determination.
Defense advises case discovery has come to a halt due to COVID; unable to obtain most records requested, unable to travel and unable to meet with defendant. Cannot ascertain what mitigating factors or history will be uncovered to answer Government as to how they will proceed with defense.

AUSA Thomas suggests discussion with defense counsel regarding strongest mitigating factors to help determine how they intend to move forward with case. There are a lot of aggravating factors and given the facts of this case, it is likely they will seek the death penalty.
Mr. Doss does not feel prepared for such discussion at this time due to inability to investigate case and defendant's history and properly address factors that will be

considered by capital case review.  Unable to have meaningful conversation at this time, feel would be a disservice at this point.

The Court inquires if can begin the death penalty process and withdraw later if changes.  Gov't advise very difficult to resubmit the case for a second review once decision made; preference to make one recommendation.

Attorney Marcus for defense, advises even pre-pandemic, this process is quite slow (generally 18-24 mths) in gathering all the information being discussed; too soon for such conversations even pre-pandemic.

The Court instructs counsel to work to move case forward, uncertainty as to future with pandemic.

The Government and defense counsel agree to status November.
Case continued to the December 2020 Trial Term with a special set Status Conference on 11/16/2020 @ 9:30am (waive deft appearance).

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the December 2020 trial term.

**End Status Conference hearing; government leaves the meeting to allow the Court to address Ex Parte pleading filed by defense.**

End time:      9:49AM