UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| --- | --- |
| Counsel for Plaintiff(s): | Jesus M. Casas |
| Counsel for Defendant(s): | D. Todd Doss, Susan Marcus, and Erin Hyde |
| | |
| Date and Time: | November 16, 2020 @ 9:30 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Susan Baker |
| Interpreter: | |

Start Time:   9:31am       This hearing is being conducted by Zoom video conference.

AUSA Thomas and AUSA Casas for Government; AFPD's D. Todd Doss, Susan Marcus and Erin Hyde for defendant; all participants are present by video.

The Court inquires of defense as to status/progress on the case. The Court previously issued a standing travel authorization, will need to be extended due to COVID.

Attorney Doss advises defense counsel has another capital trial before Judge Dalton which is set to begin January 19, 2021 and is scheduled to last six to eight weeks, as well as other matters that have required extensive time from counsel. Counsel further advises he has not been able to meet with the defendant either; case has not progressed due to COVID which has presented a number of obstacles in obtaining records and moving forward in the case.
Co-Defendant Lang is believed to still be in the Ukraine.

Attorney Marcus advises she has been unable to travel to meet with defendant due to various and changing travel restrictions related to COVID, preventing ability to meet with client.

The Court inquires if the Government is aware of the status of the death penalty filing.  AUSA Cases advises no information on status of the death penalty at this time. The outcome of the electoral college vote before Congress on January 6th will ultimately determine how will proceed with death penalty cases, as well as outcome of defense presentation.  Unknown at this time where case will be or how to proceed in case due to current restrictions; concur with defense representations of difficulties COVID has created.

Attorney Doss advises although counsel has met with defendant via Zoom or phone, neither form of communication is conducive to a meaningful discussion with defendant regarding his case/defense.

The Court will extend Attorney Marcus's authorization for travel at this time, but counsel will eventually need proposed budget for travel.

Attorney Doss request a May 2021 date to allow counsel to complete upcoming capital trial and hopefully know more at that time.
No objection from government.

For the reasons stated on the record, the Court grants defense to continue case.

Matter continued to the June 2021 Trial Cycle commencing June 1, 2021, with another Status Conference on May 10, 2021 @ 10:30am.
The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the June 2021 trial term.

End time:     9:55am