UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**
**(VIDEO CONFERENCE)**

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Magistrate Judge: | United States Magistrate Judge Nicholas P. Mizell |
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendants: | D. Todd Doss, Susan Marcus and Erin Hyde counsel for Zweifelhoffer |
| | Bjorn Brunvand and Steven Malone for Lang |
| Date and Time: | May 10, 2021 at 10:15am |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |
| Interpreter: | |

Start Time:  10:15am      This hearing is being conducted by Zoom video conference.

AUSA Josie Thomas and AUSA Jesus Casas for Government; AFPD's D. Todd Doss, Susan Marcus and Erin Hyde for defendant, Attorney Brunvand and Malone for co-defendant Lang, all participants are present by video.

Media requests to attend conference; the Court advises parties of Local Rule prohibiting the recording of proceedings.

Today court conducting six-month status to see where case is and how progressing. Co-defendant Craig Lang now in custody in Ukraine fighting extradition order. The Court inquires of co-defendant counsel as to timeline for co-defendant formally brought into jurisdiction of court? Attorney Brunvand advises time frames as to court's ruling are unknown at this time.

The Court inquires of Zweifelhoffer case regarding any effect to his case given Lang status change/update? AUSA Casas advises defendants are currently on

two different tracks. Lang not currently in jurisdiction of Court, and does not believe properly "in the case" at this point due to defendant being in Ukraine. Discovery forwarded to Zweifelhoffer's counsel; remaining discovery items should be resolved this week. The Government is still pursuing death penalty, there has been no change in status at this point.
Death penalty removed from Lang's case in order to extradite back to US.

AFPD Doss advises still in restricted process of working through case and discovery. Now that things are starting to open back up counsel will hopefully be able to be more productive on case. Discovery is still ongoing.
AFPD Doss advises travel was arranged then cancelled due to positive COVID testing.
The Court inquires of Zweifelhoffer's learned counsel as to ability to travel. Attorney Marcus requests to extend date travel to allow to continue to meet with counsel and discuss case.

AFPD Doss requests six-months continuance to continue working on case and will know more regarding death penalty status.
No objection from the Government.

The Court advises Lang's counsel attending at request of Court in the event there were additional issues to discuss. The Court appointed counsel as soon as possible to avoid delays in case once extradition issue resolved.

Attorney Brunvand advises Government not willing to provide discovery until Lang transferred to jurisdiction. Also request Government file a notice of intent not to seek death penalty, however Government not able or not willing to do so at this time.
AUSA Casas states counsel can use public access to obtain case documents until extradited. The waiver of death penalty complete and documentation provided to counsel but will not formally file a notice at this time.
AUSA Thomas confirms once Lang is extradited to our jurisdiction the Government will file a notice of no seek.

The Court will not force Government to produce discovery at this time, but once extradition is decided the government will need to follow rules of discovery and provide discovery as requested.

Nothing further from the parties.

10:35am dismiss government and media to allow ex parte conversation with defense counsel.

10:35am: OFF THE RECORD DISCUSSION.

- 3 -

For the reasons stated on the record, the Court grants defense request to continue case.

Matter continued to the December 2021 Trial Cycle commencing December 1, 2021, with another Status Conference on November 7, 2021 @ 10:30am.
The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the December 2021 trial term.

End time:    10:50am