UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.:  2:19-cr-150-FtM-38NPM

ALEX ZWIEFELHOFER                         **FILED UNDER SEAL**
_____/

## ORDER

This matter comes before the Court after the status conference on May 10, 2021, at which time counsel for all parties were present.  The Court discussed extending the previously issued standing travel authorization for Susan Marcus, Esq., Defendant's appointed Learned Counsel, to travel from New York to Florida to meet with Defendant and his defense team.  (Doc. 67; Doc. 75).  Marcus requests the Court extend the travel authorization, and the Court finds doing so to be in the best interest of Defendant and his defense.

Accordingly, it is **ORDERED:**

Susan Marcus, Esq. is **APPROVED** to travel from New York to Florida to meet with Defendant and his defense team through **November 30, 2021**.

**DONE AND ORDERED** in Fort Myers, Florida on May 29, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record