UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
CRAIG AUSTIN LANG
_____/

**Status Conference**
**(ZOOM VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendant: | Susan K. Marcus, Erin Brenna Hyde, D. Todd Doss |
| | |
| Date and Time: | November 8, 2021  10:30 AM |
| Deputy Clerk: | Juan Garcia Gonzalez |
| Court Reporter: | Jeffrey Thomas |
| Interpreter: | N/A |

Start Time: 10:33 AM    Court convenes via video conference.

AUSA, Jesus M. Casa, on behalf of the government.  Attorneys Susan K. Marcus, Erin Brenna Hyde, and D. Todd Doss present on behalf of defendant, Alex Jared Zwiefelhofer.  Magistrate Judge Mizell is present. Attorney, Mr. Bjorn Erik Brunvand present on behalf of defendant Craig Austin Lang.  Defendant, Alex Jared Zwiefelhofer is also present.

Mr. Brunvand informs the Court that Mr. Lang has a pending appeal with Court of Human Rights in Europe.  In addition, the Ukrainian Supreme Court recently ruled in favor of his asylum application, which is still pending.  Mr. Casas informs the Court that if Defendant Lang

returns to the United States, the Government will provide discovery to Mr. Lang's attorney.

The Court inquires about Mr. Zwiefelhofer mitigation factors regarding death penalty.

Ms. Marcus inform the Court that they have been working through discovery and starting face to face communication start mitigation investigation now that COVID numbers in Washington D.C have receded. In addition, more discovery requests have been made. Mr. Casas is working on providing additional discovery to defendant's counsel.

The Court addresses Ms. Marcus standing order regarding travel.

Defendant motions the Court to continue trial term by an additional 6 months to determine the direction of the case and have a clear idea on mitigation factors.

The Court grants the oral motion to continue and set Mr. Zwiefelhofer for the June 2022 trial docket and a criminal status hearing for May 9, 2022. The Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the June 2022 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The Court proceeds with ex parte communication with defendant's counsel. The government leaves the hearing.

Hearing concluded.

End time:   10:49 AM