UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER,
and
CRAIG AUSTIN LANG

## MOTION TO WITHDRAW

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Josephine W. Thomas in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Jesus Casas.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   s/ Josephine W. Thomas
      Josephine W. Thomas
      Assistant United States Attorney
      Florida Bar No. 031435
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: josie.thomas2@usdoj.gov

U.S. v. ZWIEFELHOFER, ET AL.         Case No. 2:19-cr-150-FtM-38NPM

## CERTIFICATE OF SERVICE

       I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Counsel of Record.

                                   *s/Josephine W. Thomas*
                                   Josephine W. Thomas
                                   Assistant United States Attorney
                                   Florida Bar No. 031435
                                   400 N. Tampa Street, Suite 3200
                                   Tampa, Florida 33602-4798
                                   Telephone: (813) 274-6000
                                   Facsimile: (813) 274-6358
                                   E-mail: josie.thomas2@usdoj.gov