UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

## Status Conference
**(VIDEO CONFERENCE)**

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendant: | D. Todd Doss, Erin Brenna Hyde, Susan K. Marcus, and Russell K. Rosenthal |
| | |
| Date and Time: | May 9, 2022 @ 10:30 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |
| Interpreter: | |

Start Time: 10:28AM    This hearing is being conducted by Zoom video
Conference, all parties are appearing by video.

Attorney Casas for Government; Attorneys D. Todd Doss, Susan
Marcus and Erin Hyde for Defendant Alex Jared Zwiefelhofer, who is
also present by video.

The Court inquires as to death penalty status.
AUSA Casas advises defense counsel previously stated they were still
gathering information and would be providing the government with a
mitigation presentation, states, mitigation report not received
therefore, death penalty remains viable option.   All FDLE information
from investigation has all been analyzed, labs received, and
accreditation emails recently received and provided to defense.

Defense advises still in mitigation process, multiple defense motions forthcoming in next couple of weeks.  AUSA Doss advises concluding mitigation process, will be submitting information to the government.

AFPD Doss request to discuss additional matters ex parte.
AUSA Casas placed in breakout room so defense counsel may discuss ex parte matters with the Court.

**EX PARTE DISCUSSION.**

All parties present to continue status conference.

AUSA Casas recommends setting status hearing in shorter timeframe in order to track and avoid delays, request status be set in August with September trial term.  Depending on mitigation presentation (to be) received from defense, the government will have better insight as to trial status for the Court in August.
Attorney Doss requests August status conference but place on the November 2022 Trial Term.  No objection from the government.

Case continued to the November 2022 Trial Docket, with a status conference August 8th, 2022, at 10:30am via Zoom video conference. The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the November 2022 trial term.

End time:   10:38AM