UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.: 2:19-cr-150-FtM-38NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**
**(VIDEO CONFERENCE)**

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Magistrate Judge: | United States Magistrate Judge Nicholas P. Mizell |
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendants: | D. Todd Doss, Susan Marcus and Erin Hyde |
| Date and Time: | August 17, 2022 @ 9:30AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |
| Interpreter: | |

Start Time: 9:33am     This hearing is being conducted by Zoom video conference.

AUSA Jesus Casas for Government, AFPD's D. Todd Doss, Susan Marcus and Erin Hyde for defendant, all participants are present by video.

Defense counsel advises expect they will be ready to submit their mitigation to the government in October. The information will then be provided to the government's Capital Case Committee to begin their review, unclear how long committee will take to make determination as to death penalty.
AUSA Casas hopeful to schedule presentation to panel week of October 10th.

Defense counsel advise of calendar obligations but remain hopeful they will be able to meet the October date.

Defense confirms the Clerk's Office provided information regarding jury venire in response to defense motion; expert still reviewing.

Discussion regarding dates going forward. Case is currently set on November 2022 trial calendar.

- 2 -

Parties agree and request to continue trial to the February 2023 Trial docket with a status conference January 9, 2023.

For the reasons stated on the record, the Court grants defense request to continue case.

Matter continued to the February 2023 Trial Cycle, with another Status Conference on January 9, 2023.

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the February 2023 trial term.

Nothing further from the parties.

9:48am dismiss government and media to allow ex parte conversation with defense counsel.

9:49am: OFF THE RECORD DISCUSSION.

End time:     9:55am