UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.  2S:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

**UNITED STATES OF AMERICA'S NOTICE OF INTENT
NOT TO SEEK THE DEATH PENALTY**

The United States of America hereby gives notice that the Attorney General of the United States directed the Middle District of Florida <u>not</u> to seek the death penalty as to Alex Jared Zwiefelhofer in this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:   (239) 461-2200
Facsimile:   (239) 461-2219
E-mail: jesus.m.casas@usdoj.gov

U.S. v. Alex Jared Zwiefelhofer        Case No. 2S:19-cr-150-SPC-NPM

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:   (239) 461-2200
Facsimile:   (239) 461-2219
E-mail: jesus.m.casas@usdoj.gov