UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**
**(ZOOM VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendant: | D. Todd Doss, Erin Hyde, and Susan Marcus |
| | |
| Date and Time: | December 12, 2022 @ 10:15 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 10:15am     This hearing is being conducted via Zoom video.

AUSA Jesus Casas for Government, AFPD's D. Todd Doss, Susan Marcus and Erin Hyde for defendant, all participants are present by video.

Status special set for today to make sure all parties are on the same page now that determination to not seek death penalty has been made.

AUSA Casas recommends case continuing on a normal posture/timeline going forward, motion deadlines previously put on hold will need to be reset, anticipates discovery motions going forward.
AFPD Doss advises need to review discovery to determine motions going forward, likely to have defense motions, request to extend motions deadline, recommends a March/April 2023 trial term.

Learned counsel request to stay on case to finalize some work she had already begun on case, will then file motion to withdraw.  No objection from defense counsel or the government.
Attorney Marcus to submit final paperwork for finalizing case, then submit to withdraw.

- 2 -

The Court extends the motions deadline to February 1, 2023.

Case continued to the March 2023 Trial Docket, with a telephonic status conference February 9th, 2023 at 9:30am.
The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the March 2023 trial term.

Nothing further from the parties.

End time:   10:27am