UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:19-cr-150-SPC-NPM

ALEX ZWIEFELHOFER

_____/

**ORDER**

This matter comes before the Court after the status conference on December 12, 2022, at which time all counsel were present. The Court discussed one additional trip for Susan Marcus, Esq., Defendant's appointed Learned Counsel, to travel from New York to Florida to meet with Zwiefelhofer and the defense team prior to her withdrawal. The Court finds that allowing one additional trip to be in the best interest of Defendant and his defense.

Accordingly, it is **ORDERED:**

Susan Marcus, Esq. is **APPROVED** to travel from New York to Florida and return to New York on December 23, 2022.

**DONE AND ORDERED** in Fort Myers, Florida on December 20, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record