UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2S:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG and
ALEX JARED ZWIEFELHOFER

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case. Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney
Florida Bar No. 0084422
2110 First Street, Suite 3-137
Fort Myers, Florida   33901
Telephone:  (239) 461-2200
Facsimile    (239) 461-2219
Email:   michael.leeman@usdoj.gov

U.S. v. CRAIG AUSTIN LANG et al.        Case No. 2S:19-cr-150-SPC-NPM

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

D. Todd Doss
Todd_Doss@fd.org

Erin Hyde
Erin_Hyde@fd.org

Russ Rosenthal
Russ_Rosenthal@fd.org

Susan Marcus
Susan@SKMarcusLaw.com

Bjorn Erik Brunvand
Bjorn@acquitter.com

Steven Malone
StevenMalone@bellsouth.net

Michael V. Leeman
Assistant United States Attorney
Florida Bar No. 0084422
2110 First Street, Suite 3-137
Fort Myers, Florida   33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
Email: michael.leeman@usdoj.gov

2