**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

                              **Case No.:**      **2:19-cr-150-SPC-NPM-1**

**v.**

**ALEX JARED ZWIEFELHOFER,**

           **Defendant.**
_____/

**MOTION TO WITHDRAW**

The defendant, ALEX JARED ZWIEFELHOFER, by and through undersigned counsel, moves this Court to enter an Order granting Ms. Susan Marcus' application to withdraw as counsel in the case.

The defendant Alex Zwiefelhofer is charged in the Superseding Indictment under 18 U.S.C. §1951(a), conspiracy to interfere with commerce by violence, including the discharge of a firearm; 18 U.S.C. §924(c)(1)(A)(iii), 924(c)(o) and 924(j), use of a firearm in relation to a crime of violence, including robbery and murder; 18 U.S.C. §956(a)(1), conspiracy to kill, kidnap or maim persons in a foreign country; and 18 U.S.C. §960, violation of the Neutrality Act. Mr. Zwiefelhofer has entered a not guilty plea.

Ms. Susan Marcus was appointed as Learned Counsel on December 27, 2019. On November 29, 2022, the government filed a notice of its intent not to seek the death penalty. Mr. Zwiefelhofer continues to be represented by lead counsel, Todd Doss, and associate counsel, Erin Hyde, of the Office of the Federal Defender in the Middle District of Florida.

Because the case is no longer a capital case, Ms. Marcus's assistance is no longer necessary for the remainder of the proceedings.

Therefore, undersigned counsel requests that the Court allow her to withdraw from the case and be relieved on this matter. Lead counsel Todd Doss and Assistant United States Attorney Jesus Casas have no objection to this motion.

Dated this 20th day of January, 2023.

Respectfully Submitted,

/s/    *Susan K. Marcus*
Susan K. Marcus, Esq.
Law Firm of Susan K Marcus, LLC
29 Broadway, Suite 1412
New York, NY 10006
T: (212) 792-5131
F: (888) 291-2078
E: susan@skmarcuslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Assistant United States Attorneys assigned to this case on this 21st day of November 2019.

*D. Todd Doss*
D. Todd Doss