UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO. 2:19-cr-150-SPC-NRM

ALEX JARED ZWIEFELHOFER

### UNITED STATES' WITNESS SUMMARY

The United States of America, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), hereby gives notice of the testimony that it expects to elicit from the following witnesses pursuant to Federal Rules of Evidence 702, 703, and 705:

**Christina Russo**

Ms. Russo will be testifying as an expert in the field of biology related to the extraction, interpretation, and statistical comparison of deoxyribonucleic acid (DNA) found in human beings. Ms. Russo is a Crime Laboratory Analyst for the Florida Department of Law Enforcement (FDLE) who examined evidence gathered during the investigation of the defendant. Ms. Russo will testify to how she examined items under FDLE number 20180603643, Agency Number 18-166510, to extract DNA, compare DNA and provide a statistical reoccurrence of such DNA. The reports, notes and data of the relevant examinations conducted by Ms. Russo have been

previously provided in discovery. *See* Discovery Disclosure of May 17, 2021, 20180603643 Biology_Redacted.pdf, reports dated August 6, 2018, October 9, 2019, and March 26, 2020. Ms. Russo signed each of these reports. The relevant findings and opinions discussed in Ms. Russo's report(s) are incorporated herein by reference as a summary of the testimony the United States intends to introduce at trial describing her opinions and the bases and reasons for those opinions. Furthermore, the bases and reasons for her opinions are related to the aforementioned data, generated by her analysis, as well as the notes that she created contemporaneously with her analysis. An updated curriculum vitae, describing Ms. Russo's qualifications, is attached. *See* Attachment A. A case list where she has testified or been deposed in the last four years is also attached. *See* Attachment A-1.

**Anthony Byrd**

Mr. Byrd will be testifying as an expert in the field of forensics related to firearms and ammunition. Mr. Byrd is a Crime Laboratory Analyst for FDLE who examined evidence gathered during the investigation of the defendant.

Mr. Byrd will testify how he examined items under FDLE number 20180603643, Agency Number 18-166510, to determine associations between cartridge cases, various firearms, lower receivers, and upper receivers. Mr. Byrd will testify about firearms and ammunition, their function and their

different components, including, but not limited to, upper and lower receivers, firing pins, triggers, ejection ports, barrel, magazine, slide, takedown lever, action, casing, primer and extractor. Mr. Byrd will testify regarding the mechanical interaction between firearms and ammunition, specifically cartridge cases that are struck by a firing pin or similar mechanism and are ejected from a firearm when fired. Mr. Byrd will testify regarding the microscopic examination of firearms and cartridge cases.

    Mr. Byrd conducted tests of various firearms that were recovered during the investigation of the defendant. Those tests included determining the functionality of the various firearms. Images of fired cartridge cases recovered during the investigation, as well as cartridge cases produced by test fires conducted by Mr. Byrd, were examined for associations with each other and firearms based upon characteristics displayed by those cartridge cases upon being fired. The reports, notes and imagery of the relevant examinations conducted by Mr. Byrd, containing his opinions, conclusions and observations, have been provided in discovery. *See* Discovery Disclosure of May 17, 2021, 20180603643 Firearms.pdf, reports dated August 20, 2018, May 9, 2019, and March 18, 2020. Mr. Byrd signed each of these reports. The relevant findings and opinions discussed in Mr. Byrd's report(s) are incorporated herein by reference as a summary of the testimony the United

States intends to use at trial describing his opinions and the bases and reasons for those opinions. Furthermore, the bases and reasons for his opinions are related to the aforementioned associations generated by his analysis, as well as the notes that he created contemporaneously with his analysis. A curriculum vitae describing Mr. Byrd's qualifications is attached. *See* Attachment B.

Mr. Byrd has not authored any papers. He has testified in a deposition or trial in the last four years, including:

02/28/2019 – Trial – Pinellas County – St. Petersburg PD #2016032716

01/22/2020 – Trial – Hernando County – *State of Florida v. George Downey*

12/09/2020 – Trial – Hillsborough County – Tampa Police Dept. #2016-153739

12/16/21 – Trial – Hillsborough Circuit – Plant City Police Dept. #2004-1007

10/12/21 – Trial – Pinellas Circuit – *State of Florida v. Ryan Elliot* –

6/23/21 – Deposition – Sumter County – Sumter County Sheriff's Office #20OFF001110

09/01/22 – Deposition – *State of Florida v. Deandre Sanders*

04/20/22 – Trial – Hillsborough Circuit – *State of Florida v. Paul McCourt*

### Dr. Sean P. Hurst, M.D.

Dr. Hurst will be testifying as an expert in the field of forensic pathology. Dr. Hurst was an associate medical examiner with the District 21 Medical Examiner's Office on April 11, 2018, when he conducted the

autopsies of S.L., Jr. and D.L. Dr. Hurst created a report of both autopsies detailing his examinations, observations, opinions, findings and conclusions. Each of the respective autopsy reports created and signed by Dr. Hurst have been provided in discovery. *See* Discovery Disclosure of October 28, 2019, Forensics. Dr. Hurst will testify to the autopsies he conducted of S.L., Jr. and D.L. and describe his internal and external examination of both individuals. Dr. Hurst will testify to the evidence of injuries as reflected by his autopsy findings contained within his reports. Dr. Hurst will testify to the cause and manner of death of S.L., Jr. and D.L. The relevant findings and opinions discussed in Dr. Hurst's report(s) are incorporated herein by reference as a summary of the testimony the United States intends to use at trial describing his opinions and the bases and reasons for those opinions. Furthermore, the bases and reasons for his opinions are related to the aforementioned forensic examinations he conducted of S.L., Jr. and D.L.

Dr. Hurst's qualifications, including any publications authored in the last 10 years, is contained within his attached curriculum vitae. *See* Attachment C. Dr. Hurst has testified as an expert in a deposition or trial in the last four years, in the following cases:

- *State of Florida v. Dustin Gregory Todd*, December 5, 2018
- *Vivona v. Jakubuski*; July 31, 2019

- *United States v. Antwan Lenard Johnson* (Case No.: 18-203337-CR-Altonaga) October 2019

- *United States v. Rhodes*, et. al., September 13, 2022

- *State of Oregon v. Thomas Cooper*, October 5, 2022

- *State of Oregon v. Mardani* (DA Case 2395920-1), October 20, 2022

- *State of Oregon v. McAdoo* (DA case Number 401338), November 2, 2022

- *State of Oregon v. Anatoliy Borovets*, December 9, 2022

**Kim Van Waus**

Ms. Van Waus will be testifying as an expert in the fields of crime scene investigation and shooting incident reconstruction, including physical evidence analysis involving bullet trajectories, defect analysis, cartridge case analysis, blood spatter, glass fragmentation and firearm discharge events. Ms. Van Waus was the lead Crime Scene Technician for the Lee County Sheriff's Office on April 10, 2018, when she participated in the crime scene investigation at 9351 Corkscrew Road in Estero, Florida. Ms. Van Waus video recorded, photographed, 3-D imaged, marked, measured and sketched the crime scene. Ms. Van Waus also preserved, collected, documented, processed and submitted for further analysis, evidence that was located at the crime scene. Ms. Van Waus created reports of her crime scene investigation, to include her examinations, observations, opinions, findings and conclusions, based upon the items of evidence that were collected and sketches that she

created, all of which are available for inspection or have been provided in discovery. Each of the respective reports created and signed or initialed by Ms. Van Waus, have been provided in discovery. *See* Discovery Disclosure of October 28, 2019, Forensics folder – file 18-166510 Crime Scene Report & Sketches (Van Waus).pdf; Discovery Disclosure of January 13, 2020, folder Kimberly Van Waus, 18-166510 Shooting Incident Reconstruction.pdf; Discovery Disclosure of September 1, 2021, file 18-166510 Crime Scene Report (Van Waus) Amended.pdf dated November 26, 2018. The findings and opinions discussed in Ms. Van Waus' reports are incorporated herein by reference as a summary of the testimony the United States intends to use at trial describing her opinions and the bases and reasons for those opinions.

Ms. Van Waus photographed trajectories of the shots fired into the red GMC truck using dowel rods. Those trajectory images have been provided in discovery. See Discovery Disclosure October 28, 2019, Forensics folder – 18-166510 Trajectories 6.17.19(krv) and 18-166510 Trajectories 6.18.19 (krv). Ms. Van Waus created a 3D image of the crime scene which has been provided in discovery. *See* Discovery Disclosure October 28, 2019, LCSO 3D Crime Scene folder. Ms. Van Waus created an image depicting a demonstrative of defects in the GMC Canyon windshield. *See* Discovery Disclosure October 28, 2019, (3) files labeled 18-166510 Defects in Windshield.docx. Ms. Van Waus also

sequenced the windshield defects to determine which defect was created first and would testify to that sequence. Ms. Van Waus created a summary chart containing a list of the 63 casings recovered from the crime scene, containing the property number, the evidence marker for the casing, which firearm the casing was matched to by FDLE Analyst Anthony Byrd and the FDLE item number. *See* Discovery Disclosure October 28, 2019, Crime Scene Diagram V KEY.docx.

Ms. Van Waus' qualifications, including any publications authored in the last 10 years, are contained within her attached updated curriculum vitae. *See* Attachment D. Ms. Van Waus has testified as an expert in a deposition or trial in the last four years, in the following cases:

- *State of Florida v. Jimmy Rodgers*, 15-CF-000673-A
- *State of Florida v. Mark Sievers*, 15-CF-000673-B
- *State of Florida v. Timothy Dortch*, 16-CF-000182
- *State of Florida v. Gilberto Mulgado*, 17-CF-000028
- *State of Florida v. Imari Colon*, 17-CF-000212
- *State of Florida v. Jonathan Brunelle*, 17-CF-016716
- *State of Florida v. Brett Pleasant*, 17-CF-016868
- *State of Florida v. Chance Butner*, 18-CF-000317
- *State of Florida v. Cristian Dilan*, 18-CF-016658

- *State of Florida v. Akkoc Yusuf*, 18-CF-018698
- *State of Florida v. Yannie Velazquez Ojeda*, 20-CF-015814
- *State of Florida v. James Mahle*, 20-CF-016221
- *State of Florida v. Nickolas Devito*, 20-CF-016271
- *State of Florida v. Rudolph Askew*, 20-CF-016644
- *State of Florida v. Derrick Massey*, 21-CF-014145

**Mary Horvath**

Ms. Horvath will be testifying as an expert in the field of digital forensic examination. Ms. Horvath is a Senior Digital Forensic Examiner for the Federal Bureau of Investigation, Computer Analysis Response Team. Ms. Horvath conducted a forensic examination of evidentiary items submitted to her on June 13, 2019, using validated forensic software, including Cellebrite software. Those items are identified in her report of examination dated January 19, 2023, to be provided in additional discovery separately. The report of examination is incorporated here by reference as a summary of information obtained from the examination conducted by Ms. Horvath of those items listed in the report. The relevant items examined by Ms. Horvath included cell phones, SIM cards, laptop computers, and hard drives. Ms. Horvath would testify to what each of these items consisted of, explain what they are, how each item is identified, and explain how they function in

general. Ms. Horvath would also testify to what she did with each of the items in the course of her analysis.

During her investigation, Ms. Horvath copied or extracted the data from those items listed in the report of examination and the resulting copies or data were forensically analyzed. The results of the copying and extraction were then provided for review and bookmarking by investigative personnel. The images and data resulting from the extractions by Ms. Horvath have been provided in discovery. *See* Discovery Disclosure July 21, 2020, Extractions and Images folders containing subfolders; Discovery Disclosure May 17, 2021, Flash Drive 0010028.

Bookmark reports were produced for each item examined and all were combined into a final extraction report. The final extraction report will be provided as additional discovery and is incorporated here by reference as a summary of information obtained from the examination conducted by Ms. Horvath. The relevant findings and opinions discussed in Ms. Horvath's reports, including the January 19, 2023, report of examination, and the final extraction report, are incorporated herein by reference as a summary of the testimony the United States intends to use at trial describing her extractions, findings, opinions and the bases and reasons for those findings and opinions.

Ms. Horvath would testify that in her opinion, the extractions and the respective results she obtained, using validated forensic software to include Cellebrite software, are true, accurate and reliable results of the contents of the items which she examined. Ms. Horvath would also testify regarding the procedures she utilized to perform the extractions and imaging, as well as the results of the extractions and imaging. Ms. Horvath would provide her opinion regarding the data that was generated by the software she used, to include last activation of the item, identifiers for the item, identifiers within the data of the item, email addresses, internet websites, website cookies, IP addresses, internet posting and viewing on Armslist, Google map searches, internet searches, WiFi connections, Facebook IDs and profiles.

Ms. Horvath would testify to her use, and the results of, computer forensic procedures to examine item(s) listed in her report of examination, to include the recovery of additional data such as deleted or carved files, and text string indexing. Ms. Horvath would also testify to the reliability of the computer forensic procedures she used and the accuracy of the results she obtained.

Ms. Horvath's qualifications, including any publications authored in the last 10 years, are contained within her attached curriculum vitae. *See*

Attachment E. Ms. Horvath has testified in a deposition or trial in the last four years as provided in her curriculum vitae. *Id.*

### Myra Simmons

Ms. Simmons will be testifying as an expert in the field of cellular analysis. Ms. Simmons conducted an examination of historical cellular phone records for telephone numbers obtained during the course of the investigation of the defendant. Ms. Simmons will explain the contents of the historical cellular records based upon her training and experience as an analyst with the Lee County Sheriff's Office.

Ms. Simmons examined the cellular records for telephone numbers including, 786-747-9856, 715-404-0337, 480-678-7349, 786-296-7626, 407-393-7205 and used those records to assist in the investigation of the defendant. Specifically, the cellular records were used to identify call activity between different numbers relevant to the investigation, to plot the location of the cellular phones using the respective phone numbers and to further identify the International Mobile Equipment Identity number associated with a particular cellular phone. Ms. Simmons would explain the records she obtained, to include subscriber information, account details, device details, dates, UTC time, call type, direction, calling number, dialed number, International Mobile Subscriber Identity, International Mobile Equipment Identity (IMEI), tower

latitude and longitude, tower orientation and sector data, cell tower "ping" data, and per call measurement data or NELOS.

Ms. Simmons would testify to her use of cellular phone records to identify the IMEI of cellular telephones, in particular the cellular telephones using the numbers 786-747-9856 and 715-404-0337. Ms. Simmons would testify to what an IMEI number consists of and how it relates to a particular cellular device. Ms. Simmons would also testify to the consequences of switching SIM cards in a cellular telephone; in particular, the device with IMEI 35853305141680. Ms. Simmons would testify that in her opinion, the cellular device with IMEI 35853305141680 had its SIM card switched which resulted in the change of cellular telephone number from 715-404-0337 to 786-747-9856. Ms. Simmons would testify to when this happened according to the cellular records she received and reviewed. The records Ms. Simmons reviewed, as well as the graphics she prepared illustrating the SIM switch, have been provided in discovery. *See* October 28, 2019, Discovery Disclosure, LCSO folder, 18-166510 AT&T Results for Suspects IMEI, AZ SIM Card Switch.pptx; January 13, 2020, Discovery Disclosure, Records folder, AT&T subfolders, AZ SIM Card Switch.pptx and Phones IMSI.pptx.

Ms. Simmons would testify to her use of Hawk Analytics – CellHawk program, to generate investigative data and mapping by inputting the cellular

detail records of the cellular phones utilizing the numbers 786-747-9856, 715-404-0337, 480-678-7349, 786-296-7626 and 407-393-7205. *See* October 28, 2019, Discovery Disclosure, LCSO folder, 18-166510 Cell Hawk Analysis subfolder. Ms. Simmons would testify that in her opinion, CellHawk software is reliable and the results she obtained from her analysis and mapping were accurate. Ms. Simmons would also testify to her use of per call measurement data, where available, to attempt to pinpoint where a cellular telephone was being used. In particular, Ms. Simmons used NELOS, a per call measurement of data associated with cellular telephone provider AT&T, to pinpoint the location of cellular phones, including cellular telephones utilizing the numbers 786-747-9856, 715-404-0337, and 480-678-7349. Ms. Simmons would testify that per call measurement data revealed the presence of the cellular devices in the Miami-Dade County area, including the La Quinta Inn.

Ms. Simmons, using the CellHawk software, would testify regarding the general location and path of travel of the cellular devices utilizing phone numbers 786-747-9856, 715-404-0337, 480-678-7349, 407-393-7205 and 786-296-7626, in or about March 2018, through October 2018. In particular, Ms. Simmons would testify to the travel of the cellular device utilizing 715-404-0337 from the State of Wisconsin to Florida; the travel of the cellular device utilizing 480-678-7349 from the State of Arizona to Florida; the presence of

the cellular devices utilizing 786-747-9856 and 715-404-0337 and 480-678-7349 in Miami-Dade County in April 2018, and the presence of the cellular devices utilizing 407-393-7205 and 786-747-9856 in Lee County, on or about April 9, 2018.

Ms. Simmons' qualifications are contained within her attached curriculum vitae.  *See* Attachment F.  Ms. Simmons has not authored any publications in the last 10 years.  Ms. Simmons was subpoenaed to testify in a deposition or trial in the following cases:

| SubpoenaID | CaseNumber | CaseID | Defendant | Witness |
|---|---|---|---|---|
| 351119 | 10-018136CF | 1565440 | SIMS, JAMES EDWARD | Myra J. Simmons |
| 426564 | 11-017565CF | 1679689 | GRAY, DONALD E. | Myra J. Simmons |
| 710836 | 14-015736CF B | 2092578 | LOPEZ, NELSON ALBERTO | Myra J. Simmons |
| 711025 | 13-000383CF | 2037196 | CALHOUN, ERIC L. | Myra J. Simmons |
| 711039 | 13-000549CF | 2062594 | WASHINGTON, THEOPHILUS MALCOM | Myra J. Simmons |
| 809782 | 14-015736CF A | 2092516 | MADISON, QUAYSHON | Myra J. Simmons |
| 809809 | 14-015736CF B | 2092578 | LOPEZ, NELSON ALBERTO | Myra J. Simmons |
| 962028 | 17-018617CF | 2405036 | ARMSTEAD, ARIA DOMINIQUE | Myra J. Simmons |
| 975094 | 15-000673CF A | 2265161 | RODGERS, JIMMY RAY | Myra J. Simmons |
| 981481 | 15-000673CF A | 2265161 | RODGERS, JIMMY RAY | Myra J. Simmons |
| 1015813 | 15-000673CF A | 2265161 | RODGERS, JIMMY RAY | Myra J. Simmons |
| 391537 | 10-018136CF | 1565440 | SIMS, JAMES EDWARD | Myra J. Simmons |
| 664081 | 10-018136CF | 1565440 | SIMS, JAMES E. | Myra J. Simmons |
| 1067051 | 18-000209CF | 2445362 | TORRES, JORGE MANUEL GUERRERO | Myra J. Simmons |
| 1015878 | 15-000673CF B | 2266245 | SIEVERS, MARK D. | Myra J. Simmons |
| 1042892 | 15-000673CF B | 2266245 | SIEVERS, MARK D. | Myra J. Simmons |
| 1070984 | 18-000093CF | 2430147 | BONILLA, JOSE RAUL | Myra J. Simmons |
| 1042822 | 15-000673CF A | 2265161 | RODGERS, JIMMY RAY | Myra J. Simmons |
| 658177 | 10-018136CF | 1565440 | SIMS, JAMES E. | Myra J. Simmons |
| 979697 | 15-000673CF A | 2265161 | RODGERS, JIMMY RAY | Myra J. Simmons |

Ms. Simmons signature below signifies that she has reviewed the above disclosure and agrees with its contents.

_/s/ Myra Simmons_
Myra Simmons

### Jack Clark

Mr. Clark will be testifying as an expert in the field of digital forensic extraction. Mr. Clark is an examiner with the Greater Houston Regional Computer Forensics Laboratory. Mr. Clark will testify to his examination of two cellular telephones that were submitted to him by FBI Senior Digital Forensic Examiner Mary Horvath for extraction. Mr. Clark prepared two signed reports summarizing the items he examined, and extracted information from, at the request of Ms. Horvath. A copy of both reports will be provided as additional discovery. The data that was extracted from both items has been previously provided in discovery. *See* Discovery Disclosure, July 21, 2020, Items 1B39, 1B40.

Mr. Clark will testify to the two items he received from Ms. Horvath for extraction as described in his reports. Mr. Clark will testify to the procedure he utilized to extract the data from each of these items. Mr. Clark will provide his opinion on the reliability of the forensic hardware/software he utilized to

extract the data. Mr. Clark will testify to the manner in which the items were unlocked in order to extract the data. Mr. Clark will testify what data was extracted from the items and then returned to Ms. Horvath for further analysis.

Mr. Clark's qualifications are outlined in his attached curriculum vitae. *See* Attachment G. Mr. Clark has not authored any publications in the last 10 years and has testified in the past four years as noted in his curriculum vitae.

**Matthew DeShazo**

Mr. DeShazo will be testifying as an expert in the field of digital forensic examination. Mr. DeShazo is an Digital Forensic Specialist with the Digital Forensic Unit of the Lee County Sheriff's Office. Mr. DeShazo will testify to his examination of digital devices that were submitted to him by Crime Scene Technician Kim Van Waus. Mr. DeShazo examined these devices utilizing digital forensic software, including Cellebrite. Mr. DeShazo generated reports of the examination he conducted of the digital devices which have been previously provided in discovery. *See* Discovery Disclosure, October 28, 2019, LCSO folder, DFU Download Results folder.

Mr. DeShazo will testify to his examination of the digital devices using Cellebrite software and the results of his examination. Mr. DeShazo will explain the results of his examination and provide his opinion regarding the

reliability of the same. The contents of the reports are incorporated herein by reference as a summary of the testimony the United States intends to use at trial relating to his opinions and the bases and reasons for those opinions. In particular, Mr. DeShazo will testify to the extracted contents from the ZTE B2017 Phone and SIM cards that were found in proximity to the body of S.L., Jr. on April 10, 2018. The contents of the items that Mr. DeShazo will testify about include images and communications between the ZTE B2017 digital device and other digital devices, including the digital device utilizing phone number 786-747-9856.

Mr. DeShazo's qualifications are outlined in his attached curriculum vitae. *See* Attachment H. Mr. DeShazo has not authored any publications in the last 10 years and has testified or been deposed in the past four years as noted in the attached case list. *See* Attachment H-1.

Mr. DeShazo's signature below signifies that he has reviewed the above disclosure and agrees with its contents.

_____
Matthew DeShazo

## DEFENSE EXPERT DISCLOSURE REQUEST

Under Rule 16(b)(1)(C), the United States requests a written statement of any testimony that Defendant intends to use under Rules 702, 703, and/or 705 of the Federal Rules of Evidence as evidence at trial. This statement must include a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief; the bases and reasons for them; the witness's qualifications, including a list of all publications authored in the previous 10 years; and, a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

WHEREFORE, the United States submits this notice of the testimony that it expects to elicit from the aforementioned witnesses pursuant to Federal Rules of Evidence 702, 703, and 705, during trial.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov

U.S. v. Alex Jared Zwiefelhofer    Case No. 2:19-cr-150-SPC-NPM

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defense Counsel

/s/ *Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:   (239) 461-2200
Facsimile:    (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov