## Curriculum Vitae

| | |
|---|---|
| NAME: | **Christina Russo** |
| TITLE: | **Crime Laboratory Analyst** <br> Biology Section <br> Fort Myers Regional Operations Center |
| EDUCATION: | **Florida State University** <br> Bachelor of Science: Biology <br> College of Arts & Sciences, 2012 |
| EXPERIENCE: | **Florida Department of Law Enforcement** <br><br> **Forensic Technologist- Biology Section** <br> 07/2014 – 12/2016 <br> Perform calibration and maintenance of equipment. Prepare reagents. Maintain general upkeep of the laboratory. Assist Crime Laboratory Analysts and Supervisor as needed. Review current literature in Forensic Biology. <br><br> **Crime Laboratory Analyst-Biology Section** <br> 12/2016-05/2018 <br> Examine items of evidence for possible biological materials such as blood, semen, saliva, and hair, write reports, and testify in court when needed. Review current literature in Forensic Biology. <br><br> **Forensic Technologist Principal Instructor** <br> 07/2019-12/2019 <br> Introduce topics in the Forensic Technologist Training Program, give oral assessments of training topics, evaluate written examinations, provide guidance for proper use of instruments and lab techniques. |
| SPECIALIZED TRAINING AND LICENSES: | **FDLE Forensic Technologist Training Program-Biology** <br> 07/07/2014-10/10/2014 <br><br> **FDLE Qiagility Operator Training** <br> 01/06/2015-03/27/2015 <br><br> **FDLE 3500 Instrument Training** <br> 03/09/2016-05/05/2016 <br><br> **FDLE Serology Training** <br> (Blood and Touch/Wearer) <br> 02/2016-04/2016 <br><br> **STRmix Training Workshop** <br> 10/2017 <br><br> **FDLE Crime Laboratory Analyst Training Program-Biology** <br> 12/2016-05/2018 |

## Curriculum Vitae

|  | FDLE Biology Discipline Meetings<br>02/2018, 12/2022<br><br>Bode Technology 18th Annual Forensic DNA Conference<br>04/2019<br><br>American Academy of Forensic Sciences 2020 Annual Meeting<br>02/2020<br><br>Bode Technology 21 Annual Forensic DNA Conference<br>10/2021 |
|---|---|
| COURTROOM EXPERIENCE: | Testified in the following Florida Counties: Collier, Desoto, Lee, Monroe |
| PROFESSIONAL AFFILIATIONS: | N/A |
| PROFESSIONAL AWARDS: | 2021 FDLE Regional Forensic Scientist of the Year |