| Activity Date | LAB_CASE | | DEFENDANTS_NAME | COMMENTS | DESCRIPTION | DEPARTMENT_CASE_NUMBER |
|---|---|---|---|---|---|---|
| **4207 - Christina L. Russo** | | | | | | |
| 2/26/19 | | Circuit | Jimmy Ray Rodgers | | Lee County | |
| 3/28/19 | 20180605227 | Circuit | Christopher Gonzalez | | Collier County | 1800250110 |
| 3/28/19 | 20180605227 | Circuit | | | Collier County | 1800250110 |
| 5/1/19 | | | | | | |
| 5/15/19 | | | Ronald Menard | | | |
| 7/16/19 | 20180602350 | Circuit | | | Lee County | FHPF18OFF025227 |
| 7/16/19 | 20180602350 | Circuit | Bobby Hodges III | | Lee County | FHPF18OFF025227 |
| 9/25/19 | 20180605227 | Circuit | Christopher Gonzalez | | Collier County | 1800250110 |
| 9/25/19 | 20180605227 | Circuit | | | Collier County | 1800250110 |
| 10/4/19 | 20180607025 | Circuit | James Gardner | | Highlands County | SPD18OFF002019 |
| 10/4/19 | 20180607025 | Circuit | | | Highlands County | SPD18OFF002019 |
| 10/30/19 | 20180605359 | Circuit | | | Lee County | 201809250 |
| 10/30/19 | 20180605359 | Circuit | Jose Molina | | Lee County | 201809250 |
| 12/6/19 | 20190600607 | Circuit | Clarence Edmonds | | Desoto County | P19-0613 |
| 12/6/19 | 20190600607 | Circuit | | | Desoto County | P19-0613 |
| 1/29/20 | 20180602350 | Circuit | | | | FHPF18OFF025227 |
| 1/29/20 | 20180602350 | Circuit | Bobby Hodges III | | | FHPF18OFF025227 |
| 2/4/20 | 20170605316 | Circuit | | | | 17-4260 |
| 5/14/20 | 20190605486 | Circuit | | | | 19-474110 |
| 7/6/20 | 20190601033 | | | | | 1900043598 |
| 9/9/20 | 20190605176 | Circuit | | | Lee County | 19-458605 |
| 9/9/20 | 20190605176 | Circuit | Corey Bullock | | Lee County | 19-458605 |
| 9/15/20 | 20180605036 | Other | | | Lee County | 18-396704 |
| 9/15/20 | 20180605036 | Other | Matthew Finn | | Lee County | 18-396704 |
| 10/19/20 | 20200600407 | Circuit | | | | 1912-009916 |
| 10/19/20 | 20200600407 | Circuit | Damian Meeks | | | 1912-009916 |
| 10/19/20 | 20200600407 | Circuit | | | | 1912-009916 |
| 3/5/21 | 20200600325 | County | Markinto Marc | | Lee County | 20-009257 |
| 3/5/21 | 20200600325 | County | | | Lee County | 20-009257 |
| 6/30/21 | 20200602776 | Circuit | | | Lee County | 20-336963 |
| 7/15/21 | 20170604918 | Circuit | | | Lee County | 17-493303 |
| 7/27/21 | 20190603633 | Circuit | | | Lee County | 98-047189 |
| 8/19/21 | 20190603633 | | | | | 98-047189 |
| 9/1/21 | 20180602691 | Circuit | | | Lee County | CLPD18OFF000328 |
| 10/6/21 | 20170604918 | Circuit | | | Lee County | 17-493303 |
| 10/12/21 | 20210600120 | Circuit | | | Hendry County | CLPD21OFF000017 |
| 2/16/22 | 20200603125 | Circuit | | | Lee County | 20-395539 |
| 2/16/22 | 20210600792 | Circuit | | | Lee County | 20-395576 |
| 3/4/22 | 20210603614 | Circuit | | | Lee County | 21-369355 |
| 3/17/22 | 20210603200 | Circuit | | | Monroe County | MCSO19OFF005660 |
| 9/6/22 | 20200604277 | Circuit | | | Lee County | 2020-0259368 |
| 9/22/22 | 20210603614 | Circuit | | | Lee County | 21-369355 |