**ANTHONY BYRD**
**CRIME LABORATORY ANALYST SUPERVISOR**
**FIREARMS SECTION**
**FLORIDA DEPARTMENT OF LAW ENFORCEMENT**

| | |
|---|---|
| Phone: (813) 878-7292 | FDLE |
| anthonybyrd@fdle.state.fl.us | 4211 N Lois Ave |
| | Tampa, FL 33614 |

## EDUCATION

| | | | |
|---|---|---|---|
| **BS** | Florida State University, Criminology | | May 1997 |
| | Minored in Psychology | | |
| **AA** | St. Petersburg Junior College | | May 1995 |

## FORENSIC POSITIONS HELD

**Crime Laboratory Technician**                                    1999-2002
Laboratory and Investigative Evidence Sections
- Intake and Distribution of Laboratory Evidence
- Maintaining Evidence Chain of Custody

**Forensic Technologist**                                          2002-2009
Crime Scene and Impression Evidence Sections
- Processing of Crime Scenes and Latent Print Evidence
- Technical and Photography Support

**Forensic Technologist**                                          2009-2012
Firearms Section
- Test Firing Firearms and NIBIN Entry
- Provided Administrative and Technical Support to Analysts in the Firearms Section

**Crime Laboratory Analyst**                                       2012-2022
Firearms Section
- Function and Safety Testing of Firearms
- Identification of Fired Components to Each Other and Firearms
- Serial Number Restoration
- Distance Determination
- NIBIN Database Entry and Correlation

**Crime Laboratory Analyst Supervisor**                            2022-Present
Firearms Section
- Overseeing Firearm Section Crime Laboratory Analysts

Byrd

**COURT EXPERIENCE:** Testified over thirty times (Federal-Tampa, Hernando, Highlands, Hillsborough, Lee, Manatee, Polk, and Pinellas counties).

## SPECIALIZED TRAINING

**Crime Laboratory Analyst Training**
- History and Development of Firearms — 2012-2013
- Microscopy / Photomicroscopy — 2012-2013
- Firearms Identification and Recognition — 2012-2013
- Ammunition Recognition and Recognition — 2012-2013
- Serial Number Restoration — 2012-2013
- Distance Determination — 2013
- Supervised Casework — 2013

**Forensic Technology Inc. NIBIN Training** — 2009
**ATF Firearm Safety, Recognition, and Technology Class** — 2009
**ATF Serial Number Restoration Techniques** — 2012
**SWGGUN – Admissibility Training Workshop** — 2012
**Firearm Recognition, Technology & Testimony Workshop** — 2012
**Subclass Characteristic Workshop** — 2014
**Kel-Tec Armorer Class** — 2015
**AFTE Conference New Orleans, LA** — 2016
**Raven Armorer Class** — 2016
**AFTE Conference Charleston, WV** — 2017
**Factory Tours** — 2011-2013
- Kel-Tec
- St. Marks Powder
- Remington
- Ruger
- SigArms
- Savage
- Smith & Wesson
- Colt
- Wilson Arms
- Mossberg

Byrd