# SEAN HURST, M.D.

4419 SE 52nd Avenue, Portland, OR 97206 · 971-673-8200
hurst.sean@gmail.com
sean.hurst@osp.oregon.gov

## OBJECTIVE:

Description of relevant experience for the purposes of expert witness testimony.

## EXPERIENCE

**7/1/2011 – 6/15/2015**
**RESIDENT,** SAINT BARNABAS MEDICAL CENTER, LIVINGSTON, NJ

Completion of rotations in surgical pathology, cytology, chemistry, microbiology, laboratory administration, autopsy pathology, hematopathology, immunoserology, transfusion medicine, and forensic pathology. I acted as the pathology resident representative on the hospital resident council and served as chief resident.

**7/1/2015 – 6/30/2016**
**FORENSIC PATHOLOGY FELLOW,** MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT

Fellowship training in forensic pathology

**7/25/2016 – 8/03/2018**
**ASSOCIATE MEDICAL EXAMINER,** DISTRICT 21 MEDICAL EXAMINER'S OFFICE, FORT MYERS, FL

Attending-level appointment as a forensic pathologist in a private practice that covered three counties. While working here I participated in and expanded the role of the medical examiner in monthly morbidity and mortality conferences with the local trauma surgery team.

**9/4/2018 – 3/31/2019**
**DEPUTY STATE MEDICAL EXAMINER,** OREGON STATE POLICE –MEDICAL EXAMINER DIVISION; CLACKAMAS, OR

Deputy position in a state-level medical examiner's office with administrative and additional duties including interviewing applicants in various positions, training morgue personnel in autopsy practice, and instructing rotating residents, medical students, and county-based medicolegal death investigators.
Specific forensic pathology duties include: providing specialized forensic services both directly and remotely in consultation with local officials on a full range of cases with special attention paid to the successful identification of human remains; directly determining cause and manner of death as well as assisting county medical examiners in the same; collaboration with law enforcement and death investigation authorities at the state and local levels to manage complex cases; identifying and preserving physical and trace evidence while maintaining chain of custody across multiple agencies;

**4/1/2019 - Present**
**CHIEF MEDICAL EXAMINER,** OREGON STATE POLICE –MEDICAL EXAMINER DIVISION; CLACKAMAS, OR

As Chief Medical Examiner, I carry a full forensic pathology caseload with the duties and responsibilities described above. Additional duties include: fostering and maintaining relationships with external partners and elected officials at the county, state, and federal levels; planning for and updating the state's mass fatality plan; providing testimony at state legislative sessions; and participating in long range planning with the Oregon State Police and the Oregon Health Authority.

**9/8/2020 – 9/22/2020**
**COMMAND TEAM – STATE MEDICAL EXAMINERS OFFICE**
OREGON STATE POLICE WILDFIRE MASS FATALITY RESPONSE

As a member of the command team for this event, I participated in the planning for and deploying the state's deployable portable morgue unit (DPMU) in conjunction with the Oregon State Police, the Oregon Healthy Authority, and the Northwest Regional Response Team. I established criteria and procedures for the examination and identification of charred and/or fragmented remains. I was primarily responsible for the pathology station in the DPMU as well as producing a daily report of DPMU activities for the state Emergency Communication Center (ECC).

# EDUCATION

**2003 - 2007**
**BACHELOR OF SCIENCE, BIOLOGY,** SETON HALL UNIVERSITY
- Minors in chemistry and Japanese language
- Completion of the University Honors Program, a combined study of theology, philosophy, and literature throughout various periods of human history.
- Dean's List: 2003 - 2007

**2007 - 2011**
**DOCTOR OF MEDICINE,** SAINT GEORGE'S UNIVERSITY, GRENADA
- Kenton B. Richard's Award for best pathology student
- Chancellor's List: 8/2007 – 8/2009
- USMLE Step 1: 256/99
- USMLE Step 2 CK: 254/99
- USMLE Step 3: 220/83

# LICENSES AND CERTIFICATIONS:

Oregon Medical Board:
- Medical license (MD188694)

Florida Department of Health:
- Medical license (ME121615)

Medical Board of California

2

- Medical License (A158618)

American Board of Pathology:
- Anatomic and Clinical Pathology Board Certification
- Forensic Pathology Board Certification

## COURSES:

Medicolegal Investigation of Death
- Miami-Dade Medical Examiner Department
- 7/13/2015 – 7/17/2015

International Forensic Photography Workshop
- Miami-Dade Medical Examiner Department
- 10/26/2015 – 10/30/2015

Bugs, Bones, and Botany Death Investigation Workshop
- University of Florida Maples Center for Forensic Medicine
- 11/9/2015 – 11/13/2015

## PUBLICATIONS:

Deepa Hasija, MD, Amin Shamal MD, Amel Badr, MD, Javed Iqbal MD., Sean Hurst MS III, Louise Man MSIII, Rishi Mehta MSIII, Nasim Wiegley MS III. (2010, September). *An approach to improve monitoring for metabolic syndrome in patients treated with antipsychotics, A quality improvement project.*. Poster presented at: IPS; Boston, MA.

Sean Hurst, Wendy Shertz, Tina Rakitt, Jonathan Teitelbaum. (2012, October). *Intestinal metaplasia of the gastric antrum in the pediatric population: Is it clinically significant?* Poster presented at the Society for Pediatric Pathology; Houston, TX.

Accidental Death Due to Paraquat Poisoning: An Unusual Case Requiring Toxicologist, Pathologist, and Investigator Collaboration
Erin E. Walsh, MS*, Miami Dade County Medical Examiner Department, 1851 NW 10th Ave., Miami, FL 33136; Elisa N. Shoff, BS, Miami Dade County Medical Examiner
Department, 1851 NW 10th Ave., Miami, FL 33136; Sean Hurst, MD, District 21 Medical Examiner's Office, 70 South Danley Drive, Fort Myers, FL 33907; George W. Hime, MS,
Miami Dade County Medical Examiner Department, 1851 NW 10th Ave., Miami, FL 33136; Diane M. Boland, PhD, Miami Dade County Medical Examiner Department, 1851 NW 10th Ave., Miami, FL 33136

**Sudden Death Associated with Therapeutic Levels of Methadone: Significance of Drug Interactions**
Faye L Norby, Kyndaron Reiner, Sean Hennessy, Audrey Uy-Evanado, Harpriya Chugh, Arayik Sargsyan, Angelo Salvucci, Jonathan Jui, Sean Hurst, Christopher Young, Sumeet S Chugh. Poster presentation. American Heart Association 2022 Meeting.

**Methadone-Related Sudden Death in the Community**
Madison Seifer, Faye L Norby, Arayik Sargsyan, Audrey Uy-Evanado, Bernadine Dizon, Ziana Bhanji, Sean Hurst, Christopher Young, Jonathan Jui, Kyndaron Reiner, Sumeet S Chugh. Poster presentation. American Heart Association 2022 Meeting.

Title: Sudden Death Associated with Pregnancy
Authors: Uy-Evanado A, Sargsyan A, Sorenson C, Chugh H, Hurst S, Young C, Reinier K and Chugh SS.
Poster presentation. American Heart Association 2022 Meeting.

**Title: Sudden cardiac arrest manifesting with pulseless electrical activity: Is There a "sweet spot" for survival?**
**Authors:** Holmstrom L[a,b], Chugh H[a], Salmasi S[a], Uy-Evanado A[a], Sorenson C[a], Bhanji Z[a], Seifer M[a], Sargsyan A[a], Young C, Hurst S, Salvucci A[c], Jui J[d], Reinier K[a], Chugh SS[a]. Poster presentation. American Heart Association 2022 Meeting.

# EDUCATIONAL SERVICE:

St. George's University, Grenada, West Indies
- Department of Educational Services Tutor
- Subjects tutored: anatomy, biochemistry, physiology, pathology, pathophysiology (2007 – 2009)

St. George's University, *Grenada, West Indies*
- Department of Anatomy prosector (2007)

Seton Hall University, *South Orange, NJ*
- Research assistant (2004)
- Responsibilities included cell culture, western blotting, and PCR

# VOLUNTEER ACTIVITIES:

Health Services Volunteer, ProPeru Service Corps (6/07 – 7/07)
- Duties included basic physical examination and administration of vaccines to pediatric patients.

Miami-Dade County GATE Program
- Volunteer medical examiner department representative

Miami-Dade County Animal Services
- Event volunteer
- Foster care provider for cats and dogs

Haven on Earth Animal League, Fort Myers, FL
- Foster care provider for kittens and cats, including neonatal care

Lancaster For Dogs Rescue, Portland, OR
- Foster care provider for dogs

Street Savvy Dog Rescue, Portland OR
- Foster care provider for dogs

Oregon Humane Society
- Foster care provider for dogs

One Tail at a Time, Portland, OR
- Foster care provider for dogs

4

## PROFESSIONAL ORGANIZATIONS:

National Association of Medical Examiners

## REFERENCES:

Rebecca Hamilton, M.D.
rhamilton@leegov.com (239-533-6339)

Emma Lew, M.D.
eol@miamidade.gov (305-545-2449)

Matthew Tortora, M.D.
mtortora@barnabashealth.org (717-645-3670)

Thomas Coyne, M.D. Ph.D.
tcoyne@leegov.com (239-533-6339)

Alex Gardner; Major – Forensic Science and
Pathology Bureau; Oregon State Police
Agardne@osp.oregon.gov (503-934-0237)