# Kimberly Van Waus

Lee County Sheriff's Office, 10070 Intercom Drive, Fort Myers, Florida 33913 |          | kvanwaus@sheriffleefl.org

**Employment**
> Lee County Sheriff's Office Real Time Intelligence Center
>> Analyst (October 2021 – present)
>
> Lee County Sheriff's Office Forensic Unit
>> Crime Scene Technician (July 2018 – October 2021)
>> Crime Scene Specialist (October 2016 – July 2018)
>> Crime Scene Technician (October 2006 – October 2016)
>> Evidence Custodian I and II (May 2003 – October 2006)
>
> Lee County Sheriff's Office Records Division
>> Records Assistant (September 2001 – May 2003)

**Education**
> Florida Gulf Coast University – Fort Myers, Florida
>> Bachelor of Science, Criminal Forensics, July 2007
>
> Edison College – Fort Myers, Florida
>> Associate of Science, Crime Scene Technology, May 2005
>
> Edison College – Fort Myers, Florida
>> Associate of Arts, General Academic Studies, May 2002

**Crime Scene Training (491 hours)**
> The Humane Society of the United States (Webinar)
>> Animal Cruelty Investigation Training, 2 hours, February 2021
>
> International Firearm Specialist Academy – Fort Myers, Florida (LCSO Forensic Center)
>> Firearm Technology, 24 hours, July 2019
>
> Southwest Florida Public Services Academy – Fort Myers, Florida (LCSO Gun Range)
>> Safe Handling of Firearms Course, 16 hours, March 2019
>
> Lee County Sheriff's Office Training Unit – Fort Myers, Florida (LCSO Gun Range)
>> Drone Remote Pilot Course, 16 hours, February 2018
>
> Federal Aviation Administration – Fort Myers, Florida (LCSO Forensic Center)
>> Remote Pilot Prep Course, 16 hours, November 2017
>
> LPA International Forensics Institute – Cape Coral, Florida (CCPD)
>> Crime Scene Staging Symposium, 24 hours, December 2016
>
> Florida Division of the International Association for Identification
>> Annual Training Conference in Miami, October 2016
>
> Forensic Pieces – Fort Myers, Florida (LCSO Forensic Center)
>> IAI Crime Scene Certification Preparation Course, 32 hours, May 2016
>
> Laura Pettler and Associates – Panama City, Florida (Bay County S.O.)
>> Intimicide Investigating Intimate Partner Homicide, 24 hours, Sept 2015

FDIAI – Punta Gorda, Florida (Charlotte County SO Training Facility)
    Advanced Shooting Reconstruction, 8 hours, May 2015

LCSO Training Unit – Lehigh Acres, Florida (LCSO Training Facility)
    Weapons Handling, 2 hours, July 2014

SWFL Public Service Academy – Fort Myers, Florida (SFMO)
    Post Blast Investigations, 40 hours, February 2014

District 21 Medical Examiner's Office – Fort Myers, Florida
    Death Investigations and the Medical Examiner, 4 hours, June 2013

FDIAI – Fort Myers, Florida (LCSO Forensic Center)
    Bitemark Identification, 5 hours, June 2013

ASPCA – Fort Myers, Florida (Lee County Animal Services)
    Animal Cruelty Workshop, 16 hours, April 2013

Florida Department of Law Enforcement – Fort Myers, Florida
    From the Crime Scene to the DNA Lab, 3 hours, November 2012

District 21 Medical Examiner's Office – Fort Myers, Florida (Miami Dade)
    Autopsy Photography, 8 hours, March 2012

LCSO Training Unit – Lehigh Acres, Florida (LCSO Training Facility)
    Field Training Officer for Civilians, 40 hours, February 2012

Lee County Sheriff's Office – Fort Myers, Florida (New Mexico Tech)
    Awareness Level Incident Response to Terrorist Bombing, 4 hours, December 2012

St. Louis University School of Medicine – St. Louis, Missouri
    Medicolegal Death Investigator Training Course, 35 hours, January 2010

Collier County Sheriff's Office – Naples, Florida (DNA Labs International)
    DNA Training, 2 hours, March 2009

Benchmark Professional Seminars, Inc – Fort Myers, Florida
    Topics in Crime Scene Investigation: Body Fluids and Trace Evidence, 16 hours, February 2009

Miami-Dade Police Department – Miami, Florida
    Shooting Reconstruction Course, 40 hours, November 2008

Florida Gulf Coast University – Fort Myers, Florida (FBI)
    Arson Crime Scene, 8 hours, November 2008

Florida Gulf Coast University – Fort Myers, Florida
    Fingerprint Identification and Tricks for Lifting Fingerprints, 8 hours, June 2008

Florida Gulf Coast University – Fort Myers, Florida (FBI)
    FBI First Response Crime Scene Unit Seminar, 4 hours, March 2008

Florida Gulf Coast University – Fort Myers, Florida
    Evidence Presentation in the Courtroom/Expert Testimony, 8 hours, June 2007

Florida Department of Law Enforcement – Orlando, Florida
    Crime Scene Procedures Course, 80 hours, February 2007

Lee County Sheriff's Office – Fort Myers, Florida (DNA Diagnostics Center)
    DNA Forensics Technology & Evidence Collection, 4 hours, February 2007

Lee County Sheriff's Office – Fort Myers, Florida
    Entomological Evidence Collection, 2 hours, November 2006

**Shooting Incident Reconstruction (40 hours)**
    Bevel, Gardner & Associates – Fort Myers, Florida (Lee County Gun Range)
        Shooting Incident Reconstruction I, 40 hours, January 2019
        Instructor: Jonathyn Priest (Bevel, Gardner & Associates)

**Crime Scene Reconstruction Training (80 hours)**
    South Carolina Law Enforcement Division – Columbia, South Carolina
        Crime Scene Reconstruction II, 40 hours, October 2017
        Instructors: Ross M. Gardner (Bevel, Gardner & Associates) and Celestina Rossi (Montgomery County Sheriff's Office)

    South Carolina Law Enforcement Division – Columbia, South Carolina
        Crime Scene Reconstruction I, 40 hours, November 2016
        Instructor: Jonathyn Priest (Bevel, Gardner & Associates)

**Bloodstain Pattern Analysis Training (221.5 hours)**
    Miami-Dade Public Training Institute – Miami, Florida
        Bloodstain Pattern Analysis on Textiles and Introduction to Digital Casework Workshop, 40 hours, June 2021    Instructor: Toby Wolson (Noslow Forensic Consultations, LLC)

    International Association of Bloodstain Pattern Analysts
        2020 Virtual Training Conference, November 2020

    See More Forensics – Fort Myers, Florida
        Bloodstain Pattern Analysis Documenting – Report Writing – Presenting, 40 hrs, December 2017
        Instructor: Craig C. Moore (See More Forensics)

    Forensic Technology Center of Excellence/National Institute of Justice (Webinar)
        Error and Uncertainty in Bloodstain Pattern Analysis, 1.5 hours, February 2017

    American Academy of Applied Forensics at Central Piedmont Community College – Huntersville, NC
        Advanced Bloodstain Pattern Analysis, 40 hours, November 2015
        Instructor: Ross M. Gardner (Bevel, Gardner & Associates)

    Ontario Police College – Ontario, Canada
        Math & Physics for Bloodstain Pattern Analysis, 40 hours, May 2011
        Instructors: Brian Allen (Ontario Police College), Fons Chafe (Edmonton Police Services) and Brian Yamashita (Royal Canadian Mounted Police)

    Miami-Dade Police Department – Miami, Florida
        Bloodstain Pattern Analysis Workshop, 44 hours, March 2011
        Instructor: Toby Wolson (Miami-Dade Police Department)

    University of Florida Maples Center – Gainesville, Florida
        Basic Bloodstain Pattern Analysis, 16 hours, November 2010
        Instructor: Jan Johnson (Forensic Pieces)

**FARO 3D Scanner Training (70 hours)**
    FARO Technologies (ConnectEd Educational Lecture)
        Preparing for Court, 1 hour, August 2020

    FARO Technologies (ConnectEd Educational Lecture)
        Blood Spatter Got you Seeing Red?, 1 hour, June 2020

    FARO Technologies (Web-based training)
        FARO Zone Crime, 18 hours, July 2019

    FARO Technologies (Webinar)
        Utilizing 3D Technology in the Courtroom, 2 hours, June 2019

    FARO Technologies – Fort Myers, Florida (LCSO Forensic Center)
        Scanning Workshop, 8 hours, February 2018

    FARO Technologies – Fort Myers, Florida (LCSO Forensic Center)
        FARO Focus 3D Scanner Certification, 40 hours, December 2014

**Expert Testimony in Bloodstain Pattern Analysis**
    State of Florida vs. Brian Omar Hyde, Quadruple Homicide, April 2018

    State of Florida vs. Cristian Dilan, Homicide, July 2021

    State of Florida vs. Brett Pleasant, Homicide, December 2021

    State of Florida vs. Yannier Velazquez Ojeda, Homicide, July 2022

**Expert Testimony in Shooting Incident Reconstruction**
    State of Florida vs. Imari Colon, Homicide, September 2018

    United States of America vs. Alex Jared Zwiefelhofer and Craig Austin Lang, Grand Jury for Double Homicide, September 2019

**Bloodstain Pattern Analysis Mentorship**
    Bevel, Gardner & Associates (Mentor: Ross M. Gardner)
    Mentorship Program, February 1, 2016 – present

**Professional Affiliations**
    International Association of Bloodstain Pattern Analysts (IABPA), Member since 2011

    Florida Division of the International Association for Identification (FDIAI), Member since 2012 (#3601)

    International Association for Identification (IAI), Member since 2016 (#31457)

    The Association for Crime Scene Reconstruction, Member since 2017 (#1025)

**Certifications / Licenses**
    Certified Crime Scene Analyst
    International Association for Identification, June 2016
    Recertified as Certified Crime Scene Analyst, February 2021 (Expires 02/02/2026)

    Certified Firearm Specialist
    International Firearm Specialist Academy, November 2019

4

ATV RiderCourse (License #166792)
ATV Safety Institute, Issued 6/26/2018

Remote Pilot License (Certification #410187)
Federal Aviation Administration, Issued 02/24/2018

FCIC/NCIC Limited Access Certification
Florida Department of Law Enforcement, September 2017

Certified Forklift Operator
Certify Me.Net (No. 9431), Certified April 2007 (renewed January 2017)

Authorized FARO Focus 3D Scanner Certification
FARO Technologies, December 2014

**Teaching Experience**
Assistant Instructor for Basic Bloodstain Pattern Analysis
Instructed by Craig C. Moore at the Lee County Sheriff's Office on December 4-8, 2017 (40 hours)

Instructor for Crime Scene 101 to LCSO Detectives
(Two-hour PowerPoint presentation and one-hour photography practical)
June 18, 2013 (3 hours)          July 25, 2013 (3 hours)
July 8, 2014 (3 hours)           August 12, 2014 (2 hours)
October 28, 2014 (2 hours)       June 16, 2015 (2 hours)
November 3, 2015 (2 hours)       May 3, 2016 (2 hours)
August 23, 2016 (2 hours)        January 26, 2017 (3 hours)
August 15, 2017 (3 hours)        January 16, 2018 (3 hours)
April 5, 2018 (3 hours)          August 22, 2018 (3 hours)

(Three-hour PowerPoint presentation and one-hour photography practical)
October 25, 2018 (4 hours)       February 13, 2019 (4 hours)
June, 17, 2019 (4 hours)         June 3, 2021 (4 hours)

(Three-hour PowerPoint presentation via Zoom)
April 15, 2020

Instructor for FAQs about Crime Scene to LCSO Supervisors and Detectives
(Two-hour PowerPoint presentation)
April 18, 2017 (2 hours)

Instructor for Documentation of Bloodstains to Homicide Detectives
(One-hour PowerPoint presentation and Question/Answer)
February 9, 2021

*\*\*Purpose and Objectives for Advanced Training Courses is available upon request.*

**Specialized Forensic Training (902.5 hours total)**          Revised: 08/2022

5

# Advanced Training Curriculum
## for Kimberly Van Waus

### Shooting Incident Reconstruction

**Shooting Incident Reconstruction I (40 hours)**
Instructor: Jonathyn Priest (Bevel, Gardner & Associates)

**Purpose:**
This course of instruction provides the experienced detective or crime scene investigator with the skills necessary to recognize and properly document the unique attributes of a shooting scene, the dynamic relationship between the scene and the injuries received by the victim(s), as well as the analytical skills necessary to reconstruct the scene to potentially determine position of shooter(s), victim(s) and critical evidence as well as sequence of events. These skills may be employed during active investigations to determine the likely sequence of events and positions to analyze victim, witness and shooter statements to determine veracity and develop investigative leads as well as to develop a product and basis for testimony during criminal or civil judicial proceedings.

**Objectives:**
- Identify the types of firearms and ammunition commonly encountered during criminal investigations, their basic design parameters and terminology.
- Identify and describe the basic trajectory characteristics of a projectile fired from gun and the projectiles stability during flight as they pertain to shooting incident reconstruction, bullet impacts, bullet holes and wound dynamics.
- Identify and describe the common characteristics associated with handgun and rifle projectiles as they relate to wound dynamics, distance to target, examination of clothing and other impacted surfaces.
- Identify and describe the common characteristics associated with shotgun projectiles as they relate to wound dynamics, distance to target, examination of clothing and other impacted surfaces.
- Demonstrate the ability to perform trajectory computations and illustration through the application of trigonometric calculations and implementation of rods, stringing and use of laser lights.
- Demonstrate the ability to evaluate a surface and defect to determine if it is suitable for trajectory analysis as well as being able to identify ricochets and their relationship to the scene.
- Identify and demonstrate the use of the scientific method in original experimentation design as well as in analysis/reconstruction of a shooting incident.
- Identify and demonstrate event sequence analysis as it pertains to reconstruction/analysis.

**Substrates Utilized:**
- Drywall
- Tempered glass
- Ceramic tile
- Entire vehicle
- Cinder block
- Plate glass
- Steel plates
- Ballistics vest
- Plywood
- Laminated glass
- Deceased pig
- Windshields

## Specialized Firearms-Related Training

**Certified Firearms Specialist (24 hours)**
    Instructor: John Subic (International Firearms Specialist Academy)

**Purpose:**
Becoming a Certified Firearm Specialist, says that you have reached the benchmark set by the International Firearms Specialist Academy (IFSA) as a credentialed professional. One who is conscious of safe handling practices, skilled in the accurate ID of firearms and ammunition, and competent to explain these issues, as well as their classification, nomenclature and mechanical-operation.

**Topics Covered:**

Gun Control Act Overview

- **Safety and Clearing** (rules of safe handling, clearing procedures, safety precautions, internal safety devices, test-firing cautions, jammed firearms)
- **Firearm Classification** (5 categories of GCA firearms, definitions of "firearm" and "antique" [non-gun], forearm-braces, vertical fore-grips, 80% Receivers/Dummy Guns/Home Made Guns)
- **Firearm Markings** (manufacturer, importer, proof, obliterated serials, double serials, double importers, trademarks, ATF variances, hidden serials, Nazi codes, catalog guns, foreign military gun-ID, ATF Tracing)
- **Nomenclature** (ID of parts necessary to safety and/or markings location)
- **Ammunition** (components, ID, technology, NIBIN, interstate nexus)
- **Cycle of Operation** (The cycle of steps occurring from the discharge of a cartridge, to the point of firing the next one)
- **Mechanical Types of Operation** (breech and muzzle-loaders, self and manually-loaded firearms, action types, open and closed-bolt, semi and full-auto)
- **Curios and Relics** (collector status granted by ATF, C&Rs vs. antiques)

National Firearms Act Overview

- **Machineguns** (eleven most common clandestine conversions, field testing, bump-firing, Gatling guns, DEWATS, re-welds, ATF-authorized methods of destruction)
- **Silencers** (recognition, soda-bottle and oil-filter adapters, solvent traps, fakes)
- **NFA Rifles/Shotguns** (short barreled, weapons made from rifle/shotgun, shoulder-stocked handguns, sub-caliber inserts)
- **Any Other Weapon [AOW]** (disguised firearms, smooth-bore handguns, Marble Game-getters)
- **Destructive Devices** (IEDs/pipe bombs, grenades, mines, Molotov cocktails, Street-sweeper/USAS-12, etc.., bores over .50 caliber, exceptions

## Crime Scene Reconstruction

### Crime Scene Reconstruction I (40 hours)
Instructor: Jonathyn Priest (Bevel, Gardner & Associates)

**Purpose:**
A course of instruction designed for investigators, crime scene technicians, forensic technicians, and others practicing crime scene analysis. The course will enhance basic skills and develop advanced skills used to analyze complex crime scenes. Additionally the student will be given an opportunity to practice their analysis skills and see how to properly present their findings at court.

**Objectives:**
- Demonstrate proper use of the Event Analysis technique to define objective information about a criminal incident.
- Understand functional methods and techniques of creating demonstrative evidence to illustrate their analysis.
- Understand and demonstrate how to properly withstand Daubert type hearings on crime scene analysis.
- Understand and demonstrate an ability to articulate their analysis to a jury.

### Crime Scene Reconstruction II (40 hours)
Instructors: Ross M. Gardner (Bevel, Gardner & Associates) and Celestina Rossi (Montgomery County Sheriff's Office)

**Purpose:**
A course of instruction designed for investigators, crime scene technicians, forensic technicians, and others involved in criminal and medical-legal investigations and crime scene analysis. The course is intended to develop a fundamental knowledge of appropriate hypothesis development and testing procedures and provide an objective form of defining the events associated with a complex crime (Event Analysis). The course syllabus is not intended to create an "instant" expert. This course is not a crime scene processing course.

**Objectives:**
- Demonstrate knowledge of the development, history and advancement of crime scene analysis.
- Identify the steps of scientific method.
- Identify the seven steps of the methodology used in crime scene analysis.
- Demonstrate the ability to develop a hypothesis in a written format and set an objective foundation for any ultimate conclusion.
- Demonstrate the ability to objectively flow chart an incident, distinguishing relative chronology from absolute chronology.
- Demonstrate an ability to evaluate a complex crime scene.

## Bloodstain Pattern Analysis

### Basic Bloodstain Pattern Analysis (16 hours)
Instructor: Jan Johnson (Forensic Pieces)

### Bloodstain Pattern Analysis Workshop (44 hours)
Instructor: Toby Wolson (Miami-Dade Police Department)

**Purpose:**
Violent crimes usually result in bloodshed. When physical forces act upon liquid blood, patterns will be deposited on the various items at the crime scene, as well as the clothing of the individuals present during the activity. These patterns can yield valuable information concerning the events that lead to their creation. The information can then be used for reconstruction of the incident, as well as to evaluate the statements of the witnesses and the crime participants. Bloodstain pattern evidence can be of value in the investigation of any violent crime in which bloodshed occurs.

**Objectives:**
- Teach the investigator how to identify bloodstain pattern evidence at the crime scene.
- Teach the investigator how to properly document bloodstain pattern evidence.
- Teach the investigator how to properly preserve the bloodstain pattern evidence.
- Teach the investigator how to reconstruct bloodstain patterns at the crime scene.
- Provide the foundation for teaching the investigator how to interpret bloodstain pattern evidence.
- Teach the investigator the safety and health issues associated with bloodstain pattern evidence.

**Goals:**
- To be able to recognize bloodstain pattern evidence at the crime scene.
- To be able to properly document and preserve the bloodstain pattern evidence.
- To be able to properly use bloodstain pattern terminology.
- To be able to identify simple bloodstain pattern types.
- To obtain basic bloodstain pattern analysis knowledge that will be the foundation for additional training culminating in being able to evaluate and interpret bloodstain pattern evidence and render an opinion concerning that interpretation.

### Math & Physics for Bloodstain Pattern Analysis (40 hours)
Instructors: Brian Allen (Ontario Police College), Fons Chafe (Edmonton Police Services) and Brian Yamashita (Royal Canadian Mounted Police)

**Purpose:**
This course teaches the Math and Physics pertinent to bloodstain pattern analysis. It also deals with the dynamics of the impact pattern and using advanced computer skills to determine area of origin.

**Advanced Bloodstain Pattern Analysis (40 hours)**
   Instructor: Ross M. Gardner (Bevel, Gardner & Associates)

   **Purpose:**
   The course will enhance basic skills and develop the novice to a core competency level required for independent analysis.

   **Objectives:**
   - Demonstrate the ability to use and apply scientific method.
   - Demonstrate the ability to apply experimental design in support of bloodstain pattern analysis.
   - Demonstrate the ability to evaluate bloodstain patterns on clothing.
   - Recognize and demonstrate how Luminol and LCV are used to enhance latent blood patterns.
   - Demonstrate the ability to evaluate a complex bloodstain pattern scene.
   - Demonstrate the ability to present bloodstain pattern analysis conclusions in a logical written format.

**Bloodstain Pattern Analysis Documenting – Report Writing – Presenting (40 hours)**
   Instructor: Craig C. Moore (See More Forensics)

**Introduction to Bloodstain Pattern Analysis on Fabrics, Textiles and Clothing Workshop and the Analysis of Bloodstain Pattern Evidence from Digital Files (40 hours)**
   Instructor: Toby Wolson (Noslow Forensic Consulting, LLC)

   **Purpose:**
   Workshop participants will participate in practical exercises to enhance their ability to interpret complex bloodstain patterns deposited on fabrics, textiles and clothing. This will be accomplished by the participant's dripping, splashing and transferring liquid blood onto fabrics, textiles, and clothing and observing the macroscopic and microscopic interaction of the blood with the substrate. Workshop participants will also learn to evaluate bloodstain evidence from digital files by working on cases provided in a digital format. In addition, the participants will receive training in the writing of bloodstain pattern analysis reports.

   **Goals:**
   - Enhance the participant's skills for the examination of bloodstained clothing.
   - Enhance through lectures, experimentation, and laboratory practical's the participants understanding of fabric composition, construction, and finishes that can affect the appearance of the bloodstain patterns.
   - Enhance through lectures, experimentation, and laboratory practical's the participants understanding of how liquid blood interacts with fabrics.
   - Enhance the participant's skills for writing bloodstain pattern analysis reports concerning the examination of clothing.
   - Enhance the participant's skills for presentation of bloodstain pattern evidence on clothing as an expert witness.
   - Enhance the participant's skills for the analysis of bloodstain pattern evidence provided as digital images and documents.