CURRICULUM VITAE



# *Mary F. Horvath, BA, MFS*

Federal Bureau of Investigation
Computer Analysis Response Team
Tampa Division – Fort Myers Resident Agency
Fort Myers, FL
Phone: 239-339-1144

## PROFESSIONAL EXERIENCE

| | |
|---|---|
| January 2017 – present | **Senior Digital Forensic Examiner;**<br>**Field Instructor (Field Instruction Program FIP);**<br>**FAVP Examiner (Forensic Audio Video Program)**<br>FBI – Computer Analysis Response Team<br>Fort Myers, FL |

Responsible for performing forensic examination of digital and multimedia evidence. This involves thorough examination of computers, computer storage media, cell phones and other electronic equipment that store or process information in digital form, with the application of accepted standard operating procedures, laboratory rules and regulations. Maintains a leadership role in the Scientific Working Group on Digital Evidence (SWGDE) as an Executive Board member and former Chair, as well as liaise with other Scientific Working Groups, federal agencies and legislative members addressing digital forensic topics. Participates as a member of the DOJ-NIST Organization of Scientific Area Committees (OSAC) for Forensic Science to develop and promote standards and best practices for the field of digital and multimedia evidence. Additional duties include liaison activities with other government agencies, representatives and international counterparts working toward cooperative efforts of sharing technology and information.

| | |
|---|---|
| Feb 2010 – Jan 2017 | **Senior Digital Forensic Examiner;**<br>**Liaison Representative;**<br>**ACESLE Program Manager**<br>FBI – Computer Analysis Response Team<br>Quantico, VA |

Responsible for performing forensic examination of digital and multimedia evidence. This involves thorough examination of computers, computer storage media and information stored in digital format, with the application of accepted standard operating procedures, laboratory rules and regulations. Maintains a leadership role in the Scientific Working Group on Digital Evidence (SWGDE) to include a position on the Executive Board, as well as liaise with other Scientific Working Groups, federal agencies and legislative members addressing digital forensic topics. Performs programmatic responsibility for the Advanced Computer Examination Support for State and Local Law Enforcement (ACESLE) to include the management of research and development efforts of digital forensic software utilities, personnel and

resources, budget submission and allocation. Additional duties include CART technical liaison with other government agencies, representatives and international counterparts working toward cooperative efforts of sharing technology and information.

| | |
|---|---|
| Jun 2007 – Feb 2010 | **Senior Digital Forensic Examiner;** <br> **Program Manager, Research & Development / Liaison** <br> FBI – Computer Analysis Response Team <br> Quantico, VA |

Responsible for performing forensic examination of digital and multimedia evidence. This involves thorough examination of computers, computer storage media and information stored in digital format, with the application of accepted standard operating procedures, laboratory rules and regulations. Performed programmatic responsibility for the Advanced Computer Examination Support for State and Local Law Enforcement (ACESLE) to include the management of research and development efforts of digital forensic software utilities. Includes management of various software and hardware development efforts, personnel and resources, budget submission and allocation, and contract management. Designed, developed, and managed a multi-million dollar program that is responsible for the free availability of forensic software utilities to all law enforcement and government agencies world-wide. Additional duties include liaison with other government agencies, representatives and international counterparts working toward cooperative efforts of sharing technology and information.

| | |
|---|---|
| Mar 2006 – Jun 2007 | **Senior Computer Forensic Examiner; Deployment Team Leader** <br> FBI – Computer Analysis Response Team <br> Quantico, VA |

Responsible for performing forensic examination of digital and multimedia evidence. This involves thorough examination of computers, computer storage media and information stored in digital format, with the application of accepted standard operating procedures, laboratory rules and regulations. Additionally, act as Team Leader for deployed operations that require CART assistance worldwide. This consists of on-site search and seizure, as well as examination operations.

| | |
|---|---|
| Dec 2003 – Mar 2006 | **Program Manager, Research & Development** <br> FBI – Forensic Support Unit <br> Quantico, VA |

Responsible for the management of research and development efforts that are undertaken on behalf of the forensic components of the Digital Evidence Laboratory. Includes management of various software and hardware development efforts, personnel and resources, budget submission and allocation, and contract management. Designed, developed, and manage a multi-million dollar program that is responsible for the free availability of forensic software utilities to all law enforcement and government agencies world-wide. Participates in developing requirements and design concepts for forensic software and hardware to be used in the forensic examination of digital evidence/media. This program currently supports three additional forensic units of the Digital Evidence Laboratory in the areas of computer forensics, image

|  |  |
|---|---|
|  | analysis, audio/video examination and electronic device analysis. Additional duties include liaison with other government agencies, representatives and international counterparts working toward cooperative efforts of sharing technology and information. |
| Sept 1993 – Mar 2006 | **Senior Computer Forensic Examiner**<br>FBI – Computer Analysis Response Team<br>Quantico, VA<br><br>Responsible for performing forensic examination of digital and multimedia evidence. This involves thorough examination of computers, computer storage media and information stored in digital format, with the application of accepted standard operating procedures, laboratory rules and regulations. Have acted as the primary, or sole, examiner on numerous FBI cases, as well as assisted on many cases for state, local and international agencies. Have testified as an expert witness in federal court. As one of the original CART examiners, assisted in building CART to become a nation-wide program, development of its standard protocols and procedures, founded its initial research and development efforts, and assisted in establishing many of the requirements for obtaining national laboratory accreditation for digital evidence. |
| 1998 – Dec 2003 | **Program Manager, Research & Development & Liaison**<br>FBI – Computer Analysis Response Team<br>Washington, D.C.<br><br>Primarily responsible for a multi-million dollar program that develops and provides free availability of forensic software utilities to all law enforcement and government agencies world-wide. Developed the initial concept and software for this program now known as ACES (Advanced Computer Examination Support). Participates in performing engineering assessments, developing design and software requirements, and validation procedures for software utilities that are part of the ACES Program to be used in the forensic examination of digital evidence/media. Duties also include liaison with other government agencies, representatives and international counterparts working toward cooperative efforts of sharing technology and information. |
| 1996 – approx. 1998 | **Program Manager, Field Supervisor**<br>FBI – Computer Analysis Response Team<br>Washington, D.C.<br><br>Responsible for managing the field operations of over fifty CART field examiners located nationwide. This includes administrative management, resource allocation and management, technical assistance and training. |
| April 1989 – Sept 1993 | **Systems Analyst/Software Developer**<br>DynCorp<br>Reston, VA<br>(formerly known as Science Management Corp. of Baskingridge, NJ)<br><br>Responsible for the development and support of various local and nation-wide computer software systems both as a sole programmer and team member on various government contracts. Have performed analysis, development of testing procedures, nation-wide technical support procedures and |

|  |  |
|---|---|
|  | implementation, televised training, and development of systems documentation. Interacted with government personnel to determine, develop and implement policy requirements in all software projects on a daily basis. Assisted government personnel with system and acceptance testing of all software projects completed, as well as distribution and training for projects distributed to personnel nation-wide. |
| Jan 1988 – March 1989 | **Computer Programmer**<br>Computer Information Center<br>Rochester, NY<br><br>Responsible for the development and support of various local and state-wide software systems. Have performed analysis, development of testing procedures, technical support, training and development of systems documentation. |

# EDUCATION

| | |
|---|---|
| Sept 2000 – Aug 2001 | **James Madison University**<br>Harrisonburg, VA<br>Master of Computer Science/Information Security (incomplete) |
| Sept 1996 – Aug 1999 | **George Washington University**<br>Washington D.C.<br>Masters of Forensic Science |
| Sept 1983 – Dec 1987 | **State University of New York**<br>**College at Geneseo**<br>Geneseo, NY<br>Bachelor of Arts, Double Major in Math and Computer Science |

# FORENSIC EXAMINATION/TESTIMONY EXPERIENCE

Analyzed hundreds of pieces of digital evidence in support of hundreds of cases since 1993. Participated in the executions of dozens of search warrants/search and seizure operations, and field examinations. Examinations have supported expert testimony in State and Federal court. Testified numerous times in both Federal and State/Local court. Participated as proctor, guide and instructor in numerous Moot Court and training sessions as part of by FBI CART Forensic Examiners' training and the FBI's Digital Evidence Field Operations educational programs.

Digital forensic testimony or depositions have been provided in the following cases for the previous five years:

| | |
|---|---|
| 2022 May | State of Florida vs. Kierra Russ |
| 2019 June | State of Florida vs. William Thomas (18-827CF) |

## PROFESSIONAL TRAINING

All modes of training are incorporated whenever available on an on-going basis in order to update or enhance both technical and non-technical knowledge, skills and abilities. A more detailed list of completed training since 1993 can be provided upon request.

| | |
|---|---|
| Oct 2022 | Magnet Forensics Training Annual Pass (full suite) |
| Sept 2022 | FBI MXU Forensic Audio Video Program (FAVP) Field Examiner certification |
| June 2022 | FBI DESED Digital Video Retrieval Training (DIVRT) – Train the Trainer course |
| May 2022 | FBI DESED - CART Incident Response, Analysis and Acquisition (IRAA) – participated as Field Instructor (FIP) |
| Apr 2022 | NW3C Introduction to Link Analysis (IA102) |
| Feb 2022 | CART Live Capture and RAM Analysis |
| Feb 2022 | NW3C Advanced Digital Forensic Analysis: macOS |
| Nov 2021 | SANS Advanced Cell Phone Forensics (FOR585), online |
| Sep 2021 | CART macOS and ADLAB refresher courses |
| June 2021 | CART SQLite Forensics |
| Nov 2020 | Cellebrite CASA |
| Oct 2020 | NW3C Advanced Digital Forensic Analysis: iOS & Android |
| Oct 2020 | Cellebrite COPA & CCPA |
| Dec 2019 | Florida Internet Crimes Against Children (ICAC) Conference |
| Sept 2019 | CART Annual Training – Windows Technical Refresher, macOS Technical Refresher |
| Apr 2019 | IACIS Mobile Device Forensics, Orlando, FL |
| Mar 2019 | Berla Vehicle System Forensics, Annapolis, MD |
| Sept 2018 | SANS Mac and iOS Forensic Analysis and Incident Response (FOR518), Las Vegas, NV |
| Jul 2017 | CART Advanced Mobile Devices Course, Huntsville, AL |
| May 2016 | XWays Training, USPS-IS, Potomac, MD |
| Jun 2015 | Virtualization in Forensics, FBI, Quantico, VA |
| Jan 2015 | Encase Software, FBI, Self-paced training |
| Sep 2014 | SANS, When Macs Get Hacked, SANS Online training |
| Jul 2014 | Encase – Advanced Data Carving and Reconstruction, FBI, Self-paced training |
| Jan 2014 | XWays Software, FBI, Self-paced training |
| Jan 2014 | Android Analysis, FBI, Self-paced training |
| Oct 2013 | GPS/Cell Phone Analysis, FBI, Quantico, VA |
| Oct 2013 | Linux Command Line, FBI, Self-paced training |
| May 2013 | Digital Camera Forensics, FBI, Quantico, VA |
| Apr 2013 | Advanced Computer Forensic Analysis and Incident Response (508), SANS Institute |
| Apr 2013 | Enterprise Search Workshop, FBI, Albuquerque, NM |

## PROFESSIONAL AFFILIATIONS/COMMITTEES

| | |
|---|---|
| 2019 - present | International Association of Computer Investigative Specialists (IACIS) – Member (also 1994-2000) |
| Feb 2018 – present | Fellow, American Academy of Forensic Sciences (AAFS) – Digital & Multimedia Sciences Section |
| 2007 – July 2022 | Member, ASTM International, Committee E30 on Forensic Sciences (initial membership date approximate) |
| Sep 2015 – Sep 2021 | Chair, Scientific Working Group on Digital Evidence (SWGDE) |
| Feb 2017 – Feb 2019 | AAFS, DMS Section, Chair Program Committee (2018/19 Programs) |
| Feb 2016 – Feb 2017 | Subject Matter Expert, National Commission on Forensic Science (NCFS) |
| Feb 2016 – Feb 2017 | AAFS, DMS Section Co-Chair Program Committee (2017 Program) |

| | |
|---|---|
| Jan 2015 – Aug 2015 | Chair, Organization of Scientific Area Committees (OSAC), Digital & Multimedia Scientific Area Committee (DM SAC), Certification and Accreditation Task Group (TG) |
| Oct 2014 - present | Member, Organization of Scientific Area Committees (OSAC), Digital & Multimedia Scientific Area Committee (DM SAC) |
| Feb 2014 – Feb 2018 | Full Member, American Academy of Forensic Sciences (AAFS) – Digital & Multimedia Sciences Section |
| Feb 2014 – Feb 2016 | Co-Chair, Membership Committee, AAFS – DMS Section |
| 2007 – Feb 2014 | Associate Member, American Academy of Forensic Sciences (AAFS) – General Section (2007-2008), founding member Digital & Multimedia Sciences Section (2008-present) |
| 2003 – present | Steering Committee Member (project founder), National Software Reference Library and Computer Forensic Tool Testing Projects, National Institute of Standards and Technology |
| 1999 - present | Regional Computer Forensics Group (RCFG) – Founding Board Member |
| 1999 – present | International Organization on Computer Evidence (IOCE) – Member; Board of Director (2002-present) |
| 1998 – present | High Technology Crime Investigation Association (HTCIA) – Mid-Atlantic Chapter – Member; formerly held various Board of Director positions |
| 1998 – present | Scientific Working Group on Digital Evidence (SWGDE) – positions include Board of Directors, (2003-present); Chair (2013 – 2021), Vice Chair (2010-2013), Treasurer (2003-2019); Committee Chair, Research Committee (1998-2010) |

## CERTIFICATIONS & AWARDS

Numerous agency Time Off, Cash and On The Spot Awards

| | |
|---|---|
| Nov 2021 | Global Information Assurance Certification, Advanced Smartphone Forensics Certification (GASF), SANS Institute |
| Dec 2019 | IACIS Mobile Device Examiner Certification, International Association of Computer Investigative Specialists |
| Mar 2019 | Berla Certified Vehicle System Forensic Technician (CVST) and Certified Vehicle System Forensic Examiner |
| Sept 2013 | Global Information Assurance Certification, Certified Forensic Analyst (GCFA), SANS Institute |
| Dec 2012 | Global Information Assurance Certification, Certified Forensic Examiner (GCFE), SANS Institute |
| Aug 2010 | Digital Forensics Certified Practitioner (DFCP), Digital Forensics Certification Board (DFCB) |
| Aug 2010 | AccessData Certified Examiner (ACE) |
| Jan 2007 | Cell Phone and PDA Certified Examiner, FBI CART |
| Sept 2004 | Macintosh Forensic Examiner, FBI CART (Initially certified in 1997) |
| Aug 2004 | Contracting Officer's Technical Representative (COTR), FBI |
| May 2003 | Certified ASCLD/LAB Inspector, American Society of Crime Laboratory Directors/Laboratory Accreditation Board (ASCLD/LAB) |
| Nov 1998 | Contracting Officer's Technical Representative (COTR), FBI |
| Apr 1998 | Master Forensic Examiner, FBI |
| March 1994 | FBI LABS Award |
| 1993 | Certified Computer Forensic Examiner, FBI |
| | Numerous FBI Performance Awards, Certificates of Achievement, Casework Recognition Awards, Letters of Recognition (1994, 1996, 1997, 1998, 2009, 2012, 2018, 2020) |

# PUBLICATIONS

"A Process of Data Reduction In The Examination Of Computer Related Evidence", National Information Systems Security Conference, National Computer Security Center/National Institute of Standards and Technology, August 1997

"Electronic Crime Scene Investigation: A Guide for First Responders", co-author, U.S. Dept of Justice, Office of Justice Programs, National Institute of Justice, July 2001

"Forensic Examination of Digital Evidence: A Guide for Law Enforcement", co-author, U.S. Dept of Justice, Office of Justice Programs, National Institute of Justice, April 2004

"Best Practices for Computer Forensics", co-author, Scientific Working Group on Digital Evidence

"SWGDE/SWGIT Guidelines and Recommendations for Training in Digital and Multimedia Evidence", co-author, Scientific Working Group on Digital Evidence

"SWGDE/SWGIT Proficiency Test Document", co-author, Scientific Working Group on Digital Evidence

"SWGDE/SWGIT Recommended Guidelines for Developing Standard Operating Procedures", co-author, Scientific Working Group on Digital Evidence

"SWGDE Recommended Guidelines for Developing a Quality Management System", co-author, Scientific Working Group on Digital Evidence

"Digital Evidence in the Courtroom: A Guide for Law Enforcement and Prosecution", co-author, U.S. Dept of Justice, Office of Justice Programs, National Institute of Justice, January 2007

Participating author in dozens of guidelines, best practices and publications by the Scientific Working Group on Digital Evidence (see www.swgde.org for complete publication list)

# PRESENTATIONS

Numerous courses, presentations and panel participation have been provided since 1993 at many institutions across the globe, including but not limited to the following.
- FBI courses including: CART Basic In-services, Advanced In-services, Automated Computer Examination System Courses (4 days each, multiple courses), National Academy courses, FBI Laboratory technical conferences, CART/RCFL annual conferences, FBI New Agent Training
- American Academy of Forensic Scientists (AAFS)
- International Association of Computer Investigative Specialists (IACIS) Conference
- US Department of Justice Office of Legal Education
- Regional Computer Forensics Group (RCFG) Annual Conference
- Notre Dame Law School
- University of Minnesota, Graduate Law School and Shila Center
- University of Denver College of Law
- University of Connecticut School of Law, Graduate Law School
- High Technology Crime Investigation Association's International (HTCIA) Conference
- International Organization on Computer Evidence Conference (ICOE)
- CISSE
- NIST National Information Systems Security Conference
- International Association of Women Police