# Resume
## Myra Jean Simmons

## WORK EXPERIENCE

**Lee County Sheriff Office/Major Crimes/   01/2006 - Retired 2019
Homicide/Cold Case
Analyst**

**Fort Myers, Florida US**

-Review reports in witness or suspect statements.
-Carefully review the investigative steps that have been taken and
 determine what more can be done.
-Research the whereabouts of suspects, leads, witnesses or other
 individuals important to the case who may have moved. Update
 investigators.
-Gather criminal background information on principals in the case.
-Compile lists of past and recent associates of suspects.
-Search databases, including open source databases on all subjects pertinent to
 case.
-Follow-up on the analysis of physical evidence; make suggestions for
- further testing.
-Act as liaison with other agencies who may have information regarding the
 case.
-Mapping and analysis of cell phone records
-Finding suspects from tower dumps
-Investigative Research

**Internal Revenue Service/Criminal
Investigation**

**Fort Myers, Florida US**

**Compliance Support Assistant , 1802**

1

- Served as member of special task force to develop operating procedure manual for new field office, writing and implementing new procedures.
- Led operating upgrade (NT to XP) with no interruption in normal business hours.
- Received a Special Performance and Special Act Award for resolving computer and administrative problems in the Tampa Field Office.
- Assigned to a Special Task Force in Washington DC to implement procedures for Compliance Support Assistants on nationwide level.
- Assigned to help launch new field office's technical and basic administrative functions, with specific attention to the installation of Win2000 servers, hardware and software installation; training; network security; technical documentation and end-user training.

**Cape Coral Police**

**Cape Coral, Florida US**

**Assistant Investigator**

Planned the development of an organizational records management program in accordance with general guidance from supervisors. Supervised the storage, retention and off-site disposal of highly sensitive data. Established hard copy file system for all key components. Provided assistance in data analysis and in resolving hardware and software issues. Transcribed tapes, analyzed phone calls, and provided assistance on special projects. Organized evidence room and categorized photos for more efficient retrieval. Serve as primary contact point for circulation of official documentation, supplies request and other special needs. Coordinate timely reports for management to ensure optimized operations. Facilitates work flow by ensuring agents were fully equipped with information files and equipment pertinent to specific case assignments. Employed knowledge of word processing to develop standardized forms meeting department guidelines.

**State Attorney's Office**

**Fort Myers, Florida US**

**Computer Specialist**

Input data relating to trial subpoenas. Initiated and led development of training manual for staff and attorneys on new criminal justice computer system (CJIS). Served as primary contact for system issues and usage questions. Volunteered to assist with analyzing and simplifying computer issues. Engaged in answering switchboard, aiding attorneys with administrative tasks and undertaking special projects as assigned by supervisor. Prepared purchase orders for related equipment, supplies, materials, and services. Reviewed special requests to determine accuracy of information pertaining to description, price, quantity, shipping information, etc. and availability of budget funds. Upheld strict client confidentiality guidelines and safeguarded proprietary information including system and user passwords, case details and other operating information.
- Served as a member of the CJIS task force, responsible for resolving hardware and software problems.
- Implemented computer application and hardware training manual for end users.

2

**Central Intelligence Agency**

**Washington, DC US**

**Telecommunications/Computer Officer, 2210**
**Operational Support Assistant**

Provided technical support to overseas CIA operations and for local CIA station. Resolved and reported complex technical issues and submitted situation reports with recommendations to Headquarters. Authored station operating manual and disaster recovery plan; implemented specialized equipment to the field and trained officers in its use. Maintained station UPS and backup generator, STU telephone, LAN and WAN network, secure fax and networking message handling systems. Administered HF, satellite and switching equipment. Provided telephone assistance for users experiencing technical difficulties. Provided covert operations, photographic surveillance, analysis, reporting of asset information. Prepared purchase requests for hardware, software and services as necessary, ensuring accuracy of pricing, description and availability of budget funds. Served as COMSEC custodian and maintained the crypto account.
- Achieved Top Secret/SCI clearance
- Received multiple exceptional performance awards for superior accomplishment valuable to the CIA.
- Chosen to implement new overseas office location and overcame several technological disadvantages to complete the office automation system within the set project time line.
- Provided overseas operations support in finance and budgets, surveillance and report analysis, recruitment, human resources and benefits administration, payroll, and equipment maintenance.
- Recognized by Director of Intelligence for outstanding service efforts in resolving technical problems during Operation Desert Storm.

**EDUCATION**              American InterContinental University

Hoffman Estates, IL US

Bachelor's Degree - 11/2004

200 Quarter Hours

Major: Information Technology

Minor: Business

GPA: 3.3 out of 4.0

3

| | |
|---|---|
| **RELEVANT COURSEWORK** | Microsoft Office User Certification<br>Network Operation Administration<br>Security Applications<br>Web Applications<br>Business Writing |
| **JOB RELATED TRAINING** | Administration School<br>Financial Accounting<br>Interview Techniques<br>Surveillance<br>Microsoft Office Certification<br>Emergency Training<br>Foundations of Intelligence Analysis Training<br>I2 Analyst Notebook<br>RISS NET<br>Cellhawk Cell Phone Analysis Training<br>Cellhawk Web Mapping Classes<br>Facebook for Law Enforcement Training |
| **JOB RELATED SKILLS** | Web Applications<br>Windows 2000/Outlook<br>HTML<br>Financial Accounting<br>Microsoft Office Certification<br>Hardware Troubleshooting<br>Scanner<br>Adobe Professional<br>Excel<br>Access<br>Hardware Operating System<br>Foundations of Intelligence Analysis Training<br>Analysis Notebook<br>Auto Track<br>Mapping<br>Surveillance |
| **AWARDS** | CIA Exceptional Performance Awards<br>IRS Manager Award<br>IRS Exceptional Performance Awards<br>Lee County Sheriff Office Civilian of the Year<br>FBI Recognition Award<br>Southwest Police Chief Association Civilian of the Year Award |

4