# Curriculum Vitae

## Jack D. Clark Jr.

**Employment**
**Fort Bend County Sheriff's Office**
October 2010 – Current

**Assignments**
01.2017 – Current: Forensic Examiner (FBI - TFO)
05.2011 – Current: Investigator in Crime Scene/Identification Unit at Fort Bend County Sheriff's Office
10.2020 – Current: Instructor for Fort Bend County Sheriff's Office Crime Scene Unit

Assigned to Federal Bureau of Investigation – Greater Houston Regional Computer Forensic Lab (GHRCFL)

*GHRCFL Forensic Examiner Responsibilities*
- Crime scene collection of contraband and electronic evidence
- Conduct forensic examinations of digital media
- Conduct analysis of computer devices in support federal, state, and local agencies
- Conduct analysis of mobile (cellular) phones and devices in support of federal, state, and local   agencies
- Maintain high degree of technical skills in various technologies
- Build, maintain, and troubleshoot forensic computers

**Academic Education**
Peace Officer Certification – University of Houston (Downtown) – October 2001

**Certifications**
CFCE – IACIS (12.2016)
A + Certification – CompTia (04.2017)
Network + Certification – CompTia (12.2017)
AccessData Certified Examiner – ACE – AccessData (07.2017)
Certified Blacklight Examiner – BlackBag Technologies (07.2017)
GIAC Certified Forensic Examiner – GCFE – SANS (01.2018)
Texas Commission on Law Enforcement – Certified Instructor (10.2020)
GIAC Information Security Fundamentals – GSIF – SANS (6.2021)
GIAC Security Essentials – GSEC – SANS (11.2021)

**Testimony**
**State of Texas v. George Glynn Banta - 8.25.2022**
435th District Court, Montgomery County, Conroe TX

**Training Received**
*NW3C*
   Basic Computer Data Recovery and Analysis Training - BDRA
   Intermediate Computer Data Recovery and Analysis Training - IDRA
   Windows Artifacts - WINART

*BlackBag Technologies*
   BlackLight Tool Training

*SANS – GIAC*

 Windows In-Depth – SANS 408/500 (GCFE)
 Introduction to Cyber Security – SANS 301 (GSIF)
 Security Essentials – SANS 401 (GSEC)

*Federal Bureau of Investigation*

 Operating System Artifacts
 File System Forensics
 Linux Command Line Forensics
 Web Artifacts
 FAVP – Field Audio Video Program

*Teel Technologies*

 Board Level Repair for the Digital Forensic Examiner