# Matthew DeShazo

| | |
|---|---|
| **Contact Information** | Lee County Sheriff's Office<br>10070 Intercom Drive<br>Fort Myers, Florida 33913<br>Office: (239) 258-3031<br>E-mail: mdeshazo@sheriffleefl.org |
| **Job Title/ Description** | Digital Forensic Specialist, 2005 to present<br>Collect, process, preserve, and examine cll phone, computer-related, and other digital evidence. Generate reports of findings from examinations. Testify in court, on cases involving digital evidence. |

**Education**

- Master's of Science in Digital Forensics, May 2010
    - University of Central Florida, College of Electrical Engineering and Computer Science
- Graduate Certificate in Computer Forensics, August 2009
    - University of Central Florida
- B.S. in Management Information Systems, May 2002
    - University of Central Florida, College of Business Administration
- A.A. Degree, May 1999
    - Edison Community College

**Certifications**

- Certified Mobile Device Examiner (CMDE), 2022
    - International Association of Computer Investigative Specialists
- Cellebrite Certified Mobile Examiner (CCME), 2022
- Cellebrite Certified Physical Analyst (CCPA), 2017
- Cellebrite Certified Operator (CCO), 2017
- Certified Advanced Windows Forensic Examiner (CAWFE)
    - International Association of Computer Investigative Specialists, 2015
    - Recertification, November 2021
- Certified Forensic Computer Examiner (CFCE)
    - International Association of Computer Investigative Specialists, 2007
    - Recertification, December 2022
- Certified Electronic Evidence Collection Specialist (CEECS)
    - International Association of Computer Investigative Specialists, 2007

**Training**

- International Association of Computer Investigative Specialists - Mobile Device Forensics, 2022
- Digital Forensic Training Bundle, 2019
- Cellebrite Certified Physical Analyst course, 2017
- Cellebrite Certified Operator course, 2017

- SQLite Forensics, 2016
- CPR Tools - Flash Recovery, 2015
- CPR Tools - Chip Off and JTAG, 2014
- International Association of Computer Investigative Specialists – Certified Windows Forensic Examiner, 2014
- GetData Forensic Explorer Advanced Forensic, 2013
- Internet Evidence Finder, 2013
- High Tech Crime Institute iPhone Investigations, 2011
- EnCase Advanced Internet Examinations, 2009
- CPR Tools Data Recovery, 2009
- SEARCH's Cell Phone Analysis, 2008
- AccessData Bootcamp, 2008
- Image Scan, 2006
- EnCase Intermediate Analysis and Reporting, 2006
- Advanced Report Writing & Review, 2006
- Ocean Systems Forensic Video Analysis, 2006
- International Association of Computer Investigative Specialists – Forensic Computer Examiner Training Program, 2006
- EnCase Introduction to Computer Forensics, 2005