| Case # | Defendant | Attorney | Div | Type | Judge | Date | Time | Location | Agency | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 18-000130CF | DAVIS, WILLIE | DESHAZO, MATTHEW B. | LEE | 1 M | Donald McFarlane | Wednesday, June 20, 2018 | 10:20:00 AM | 2000 S. Main St. | PD | Served |
| 18-000130CF | DAVIS, WILLIE | DESHAZO, MATTHEW B. | LEE | T | Lanna L. Belohlavek | Tuesday, August 20, 2019 | 8:30:00 AM | Courtroom 7-A | SA | Served |
| 18-000130CF | DAVIS, WILLIE | DESHAZO, MATTHEW B. | LEE | T | Lanna L. Belohlavek | Monday, April 22, 2019 | 9:00:00 AM | Courtroom 7-A | SA | Served |
| 18-000130CF | DAVIS, WILLIE | DESHAZO, MATTHEW B. | LEE | T | Lanna L. Belohlavek | Monday, March 18, 2019 | 9:00:00 AM | Courtroom 7-A | SA | Served |
| 18-000209CF | TORRES, JORGE MANUEL GUERRERO | DESHAZO, MATTHEW B. | LEE | 1 M | Philadelphia Beard | Tuesday, June 25, 2019 | 3:10:00 PM | 2000 S. Main St. | PD | Served |
| 18-014638CF | GRAY, MARTELL EUGENE | DESHAZO, MATTHEW B. | LEE | T | Marilla Jane Shoemaker | Thursday, June 6, 2019 | 8:30:00 AM | Courtroom 7-B | SA | Served |
| 18-017681CF | TROUTMAN, WILLIE JAMES | DESHAZO, MATTHEW B. | LEE | H M | Wendy L. Jones | Monday, March 22, 2021 | 1:00:00 PM | Courtroom 4-B | SA | Served |
| 18-017681CF | TROUTMAN, WILLIE JAMES | DESHAZO, MATTHEW B. | LEE | H M | Wendy L. Jones | Monday, February 15, 2021 | 1:00:00 PM | Courtroom 4-A | SA | Served |
| 18-020061CF | POINTER, JAVARUS DEVON | DESHAZO, MATTHEW B. | LEE | T | Francine H. Donnorummo | Thursday, February 6, 2020 | 8:30:00 AM | Courtroom 7-B | SA | Served |
| 19-000008CF | TSCHERNITZ, PETER ALEXANDER | DESHAZO, MATTHEW B. | LEE | T | Jessica I. Horowitz | Thursday, February 13, 2020 | 9:15:00 AM | Courtroom 4-A | SA | Served |
| 19-000093CF | LIVOLSI, DALLAS DALTON | DESHAZO, MATTHEW B. | LEE | T | Marilla Jane Shoemaker | Thursday, October 24, 2019 | 8:30:00 AM | Courtroom 7-B | SA | Served |
| 19-000267CF | SHACKLEFORD, FRED DOUGLAS | DESHAZO, MATTHEW B. | LEE | T | Francine H. Donnorummo | Thursday, February 6, 2020 | 8:30:00 AM | Courtroom 7-B | SA | Served |
| 19-000267CF | SHACKLEFORD, FRED DOUGLAS | DESHAZO, MATTHEW B. | LEE | T | Francine H. Donnorummo | Thursday, January 21, 2021 | 9:00:00 AM | Courtroom 7-B | SA | Served |
| 19-000287MM | BARBARICK, MICHAEL THOMAS | DESHAZO, MATTHEW B. | LEE | T | Mark F. El-Bahri | Tuesday, May 28, 2019 | 8:30:00 AM | Courtroom Unknown | SA | Served |
| 19-000420CF | CHARITY, MARCEL | DESHAZO, MATTHEW B. | LEE | T | Heather S. Fly | Thursday, June 3, 2021 | 9:00:00 AM | Courtroom 8-B | SA | Served |
| 19-000420CF | CHARITY, MARCEL | DESHAZO, MATTHEW B. | LEE | H M | Heather S. Fly | Thursday, April 29, 2021 | 9:00:00 AM | Courtroom 8-B | SA | Served |
| 19-015197CF | RUFFIN, MARQUEST SHAWNELL | DESHAZO, MATTHEW B. | LEE | T | Anastasia Snetkova | Thursday, November 10, 2022 | 1:30:00 PM | Courtroom 8-B | SA | Returned |
| 19-015584CF | MOLINA, FERNANDO | DESHAZO, MATTHEW B. | LEE | H M | Heather S. Fly | Thursday, July 8, 2021 | 9:00:00 AM | Courtroom 8-B | SA | Served |
| 19-016182CF | PENNACHIO, DOUGLAS JOSEPH | DESHAZO, MATTHEW B. | LEE | T | Mary Anderson | Monday, February 24, 2020 | 8:30:00 AM | Courtroom 8-A | SA | Served |
| 20-000560CF | TROUTMAN, WILLIE JAMES | DESHAZO, MATTHEW B. | LEE | T | Wendy L. Jones | Thursday, June 17, 2021 | 9:30:00 AM | Courtroom 4-A | SA | Served |
| 20-000560CF | TROUTMAN, WILLIE JAMES | DESHAZO, MATTHEW B. | LEE | T | Anastasia Snetkova | Thursday, July 22, 2021 | 9:30:00 AM | Courtroom 4-A | SA | Served |
| 20-014063CF | SANTANA PEREZ, JESUS FRANCISCO | DESHAZO, MATTHEW B. | LEE | T | Francine H. Donnorummo | Monday, March 7, 2022 | 9:00:00 AM | Courtroom 7-A | SA | Served |
| 20-014407CF | MILLAN CARABALLO, JOREL | DESHAZO, MATTHEW B. | LEE | T | Christine M. Cummins | Thursday, April 28, 2022 | 9:30:00 AM | Courtroom 4-A | SA | Served |
| 20-014407CF | MILLAN CARABALLO, JOREL | DESHAZO, MATTHEW B. | LEE | T | Christine M. Cummins | Tuesday, February 21, 2023 | 8:45:00 AM | Courtroom 4-A | SA | Served |
| 20-015224CF | HIGGINS, SARAH NICOLE | DESHAZO, MATTHEW B. | LEE | H M | Audra L. Thomas-Eth | Monday, May 3, 2021 | 9:00:00 AM | Courtroom 7-B | SA | Served |
| 20-015224CF | HIGGINS, SARAH NICOLE | DESHAZO, MATTHEW B. | LEE | T | Audra L. Thomas-Eth | Thursday, August 19, 2021 | 9:00:00 AM | Courtroom 7-B | SA | Served |
| 20-016302CF | FAULKNER, MARSHALL ALLEN | DESHAZO, MATTHEW B. | LEE | T | Heather S. Fly | Thursday, August 12, 2021 | 9:00:00 AM | Courtroom 8-B | SA | Served |
| 20-016452CF | CAMPBELL, DAVID RUSREGUS | DESHAZO, MATTHEW B. | LEE | T | Heather S. Fly | Thursday, August 12, 2021 | 9:00:00 AM | Courtroom Unknown | SA | Served |
| 20-016452CF | CAMPBELL, DAVID RUSREGUS | DESHAZO, MATTHEW B. | LEE | T | Lindsay S. Garza | Thursday, June 23, 2022 | 9:00:00 AM | Courtroom 8-B | SA | Served |
| 21-000886CF | RUIZ, DANIA MARIA | DESHAZO, MATTHEW B. | LEE | T | Erin E. Hughes | Thursday, December 22, 2022 | 1:00:00 PM | Courtroom 7-B | SA | Returned |
| 21-000892CF | RUIZ CONTRERAS, ENRIQUE | DESHAZO, MATTHEW B. | LEE | T | Erin E. Hughes | Thursday, October 13, 2022 | 1:00:00 PM | Courtroom 7-B | SA | Served |
| 21-001251CF | SANCHEZ ORTIZ, JOSEPH | DESHAZO, MATTHEW B. | LEE | H M | Michael Brian Curley | Wednesday, May 4, 2022 | 1:30:00 PM | Courtroom 8-A | SA | Served |
| 21-001251CF | SANCHEZ ORTIZ, JOSEPH | DESHAZO, MATTHEW B. | LEE | T | Michael Brian Curley | Monday, August 22, 2022 | 8:30:00 AM | Courtroom 8-A | SA | Served |
| 21-014271CF | EVANS, GARY FONTAINE | DESHAZO, MATTHEW B. | LEE | T | Christine M. Cummins | Thursday, April 28, 2022 | 9:30:00 AM | Courtroom 4-A | SA | Served |
| 21-014271CF | EVANS, GARY FONTAINE | DESHAZO, MATTHEW B. | LEE | H M | Christine M. Cummins | Tuesday, August 9, 2022 | 2:00:00 PM | Courtroom 4-A | SA | Served |
| 21-014550CF | EVANS, GARY FONTAINE | DESHAZO, MATTHEW B. | LEE | T | Christine M. Cummins | Thursday, April 28, 2022 | 9:30:00 AM | Courtroom 4-A | SA | Served |
| 21-016696CF | REYES, GUSTAVO PEDRO | DESHAZO, MATTHEW B. | LEE | T | Leena M. Marcos | Monday, January 9, 2023 | 8:30:00 AM | Courtroom 8-A | SA | Returned |