UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                             Case No.: 2:19-cr-150-SPC-NPM

**ALEX JARED ZWIEFELHOFER,**

      **Defendant.**

_____/

**MOTION FOR INFORMATIVE OUTLINE OF SOCIAL MEDIA EVIDENCE THE GOVERNMENT MAY SEEK TO INTRODUCE AT TRIAL**

    Alex Jared Zwiefelhofer, the Defendant, by his undersigned attorneys, pursuant to Rule 104 (C)(3), the Sixth Amendment files this Motion for Informative Outline of Social Media Evidence the Government May Seek to Introduce at Trial and states:

    1. On December 4, 2019, the government filed a superseding indictment charging Mr. Zwiefelhofer with Count One, conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. §1951(a); Count Two, interference with commerce by robbery in violation of 18 U.S.C. §1951(a) and 2; Count Three, conspiracy to use a firearm during and in relation to a crime of violence 18 U.S.C. §924(c)(1)(A)(iii) and 924(o); Count Four, use of a firearm during and in relation to a crime of violence 18 U.S.C. §924(c)(1)(A)(iii) and 924(j)(1) and 2; Count Five, conspiracy to kill, kidnap, or maim persons in a foreign country in violation of 18 U.S.C. §956(a)(1); and Count

Six, violation of the Neutrality Act in violation of 18 U.S.C. §960. (Doc. 32). Mr. Zwiefelhofer denies the allegations.

2.   A jury trial has been for the March 2023 trial term. Doc. 119.

3.   The Government provided voluminous amounts of social media posts allegedly from Mr. Zwiefelhofer and others purportedly in conversation with him in discovery. It is estimated that there are more than 66,000 of these social media posts.

4.   The Government has informed Defense Counsel that they intend to possibly admit approximately as many as a thousand of those posts.

5.   AUSA Jesus Casas has been contacted and the Government objects to this motion.

## MEMORANDUM--ARGUMENTS AND CITATIONS TO LAW

FRE 104(C)(3) states:

**(c) Conducting a Hearing So That the Jury Cannot Hear It.** The court must conduct any hearing on a preliminary question so that the jury cannot hear it if:

**(1)** the hearing involves the admissibility of a confession;
**(2)** a defendant in a criminal case is a witness and so requests; or
**(3)** justice so requires.

Justice would be well-served here by the Government providing the social media posts they intend to admit and trial and the Court hearing any objections to that evidence pretrial. To forgo that procedure could easily result in the need for a mini-evidentiary hearing on each piece of evidence the government seeks to introduce likely requiring excusal of the venire for these hearings. If that were the case, the trial could be

significantly extended unnecessarily. By adopting the proposed procedure, the Court could avoid the jurors service being unnecessarily extended in what is already projected to be a lengthy trial.

Additionally, a more intelligible record would result. This would allow better review on appeal and a thorough record being developed. Neither party would be prejudiced by the procedure, and both agree that the proposed procedure would better serve justice and judicial economy.

Wherefore, Mr. Zwiefelhofer requests that this Court grant this Motion for Informative Outline of Social Media Evidence the Government May Seek to Introduce at Trial.

Respectfully submitted this 1st day of February 2023.

        Respectfully submitted,

        A. FITZGERALD HALL
        FEDERAL DEFENDER, MDFL

        */s/D. Todd Doss*
        D. Todd Doss, Esq.
        Assistant Federal Defender
        Florida Bar No.0910384
        201 S. Orange Avenue, Suite 300
        Orlando, FL 32801
        Telephone: 407-648-6338
        Fax: 407-648-6765
        E-Mail: todd_doss@fd.org

        */s/Erin Brenna Hyde*
        Erin Brenna Hyde, Esq.
        Assistant Federal Defender
        Florida Bar No.0026248
        201 S. Orange Avenue, Suite 300
        Orlando, FL 32801
        Telephone: 407-648-6338
        Fax: 407-648-6095
        E-Mail: erin_hyde@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned attorney filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record this 1st day of February 2023.

        */s/ D. Todd Doss*
        Attorney for Defendant