UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 2S:19-CR-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

### JOINT MOTION TO CONTINUE TRIAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and the defendant, Alex Jared Zwiefelhofer, by and through his counsel, jointly request, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the trial in this case now set for March 1, 2023, to the June 2023 trial term with a date certain, and in support of this joint motion states as follows:

1.	The United States and counsel for Mr. Zwiefelhofer ("the Parties") have been in discussions about the upcoming March trial term and the ability to resolve anticipated legal disputes prior to the trial term. The United States has filed three motions and anticipates filing additional motions prior to the February 1 motion deadline. Counsel for Mr. Zwiefelhofer will also be filing motions prior to the deadline. In light of the anticipated response period for such motions, it is unlikely that such motions will be resolved before the commencement of the March trial term.

2.	The Parties believe that all pretrial litigation can be resolved by the June trial term. As a result, the Parties are respectfully requesting that the trial of this

case be continued to the June trial term. The Parties would also respectfully request that the Court issue a date certain for the trial so that all travel arrangements and accommodations can be planned with a specific date in mind.

3. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the period of delay resulting from the continuance shall be excluded in computing the time in which trial in this case must commence. 18 U.S.C. § 3161(h)(7)(A).

In consideration of the joint motion for continuance, the Parties request this Court to continue the case for trial to the June trial calendar.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov

By: /s/ *D. Todd Doss*
D. Todd Doss, Esq.
Assistant Federal Public Defender
Florida Bar No. 0910384
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407 648 6338
Facsimile: 407 648 6095
E-Mail: todd_doss@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

D. Todd Doss
Todd_Doss@fd.org

Erin Brenna Hyde
Erin_Hyde@fd.org

                                                       /s/ *Jesus M. Casas*
                                                       JESUS M. CASAS
                                                       Assistant United States Attorney
                                                       Florida Bar No. 0152110
                                                       2110 First Street, Suite 3-137
                                                       Ft. Myers, Florida 33901
                                                       Telephone:   (239) 461-2200
                                                       Facsimile:    (239) 461-2219
                                                       E-mail: Jesus.M.Casas@usdoj.gov