# APPENDIX C1

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

| | | | |
|---|---|---|---|
| **CFS NUMBER** | : 18-166510 | **DATE OF INTERVIEW** | : |
| **INTERVIEW OF** | : Dameon Adcock W/M [Redacted] | **TIME OF INTERVIEW** | : 9:28 |
| **INTERVIEWED BY** | : Agent Kehoe Matt Special Agent Jim Rozinski | **DATE TRANSCRIBED** | : December 27, 2019 |
| **LEGEND** | : AK = Agent Kehoe US = Unidentified Speaker MA = Matt MV = Meloni Vaughn EV = Electronic Voice JR = SA Jim Rozinski KA = Kathy Adcock | **TRANSCRIBED BY** | : Catherine Borella/cjb |
| **LOCATION OF INTERVIEW** | : Person County, North Carolina | **TRANSLATOR** | : |

(The following may contain unintelligible or misunderstood words due to the recording quality.)

AK:   All right. Let's, uh -- you got anything on you at all?

DA:   No. I shouldn't have anything like that.

AK:   Okay. Cool.

DA:   Sorry about that.

AK:   All right. We're gonna get friendly here.

DA:   Yeah, you're fine.

AK:   You know how it goes, right?

DA:   Yep.

AK:   Not my favorite part of the job. All right. All right, brother.

DA:   Okay.

AK:   Why don't you have a seat right there?

DA:   Okay.

AK:   Uh, Matt, you wanna come in?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: ____/____/____

2

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   Yeah.

US:   You good.

AK:   Yeah, yeah.

US:   You good for the day then?

AK:   Huh?  No, no.

US:   You good --

AK:   I'm good.

US:   Oh, you know what I mean, like --

MA:   He's gonna roll.

AK:   You wanna roll out?

US:   Oh, yeah.

MA:   (unintelligible) --

AK:   All right.

MA:   -- if you need me.

AK:   Stand by for Middle District if I need to go to Middle District.

US:   You think it'll go that long?

AK:   I -- I don't know.

US:   I'll stick around.

AK:   Okay.

US:   I (unintelligible).

AK:   Yeah.  (Closes door).  All right.

MA:   Where are you gonna sit?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001662

3

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:    Yeah. Damn phone. All right, bro. It's 9:28. All right. So first things first. I do have warrants for you like we talked about, right?

DA:    Yeah.

AK:    And I wanted to call you and let you know about them and bring you in --

DA:    Yeah.

AK:    -- like we talked about. Um, want the handcuffs in the front?

DA:    No. I don't mind -- it don't matter to me.

AK:    Would that be better for you?

DA:    Yeah. It's whatever you wanna do, man.

AK:    All right, man. They may end up hurting. Make it a whole lot easier for you. My bad. So, I'm sorry. There you go. That'll be a whole lot better.

DA:    Oh, yeah.

AK:    Yeah, exactly. All right. So it is 9:29. So you're under arrest for, uh, Passport Fraud. I'll read the exact charge to you --

DA:    Yeah.

AK:    Okay? So this is the stuff we talked about before. It's 18 2 U.S.C. 3 -- 371, Conspiracy to Commit Passport Fraud and then 1542 and 2, Passport Fraud and -- and Aiding and Abetting, 1028 A -- A1 and A2. These are all legal terms.

DA:    Yes.

AK:    Aggravated Identity Theft and Aiding and Abetting, 1546 A and 2; Fraud and Misuse of Visa Permits and other Documents and Aiding and Abetting. All right.

DA:    Okay.

AK:    All right. So with that said, I have a lot of things I wanna talk to you about.

DA:    Uh-huh.

AK:    Um, particularly the cooperation part.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001663

4

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

DA:   Yeah.

AK:   I think -- personally, I think that would go a long way for you.

DA:   Uh-huh.

AK:   Um, and I wanna explain more of that to you. However, any time somebody's in custody and I talk to them, I have Mirandize them, right?

DA:   Yeah. I know --

AK:   You know -- you know how that works.

DA:   -- my rights, yes. You're good. I don't need a lawyer.

AK:   You sure?

DA:   Yeah. We talked about it. I'm tryin' to cooperate. I'm not tryin' to make a deal.

AK:   Okay. All right.

DA:   So --

AK:   I still have to read them to you --

DA:   Yeah, I know.

AK:   -- just -- just to make it official.

DA:   Yeah.

AK:   Okay. Cool. I forgot my old man glasses here. You'll have to bear with me.

DA:   Oh, you're good. Take your time.

AK:   Wait till you get my age, man. All right. Advisement and Waiver of Miranda Rights. Before I ask you any questions, I want to explain your rights to you. You have the right to remain silent. You've heard that before, right?

DA:   (Nods head).

AK:   Anything you say can be used against you in a court of law. You have the right to counsel -- to consult with a lawyer before questioning and to have a lawyer present during questioning. If you cannot afford

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001664

5

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

a lawyer, one will be appointed to represent you free of charge, prior to answering any questions.  Uh, do you understand your rights?

DA:   Yes.

AK:   Okay.  Are you willin' to waive these rights and talk to me now without a lawyer bein' present?

DA:   Yes.

AK:   Okay.  Cool.  All right.  Cooperation.  That's what we're really lookin' for.  Um, you said outside that you were tryin' to figure out --

DA:   Yeah.  I was tryin' to figure out where the other two went.  The other two guns, I guess you could say.

AK:   Okay.

DA:   I've been tryin' -- the man just switched his number, the whole nine yards.  So I don't --

AK:   Okay.  So you -- there's a couple of different things here.  So it -- it -- if you cooperate, what -- what I'm really here for is I wanna get the guns.  I -- I --

DA:   Yeah.

AK:   -- wanna get the guns now.  Um, the -- I gotta tell you.  Nobody really believes the middleman story.

DA:   Yeah, I got you.

AK:   Like, I --

DA:   Yeah.  I --

AK:   -- that make sense?  Like, you know --

DA:   Yeah.

AK:   -- people listen to the tape and go, No, man?  Come on.

DA:   Yeah.

AK:   Come on.  Really?

DA:   Yeah.

AK:   Um, we need those guns.  Do you -- you understand this is part of a bigger case?

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

DOC-001665

6

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yes, I understand that.

AK:   I mean, these are passport charges for you and you're kind of tied in tentatively to another case --

DA:   But they do understand that I can't find them if I'm behind bars, right?  They do understand that if I'm not out here lookin' for them, I can't find them?

AK:   Uh --

DA:   'Cause, no offense, even if the middleman story is bullshit, I still don't know the man's name that I sold them to.  You know what I'm tryin' to say?  Like, do you -- do you understand me?  Like, I got to do some research and see where they went.  I can't find somethin' that you kind of asked me to do if I can't give you the names for them.

AK:   Okay.  What have you done in the last two weeks?

DA:   I've been tryin' to call people and tryin' to find them myself.  'Cause when I first sold them, they was just quick -- just gone.

AK:   Okay.  The guns have to come back.  That's part of --

DA:   Yeah.

AK:   -- that's the real cooperation here, right?

DA:   I understand that.

AK:   Otherwise, I mean, the attorney looked at it from the standpoint of, like, well, he -- he told us about the passport stuff but he didn't tell us about the guns bein' (unintelligible) --

DA:   I mean, I'm -- I was -- I even gave my own, the one I was usin', my personal one.  They actually came back clean.

AK:   Uh-huh.  I know -- uh, yeah, yeah.

DA:   So I mean, you know what I'm tryin' to say?  Like, I'm -- I'm tryin' to cooperate but I can't do anything behind -- no offense.  You got me in these.  How am I supposed to find them?  That's my point.

AK:   What we need is we're gonna need the people that you sold them to.

DA:   Yeah, I understand --

AK:   Like (unintelligible) --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

7

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   -- that. But, uh, to be honest, I really don't remember, and I've been tryin' to find out and tryin' to find out. And you can say what you want to, but at this point, I really cannot tell you who I sold them to. And it's not because -- I can't because I -- I just don't physically remember. That is the honest to God truth.

AK:   Well, how -- how do -- how do you not remember?

DA:   I mean, no offense. I sell them. I got rid of them. I forgot about them.

AK:   Okay.

DA:   I've been tryin' to find them. I've been askin' everybody that I hang out with who I've been around and stuff like that, that were at the point in time.

AK:   Uh-huh.

DA:   And everybody's givin' me hints but nobody's givin' me details, if that makes sense. Like, it's not just simple as runnin' somebody down and sayin', Hey, I need that gun. I -- I gotta come up with the money to buy the guns back instead of actually just takin' them back.

AK:   I see what you're sayin'.

DA:   Yeah. So --

AK:   Okay. So the guns are evidence of the passport fraud crime.

DA:   Yeah, I understand that.

AK:   And you understand they're part of a bigger thing.

DA:   Yes, I do.

AK:   You realize there's a homicide that happened, right?

DA:   Yes, two of them, I think, if I'm not correct.

AK:   Correct.

DA:   Yeah.

AK:   Two veterans.

DA:   Yes, I understand that.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

8

## LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

AK:   Two veterans that were killed. What I'm tryin' to do is -- and I understand your concern about your reputation here in town.

DA:   Yeah.

AK:   That's -- I -- I've conveyed that information to other people, the -- the Bureau and stuff like that. What I'm trying to do is make sure that, as per our -- our understanding and me tryin' to be a standup guy with you is that the FBI doesn't come into Roxboro and turn this place upside down lookin' for your friends.

DA:   Yeah, I understand that.

AK:   I mean, they'll get your phone records. They'll --

DA:   Yeah.

AK:   -- they'll get -- they'll get everything, your email. They'll get everything and figure out who you've hung out with in the last year and a half and they'll probably start knockin' on doors.

DA:   I understand that and I --

AK:   It's --

DA:   -- I mean, but don't take this the wrong way. It takes longer than two weeks to come up with a whole bunch of shit like that. That's not -- it's $600 a piece for the pop -- for the guns to buy them back if --

AK:   It --

DA:   -- I was gonna buy them back. Roughly, on the street, that's -- that's literally roughly.

AK:   Sure.

DA:   You know what I'm sayin'? And then on top of that, I gotta come up with $600 for each one. That's $1,200. That's not sayin' that's what they're worth or anything like that.

AK:   I understand.

DA:   -- I mean, you know, like, I'm just sayin' that's -- that's gonna cover it and just to get it back to y'all, but I'm gonna lose my money on it. Do you understand me?

AK:   But you're not gonna lose money because we will seize it as evidence.

DA:   Yeah, I got you.

AK:   Right? And let me also explain to you that I'm not ATF.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

9

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
## _Dameon Adcock_
## _CFS # 18-166510_

DA:     Yeah.

AK:     It -- it, uh, the -- the serial numbers, were they off of them?  It's --

DA:     I do not -- no.  One of them had them on there the other one didn't.

AK:     Okay.  I don't care if the guys is, uh, holdover felons.  I -- I --

DA:     Yeah.

AK:     -- could care less.  I'm not chargin' them.  I'm not -- I'm not the gun police.  Right?

DA:     You said --

AK:     I'm -- I'm here with the passport charges.  I'm tryin' to help out, uh -- uh, our -- our investigation --

DA:     Yeah.

AK:     What I'm gonna do is knock on somebody's door and try to minimize the damage to you.

DA:     Yeah.

AK:     By -- by explainin', Look, he didn't know there was anything wrong with these.  Come to find out, there is.

DA:     Yeah.

AK:     You turn it over to me, I walk away and that's it.

DA:     I -- I understand --

AK:     I'm not lookin' --

DA:     I mean, did you --

AK:     -- to fuck you guys.

DA:     -- y'all gotta see my point here.  That's like me -- let me say that you don't -- I sold a gun to you a year ago and I come up to you and say, Hey, I need that gun back 'cause the FBI's lookin' for it, what's the first thing they gonna think?  I mean, do you understand me?  Like, I don't -- I mean, I know y'all don't care about what they look at me like and I don't really care either but --

AK:     No.  I do, I do, actually.  That -- that's --

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001669

10

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:    Yeah.

AK:    -- why I'm tryin' to help you because what I'm tryin' to tell you is if you don't help us in that way, I'm --

DA:    Yeah.

AK:    -- I've given this a lot of thought.  How can we minimize the damage --

DA:    Yeah.

AK:    -- for Adcock?  That's really --

DA:    Yeah.

AK:    -- what I've thought about.  Like, 'cause I understand what your concern is.  I remember from the interview.

DA:    Yeah.

AK:    You don't want me showin' up at your house.  You don't want me showin' up at your work and I respected that.  I called you.

DA:    Yeah.

AK:    Okay?  I --

DA:    Yeah.  And I understand you had to -- yeah.

AK:    -- and I understand that and you did.

DA:    Yeah.

AK:    You respected it and you came in.  And that goes a long way with me.  And that's --

DA:    Yeah.

AK:    -- the first real step towards cooperation.

DA:    Yeah.

AK:    But then I thought about, What are we gonna do after that?

DA:    Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

11

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

AK:   He knows where the guns are. He knows who has them. This is -- this is what I'm thinkin'.

DA:   Yeah.

AK:   So just hear me out, okay? How do I minimize the damage to his reputation in that whole -- in that whole scenario? Well, a, if he was to tell me nothin', then I know what's gonna happen. People --

DA:   Yeah.

AK:   -- are gonna turn this town upside down based on all the phone conversations you had with people and all the -- all the friends that you associate with and eventually will turn up.

DA:   Yeah.

AK:   Right? But that's gonna do a hell of a lot of damage to you.

DA:   Yeah.

AK:   Okay? Probably the minimal way to do this -- okay -- is to tell me who and then I can ride out there and I can explain to him there was a mistake. That -- it -- it looks like a legal transaction.

DA:   Yeah.

AK:   We get that. We're not lookin' at you, but we need it back because it's evidence in a broader case and you don't want anything to do with it, trust me.

DA:   Yeah.

AK:   And that person's liable to say, 10-4. Here you go.

DA:   Yeah.

AK:   And, yeah, they're out the money but it's a lot less damage to you.

DA:   Yeah.

AK:   We're talking two people, right?

DA:   Yeah, I understand but I still can't do nothin' if I'm cuffed up 'cause I really do gotta find these people. Like, it's not -- it's -- I understand what you're tryin' to say. I've had two weeks and I've been tryin'.

MA:   It -- I mean --

DA:   I -- I know --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

12

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

MA:  -- it's -- it's not gonna be you finding these guns anymore.

AK:  Yeah.

DA:  But that's not what I'm sayin'. I gotta find out who actually has them. That's -- that's the thing. Like --

AK:  We can -- we can backtrack it. We gotta know who you offloaded it to up front.

DA:  That's -- I don't remember 'cause I offered it to five or six people at the time. You know, this was all guns that were bought and sold quickly. There wasn't really, like, I was, like, best friends with the people. You know? 'Cause I offered it to some of my best friends and they just told me they didn't want them. And that's what I'm tryin' to explain. It's not like I'm just, um, so it -- it's not -- it's not like I'm just tellin' you, like, I haven't been tryin'. Like, I mean, y'all can see -- you can pull my records if you want to. I've been callin' motherfuckers I ain't talked to in a year and a half.

AK:  Yeah.

DA:  You know what I'm sayin'? Like, I'm tryin' but --

AK:  Well, how -- were you -- were you usin' drugs or somethin' when you did it? I mean, how do you not -- not remember who it was you sold them to?

DA:  Because it was a year ago to me. I don't remember much things I do the whole week and I understand your point. It sounds kind of bullshitty but it's really the fact that I made 40 phone calls over the situation when I was either tryin' to sell them or tryin' to get them back, either way.

AK:  Okay.

DA:  You know what I'm sayin'? And that's not like -- they've changed hands back and forth, back and forth. Not including mine, but just they changed hands. They rotate. It's not like it's -- okay. That's mine now. Well, then if he gets tired of the gun, somethin' easy to offload and need some money, there you go. You know? I can tell you what they look like. I can start makin' phone calls and stuff again, but I mean, just 'cause one of them, Damon McGinty [phonetic] had it for a while.

AK:  Okay.

DA:  I mean, he was usin' it. I mean, he didn't sell it. He didn't do anything. That was me sellin' it but --

AK:  Okay.

DA:  -- he used it. He held onto it. So it changed from his hands back to my hands to somebody else's hands.

AK:  Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

13

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:   And I'm tryin' to figure out who has the gun now.  You know --

AK:   Okay.

DA:   -- what I'm sayin'?  That's my whole thing.  Like, it's not like I'm beatin' around the bush tellin' you that I don't know when I -- when I really don't know.  I'm -- I'm really tryin'.  And I -- and I wish I could give you a name.  I honestly do, so I could actually give y'all the name so get the fuckin' shit over with.

AK:   Yeah, no.  I --

DA:   I -- I mean --

AK:   -- that's what we wanna do.

DA:   -- you know -- yeah.

AK:   Well, you wanna put this behind you.

DA:   Yeah.

AK:   The other -- the other issue, I -- I -- believe me, man, I mean, my heart wants you to cooperate --

DA:   Yeah.

AK:   -- because if you're able to cooperate and give us those guns, the -- they have not charged you with perjury down in Florida.

DA:   Yeah.

AK:   Okay?  And I think we can fix that.  I -- I think -- I think we can do okay --

DA:   Yeah.

AK:   -- with that.

DA:   I understand.

AK:   I think you can get -- I -- I personally think you can get around that if you -- if you can get us the guns.  Okay?

DA:   And I'm -- I'm tryin'.  I really -- I wish I could tell you their fuckin' names right now.

AK:   All right.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

14

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   I really do. But I really cannot tell you the names.

AK:   Here's -- here's --

DA:   I don't know them.

AK:   -- if I take you back to court, and the attorney says, Oh, he wants to get out so he can try and find the guns for us, the attorney's gonna go, What? You --

DA:   Yeah.

AK:   -- he -- he said he'd cooperate and you come back with him but no guns. I'm tryin' to get him to argue for no detention for you.

DA:   Yeah.

AK:   So that you can back out and live your life and then put these charges behind you. I mean, we'll still go to court over everything. It's not, you know, the -- things aren't gonna go away. You know --

DA:   Go away, like, yeah.

AK:   -- totally go away --

DA:   Yeah.

AK:   -- but the consideration it's gonna be -- I -- I would imagine there would be a lot of consideration given to you if you help out. Okay?

DA:   Yes.

AK:   So I'm kind of under the window tryin' to help you. I really am. I don't --

DA:   Yeah, I believe you, man. I mean, I really just wish I could tell you, but I really do not know. Like, I'm not gonna say that I can give you a gist of an idea. I'm -- I'm tryin' to find -- I'm gettin' close but I don't have the guns. I don't have where they are. I don't know what they've done with them and I've been tryin' and I just wish this shit was gone. I don't want the fuckin' guns. I didn't want them in the first fuckin' place. I just got them 'cause of a deal.

AK:   Yeah.

DA:   You know what I'm sayin'? If I knew where the fuck they were at right now, they'd probably be here right now. I don't have time for the shit that's goin' on right now. I'm missin' work. I'm about to go to the beach. I ain't gonna be funny. Like, I'll be expectin' to go and have a vacation.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: ____ / ____ / ____

American High-Tech Transcription and Reporting, Inc.

DOC-001674

15

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:     Yeah.

DA:     If I knew where the fuck they were, they would be here.

AK:     All right.  What have you done so far tryin' to find them?

DA:     I've talked, to Damon.  I haven't talked to Damon since all this shit went down --

AK:     Damon McGinty.

DA:     McGinty.

AK:     Okay.  And --

DA:     Like, 'cause most of the time, back then, we done everything together.

AK:     Okay.

DA:     So I was hopin' he would have some detail, but he wouldn't tell me anything.  He wouldn't talk to me about anything.

AK:     Okay.

DA:     'Cause they were -- 'cause he knows what's goin' on here.

AK:     Okay.

DA:     So it's hard for me now 'cause I'm havin' to skip him and go to everybody else.  I called one of my ex-friends, Fletcher Hall [phonetic], that was there 'cause I tried to --

AK:     That was Fletcher Hall?

DA:     Yeah.  I tried to sell it to him but he didn't want it.

AK:     Okay.

DA:     So now I'm havin' to backtrack to see who else I tried to fuckin' sell it to, both of them.  So -- and I'm really -- I really wish I knew.  I -- I really do.

AK:     I -- I just don't wanna be the guy to take you in with the story you -- you tried callin' people and you can't remember who you sold it to.

DA:     I mean --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

16

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:   Okay?

DA:   -- that's just -- and you don't have to believe me.  You can take a lie detector test or whatever --

AK:   No, no.

DA:   -- you're gonna do but I'm --

AK:   I'm just --

DA:   -- just -- I really don't remember, man.  It's --

AK:   I also don't want people turnin' this town upside down because that --

DA:   Yeah.

AK:   -- that's what I'm tryin' to do --

DA:   I understand.

AK:   -- is minimize the damage to your reputation here.

DA:   Yes.  I understand.  But if I could tell, I could tell you.

AK:   Okay.

DA:   You know?  I mean, if you gave me another two or three weeks, I probably would be able to find them. I'm just -- I'm gettin' close, I just don't -- though, nobody has them.  That's the point.  They're all -- and nobody's gonna wanna give up a gun when you tell them, Hey, the FBI wants them.  You know, I'm tellin' them that I'm tryin' to buy them back 'cause I want them.  That's --

AK:   Yeah.

DA:   -- my whole point.  And then when I find them, I'm -- I mean --

AK:   But -- but they'll give them back if we show up in the door and say, Look --

DA:   Yes, they will.  But --

AK:   -- no questions asked.

DA:   Yes.  I mean, I'm pretty sure -- 90 percent sure, they will.  But I gotta find out who actually has them. That's -- that's the whole thing.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

17

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:   Right.

DA:   If I could tell you who they were, I would so you could go get the motherfuckers so I could take these motherfuckers off right here and do whatever we gotta do.

AK:   Yeah.

DA:   So --

AK:   What, um -- uh, so the -- the guy called, what did he tell you?  Did he -- did -- is he --

DA:   Damon or Fletcher?

AK:   Uh, Fletcher, I guess is --

DA:   Fletcher told me that he tried -- he was gonna try to buy one but I never gave him the chance.  They were gone before he got --

AK:   Okay.  And Damon?  Does he know anything?

DA:   Damon just wouldn't talk to me.

AK:   Okay.

DA:   He wouldn't talk to me and I mean, he didn't have anything to do with sellin' them but he was usually with me so I figured he might remember somethin'.  But he didn't tell me anything.  He wouldn't speak.

AK:   Okay.

DA:   Now maybe I could call him and, uh, no bullshit, and tell him I'm sittin' in an FBI room and I need to know some information on the guns.  What, uh -- do you -- that where we sold them at, blah, blah, blah.  And that'd be it.  So --

AK:   All right.

DA:   Actually, could I make one phone call?  I might know where both of them are at and I'm -- I'm kind of -- the reason I say this is 'cause when I had them, I was stayin' with Kendall Vaughn and her -- his ex-wife.

AK:   Uh-huh.

DA:   And they were all there at one time 'cause my shotgun is there, too.  Can I please make a phone call real quick and ask her if she remembers anything?

AK:   Yeah.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

18

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
<u>**Dameon Adcock**</u>
<u>**CFS # 18-166510**</u>

DA:   Um, I don't have my phone.  He's got my phone.

AK:   Where -- where his phone?

DA:   Can you do me a favor?

MA:   (Leaves the room).

DA:   Can you open this and rotate my wrists?

AK:   Yeah.  Okay.

DA:   If you don't mind.

AK:   (unintelligible) can do it, yeah.

DA:   And the only reason I said it is I'm tryin' to think, 'cause we were talkin' about shotgun -- my shotgun the other day.  I'm -- I'm tryin' -- the -- I was just gonna rotate.

AK:   I'll take it off, man.

DA:   Okay.

AK:   There you go.

MA:   (Reenters the room and puts cell phone on the table).

DA:   And I might tell her truth so if y'all can just bear with me now.  I'm talkin' a little shit about y'all.  Don't take this the wrong way.

AK:   That's fine.  Talk all the shit you want about me.

DA:   How many times -- I mean, there ain't nothin' negative.  I promise.

AK:   I'm used to it.

MA:   But, no, man.  It's good.  I mean, we're lookin' for a means to an end.

AK:   Yeah.

MA:   Yeah.

AK:   Really tryin' to help you out in the end.  This -- this doesn't help me.  This helps you.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

19

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   Yeah. No. This is -- this is outside what we're doin'.

DA:   (On the phone). (Phone ringing).

MV:   What?

DA:   Hey, I need a -- I need a favor. I need a question I need the answer for --

MV:   Okay.

DA:   -- like astat [sic]. Um --

MV:   Okay.

DA:   -- this is Meloni, right?

MV:   Yeah.

DA:   Um, you sounded, uh, quiet. Um --

MV:   I'm at work.

DA:   Yeah. You're good. Um, when we were -- when you were at Kendall's, didn't I leave both of them two black 19s over there, Glock 19s?

MV:   Say what now?

DA:   You remember them two black 19s that I had?

MV:   Yeah.

DA:   Did -- didn't I leave both of them at Kendall's?

MV:   Yes.

DA:   And along with my shotgun.

MV:   Yes.

DA:   Okay. I -- I just -- I mean, I'm gonna tell you the truth. I'm sittin' here with the FBI and I'm about to go to fuckin' jail but I need -- they need the guns and they're tryin' to find them and it's either I get them for them or I take a bigger charge and I'm just tryin' to remember where I put them. Put it that way.

20

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

MV: Um, the last I know, um, they were at Kendall's house but I'm about 100 percent sure Kendall probably sold them.

DA: Okay.

MV: Or he -- or either he gave them to somebody or somethin' because he don't live at that house anymore. I have no idea where he's at.

DA: Okay. Well, that's all I wanted to know because I've been tryin' to think about it and think about it and I called Fletcher, Damon and all them. You know what I'm tryin' to say?

MV: Yeah, um --

DA: But -- but --

MV: -- I mean, if anything, I -- I mean, I can give you Kendall's momma's phone number and you can talk to her.

DA: Well, if you don't have Kendall's number --

MV: I -- actually I got his new phone number if you want it.

DA: Yeah. Right. What's his number?

MV: Hang on a second. (unintelligible).

DA: I mean, I hate to be doin' this but I mean, I ain't really got no fuckin' choice at this point.

MV: Yeah, I know. Damn. Oh. All right. It's 336 --

DA: Hold on. 336.

MV: -- uh-huh, 598 --

DA: 598.

MV: -- 2313.

DA: All right. 10-4. Well, I'm gonna call him and ask him, give him the chance to tell me if he's still got them or not. If he's not, then I'm just gonna send -- I guess I'm gonna have to send y'all over there and see. I mean, that's all I can do. So, um --

MV: All right. I mean, I'll do the best you can. You know, uh, he won't talk to me. So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001680

21

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yeah, I know. But I need my shotgun out of there, too. Huh, so -- all right. Thank you, ma'am.

MV:   All right. Love you, bye.

DA:   All right. Love you, bye.

AK:   All right. Before you call him -- before you call him, let's talk about this.

DA:   Okay.

AK:   Okay. So he may have them, right?

DA:   Yes.

AK:   Okay. So what I don't want you to do with him is tell him that you're with the -- we're -- we're State Department.

DA:   Yeah, whatev.

AK:   Um --

DA:   -- I mean, either way.

AK:   -- be the Bureau, they -- try feds -- the feds.

DA:   Yeah.

AK:   All right? Call us the feds.

DA:   I don't really give a shit. I mean --

AK:   Yeah. So --

DA:   -- people.

AK:   -- uh, I don't want you to know -- I don't want him to know that you're with the feds.

DA:   Well, the reason I told her that is because they're exes. They hate each other. They won't talk to each other. They --

AK:   Okay.

DA:   -- when I say they really want to each other, the only reason she's got his number because of his mom --

22

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

AK:   Okay.

DA:   -- I'm pretty sure.

AK:   Okay.

DA:   So she don't care. She knows I'm lookin' out for what's right on me and so him, I don't know what you want me to tell him. I could tell him what I've been tryin' to tell everybody else, I wanna buy them back if he has both of them. That's what I can tell him.

AK:   Okay.

DA:   If that's fine with you. And he if says, Yeah, I got both of them, then --

AK:   Yeah. You can tell we'll buy -- buy back both of them or whatever. Whatever -- whatever story you wanna give him.

DA:   Yeah. I'm just tryin' to --

AK:   I just gotta figure -- we just figure out where they're at.

DA:   Yeah.

AK:   Okay?

DA:   And then if he doesn't, I'm gonna be like, Well, I really want them guns -- them two guns back. I'm gonna try to be, like, why -- where are they at so I can buy them back?

AK:   Yeah.

DA:   So -- but he has my shotgun so if y'all go see his weapons, do me a favor. I don't care. Can you grab my shotgun?

AK:   Grab your shotgun?

DA:   It's a 12-gauge series 500 pump. No shit.

AK:   Did you sell it to him?

DA:   No, it's mine. Like, I left it over there. We were sittin' over there in huntin' season.

AK:   Okay.

DA:   So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

23

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:   Did you, um -- what if I got -- what -- would it help, man -- no. I'll -- I'll talk to you about that later? As part -- as part of the cooperation, I want you to also help out, 'cause you went down to Florida, right?

DA:   Uh-huh.

AK:   And you talked to them. Um, you know, at some point I'm gonna want you to talk to them as well.

DA:   The people -- the grand jury?

AK:   Uh, not the grand jury. I want you to talk to the FBI agent and the, uh --

DA:   Well, the reason I done that, man, don't take this the wrong --

AK:   (unintelligible).

DA:   -- way. They wouldn't tell me if he was in custody or not. And obviously, he's done -- he done killed two fuckin' people. Wouldn't you be worried about it? Wouldn't you be --

AK:   Is that your concern? Hey, that's cool.

DA:   I mean, I'm bein' honest.

AK:   That's good to know.

DA:   Like, I mean -- I mean I've been thinkin' about any shit like that. Like, I done what I did. That's fuckin' cool. But I was tryin' to do what I need to do to protect my family. It's not hard to find me, it's really not.

AK:   Okay.

DA:   So --

AK:   No, I -- uh -- uh, you protect your family, protect yourself. Are you -- are you -- Lang's a bad dude. Is that --

DA:   Um, no.

AK:   -- is that what you're gettin' at?

DA:   I know he makes bad decisions. That's what he does.

AK:   Okay.

DA:   He's not a bad person.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001683

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**CFS # 18-166510**

AK:   Okay.

DA:   He just makes bad decisions, you know?  And his decisions override what he needs to do in life.

AK:   That' funny, man.  You -- you -- you're tellin' me the same things I've heard from other people.  He's not a --

DA:   I'm not sayin' he's not a bad --

AK:   -- he's not a bad dude.

DA:   No, no, no, no.  His personality's great.

AK:   Yeah, yeah.

DA:   He's a bad -- I mean, you could say he's a bad person but he's -- he makes bad decisions.  Uh, you make bad decisions in your life once in a while.

AK:   Sure.

DA:   You've made bad decisions.

AK:   All the time.

DA:   His decisions just keep continuing to be bad instead of right.  I made a bad decision and look where the fuck I'm at.

AK:   Okay.

DA:   Don't -- don't blame the person for what they've done, but if they continue to do it, yeah, they deserve to be --

AK:   Yeah.

DA:   -- treated that way.  But that don't make him a bad person.  That makes him a human, to be honest.  He just doesn't know when to stop.  Nobody's ever taught him when to stop makin' bad decisions.

AK:   Got you.

DA:   That's the way I look at it.  So before you judge, don't judge.

MA:   Yeah.

AK:   Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

25

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   But --

AK:   Why don't you go ahead and see if you can figure out --

DA:   He ain't gonna tell --

AK:   -- where the guns are at --

DA:   -- he might not answer.  I'm just bein' honest with you.

AK:   I know.

MA:   Yeah.

DA:   And the only reason I thought about it is 'cause -- I'm sorry.

AK:   Yeah.  If you can figure out where they're at, we'll figure out how to get them back.

DA:   Yeah, that's fine.

AK:   You don't need to -- you don't need to commit to -- to buyin' them or -- or we can talk about it if you want.

DA:   (On the phone).  (Phone ringing).

AK:   You can take notes.

EV:   Your call has been forwarded to an automated --

AK:   So who -- who is this guy?

DA:   Kendall Vaughn.

AK:   Kendall Vaughn, V-A-U --

DA:   G-H --

AK:   -- G-H-N?

DA:   Yeah.

AK:   Okay.  And what -- what relation is he to you?

DA:   Nothing.  He was a friend.  We hunted together and stuff like that.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001685

26

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

AK:   A friend that you hunted with.

DA:   Yeah.

AK:   And then who you -- the female that you called --

DA:   Meloni Vaughn, that's her whatever, soon-to-be ex.

AK:   That's -- soon-to-be ex.  Okay.

DA:   Yeah.  They're -- they're technically not married.  They've been separated.

AK:   They're separated.

DA:   Yeah.

AK:   Uh, who is she to you?

DA:   She's like my sister.  I grew up with her.

AK:   You grew up with her.

DA:   Yeah.

AK:   Not your blood sister.

DA:   No.  But I --

AK:   Okay.

DA:   -- call her my sister.  When she needs somethin', she calls me.

AK:   Okay.  So she thought at some point they were there or --

DA:   No.  She was there when, like, Kendall and her were still together.  I stayed there for a little while, like, a week.

AK:   Okay.

DA:   While it was huntin' season and stuff like that.  And I brought them over there.  And that's the only reason I remember that now is 'cause we were talkin' about it and talkin' about Damon and Fletcher. 'Cause I remember sittin' on -- on his porch talkin' to Fletcher about it.

AK:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

27

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   That's the only reason it clicked.  So I mean, but --

AK:   Okay.

DA:   -- no, he's no relation to me or nothin' like that.

AK:   Okay.  So in -- in the spirit of cooperation, let me -- let me backtrack to when we interviewed you the day that we did the search warrant and all that kind of stuff and you -- you told me the crap about a -- a middleman or -- and all that kind of stuff.

DA:   Yeah.

AK:   Let me -- so let me -- so September 11th, when the passport documents were executed you got paid in the guns three days after or --

DA:   The passport, actually, it was before the -- 'cause the passport was submitted.  When it was submitted, it was the same day I got paid.

AK:   That's the same day you got paid.  So that was September 11th, 2018.  So --

DA:   It's whenever it was submitted.  I don't know --

AK:   -- so when --

DA:   -- if that was actually, like, you know what I'm sayin', the day.

AK:   -- when did you receive the guns and the suitcase?

DA:   All in the same.

AK:   It was the same day.  So September 11th, 2018.

DA:   The day he submitted it, he come back.

AK:   Okay.

DA:   Right?  So if he submitted it, it takes two weeks.  So if he -- if he got the passport on the 11th, then take two weeks away from that.  'Cause it takes two weeks to go through all the databases and stuff like that.

AK:   Well, yeah.  It --

DA:   So the day I gave him the documents, and stuff like that, is the same --

AK:   Uh-huh.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

28

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   -- time I got paid.

AK:   And that's the day that he applied for the passport.

DA:   Yes. It should have been the same day, yeah. 'Cause he went to -- I think he went to Virginia and got a license or somethin'.

AK:   Well, if you weren't there -- if you weren't there, you don't know when he actually submitted the documents to the passport center.

DA:   No. I just know that --

AK:   So it might have been two weeks earlier that all that happened.

DA:   Yes.

AK:   So you don't -- so it's somewhere between --

DA:   You go to the hotel and -- I've never stayed in this hotel up here but once and that's that day I bought that damn -- the room for them or whatever.

AK:   Yeah. That was --

DA:   I mean, that --

AK:   -- that was August 27th.

DA:   Yes. So within that week is when I got paid for them.

AK:   That's -- so it was before the passport. Okay.

DA:   Yes.

AK:   And when you got -- when you got the guns --

DA:   And if you think about it, August 11, two weeks before that matches up.

AK:   It does match up.

DA:   The only reason I say that is 'cause I remember him --

AK:   So I wanna -- I wanna backtrack in detail what happened with those. You got them in the suitcase, right?

29

### *LEE COUNTY SHERIFF'S OFFICE*
### *SWORN STATEMENT OF:*
### *Dameon Adcock*
### *CFS # 18-166510*

DA:   Yes.

AK:   And you took them where?

DA:   I took them to my mom's house 'cause that's where I was livin'.

AK:   Okay. Cool.

DA:   Um --

AK:   That's cool. So you took them --

DA:   -- um, I left them in the suitcase so she didn't know nothin' about them and stuff like that, you know. I shot the one that was clean --

AK:   Uh-huh.

DA:   -- I shot that one around the house and stuff like that.

AK:   That's that 43 you gave us.

DA:   Yeah. It's a 40 -- 43.

AK:   It's a 43, yeah. I think it's a Glock 43, the dark -- weird -- weird-colored one.

DA:   It might be. Yeah. I mean --

AK:   Okay.

DA:   -- I really wasn't payin' no attention to that.

AK:   Okay.

DA:   But anyway, um, I shot that one. I messed around with that one. I -- I left the other two in the suitcase.

AK:   At your mom's house.

DA:   Yes.

AK:   For how --

DA:   Um --

AK:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

30

DA:   -- I was tryin' to sell them and then everybody was tryin' to give me, like, 2 or $300 for them.

AK:   All right.  Back up.  How were you tryin' to sell them?

DA:   Voice, just callin' people.

AK:   Just callin' people.

DA:   Yeah.

AK:   Callin' friends that you know.

DA:   Yeah.  That might need one.

AK:   Okay.

DA:   'Cause I just -- no offense, everybody I knew was in the -- needs a gun.

MA:   Uh-huh.  Yeah.

AK:   So everyone wants a gun.

DA:   Yeah.  So -- so I tried to sell them.  I took them to Kendall's house durin' huntin' season, like --

AK:   How long after was that?

DA:   Well, September the 1st is the first day of huntin' season.

AK:   Okay.  September the 1st, so around that --

DA:   Yeah.

AK:   -- approximately or -- or --

DA:   Somewhere around -- it is, yeah.

AK:   -- in the (unintelligible) 'cause you were stayin' with him or --

DA:   I just went over there for huntin' season.

AK:   Okay.

DA:   We, um -- his daddy owns, I think, it's like 2 or 300 acres of land.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

31

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### <u>Dameon Adcock</u>
### <u>CFS # 18-166510</u>

AK:   Nice.

DA:   So we went over there huntin' deer.

AK:   Okay.

DA:   Stuff like that and, um, so and so forth. I took them over there and we were messin' with them, shootin' them and stuff like that away from my momma. No offense.

AK:   Uh-huh.

DA:   You don't shit where you eat.

AK:   Okay.

DA:   You know what I'm sayin'? And, uh -- so we shot them and stuff like that. And I was tryin' to sell them. I don't know why I didn't get rid of them. I don't know if he bought them or whatever, but that's the last place they were at. So --

AK:   That's the last place you remember them bein' at.

DA:   Yes, yeah.

AK:   Around September 1st when hunting season opened it was.

DA:   Well, say -- but I -- I know I stayed there till -- no. December 1st. Sorry.

AK:   December 1st.

DA:   Yes. Uh, huntin' season's December 1st.

AK:   Okay.

DA:   I'm tryin' to remember exactly. Huntin' season December 1st, so, like, November -- would have been -- first day of huntin' season, I went over there.

AK:   Okay.

DA:   So I stayed over there for about a --

AK:   You still had them so that's three or four months after.

DA:   Yeah. So I still had them. Huntin' season came in. Stayed over there for a week. Left them there. I left because the two broke up not too soon after that.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

32

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:    And you're friends with her.

DA:    Yeah. I'm friends -- I'm best friends with her. I left my shotgun --

AK:    Okay.

DA:    -- and everything.

AK:    So --

DA:    My shotgun should still be there.

AK:    -- she's like your sister.

DA:    Yeah.

AK:    So you had -- you had to get out of the house because --

DA:    I didn't wanna be in between them. Yeah.

AK:    Got you. Okay. Did you take them with you?

DA:    No, I did not.

AK:    You left them there.

DA:    Yes.

AK:    Okay.

DA:    I left my shotgun. I mean, no offense, uh, but I didn't know -- I didn't know I wasn't comin' back 'cause I left.

AK:    Yeah, yeah.

DA:    I figured they were just arguin'.

AK:    Uh-huh.

DA:    I left them. I was like, Fuck it. We can go huntin' next week. I'll come back.

AK:    And then they split.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

33

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   And then they split and I was just kind of like, no.

AK:   Okay.  So at that --

DA:   You know, uh --

AK:   -- so at that point some time in December, the two Glocks and your shotgun --

DA:   Yes.

AK:   Okay.  Are over at his house.

DA:   Yes.

AK:   Okay.  And then what happened?  You know, I -- here's the thing.  I walk people through stuff.  A lot of times it jogs your memory, right?

DA:   Yeah.

AK:   So then what happened from there?  What was the next contact you had --

DA:   I haven't got my shotgun back.  I haven't talked to -- he hasn't talked to me since they split.

AK:   Okay.

DA:   I see him public one time and he wouldn't even look at me.  So --

AK:   Okay.

DA:   -- but he knows I'm -- I'm best friends with her.

AK:   But you got the guns back the Glocks to sell them?

DA:   No.  They're still there.

AK:   You left them there.

DA:   They're still there.

AK:   So now -- so that's the real -- so --

DA:   I thought I sold them but I guess he, or whatever.  'Cause I -- I received the money for them so either he paid me or somethin' like that.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

34

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:  All right.  Yeah.  You're gonna have to -- you're gonna have to bring me up to speed, man, 'cause you told me before that you sold them --

DA:  I ended up --

AK:  -- and you got money for them.

DA:  Yes.  But --

AK:  Jesus.  It's -- this is --

MA:  You gotta -- come on, man.

AK:  This is -- (unintelligible).

DA:  All y'all wanted -- all y'all wanted is the guns back.  Why -- I mean, no offense.

MA:  Yeah.

DA:  I don't know -- like I said, it was a year and a half ago.  I told you roughly about -- I got 25 to $3,000.

AK:  In the end, yeah.

DA:  In the end.  That's all I know.

MA:  Okay.

DA:  Where the money comes from is where the money comes from.  It don't -- no offense, why is --

AK:  He -- did he give you the money for it?

DA:  I'm pretty sure, yeah.

MA:  Come on, man.

DA:  I mean, no offense, man, you -- you got --

MA:  Yeah.  No offense, man.  Come on.  Like, you -- like you're makin' --

AK:  So --

MA:  -- this like unnecessarily difficult.  Like, right now, the only person that's gonna pay for this is you unless we can, like, kick this ball into the field.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001694

35

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   I thought I sold the guns.  I apologize.

MA:   You don't forget somethin' like that, man.

DA:   I mean --

AK:   So they're at his house as far --

DA:   I'm -- I'm --

AK:   -- as you know.

DA:   -- 100 percent sure they're at his house.

AK:   You're 100 percent sure they're at his house.

DA:   Well, 99 -- let's say -- rephrase it, like -- like, she said, they might -- they might have got sold from him.

AK:   Have you had any contact with him --

DA:   Not since they split up.

AK:   Not since they -- you haven't talked to him once.

DA:   No.  I seen him in public.  That was it.

AK:   Okay.  And you didn't -- and you guys didn't talk.

DA:   'Cause I had to go through -- her momma tried to get my shotgun back, uh, beginning of this year.

AK:   Okay.  What's his -- what's his full name?

DA:   Kendall Vaughn.

AK:   Kendall Vaughn.  Where does he live at?

DA:   Uh, if you go down towards 49, you know where the DMV out here at 49 is?  I'm tryin' to think of the address.  But there's a little store and --

AK:   Can I get -- can get a local guy in here to --

DA:   Yeah.  He can tell you exactly.  I mean --

AK:   -- he -- yeah.  'Cause I don't --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### Dameon Adcock
### CFS # 18-166510

DA:   -- I -- I don't know the name of the road.  So --

AK:   -- I don't know.  I'll -- I'll be right back.

MA:   All right.

AK:   Yeah.  I'm not gonna be able to do --

MA:   Yeah, you're good.

AK:   -- roads and all that stuff like that.  (Leaves the room).

MA:   'Cause, uh, we're not from here.   Dameon, Dameon, come on, man.  I --

DA:   I'm tryin', man.

MA:   -- you know, it's not like --

DA:   I've been there --

MA:   -- I don't know why, like -- like, I just remember and like, oh, they're here.  And now, Oh, no.  I sold it to a guy in a parking lot.  Like, you gotta stop bullshittin', man.  Like, this is like --

DA:   All you want is the guns back, right?

MA:   We want the guns.

DA:   Yeah.  I'm tryin' --

MA:   But --

DA:   -- to get you the guns but --

MA:   -- but --

DA:   -- whether or not -- if I got -- I mean, I know I got $3,000.  That's -- that was the final sum.

MA:   Yeah.  But how did you get it if you sold it, like, you know --

DA:   I don't care if you tell everybody I --

MA:   -- you know, it doesn't matter --

DA:   -- he gave me the money.  I really don't.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

37

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   It doesn't matter, like, we don't -- but you're -- you're -- you're clearly, like, breezing over stuff or changin' your story, like, just let it out, man. Like, this is it. Like -- like, do you not understand that -- do you understand what happens if -- if we have to go back to the attorney and we have to relay this story of you know, in the Walmart parking lot, a black guy, tell -- oh, no, he left it at his buddy's house. Like --

DA:   I'm pretty sure --

MA:   -- you do know --

DA:   -- I sold them --

MA:   -- he's -- he's gonna be, like, Adcock's a liar.

DA:   Yeah.

MA:   You know? You know, let's throw the book at him. Like, where do you -- where do you think that ends up in time? Like, can you put us -- like, a year, two years?

DA:   I mean, you could be honest, and I can be honest --

MA:   I mean but look at Florida.

DA:   -- with you.

MA:   Uh, you happy -- you have a -- you have a perjury charge that's pending in Florida. They're just sitting on that right now.

DA:   Yeah.

MA:   They don't have to charge you, but I guarantee you if you get the guns, if you stop lying --

DA:   Yeah.

MA:   Like, they're gonna make that go away. If you lie to a grand jury, which you did, they're gonna -- they're gonna crush you in Florida. That's a second charge. Those can run concurrent or consecutive.

DA:   Yes.

MA:   Like, you're lookin' at years. Like, do you not understand that?

DA:   I mean, if I'm goin' to jail for years either way then --

MA:   No. It's -- but you're not.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

38

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   So, I'm tellin' you --

MA:   That's just it.

DA:   -- like, I mean, I'll be honest with you.  I got $3,000.

MA:   We understand that.

DA:   Okay.

MA:   I'm asking about the mechanics and where they were and --

DA:   I thought I sold them.

MA:   But, yeah.

DA:   But he could have gave me the money -- he gave me the money for some of them.  So if that's what you wanna hear, that's what you wanna hear.

MA:   I don't -- I don't care about the money.  Like --

DA:   They -- the last place they were was at his house 'cause they kind -- the 33-round clip was there, too.  So --

MA:   Then what's with the bullshit Walmart story?  Like, why are you still jerkin' everybody around?

DA:   It's not about jerkin' them around.  They -- it's not about that.  It's about the fact that I don't have -- I didn't know where they were.  You --

MA:   But --

DA:   -- wanted a story, I gave you a story.

MA:   We don't want a story, though.  We didn't ask you --

DA:   I mean --

MA:   -- for a story to get the end.

DA:   Yeah.

MA:   We're tryin' to find the treasure.  I don't care what the fuckin' Matt says.

DA:   Yeah.  I got you.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001698

39

MA:   Like, I mean, like --

DA:   Yeah.

MA:   -- and all you're doin' is you're wastin' all of our time.

DA:   But I told you a bullshit story because of the fact that it gets you off my back for a minute so I can find them.

MA:   Uh, that's fine, but, like, we're -- we're tryin' to be gentlemanly about this.  Like --

DA:   Yeah.

MA:   -- we're not hookin' you up there.  We're not bangin' through your house with your girl and --

DA:   Yeah.

MA:   -- the kids.  Like, we're not doing that stuff.  But, like, and that's to be courteous and kind and be decent and human, but, like, if you're jerkin' us around like, then -- like, that shit goes out the window.

DA:   Yeah, I understand.  But I'm -- I'm tellin' you, like, the only reason I thought about it today is 'cause when we were talkin' about -- when I was talkin' about Fletcher and this is the honest to God truth.

MA:   Yeah.

DA:   I was sittin' on his front porch on the chair on the left.

MA:   Yeah.

DA:   Just happened to -- I don't know if it just jogged or what the fuck ever happened.  I --

MA:   Yeah.

DA:   -- even talked to Fletcher and Fletcher said -- and the only reason I thought about it 'cause there was snow on the ground.

MA:   Yeah.

DA:   So they're at his house.  I do know that.  So -- I don't know what he done with them.  I don't really care to be honest.

MA:   No.  I mean, that's --

DA:   Uh, you know --

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

40

MA:   -- that's just it.  But, like --

DA:   -- it's like --

MA:   -- that's okay.  Like, he just shows up at your house?  I mean, it -- won't talk to you or anything then just gives you $2,500, 3 grand, like --

DA:   No.

MA:   -- like we're listenin'.

DA:   I told you -- I told -- I told him that I got $2,300.

MA:   All right.

DA:   Cash from them.

MA:   Yeah.

DA:   So.  It doesn't really matter where the rest of it come from.  That's what I don't get.  Like, I understand your story but --

MA:   Yeah, yeah, I know.

DA:   -- I'm tryin' to find your guns.  But I don't really -- I mean, I do make a paycheck every week, man.

MA:   Yeah, I know.  We got that, man.  You know --

DA:   I mean, you know what I'm sayin'?  Like --

MA:   So yeah, yeah, yeah, yeah, yeah.

DA:   -- if -- if I could tell you exactly when I received the money or when I got to it, how I got to it, what -- I know I paid bills with it because I was behind on fuckin' work.

MA:   Yeah, yeah, yeah, of course.

DA:   So I mean, if I can give you more of a clear story, I would.

MA:   Yeah.  No.  And there is a -- so once again, like, the actual logistics of all that, like, you know, the step-by-step.  You -- he met me at this time and it -- it's just because your story isn't clear that I feel like you're not being --

DA:   Completely honest with you?

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

41

MA:   Yeah.  I mean, that's -- that's just it, man.  You know --

DA:   So you want the guns, right?

MA:   -- so if you tell me a story of, like, here's where the guns are, like ---

DA:   Yeah.

MA:   -- why would I believe you --

DA:   Yeah, I understand that.

MA:   -- 'cause you've been -- you've been lyin' about everything else or givin' us half-truths or --

DA:   Yeah.

MA:   -- or enough to make yourself feel good that you're sayin', like, well, I told him most of it.  Like, you know, I can -- I can sit back and be, like, well, I told them mostly the truth and then you're gonna tell us a story where the guns are but do you think we're gonna go to a house where we don't --

DA:   I mean, I could --

MA:   -- (unintelligible) you?

DA:   -- I'm tryin' to call him.  I mean, I don't --

MA:   I -- I --

DA:   -- really care --

MA:   -- I understand that.  I -- that's fine.

DA:   -- that I have --

MA:   But, like, it just dawned on you and, like --

DA:   Yeah.

MA:   -- in the interview room?

DA:   I understand.  I really did -- I mean --

MA:   -- with federal agents and --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

42

***LEE COUNTY SHERIFF'S OFFICE***
***SWORN STATEMENT OF:***
***Dameon Adcock***
***CFS # 18-166510***

DA:   Yeah.

MA:   -- I just -- I (unintelligible).

DA:   I mean, no offense. You -- you want the guns. I'm tryin' to find you the guns.

MA:   Yeah.

DA:   That's it.

MA:   It's -- you're -- it's just --

DA:   I thought I sold them.

MA:   This is literally -- do you understand at this point, this is literally for you. This isn't for us.

DA:   Yeah.

MA:   Our charges are separate.

DA:   Yeah.

MA:   Every federal agency deals with separate charges. Ours are not guns. We're not dealing with a murder investigation.

DA:   Yeah.

MA:   Like, so this right here, is outside of our scope. And so right now, the only reason we're here and helpin' out is literally for you.

DA:   Yeah.

MA:   Like, 'cause we could just leave and then they can charge you in Florida. They can remand you and keep you in prison until your court date. It's like -- but, I mean, that's it. Like --

DA:   Yeah.

MA:   -- I'm doin' a favor. I -- I -- I got stuff I gotta do, man. I got --

DA:   Yeah.

MA:   -- I got a personal life. I got stuff goin' on. Like, you know, I'm gonna go home, like --

DA:   Yeah, yeah.

REVIEWED BY DETECTIVE: _____ ID#_____ DATE: _____ / _____ / _____

43

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

MA:   -- and -- and I'm literally sitting here for you and you're still bullshittin' us.  And where do you think --

DA:   How am I bullshittin' you?

MA:   -- where do you think we --

DA:   I'm tryin' the guns like you asked me to.

MA:   -- like, where do you think all that good will's gonna go, man?  Like --

DA:   I mean, as long --

MA:   It's --

DA:   -- you find the gun, that's what y'all said, right?

MA:   (unintelligible) yes, but we don't believe you at this point, man.  It keeps --

DA:   You don't have to.

MA:   -- you're all over the place.

DA:   Yeah.  I mean, bro, you don't have to believe me.

MA:   I mean, well, no.  It -- that -- that's -- that's incorrect.  I -- I have to believe you.  You have to tell me something that I believe so we can continue on with this.  All right?  And then you're cut loose.

DA:   No.  You're not cuttin' me loose.

MA:   You -- you --

DA:   I'm not -- I'm not --

MA:   No.  To what extent that, like, you are, but if you -- you can keep diggin' that hole.

DA:   Yeah.  I got you, mate, but I'm tryin'.  That's all I can do.

MA:   Who are you callin'?

DA:   Kendall.  (Phone ringing).

MA:   Can you text him?

DA:   Yeah.  I could -- I could.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001703

44

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:    Let's try that. Maybe he'll text you back.

AK:    (Reenters the room). All right. I brought the name. They -- I think they -- they can pull up the address.

MA:    All right. So he's gonna --

AK:    And wander around.

MA:    -- he's tryin' to text Kendall right now.

AK:    All right.

MA:    I was tellin' Dameon I'm a little frustrated with his story, kind of goin', you know, back and forth and --

AK:    Yeah.

MA:    -- you know, parkin' lot. I sold it to a black guy to sold it to whoever. You know, and he said we -- you know, we can believe him or not but I was like, No. We ain't actually have to believe you. You know how it is. I'd just say if we go knockin' on somebody's door lookin' for this and it's not there --

DA:    All right. But I'd call his momma.

AK:    All right. So part of this is -- let me -- let me back way up. All right? Because now that we've -- we've changed the story so much, is everything you told me about the passport stuff right?

DA:    Yeah. I mean, that's --

AK:    I mean --

DA:    -- but you --

AK:    -- I -- I need to start back from the beginning, man.

DA:    I gave him --

AK:    About --

DA:    -- I gave him my -- my -- my damn Social Security card.

AK:    Okay.

DA:    And my damn birth certificate. That's what you're gonna ask.

AK:    Yep.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

45

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   You wanna know what documents I gave him.  That's what I gave him.

AK:   And -- and no --

DA:   I told you when --

AK:   -- no welder certificate, right?

DA:   No.  But you can literally -- like I told you before, you can find that.

AK:   Okay.

DA:   All the records.

AK:   The reason why I'm tellin' you this, Lang's in custody.

DA:   Yeah.  I got you.

AK:   Did you know that already?

DA:   I -- I figured -- y'all told me that he was in custody when you, uh, came to my house.  Or that y'all said y'all were tryin' to get him in custody or whatever.

AK:   I think we were tryin' to get him in custody at that point.

DA:   Yeah.  I don't know which one it was, but, yeah.

AK:   But he's in custody and so he's lookin' at this stuff and he's gonna tell us one thing and I wanna make sure it links.

DA:   Yeah.

AK:   It syncs up with what you tell us.  Right?

DA:   Is he in custody for real?

AK:   Yeah.

DA:   Like 100 -- so I gave him my birth certificate, Social Security card and the weldin' -- weldin' agreement.

AK:   And the welder certificate.

DA:   Yes.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

46

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
## _Dameon Adcock_
## CFS # 18-166510

AK:   Okay.

DA:   The reason I did that is 'cause he asked me -- he came to me and asked me, he said, "I need a place to stay. I'm in town to see my mom."

AK:   Okay.

DA:   Like I told you.

AK:   Sure.

DA:   You know, it's family. Well, then -- so I bought him a room. I didn't know nothin' was goin' on, nothin' like that. So -- and he said that he needed to get out of town, so which I figured that, you know I'm sayin', he was runnin' or somethin' like that.

AK:   Okay.

DA:   I never -- I mean, he never told me what he was in trouble for but I knew he was in trouble. So --

AK:   The -- you're not gonna tell me later that he did tell you, right? I mean, I -- I -- because he -- I hear he's a braggard. I hear he likes to brag and he likes to tell stories.

DA:   He never -- I never said he didn't tell me he was in trouble. I just told you he never told me what he done.

AK:   What he done. Okay.

DA:   Yes. I don't know what he done until I talk -- talk -- talked to the guys at the FBI --

AK:   Okay.

DA:   -- but you know -- but so I gave him the stuff that he needed to get the passport.

AK:   And you -- and he -- and you knew he was gonna get a passport in your name.

DA:   Yes.

AK:   Right? That's still --

DA:   You can (unintelligible) me -- that, yes.

AK:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

47

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   I did. I mean, I kind of figured it. I mean, who else -- why do you need a Social Security card and all that stuff? I mean --

AK:   Did he ask you questions about fillin' out that application?

DA:   He told me -- he asked me what -- only thing that he asked me about was my real mother's name.

AK:   Okay.

DA:   Because not -- my real mother -- now I'm on Facebook and stuff like that, it's Kathy Adcock [phonetic]. But --

AK:   Okay.

DA:   -- technically, it's Sara Denise Albritton [phonetic].

AK:   Where did those conversations take place? Where did that happen?

DA:   They were all in the hotel, like, riding around and stuff like that. Just --

AK:   So in the hotel and --

DA:   When I gave him my documents --

AK:   -- what vehicle?

DA:   Yes. When I gave him --

AK:   Whose -- whose vehicle?

DA:   His. The black SUV. I don't know how the --

AK:   He had a black SUV. So you'd go -- you'd meet him at the hotel.

DA:   Yes.

AK:   And all this was back around -- 8/27 I think is when you checked into the hotel.

DA:   Yeah. August or somethin' like that. Yeah.

AK:   Yeah.

DA:   So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

48

## LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:   Okay.

DA:   And then, um, I met him. We went to Walmart and exchanged the documents and stuff like that and he paid me.

AK:   So it was at Walmart.

DA:   Yes.

AK:   You exchanged --

DA:   Riding around or whatever you wanna say.

AK:   And he gave you --

DA:   We were in the car. So --

AK:   Okay.

DA:   He gave me the suitcase with the cash in it and stuff like that.

AK:   Who was there?

DA:   Me, Lang and Matthew.

AK:   Okay. Where does this -- where does this kid fit in?

DA:   Kid?

AK:   Uh, the McGinty.

DA:   McGinty used to ride with me everywhere. When we did this transaction, I didn't bring him because I figured there was gonna be stupid about it, to be honest. His safety was more important than mine, at that point in time. So -- but he knew what I was gettin'. He knew exactly -- I knew exactly what I was gettin' and he knew exactly what I was gettin' 'cause I told him.

AK:   McGinty did?

DA:   Yes.

AK:   Okay.

DA:   And he didn't know when or what, nothin' like that but I got them. He seen them. He looked at them. He said he wanted one of the 19s or whatever you wanna call it.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

49

### *LEE COUNTY SHERIFF'S OFFICE*
### *SWORN STATEMENT OF:*
### *Dameon Adcock*
### *CFS # 18-166510*

AK:   Okay.

DA:   The -- the Glock 17 or whatever. I gave it to him. I said, Use it. I don't know if they're hot or not. You know, at first I didn't know.

AK:   Okay.

DA:   So I didn't run the two black serial numbers because it was none of my business.

AK:   Were the -- the -- were there serial numbers on the guns?

DA:   There was one with them and one without them.

AK:   Okay.

DA:   I do believe. I mean, that's not 100, but I do know that the --

AK:   Let's -- let's -- let's -- let's split those out.

DA:   Yeah.

AK:   There was one with rust on it, right?

DA:   Yes. That's the one I don't think that had a serial number on it.

AK:   It did have a serial number on it?

DA:   No.

AK:   It doesn't.

DA:   Don't.

AK:   That's the one you think doesn't have a serial number?

DA:   Yeah. It don't have a serial number. I'm not 100 percent, 'cause I mean, like I said, I didn't really look over them really hard. So -- but I gave him the one with the serial number so whatever one Damon had, if it has rust on it, has a serial number. I know that -- 'cause no offense, it looks a whole lot more suspicious.

AK:   So if I go talk to -- if I go talk to McGinty, he'll be able to sort out which one --

DA:   Yes.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

DOC-001709

50

# LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

AK:   Okay.

DA:   Because -- and then the both of them might have had a serial number.  I'm not really for sure.  I won't -- I didn't --

AK:   Okay.

DA:   -- you know what I'm sayin'?  But I know the one with rust on it is the one that he got.

AK:   Okay.

DA:   And there had to be a reason, no offense.  Why would I give you a rusty gun if the other one wants somethin' else.

AK:   Was there any talk about what the guns were used for?

DA:   No.  There was no talk.  Uh, he just gave me the guns and the --

AK:   Lang's not gonna tell us that he told you they were --

DA:   He didn't tell me anything that they were hot.  Like I said, I had one of them checked, for God's sakes.  Like --

AK:   Yeah.

DA:   -- you -- you think if I thought they were all hot, I would check one of them?  I mean, the only reason I knew that one was clean 'cause I asked -- I asked, for my personal information, that little one, I asked.

AK:   Okay.

DA:   I asked about it.  I said, Well, is this one fuckin' clean?

AK:   Okay.

DA:   'Cause I mean, when you go through the shit, the only reason is 'cause it's compact.  It's easy to hide.  So --

AK:   I have other information, though, that there was more than just those three guns in the suitcase.

DA:   Yeah.  You said somethin' about a AR rifle.

AK:   Yep.

DA:   Yeah.

REVIEWED BY DETECTIVE: _____   ID# _____   DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001710

51

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

AK:   What is that?

DA:   It's a AR upper with a suppressor on it.

AK:   What kind of --

DA:   It's destroyed.

AK:   What -- what kind -- all right.  All right.

DA:   I mean, I'm -- I'm gettin' -- I'm gonna tell you everything you wanna know about it.  It was a ACOG suppressor, AR 15 to be in fact, upper receiver with no lower receiver.  Bolt and pin inside of it.

AK:   Okay.

DA:   It's destroyed.

AK:   Where?

DA:   I didn't -- it was at a gunsmith and I'll tell you the gunsmith's name but --

AK:   Okay.

DA:   It's -- he just said it.  He said it was hot and it's fucked.  He didn't wanna fuck with it 'cause of the suppressor so they destroyed it supposedly.

AK:   What kind of suppressor was on it?

DA:   It was home -- well, not really homemade suppressor but it wasn't -- it wasn't somethin' -- a screw-on suppressor.  It's what they call a, um, makeshift.  Like, you just take a damn piece of pipe --

AK:   Uh-huh.

DA:   -- lead pipe or whatever --

AK:   Uh-huh.

DA:   -- and you drill a hole right through the middle of it and barrel they end.  You barrel it into this --

AK:   Okay.

DA:   -- and it comes through.  So what they -- I would call a homemade suppressor.

AK:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

52

**_LEE COUNTY SHERIFF'S OFFICE_**
**_SWORN STATEMENT OF:_**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   So he gave me that. He gave me -- and that's where the other --

AK:   What else was in the suitcase?

DA:   They gave me the cash for 20 -- $2,300 and then I sold the upper to the man -- to the gunsmith. And when it came back hot, I gave him back his money.

MA:   Oh, you gave back (unintelligible) --

AK:   You -- you gave him back the money?

DA:   Yeah. I gave him back what he paid for me.

AK:   The -- the gunsmith.

DA:   Yes. To the gunsmith. Yes.

AK:   Okay.

DA:   And he destroyed the gun. I watched him destroy the gun.

AK:   How'd he do it? How did he destroy the gun?

DA:   He -- he tore it all apart and threw it down and melted it fuckin' down in his smith. I'm pretty sure. And I mean, when I went looked in there, he said it was in the fuckin' fire. So I'll have to get in touch with the middle guy. That's really -- I can call him real quick and ask him what gunsmith it was if you want me to.

AK:   We'll -- we'll get to that. We'll get to that. Let's -- let's continue on with the story. What else was in the suitcase?

DA:   It was cash, them three guns and that AR. That's --

AK:   And --

DA:   -- that was enclosed. I mean, that was it. I gave you that one gun. I'm tryin' to find the other two and I can tell you where the other one (unintelligible) --

AK:   -- and then -- and then the AR got melted down supposedly.

DA:   Yeah, supposedly. I mean, he told me it was in the fire when he comin' in 'cause it was so fuckin' hot, he couldn't deal with it 'cause of the suppressor. The ACOG is gone and everything. Just --

AK:   So he thought it was hot only because of that suppressor on it.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

53

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:   Yeah.  It's illegal to own a suppressor in North Carolina.

AK:   That's not registered and all that good stuff.

DA:   Yes.  Yeah.  Well, yeah.  Of course.

AK:   (unintelligible) registered and all that kind of stuff.

DA:   So especially a homemade registered one.

AK:   All right.  So -- all right.  So all that stuff you held onto, well, at -- at what point did you take that -- that AR upper into the gunsmith?  'Cause you know, we've got -- we've got September 11th is around the time or around for --

DA:   It was around Christmastime.

AK:   It was around Christmastime?  December's huntin' -- huntin' season.

DA:   Well, I just --

AK:   Were you tryin' to get money for it or --

DA:   Yeah.  I was just tryin' to get some quick money and stuff like that.

AK:   And that was the $2,300?

DA:   No.  The $2,300 was cash from Matthew and them for doin' the documents and stuff.

AK:   All right.  You told me before it was 15, though.

DA:   What -- I told you -- what are you --

AK:   Fifteen and then -- and then you got the -- you sold the Glocks so --

DA:   Yeah.  So, my bad.  I'm sorry.

AK:   -- but you didn't sell the Glocks, right?

DA:   Yeah.  So --

AK:   So that -- that's why I'm havin' to go back 'cause --

DA:   Yeah, I got you.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

54

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
## _Dameon Adcock_
## CFS # 18-166510

AK:  -- uh, it's --

DA:  I got you.

AK:  -- I'm --

DA:  I'm sorry.  Like I told you, man, like, I'm just tryin' to protect my family name, man.

MA:  And the --

DA:  And I didn't know that's --

MA:  -- and -- and but this, by telling us, this is how you're gonna do it.

AK:  Yeah.

MA:  If the attorney thinks you were lying, you get no mileage.

DA:  Yeah, oh, yeah.

AK:  Yeah.  No consideration at all if he thinks you're lyin'.

DA:  I'm sold him the AR upper for -- I think it was, like, 800.  Somethin' like that.  Roughly, 3 to 5, somethin' like that.  So by the time you think about it, I made -- I really did make 2,300.  So --

AK:  How much was it really?

DA:  $2,300 cash, $100 bills it would be, in fact.  Off -- with somebody else's debit card.

AK:  Okay.  And where did the AR go?

DA:  The AR went to the gunsmith and --

AK:  That -- that's -- that's the truth.

DA:  That's -- swear to God.

AK:  That's just --

DA:  I will call the man -- hold on.  We'll get to the other -- hold on.  Let me see if he'll answer.  'Cause I took it to one of my friends.  He was training to be a gunsmith or whatever.

AK:  Okay,

REVIEWED BY DETECTIVE: _____  ID#_____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

55

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   And he took it with him.  So that's the whole thing.  That's what I'm tryin' to give to you.  It won't, like -- well, and I know he's gonna flip his shit when I tell him that I need -- ask him what happened to it.

AK:   But you're in hot water, brother.  You gotta do what you gotta do for your -- if -- if you wanna say -- help yourself out, you gotta -- this is -- this is the only opportunity you're gonna get to come clean.

EV:   (On the phone).  You've reached Brandon.  (Call ended).

DA:   Oh, man.  (On the phone).  You've reached Brandon.  (Call ended).  Goddammit.  Brandon Jones, by the way.

AK:   Brandon Jones?

DA:   Yeah.  It's who I gave it to.

AK:   Okay.

DA:   To give to his gunsmith shop and stuff like that.

AK:   Okay.  So the AR went to Brandon Jones.

DA:   Yes.

AK:   Was there ammunition in the suitcase?

DA:   For the AR?

AK:   Any of them.

DA:   I --

AK:   I wanna know everything that was in the suitcase.

DA:   There was a 33-round -- oh, I told you this.  There was a 30 -- 33-round clip that was full.  That was it.

AK:   Thirty-three round clip that was full --

DA:   There was two of them.

AK:   -- go -- that goes to what weapon?

DA:   The Glocks.

AK:   The Glocks.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001715

56

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yes.  The -- well, the big Glocks.

AK:   The 19s.

DA:   Yes.

AK:   Okay.  And where did they go.

DA:   They went with the gun.

AK:   Where --

DA:   We shot the ammo.  Don't -- no offense, we shot the ammo.

AK:   That's fine.

DA:   Yeah.

AK:   That's fine.  Okay.

DA:   So --

AK:   So they went with the gun to your friend's house.

DA:   Yes.

AK:   And that's still all true, right?

DA:   It's -- yes.  I swear they'd supposedly be.  Like --

AK:   That's where they should be.

DA:   -- that's where I put -- yeah, yeah.

AK:   Okay.  I can send somebody out there and we can find out if they're there or not.

DA:   Yes.  But --

AK:   Okay.

DA:   Then, um --

AK:   Was there anything else in the suitcase?

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

57

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   That was it in the suit -- well --

AK:   Was there a smoke grenade?  A --

DA:   Yes.  I was about to say.

AK:   -- a big grenade.

DA:   It was just a smoke grenade.  Just a M18 smoke grenade --

AK:   Okay.

DA:   -- yellow, to be in fact.

AK:   Yellow.

DA:   Yes.

AK:   Yellow smoke grenade.

DA:   Yellow smoke, yes.

AK:   So we're talkin' --

DA:   I threw that shit in my front yard just to play around.

AK:   Yeah, yeah.

DA:   Yeah.

AK:   Uh, yeah.  I don't care.  I just want the --

DA:   Yeah.

AK:   -- this is what the truth is, right?

DA:   Yeah.  I mean --

AK:   Everything.

DA:   -- obviously yes, 'cause you know that because you're not askin' me any questions about it.  I mean, no offense.  You know just as well as I do.  Like, I'm not tryin' to be funny but --

AK:   No, man.  I'm -- I'm not tryin' to be funny either.  I'm tryin' to get you to -- to -- to --

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

58

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yeah.

AK:   -- to truly cooperate and cooperation in an -- in an attorney's eyes is that you give everything up that you have.

DA:   Yeah.

AK:   Okay?

DA:   Even my life.

AK:   Including talking to the people in Florida again, right?

DA:   Yeah. That's fine. But --

AK:   Right?

DA:   -- anyway, so I threw the smoke grenade out. I gave -- the gun is at his house with the 33 mag 'cause we shot and it -- it fucked up the barrel. I ain't gonna lie. So, um --

AK:   It fucked up the barrel. What --

DA:   No, not really. Like, if you shoot it too long --

AK:   Uh-huh.

DA:   -- it'll fuck up the barrel so that's how I know. We kept -- fired a few rounds there 'cause it got red hot.

AK:   Okay.

DA:   Then, um -- I'm tryin' to make sure -- tryin' to think if there was anything else in that bag. I'm -- I'm bein' honest.

AK:   Okay.

DA:   I don't think there was anything else that was in that bag besides clothes. I know there was a AR upper, two -- two semiauto -- well, not semiautomatic, well, uh, Glock 19s, and then the Glock 43 I guess you would call it or whatever.

AK:   Okay.

DA:   And then, uh, the smoke grenade. That was it.

AK:   Okay. And who -- whose clothes were they in the bag?

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

59

***LEE COUNTY SHERIFF'S OFFICE***
***SWORN STATEMENT OF:***
***<u>Dameon Adcock</u>***
***<u>CFS # 18-166510</u>***

DA:   Mine.

AK:   They were your clothes?

DA:   Yeah. Just T-shirts, shit like that.

AK:   But I mean, he's handin' you the bag as payment --

DA:   I believe I wrapped them up.

AK:   So you brought clothes or (unintelligible) clothes.

DA:   Yeah. I brought -- well, I was in my truck. No offense. I mean --

AK:   Okay.

DA:   -- I keep the clothes in my truck. I have three saddles in my truck if you wanna go look at them.

AK:   No. That's fine -- that's fine. So you -- your -- your truck was at Walmart?

DA:   I mean, no offense, you wanna ride with a suitcase clinging and shit like that?

AK:   No, no, no, no. But if the -- but if it came with Lang's clothes, that might be important, right?

DA:   Yeah.

AK:   That's what I'm tryin' to --

DA:   I understand that. But I wrapped them up in a T-shirt and pants that I had in the truck.

AK:   T-shirt and pants.

DA:   I always keep a pair of T-shirts, pants and a coat in the truck just in case somethin' happens.

AK:   Okay.

DA:   So I wrapped them up in that, put them back in the suitcase when I was sittin' in my truck.

AK:   Okay.

DA:   So --

AK:   You went to your friend's house with them at one point during hunting season.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

60

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   Yes.

AK:   At what point did the guns get separated from the suitcase?

DA:   Um, I actually separated them at my mom's house. I never used the suitcase. I took them out from my mom's house, put them in my truck and went straight to his house durin' huntin' season. So we could play with them. I mean --

AK:   Okay.

DA:   -- I can't shoot them -- and I can't shoot them at my mom's house. But --

AK:   All right.

DA:   I mean --

AK:   All right. So I think we're gonna run down that friend of yours to see if --

DA:   He's not my friend.

AK:   Well --

DA:   Kendall.

AK:   -- your acquaintance.

DA:   Sure. I mean, I ain't tryin' to be funny. I mean, me and him don't get along.

AK:   I get it.

DA:   So --

AK:   Yeah. That's fine. That's fine. Part of the agreement is to, uh -- it -- it -- as far as I'm concerned, to -- you know, you're bearing your soul at this point, right?

DA:   Yeah.

AK:   You've given me everything you got. So there's -- is there anything else in the story that you told me today that's --

DA:   It's -- I'm tryin' to sit here and think, mate, like, I really am. I mean the only contact we had was like I said, when he first got here and he called me about my momma's maiden name. That was it.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

61

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

AK: Okay.

DA: That was -- that was the only time that he really called me. Everything else was in person. So --

AK: In person. And --

DA: Yeah.

AK: -- in the hotel room?

DA: Uh-huh. Outside, talkin'. Um, the only reason I know the money came from somebody else's debit card is 'cause I went into the hotel room and that's when they -- they were takin' money out of, like -- the would take money, charge it to an account, get a debit card or whatever -- buy crap --

AK: You talkin' about but, Lang and McCloud?

DA: Yes.

AK: Yeah. No. I -- I -- I know. Yeah.

DA: You know what I'm talkin' about?

AK: Yeah.

DA: I don't know how to explain it. Like, they would take -- they would call --

AK: Did they talk about the dark web to you?

DA: Yeah. Well, obviously, yeah.

AK: Yeah.

DA: I mean --

AK: Yeah.

DA: -- and tell you -- and I knew that he was goin' to Ukraine. We talked --

AK: Oh.

DA: -- he asked me to look up what kind of non-extradtional state -- well, uh, countries I guess you would say.

AK: Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

62

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### <u>Dameon Adcock</u>
### <u>CFS # 18-166510</u>

DA:   That's how I knew where he was at.

AK:   So he -- so he picked the Ukraine over the not -- because of the nonextradition --

DA:   Yes.

AK:   -- aspect of it?

DA:   Yes.

AK:   Okay.

DA:   That's what I understand.  That's what I understood about it.

AK:   Right.

DA:   But --

AK:   All right.  I wanna make sure that when we talk to him, though, he's not gonna tell us that, yeah, and I told everybody what I did.

DA:   Yeah.

AK:   Is that -- is that accurate?

DA:   I mean, yeah.  I mean, he -- he told me -- we decided that he was gonna -- well, he decided that he was goin' to Ukraine.  I just kind of was lookin' it up and shit like that.  So it's not like I told him to go to Ukraine.  It's not like -- he made the decision.

AK:   No.  I understand.

DA:   You know what I'm sayin'?

MA:   No.  We're -- we're just makin' sure because he's in custody.

AK:   Well, when you --

MA:   When he spills it all, like --

DA:   Yeah, yeah.  You got --

MA:   -- you gotta be absolutely --

AK:   You gotta be clean on this, man.  You gotta --

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

63

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

MA:    You -- you have to be on.

AK:    -- you gotta tell us everything.

MA:    'Cause if he starts tellin' it, like --

DA:    Yeah.  I got you, I got you.  But --

MA:    -- once he's gone, like, he's --

DA:    -- there's nothin' else I can tell you.  I just --

MA:    All right.

DA:    -- I mean, I got a -- I go out for the nail and it's gone.

AK:    Uh-huh.

DA:    You know what I'm sayin'?  I got y'all breathin' down my neck.  What the fuck else I got to lose?  I done lost the money.  I mean --

AK:    No.  It -- it -- that's --

DA:    -- you know what I'm sayin'?  I --

AK:    -- (unintelligible).

MA:    This has taken a year.

DA:    Yeah.

MA:    We didn't even start like this an hour ago.

DA:    Yeah, I know.  I understand.  I mean --

MA:    But, dude, like --

DA:    I know I changed my story, all this shit, man.  I'm gonna try to find this --

MA:    -- I get it, man.  But, like --

DA:    -- I'm gonna try to get in touch with this man right here.  Um, I'm gonna try to get in touch with Brandon and see exactly what guns --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

64

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

AK:   This is -- so this is only to help you, to make sure that your story doesn't contradict the truth what is --

DA:   Yeah.

AK:   -- what I want.

DA:   So --

AK:   Um, doesn't contradict --

DA:   I bought the hotel room --

AK:   -- (unintelligible) say.

DA:   -- for three days.  I told y'all that.

AK:   Yep, you told me that.

DA:   You know.  And then, um --

AK:   Was that on your card or that was --

DA:   I had to use -- you know how you gotta swipe the card, all that, with the --

AK:   Yeah.

MA:   Uh-huh.

DA:   -- down payment on the room.  They paid me cash --

AK:   But they paid you cash --

DA:   Yes.

AK:   -- like you told me, right?

DA:   They paid me cash.  They gave me --

AK:   Okay.

DA:   -- a couple hundred dollars.  I don't know what it was, like, 300, $400, or whatever.

AK:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001724

65

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   Whatever the room was.  It was only, like, $20 extra.

AK:   Okay.

DA:   So -- and then, um, that was pretty much -- that's when everything started happenin'.  We went to -- we talked about it for a minute.  He said that he needed to go.  Didn't ask him why.  He told me he needed to leave the country so I told him I'd help him.

AK:   So there was no conversation about what he may or may not have done.

DA:   No.  There was no reason for me to ask.  I mean, like I said, I mean I'm tryin' to be, uh -- uh --

MA:   It's -- yeah, but it's not gonna hurt you.  Like --

DA:   Yeah, I understand that, but --

AK:   That doesn't really hurt.

MA:   It doesn't hurt.  That's why I'm like if he did, like --

AK:   It's better to get it out and tell the truth.

DA:   He never really mentioned what he done.  He just said he was on the run, you know what I mean?

MA:   You're not gonna be curious at all?  You're not gonna ask any questions?  You're --

DA:   (Sound effect).

MA:   -- not givin' this guy money and your ID and you're not -- you're not gonna ask him?

AK:   And everybody says he's a braggard.

MA:   And I mean, come on, man.

DA:   I mean, I understand that but --

MA:   Are you --

DA:   -- he never told me he did --

MA:   -- suspected (unintelligible) --

DA:   -- he never told me he killed anybody or nothin' like that.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

66

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA: You didn't --

AK: Uh-huh.

DA: You know what I'm sayin'?

MA: -- you didn't ask him why he's sellin' -- sellin' guns? Where he got an AR upper?

DA: I know where the AR come up from. The only reason I knew that is 'cause if you look at it, you can't get that style from anywhere. You can't get it from anywhere but U.S. military.

MA: Yeah, yeah.

DA: I mean, because of the way the setup is. The carbine setup to be a fact, the length of it and everything else.

MA: Yeah, yeah.

AK: Okay.

DA: It's a short stout. So what that means is instead of bein' 21 inches like the regular M4s, you have to -- I think it's, like, a 19-inch barrel, somethin' like that. So the --

AK: Yeah.

DA: -- only time you can get that is in combat. That's what it's made for. Made for the military guys so they have somethin'. Instead of havin' a long barrel, they got a short barrel they can pull up.

AK: Okay. Was there a serial number on that?

DA: Yes.

AK: There was.

DA: There was a serial number on that.

AK: So a homemade suppressor.

DA: ACOG.

AK: A serial number, an ACOG. You know what generation ACOG that was?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001726

67

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
## _Dameon Adcock_
## CFS # 18-166510

DA:   Probably -- it'd be not the newest one. But it's -- it'd be about -- like, the ones they use in the military now when you get the basic trainin'. It's a full blown ACOG. Like, you know, it's about this long (indicating). There's nothin' digital about it. It was just --

AK:   What did -- what did the reticle in it look like?

DA:   It's just a crosshair. I mean, with a little circle in the middle. That was it.

AK:   So it was a crosshair. It wasn't a -- wasn't a rectangle?

DA:   No.

AK:   Or a triangle --

DA:   It was --

AK:   -- triangle, excuse me.

DA:   No. I don't think so. I mean, no offense.

AK:   Okay.

DA:   I didn't, like, take the gun.

AK:   Did it have a tube -- did have any kind of tube on top?

DA:   A tube, like, what do you mean?

AK:   A tube to -- to gather light?

DA:   No. I don't think -- yes. I don't know. It was --

AK:   You know what I'm talkin' about?

DA:   Yeah. I know what you be talkin' about because it's that's the longer ACOG. That's the one that they give you -- and it's when you go through basic, that's the first one you get before you get a compact on top of the A4.

AK:   Okay.

DA:   So I know it's what you're talkin' about but I don't think that was it. I think it was more of a compact version. It was --

AK:   Did you think -- did you think it was a military ACOG or --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001727

68

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**CFS # 18-166510**

DA:   Probably.  If it come on the gun like that, it probably came like that.

AK:   Okay.  And you think the upper was definitely military.

DA:   Yes.  I -- I'm about 90 percent to 100 percent sure.

AK:   Did he ever say?

DA:   No.  He never said it about that.

AK:   Did he -- you didn't -- you didn't ask him he got it?

DA:   But if he stayed in Fort Bliss, I'm pretty sure it come from Fort Bliss.  That's probably my best guarantee.

AK:   'Cause he -- he was stealin' stuff from Fort Bliss?

DA:   Yeah.  That's my -- I ain't gonna lie to you.  That's my best guess.

AK:   Okay.  You think it came from --

DA:   Fort Bliss.

AK:   -- back when they got in trouble?

DA:   Yeah.  Either that or he bought them from somebody or somethin' like that, somewhere else.  I don't know.  That -- that I don't --

AK:   Okay.  Did he -- did he ever -- uh, again, goin' back to tryin' to be exact on the truth and stuff, did he ever say anything about good guns, bad guns, dirty guns, used in something or whatever?

DA:   The only one he told me -- like -- like I said, the only one he told me was good or bad was that little one 'cause I asked about it.  I didn't ask about the AR because, no offense, when was the last time you seen a AR like that --

AK:   Yeah.

DA:   -- in public?  You know what I'm sayin'?

AK:   Yeah, yeah.  No.  That's a -- that's a rarity.

DA:   Yeah.  The smoke grenade -- the smoke grenade come from Fort Bliss 'cause I asked about that.  I was curious about that one.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

69

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:  Uh-huh.

DA:  It came from Fort Bliss.

AK:  Uh, he told you that -- Lang told you that?

DA:  Yeah. I did ask him that because, no offense, why the fuck do you have a M18 smoke grenade that's green?

AK:  But he's been out of the military and hasn't been in Fort Bliss for how long. So --

DA:  I'm just tellin' you what he -- uh, that -- that's what he told me. So --

AK:  Okay.

MA:  That's where the upper from or the smoke?

DA:  The smoke.

MA:  The smoke?

DA:  The smoke definitely comin' from Fort Bliss.

AK:  Okay.

DA:  I mean, that's what I'm -- what he -- hold on. Hello (on the phone). Yeah. That's not -- that's not who I thought it was.

AK:  All right.

DA:  All right. So -- but -- and I'm pretty sure that -- I'm not sayin' it was a military rod, the AR weapon. But to me, it looked --

MA:  It looked like somethin' you were familiar with.

DA:  Yeah.

MA:  Like, the shape and --

DA:  Yeah.

MA:  Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001729

70

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   Because it just -- it looked familiar. I mean, I'm not gonna lie. I've never seen a AR like that, that short, either. No AR. I'll put it like that.

AK:   Okay.

DA:   With a firin' pin the way it was and stuff like that. No. Um, wore it out. I mean, it was -- been shot a couple of times. I mean, it's not --

AK:   So it was pretty -- it was pretty new.

DA:   It wasn't new but it was used. I mean, I don't know how to explain it. It wasn't brand-new 'cause the firin' pin was diveted just little bit. I mean, once you shoot it, like, over 100 rounds, it starts to round the end of the damn firin' pin 'cause when you first get one, they're round, yes. But they're in a fine point.

AK:   Okay.

DA:   So the firin' pin was a little bit round. So --

AK:   Okay. All right. McCloud.

DA:   Yes.

AK:   What conversations did you have with McCloud over this whole time?

DA:   Me and McCloud talked about his life most of the time and stuff like that. I mean, you know, I talked to him a lot more than I did Lang.

AK:   Sure. Yeah, I got that impression --

DA:   Yeah. You know what I'm sayin'?

AK:   -- from talkin' to you before.

DA:   And, uh -- when he had his own company and stuff, we talked a whole lot more. But when -- when all of a sudden, he just -- he lost his company or somethin' like that and --

AK:   Uh-huh.

DA:   -- he just quit talkin' to me. So I don't know what that was about. But McCloud, in fact, gave me that little green one. He's the one that handed it -- like, in the box.

AK:   Okay.

DA:   You know what I'm sayin'? Like, he's the one that pulled it out and stuff like that, and showed it to me.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

DOC-001730

71

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   Okay. At what point in the hotel room did you see the guns?

DA:   Um, just sittin' there, we -- when I walked in, when I brought the suitcase in the first time, I didn't go upstairs with him the first time. I was -- had to work.

AK:   Uh-huh.

DA:   I mean, I had to leave, uh, then. I went upstairs to go get him one time.

AK:   Uh-huh.

DA:   'Cause they said somethin' about, Come up to the room real quick so we can go to Walmart.

AK:   Uh-huh.

DA:   That was the first time I ever seen that little green --

AK:   Okay. Did -- at what point did they ever -- did they ever open the -- the suitcase up and show you the stuff?

DA:   The only time they opened the suitcase was when I asked about it when I was sittin' in the car. They asked for the documents. I wanted to see the product before I --

AK:   Sure.

DA:   -- just transfer, you know. That was the first time I've seen the AR and the other two guns.

AK:   Uh-huh.

DA:   So -- but they had a laptop and all kinds of other shit with them. I mean --

AK:   Who -- which one had the laptop with him?

DA:   Lang. But they both --

AK:   Lang?

DA:   -- used -- no offense, they both used the laptop. It was one laptop. That's how I know about the --

AK:   Okay. That's fine.

DA:   -- dark web shit or whatever you wanna say.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

72

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**Dameon Adcock**
**CFS # 18-166510**

AK:   What did the laptop look like?

DA:   Silver.

AK:   Silver?  Do you know what the brand --

DA:   No.

AK:   -- what brand it was?

DA:   No.  Uh, it was pretty thin so it might have been a MacBook.

AK:   Okay.

DA:   I don't know for sure.

AK:   Did you get the impression it was Lang's or McCloud's or --

DA:   Well, both of them would use it so it was not --

AK:   Okay.  And that's when they were on the dark web.  Were they -- they --

DA:   Yeah.  That was when they -- that's when they -- how they got their money.

AK:   That's how they got their money.

DA:   Yeah.  They would use credit cards and stuff like that and the only reason I say -- like, I watched him do it.  So --

AK:   Okay.  Okay.  Did you, uh -- so this is the time to come clean, right?

DA:   Yeah.

AK:   Did you ever do anything with the credit cards on that yourself?

DA:   I didn't do anything besides when they gave me -- I guess you could say when they gave me the money for the guns and stuff like that, and when they gave me their hotel room.  That's the only time.  I never touched a credit card.  I didn't want none of that shit.

AK:   Uh-huh.

DA:   No offense.  That's a whole lot deeper than --

AK:   Did they ever hand you a credit card?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

73

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   No.  Never gave me a credit card, nothin' like that.

AK:   So everything you got was in cash?

DA:   I don't deal with credit -- I --

AK:   But what -- but what --

DA:   -- don't even own one.

AK:   -- but what you're sayin' is you know where the money came from.

DA:   Yeah.  I understood where the money --

AK:   How they got the --

DA:   -- yeah.

AK:   -- you understood they got it fraudulently on the --

DA:   Yes.

AK:   -- dark web and then you were getting that.  Okay.

DA:   Yeah.

AK:   All right.

DA:   So -- I mean, that probably looks -- it's bad, but I don't really know.

AK:   Uh, it looks bad what you did, but it looks really good in the fact that you're tellin' me the truth.

DA:   Yeah.

AK:   Okay?  I mean --

DA:   So --

AK:   -- at this point, you're tellin' me the truth.  You're willing to admit things that are bad for you --

DA:   Yeah.

AK:   -- and that goes a long way in my -- my mind as far as your honesty.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001733

74

### *LEE COUNTY SHERIFF'S OFFICE*
### *SWORN STATEMENT OF:*
### *Dameon Adcock*
### *CFS # 18-166510*

DA: Yeah. You're my -- my new buddies. But it's cool. I mean, I -- my thing is, like, uh, I just wanna find these guns. I wanna do what we gotta do --

AK: Sure.

DA: -- and get -- get the hell out of here. I need a cigarette so bad it's not even funny. Um, but -- um, there's not really much else. Like, they had a duffel bag full of clothes and stuff like that.

AK: Okay.

DA: I mean, I don't know what else you want me to tell you. I mean, I think it was on the third floor if I'm correct. 'Cause we went down -- no offense -- from -- we come in, we go out. Once they told me they were in trouble, we always took -- we didn't take the elevator. I know there's cameras, but I don't wanna be stuck in a elevator --

AK: Yeah.

DA: -- when shit goes down.

AK: Uh-huh.

DA: I'd rather just take the stairs.

AK: Okay.

DA: And I know that it's on the back side of the -- the room was on the back side of the hotel.

AK: Were these two ever carrying guns with them?

DA: I don't really know. Matthew, probably.

AK: Yeah.

DA: That clean one.

AK: Okay.

DA: That's the only one, like I said --

AK: And we -- we talked -- because Matt was usin', right?

DA: Yeah. The one --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

75

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   That's right?

DA:   -- the green one.  Yeah.  The one that --

AK:   No.  Matt was usin' drugs --

DA:   Yeah.

AK:   -- at the time.

DA:   I'm pretty sure.  I mean --

AK:   Do you know what it was?

DA:   Probably cocaine.

AK:   Coke?

DA:   To be honest.

AK:   Okay.  What about Lang?

DA:   I don't know.  I never seen him actually do any of it.  I never actually seen any other drugs.  But when you come around with your eyes glazed over, you know he's -- definitely think about it.

AK:   You saw him that way?

DA:   Yeah.  I've been on it before.

AK:   Have you?

DA:   Yeah.  I've done it before.  But that's before all this shit.

AK:   Yeah, yeah.  I get it.

DA:   So, um, everybody was a kid once.

AK:   Yeah.

DA:   But I mean, I'm just usin' what my -- it's not -- blah, blah -- basic knowledge was I mean.

AK:   All right.  All right.  So part of the thing with cooperation is you'll talk to the FBI --

DA:   Yes.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

76

AK:     -- and them down there.

DA:     Yes.

AK:     I called them up here.

DA:     They're here?

AK:     They're here.

DA:     Okay.  That's fine.  I'll talk to them here.

AK:     Yeah.  So let me -- let me get --

DA:     Can I just smoke?  Like, I don't --

AK:     Yeah.  Let me -- let me --

DA:     Yeah.  'Cause I mean --

AK:     -- let me figure that part --

DA:     -- I ain't tryin' to be funny.  I'm just -- just askin', you know what I'm sayin'?

MA:     Yeah.  We got you.

AK:     We'll figure that out for you.  Okay?

DA:     All right.

AK:     I wanna get --

DA:     (unintelligible) smokin' 'cause --

AK:     -- I wanna get the agent in here --

DA:     Yeah.

AK:     -- because at this point you're tellin' me everything and I think it's -- it's -- it's -- he's gonna have some questions for you.  Okay?

DA:     That's fine.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

77

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   Um, and I want you to -- and that -- and that way I can go back to the attorney and say, Not only did Adcock tell me everything, but he also told the FBI --

DA:   May I ask this? This has somethin' to do with work.

AK:   Yeah, of course.

DA:   Well, I mean, I don't wanna interrupt. I'm just --

AK:   Go for it.

DA:   -- gonna tell them that I can call them right back.

MA:   Yeah, yeah.

DA:   Just give me one second.

AK:   Go for it.

DA:   (On the phone). Hello.

AK:   You good?

MA:   Yeah.

DA:   That -- Robbie, that's fine. But look, I'm in kind of the middle of somethin', mate. Let me call you back in a little bit. I'm sorry, Mike. All right, then. All right. Bye. (End of phone call). That's what's up. So --

MA:   I mean, Dameon, I know this sucks, man, but, I mean, like --

DA:   Yeah.

MA:   -- it feels better. I mean, it takes a lot of effort to, like, to lie to, like, keep your story straight.

DA:   (Sound effect).

MA:   I mean, like it does, like, you know, fortunately or unfortunately, the truth just kind of rolls out so it's --

DA:   Hey, I don't -- I'm not 100 percent sure they had both of them.

MA:   Yeah.

DA:   I mean, I'm really not but --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001737

78

MA:   Yeah, yeah.

DA:   -- I mean, you know what I'm sayin'?  Like, I -- I know that they were over there when I left.  You know?  And I'm pretty sure he kept one of them 'cause --

MA:   Okay.  So --

DA:   -- they're untraceable.

MA:   Yeah, yeah, yeah.

DA:   So I'm not stupid.  If I was gonna keep one, that'd be the one.  I didn't wanna keep two --

MA:   Yeah, yeah, yeah.

DA:   -- at the house where I was but, that's me.  So you can go turn my momma's house up and down.  She don't know anything about them.

MA:   I know.  We're not --

DA:   (unintelligible) but --

MA:   -- we're not tryin' -- I mean, that -- but that's what I'm sayin', like, for us not to do that stuff, like, we're --

DA:   Yeah.

MA:   -- not lookin' at doin' it, like, we have to believe you.  Like --

DA:   Yeah.

MA:   -- I don't wanna do that stuff, like, everybody's got family.  Everybody's got kids.  Everybody's got a mama.  Like I don't --

DA:   Yeah.  Which --

MA:   -- I don't wanna do that.

DA:   -- I'm hopin' that Brandon called -- when I can get Brandon to turn his phone on today and I'll find out exactly what gunsmith and stuff like that for y'all.

MA:   Yeah, yeah.

DA:   'Cause like I said, I was tryin' to protect my family.  When it come down --

REVIEWED BY DETECTIVE: _____   ID# _____   DATE: _____ / _____ / _____

79

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**CFS # 18-166510**

MA:   I know that.

DA:   -- I didn't know Lang -- I didn't know that --

MA:   Uh-huh.

DA:   -- but no offense --

MA:   He's --

DA:   -- he's -- I mean, he might not be a bad person, but he's fuckin' crazy.

MA:   Well, dude, I mean that's just it, man.  Like, if he was crazy all the time and always made bad decisions, you, along with everybody else, would not be hangin' out with this guy.

DA:   Yeah.  But --

MA:   I mean, even if he --

DA:   -- you don't know people until you actually get to know them.

MA:   Well, that's just it.  Like, I mean, there's a lot of -- a lot of really good people that make really terrible decisions.  At a certain point, it's like, you know what?  You -- you attract too many flies.  Like, you know, it's --

DA:   All sweet -- all sweet through, rotten's eventually.

MA:   No.  I'm just sayin' like, I mean, that's just it, like, I got -- I got buddies, too, man, I went to high school with that got, like, way into, like, opioids and stuff like that.

DA:   Yeah.

MA:   And, like, we were always tryin' to help out but after a certain point, it's, like, it's been goin' on 10 years, man.  Like --

DA:   Yeah.

MA:   -- bein' arrested constantly now like, uh, at a certain point, like, you -- you gotta fix yourself.

DA:   Yeah.

MA:   Like, you know.

DA:   Got you.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

80

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   Yeah.

DA:   So --

MA:   This is -- this is bad. It's the reality of it, though.

DA:   I just hope everything works the fuck out. I don't -- I don't really care what happens. I just want everything done and over with --

MA:   No. I mean --

DA:   -- get rid of it.

MA:   -- that's just it, man. I mean, listen. Lang's in custody now, like --

DA:   Yeah.

MA:   -- and that's -- that's just it. So we're seein' quite the stuff.

DA:   It's just my pride, that's what --

MA:   He's got -- no. But he -- he's got big questions, you know, to -- to answer for and actions to answer for. So --

DA:   Yeah. I'm not the first person y'all talked to about it.

MA:   Uh-uh. No, not at all.

DA:   I didn't think so.

MA:   No. I mean -- I mean, that's just, uh --

DA:   Yeah. I know that. I'm not stupid.

MA:   -- that's just how this works.

DA:   Yeah. Like, I see --

MA:   I mean, like, you know, it's not -- not pinnin' all our hopes and dreams on one person but, you know --

DA:   Yeah.

MA:   But, yeah. That we wanna --

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.