# APPENDIX C2

81

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### <u>Dameon Adcock</u>
### <u>CFS # 18-166510</u>

DA:   I mean, tell me the truth, though.  Let's say you a civilian and I'm not sayin' you aren't --

MA:   Yeah, yeah, yeah.

DA:   -- but you know what I'm sayin'.  Somethin' like this happens and then a year down the road, and you know he's crazy.

MA:   Yeah, yeah, of course.

DA:   But you're not -- I mean, you probably would tell the truth, knowin' you, but --

MA:   Well, no.  Um, but -- but here -- here's the thing.  It's -- it's -- uh, so a lot of it, like, a lot of this stuff we're havin' these conversations, is to help you put stuff into perspective.

DA:   Yeah.

MA:   Because right now, you're like, I don't wanna rat on this guy.  I don't wanna, like, tell.  You know, I'm tryin' to protect myself, but -- but we're -- we're past that.  You have --

DA:   Yeah.

MA:   -- federal agents.  You are in custody and a witness --

DA:   Yeah.

MA:   -- or, you know, in a interrogation room --

DA:   Yeah.

MA:   -- at a police station.  You're gonna go see a federal judge.  Like, it doesn't get more real.  Like, you know, it's -- it's gonna get real.

DA:   But if he wasn't in custody, who would protect your family while you're in custody?

MA:   No.  I mean, that's just it.  But, like, you know, a big --

DA:   I mean, I get you, but --

MA:   -- a big relief off of you right now --

DA:   Yeah.

MA:   -- is the fact that, you know, Lang is in custody.  Like, you know --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

82

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:  Yeah.

MA:  -- we're not bullshitting you.  So --

DA:  It's fine, mate.  I mean, I'm not this -- I'm never scared of nobody in my life.

MA:  Okay.  But it's --

DA:  But some --

MA:  -- it's not you.  It's about, you know --

DA:  Yeah.  It's about the bigger picture.

MA:  Yeah.  It's about the people you love and all that stuff.  We get that.

DA:  Yeah.

MA:  But, yeah.  But that's what we're sayin', that we -- we don't want, you know, for our sake -- for your sake, you know, him to start singin' a different tune.

DA:  Yeah.

MA:  You know, once he knows he's done and -- and then it's like, well, what's -- what -- what was the point?

AK:  (Reenters the room).  All right, yeah.  Oh, there's chairs in here already.

JR:  Mr. Adcock.

DA:  What's goin' on, sir?

JR:  How are you?

AK:  So anyway --

JR:  You remember me, correct?

DA:  Yes, sir.

JR:  Okay.

AK:  Special agent with the FBI.

DA:  Yeah.  How are you, man?

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

83

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

JR:    How you doing?  What's goin' on?

AK:    I'm workin' on gettin' you a smoke.

DA:    Yeah, you're good.

AK:    You wanna smoke?

DA:    Yeah.  If that's fine with you.

AK:    Okay.

DA:    Yeah.  I mean, I'll go out and cuss.  I don't care.  I just wanna smoke.  But --

AK:    Yeah.  You wanna go out -- you -- I can put you in cuffs and take you out front.  You wanna do that?

DA:    Yeah, that's fine.

AK:    All right.

DA:    I don't care.  You want in front or back?

AK:    No.  You're good.  How are you gonna smoke in the back?

DA:    I mean, I didn't know how you had to walk out of here.  I didn't know.  I usually come in with cuffs.

AK:    You're bein' cooperative, man.  That goes a long way with us.  There you go.

DA:    All right.

AK:    I gotta control.  You know the way, right?

DA:    You're good.

AK:    Go left.  (Everybody leaves the room).

[Go to 01:12:04]

AK:    (Everybody reenters the room).  All right.  Phew.  Okay.

JR:    Have a seat.

MA:    No.  Have a seat.  I'm done.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

84

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   You wanna sit here?  Do you care?

JR:   No.  I'm -- I'm good.

AK:   No?  All right.  That's fine.

JR:   So Mr. Adcock, you wanted to smoke a cigarette --

DA:   Yeah.

JR:   -- and we took you outside.  We didn't ask you any questions about the case when we were outside, correct?

DA:   No, sir.

JR:   Okay.  So as Agent Kehoe [phonetic] explained, he called me up here just because we wanna straighten some things out and get our facts straight.

DA:   Yeah.

JR:   Because things are gettin' a little confusin'.  Can you just go through this again?  So in August of 2018 --

DA:   August 26th is what --

AK:   27th, I think --

DA:   -- 26th or 27th.

AK:   -- yeah.  That's in my file.

DA:   Two weeks --

AK:   And I think it was around the 27th.

DA:   -- two weeks before September the 11th or whatever, that he got the passport, like I say it takes --

JR:   Well, oh -- okay.  How does Mr. Lang contact you?

DA:   All on text --

JR:   Does he --

DA:   Yeah.  He called.  Well, Matthew McCloud called me.  They called me together.  They were on the phone.  So they were together.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001744

85

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

AK:  Do you know where they were?

DA:  No. He just said he was comin' to Roxboro. Like I said at the beginning of this -- the beginning of all of this, he just told me he was comin' to see his family the first day.

JR:  And why did they call you?

DA:  Because I lived in Roxboro.

JR:  Well, okay. To tell you that they wanted to hang out with you, they wanted to sell you somethin' or what?

DA:  Lang want -- Lang told me that he wants to see his family. That's when they originate the conversation. He --

JR:  But why call you?

DA:  'Cause I live in Roxboro. That was -- that was literally the only reason I got that he wanted to hang out or nothin' like that. There was no pre-intent -- no pre-intentions --

JR:  Uh, did you arrange --

DA:  -- or nothin'.

JR:  -- a meeting at that time to meet them?

DA:  He told me that he was at the Jersey Mike's, which is if you go to Walmart -- I don't know if y'all are -- you know where I'm talkin' about, but it's right across from the hotel, literally. Um --

JR:  The Hampton Inn or the --

DA:  Yes. The --

JR:  What -- what was the first room?

DA:  I don't really know. I don't stay there. They still --

AK:  Um --

JR:  The Innkeeper?

DA:  No. It's not the white one. It's the other one right in front of it.

JR:  America's Best Value or --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____/_____/_____

American High-Tech Transcription and Reporting, Inc.

86

### *LEE COUNTY SHERIFF'S OFFICE*
### *SWORN STATEMENT OF:*
### <u>*Dameon Adcock*</u>
### <u>*CFS # 18-166510*</u>

DA:   Some shit like that. I don't know really.

JR:   All right.

DA:   It's not -- it's the one as soon as you come into Roxboro, the first one on the right.

JR:   Okay. So that's where you meet them.

DA:   I meet them at Jersey Mike's. They said they need a hotel and stuff like that. He was comin' to meet his family.

JR:   It was just Matthew McCloud and --

DA:   And --

JR:   -- Craig Lang?

DA:   Yes. That was it. That's the only two people besides Damon McGinty that was -- we ever saw with him. Then McGinty came with me.

JR:   McGinty came with you to that first meeting.

DA:   Yeah. Yes. Well, he came with me to a lot of meetings. I'm -- I'm gonna get to that before --

JR:   Okay. Go ahead.

DA:   All right. So we get -- we get there. He told me he doesn't have an ID and stuff like that, that he needs me to buy him a room. He said -- uh, I said, "Well, I don't have the money." He said, "Well, I got cash." I was like, "All right." Said, "What you need me to do?" "Just buy me -- buy me a hotel room for three days." So I go in there. I buy him a room and --

JR:   At the Hampton Inn.

DA:   Yes. I -- I mean, I'm -- I don't exactly what the name -- I'm sorry, man.

JR:   Okay. No.

DA:   I don't remember that. But I can tell you exactly where it's at. I can show it to you. So -- but, I bought them a room. Their room is close to the pool because you just go out the back door. We usually parked right there in the back. They were drivin' a black SUV. I don't know. A four-door little car. I don't know how they explain --

AK:   What kind of tags on that one?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: ____ / ____ / ____

American High-Tech Transcription and Reporting, Inc.

DOC-001746

87

DA:   I don't know. I --

JR:   Who was --

DA:   -- mean, dang, I didn't really look. They were valid, though, 'cause they -- they had tags. I just don't know if they were up to date or nothin', but they had tags on them.

JR:   Um, whose was it?

DA:   We don't -- I don't know.

JR:   Okay.

DA:   So I don't know that. But I asked them whose it was and they said that it was, uh -- said it was Lang's and it might have been a rental. So I just kind of assume they kept movin', you know.

AK:   You need water?

DA:   No, I'm good. Thank you. Um, a beer would be nice. But anyway, um, so they got all their stuff and then I had to leave. I had to go back and do what I was doin' 'cause I was hangin' out with some people. So that's the first day. All I did was buy them a room. They gave me cash. They gave me, I think it was, like, 3 or 400. Whatever the room was. It was only, like, $20 extra out of it. So they pack their bags, got the stuff upstairs. We left before they -- when they went in the room. I just gave him their key card, that was it.

JR:   Okay. What --

DA:   The second day -- the second day he called me.

AK:   He, who?

DA:   Matthew.

AK:   Okay.

DA:   Matthew was the one that initially calls me every time 'cause he had my number. So I don't know what phone he was using. I don't know if they had the same phone or not.

AK:   Okay.

DA:   But he called me to tell me he wants to meet for a second -- chill for a second or whatever. They come up to the room for a second and that he needed to go to Walmart and stuff. He wanted to know if I wanted to go with him. I was like, "Yeah, sure." Whatever. So I go up to the room and --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

88

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

JR:     Does Damon go with you, McGinty?

DA:     Damon? Yes.

JR:     Okay.

DA:     This -- this time, yes. He goes with me. He goes up to the room or whatever. We go into the room and, um, I see their bags and stuff like that, you know, and they had a computer and stuff like that and I'm -- I asked him -- I asked him, I said, "How long are y'all stayin'" or whatever? I don't know how to explain it. He just said two or three days but they stayed, like, five days, to be overall. They paid for the last two days. But my car was already on record. So --

JR:     Uh-huh. What happens durin' that second meeting?

DA:     Uh, during the second meeting, there really was nothin' said, anything like that in the room. We hung out for, like, 5 or 10 minutes. It wasn't long. We got enough -- they got all their stuff together. They put some cash in their pockets in a wallet out of a bag and then they go -- we go to Walmart. On the way to Walmart --

JR:     Slow down for a sec. They took cash out of where?

DA:     Like, uh, their bags. Like, their --

JR:     Okay.

DA:     -- like, duffel bag or whatever you wanna call it.

JR:     Okay.

DA:     Luggage. I don't know how to explain it besides that. A suitcase, whatever. Um, so we go to Walmart and on the way there, he was talkin' about how he needs to get out of the country and stuff like that.

JR:     Who?

DA:     Lang. Matt --

JR:     Did he say why?

DA:     Um, let me -- I'm gonna tell you the whole story.

JR:     Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001748

89

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

DA:  Okay. It's, um -- so he asked me did -- could he -- could I help him or whatever. I said, "I don't know how I could help you," at first, you know, and he was like, "Well, I'm willin' to pay you. I have some stuff that I can pay you with, cash --"

JR:  Hmm.

DA:  -- and you know, he gave me roughly $2,300, like I said, and then some -- he said, "I have some other stuff." And I was like, "Well, this is a whole lot." Just -- you know, that's a whole lot of money. I mean, "Do you really wanna get rid of the other stuff?" He was like, "Yeah, sure." You know. And so I said, "Well, what do you need?" You know, I was thinkin' about bills and stuff like that. I was like, well, screw it. It can't be that serious. But obviously it is. But -- so he said he needs some documents. He needs a birth certificate, Social Security card. He's gonna have to get a ID or whatever.

JR:  Right. So he's askin' for your birth certificate, your Social Security card.

DA:  Yes. And then, um -- he also -- they also asked for one form and I didn't know about the form till later. You know what I'm sayin'? But -- so I went home and let it be. Let it -- that day, let it be, you know what I'm sayin'? It was like, I'll find the documents. I agreed, put it that way.

AK:  You agreed at the hotel, that meeting then?

DA:  Yeah. I -- I agreed to -- to give him the documents for the cash or whatever.

AK:  Okay.

JR:  Um, for just the cash or --

AK:  Okay. (unintelligible).

DA:  No. Whatever -- he said he had some other stuff. I wasn't for sure what it was but I was happy with the cash.

AK:  You were happy with $2,300 in cash.

DA:  Yes. At first, you know what I'm sayin'? And then, um --

AK:  Okay. And you knew what -- you knew what they were gonna use it for, right or -- or what Lang was gonna use it for.

DA:  Yeah. I understood that he needed a passport.

AK:  Okay.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

90

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:  I knew he needed -- needed to get out of town.  I -- like I said, I don't know why he was leavin'.  You know, I knew it was somethin' bad, but like I told you before, I didn't know --

AK:  Okay.

DA:  -- exactly why he was leavin' the country.  I mean, he --

AK:  Okay.  So you guys made the agreement and you went home.

DA:  I went home.  I grabbed up my documents, you know what I'm sayin'?  I went through everything and made sure, and then, um, the next day, I met him outside of the --

JR:  Outside of --

DA:  Of the hotel.

JR:  -- the hotel.

DA:  Yes.

JR:  Was McGinty with you?

DA:  No.  He wasn't there when I gave him the docs, 'cause I just stopped by at lunchtime.  It wasn't like I was with him the whole day.  You know, and then, um --

AK:  And this was at the hotel?

DA:  Yes, at the hotel.

AK:  Okay.

DA:  So I said, "I have my documents."  I said, "All right.  Where's the cash?"  And he was like -- and I was like, "Here you go."  "I got the cash and stuff like that but I got somethin' else for you.  But I need some other documents."  'Cause apparently he done tried to fill out everything online and he needed some other documents.

AK:  Okay.

DA:  So --

JR:  What other documents?

DA:  Um, a weldin' certificate.  That was the only thing.  Somethin' reliable sayin' -- with my name on it 'cause it had, uh, my Social.  You know, he has an ID now in my name or whatever --

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

91

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:     Uh-huh.

DA:     -- apparently from Virginia. I didn't know it was from Virginia, but --

JR:     Did you know he was goin' to South Boston, Virginia?

DA:     No. I didn't know where he was goin', but I know that you had to have an ID with your face on it. So --

JR:     Did you give him some kind of lease agreement in your name showin' that he leased a property in Virginia?

DA:     No. Never -- he might have done that, but it's not hard once you have an ID, you know.

JR:     Okay.

DA:     But I never did anything in Virginia. Like --

AK:     Was there any talk about that?

DA:     No. I didn't know anything about it. He said he had a P.O. box in Virginia. He said he had a P.O. box in Virginia.

AK:     Okay.

DA:     I didn't know about, you know -- like I said, his family's from around here. So I didn't really think about nothin' of it. But -- so he said, "But I need this other document." So I told him, I was like, "Well, just meet me later at Walmart." You know what I'm sayin'? 'Cause he said he had to go to Walmart and stuff like that. So we went to Walmart. I met him at Walmart with my welding degree. Well, he brough out the suitcase. And I was like, "What the fuck is this?" You know, "where's my money?" SO he gave me the suitcase and then he gives me the cash, i.e., a wad of --

AK:     How much cash?

DA:     $2,300.

JR:     Okay. I thought he gave it to you beforehand.

DA:     No. It was --

JR:     All right.

DA:     -- he didn't give it to me until I gave him all the documents that he needed.

JR:     Okay.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

92

***LEE COUNTY SHERIFF'S OFFICE***
***SWORN STATEMENT OF:***
***<u>Dameon Adcock</u>***
***<u>CFS # 18-166510</u>***

AK:     This was on the third day?

DA:     Yes, third day.

AK:     Okay. Make sure I'm trackin'. Okay?

DA:     Yeah, you're good. Um, on the third -- well, I'll say it again. On the third day, he gave me -- I gave him my documents, that weldin' certificate and stuff like that and he asked what my mother's maiden name was 'cause he said it came back and neglected the facts because I -- it says, "Kathy Adcock" on my Facebook or whatever.

AK:     Uh-huh.

DA:     But my real mother's name is Sara Denise Albritton and I had to give him that information.

AK:     Okay.

DA:     So then, um, he gave me the cash and a suitcase and he said the rest of money -- that you can make some money off of this. He --

AK:     So he was payin' you more.

DA:     Yeah, pretty much.

AK:     Basically --

DA:     He was just givin' me what he --

AK:     -- this --

DA:     -- thought would be more.

AK:     Part of the offer.

DA:     Yeah.

AK:     Okay.

DA:     So -- and once that happened, I got -- I opened the suitcase. It was two Glocks, um, AR upper and a M18 smoke grenade or M16-8 smoke grenade, yellow, to be in fact.

JR:     Uh-huh.

DA:     I mean, I played with it. But, um, and then that one nine. So --

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001752

93

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:    So there was three handguns --

DA:    Three handguns, a AR upper and, uh --

JR:    The smoke grenade.

DA:    -- and the smoke grenade, which I threw the smoke grenade the first time so (unintelligible) --

JR:    And where was this that he gave you that stuff?

DA:    At Walmart.

JR:    Ridin' around in a car?

DA:    Yeah, in the car. No shit. And then, uh --

AK:    It was in the car.

DA:    Yeah. And he --

AK:    Okay.

DA:    -- gave me the suitcase in the car, at the very back of the Walmart parkin' lot.

AK:    With the money --

DA:    With the money --

AK:    -- at the time?

DA:    Yes.

AK:    What kind of denominations?

DA:    Hundred -- hundred-dollar bills.

AK:    Hundred-dollar bills. Okay.

DA:    Yep.

AK:    And the -- and -- and why did you go to the back of the Walmart?

DA:    Because if you look at -- if you honestly look, it's under surveillance. Anything yellow in the Walmart parkin' lot can be seen on camera. Anything white, you can't see.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

94

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

AK:   Okay.

DA:   That's why the side parkin' lot if you go to Walmart over here, it's white. Everything in front of the store where the cameras are -- if you look at the cameras, are yellow.

AK:   Okay.

JR:   So you made sure that it was outside --

DA:   Yeah, yeah.

JR:   Okay.

DA:   I mean, I'm pretty sure it's off-camera. Uh, now don't --

JR:   Yeah.

DA:   -- hold me to it but -- yeah. But I'm pretty sure that's what we've always been told. So --

JR:   So he gives you this suitcase with three handguns, the upper and a smoke grenade.

DA:   Yes.

JR:   And the cash.

DA:   Yes.

JR:   And at that time, it's $2,300 in cash.

DA:   Yes

JR:   And you also give him the welding certificate?

DA:   Yes. I gave him the welding certificate and my mother's maiden name to finalize the documents and stuff like that.

AK:   Okay. And this is all on the third day.

DA:   Yes. So that'd be roughly about -- if it was September 11th, it would be the 30th, of somethin' like that, 31st. About 10 days -- 10 business days later, you could have it. So --

JR:   It was just you, McCloud and Lang.

DA:   At that point, yes.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

95

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:  Okay.

DA:  'Cause I didn't want Damon to really get involved. I didn't know what the fuck was gonna happen. So --

AK:  Okay.

DA:  -- um --

AK:  About what time of the day was this?

DA:  It was later in the evening. It was about -- I got -- I had got off work or whatever. So it would probably be about 7, 8:00.

AK:  7 or 8:00 at night.

DA:  Yeah.

AK:  Or evenin'. Okay.

DA:  Yeah. Evenin'. I mean, it was light time, gettin' dark there -- right around there --

AK:  All right.

DA:  -- I guess you would say.

AK:  Okay.

DA:  So it wasn't too late but it wasn't, like, early either.

AK:  Okay.

DA:  So --

JR:  What do you do with the -- the goods?

DA:  -- I took -- okay. I took the suitcase and put it in my bag -- in their bag. They gave it all to me in a suitcase.

JR:  Okay.

DA:  I took them out, in my truck, wrapped them up in T-shirts and stuff like that and put it back in my truck and took it to my mom's house.

JR:  Where was your mom's house?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

96

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   943 Oak Grove Road.

JR:   943 Oak Grove?

DA:   Oak Grove Road, yeah.

JR:   Okay. And what do you do with them now?

DA:   I just leave them there.

JR:   Closet, under the bed?

DA:   Yeah. Just kind of -- I didn't -- no offense. Like I told him, you don't shit where you eat so, you know, I didn't really wanna get her involved in nothin' like that. She don't --

JR:   So she didn't know none of that.

DA:   No, no. She just thought I got a suitcase. So --

JR:   And how long, uh, is that stuff there for?

DA:   It's there for -- I picked out the little green one 'cause I asked McCloud if it was clean when we were sittin' in the car. That's a Glock 43 or 23 or somethin' like --

AK:   43, 43.

DA:   The green one. You can't miss it. I mean, it's the only one, uh, the green -- the one that I gave him.

JR:   And what made you ask him if it was clean?

DA:   'Cause I liked it.

JR:   But what made you think to ask if it was clean?

DA:   I mean, when you buy a gun, you ain't supposed to check it either way?

JR:   I'm just askin' what (unintelligible) --

DA:   But I mean, I'm -- I mean, I understand, yeah. But I mean -- 'cause I know I've lied to you and stuff, you don't have to believe me. Like I told him, you don't have to believe me -- what I say.

AK:   No. He's -- no. He's not askin' -- he's not askin' you that.

REVIEWED BY DETECTIVE: _____   ID# _____   DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001756

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   I mean, what I'm -- what I'm tryin' to explain, though, is I just -- I liked the gun. I was gonna personally use the gun. I don't need three Glocks, no offense.

JR:   So you were thinkin' about keepin' that one --

DA:   Yes.

JR:   -- if he said it was clean.

DA:   Yes.

JR:   Okay.

DA:   And the only reason I asked is 'cause I liked it, you know. And then, um -- well, then when McGinty came over later that evenin' and I showed him what we got -- what -- what I got.

AK:   Came over where?

DA:   To my mom's house.

AK:   Okay.

DA:   You know, and we done it outside. We sat just out in the truck and I showed him, you know --

AK:   Okay.

DA:   -- the two Glocks and the damn AR upper and the 18 grenade or whatever.

AK:   Okay.

DA:   Which that grenade didn't last. I'm not gonna lie. Seems like -- I thought -- I was -- was like, What the fuck, man?

AK:   It was a toy.

DA:   Yeah. It was just fun.

JR:   I got you.

AK:   Okay.

DA:   The canister is probably still in the woods over there if you really wanna be honest.

AK:   At your mom's house?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

98

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   Yeah.

AK:   Okay.

DA:   Unless I threw it away.  I'm not really sure.  I mean, I just threw it in the fuckin' yard.

AK:   All right.

DA:   So -- but, um, so I kept the -- I let Damon borrow one of the guns.  He said he needed a gun for protection.  I was like, Okay, that's fine.  I'll let you borrow one.

JR:   Do you remember which gun?

DA:   It was the Glock that was rusted.  I mean, I don't know if it's because one of the didn't have a serial number or not, you know what I'm sayin'?  I don't really know.  But I knew that it -- why would I give him a rusty gun if there wasn't somethin' wrong with the other one.  And one of them might not have been complete.  There was somethin' -- there was a reason that I only gave him the rusty one.  You know what I'm sayin'?

AK:   Uh-huh.

DA:   There -- there had to be a reason.  I'm not really 100 percent sure why.

AK:   Okay.

DA:   But I gave him the one with the rust on it and he cleaned it up, the whole nine yards.  But it did have a serial number on that one.  I'm -- I'm about 100 percent sure about that one.  So I -- and then --

AK:   Did he say why he needed -- uh, why did he need protection?

DA:   I had one.

AK:   Okay.

DA:   He bought a black -- he bought a truck just like mine because I bought a truck just like mine.

AK:   Okay.

DA:   I mean, you get what I'm sayin'?  He -- follow the leader.

AK:   Yeah.  That's --

JR:   No.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

99

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   I don't really wanna say --

AK:   -- fine -- no, that's fine.

DA:   -- I don't wanna say follow the leader because he's not -- he's his own person but --

AK:   Yeah.

DA:   When I did somethin', he tried to be right there with me.  It was always, like, that kind of, uh --

JR:   Try and mimic you a little?

DA:   Yeah.

AK:   Yeah, yeah.  That's fine.

JR:   Looked up to you a little bit.

DA:   Yeah.

AK:   Okay.

DA:   So anyway, I let him borrow it and then I thought I sold the guns or whatever.  But I sold the AR upper to make the $3,000 and I gave it to my friend Brandon, 'cause he was trainin' to be a gunsmith.  He wanted to use it for whatever.  I sold it to him.

JR:   And what's Brandon's last name?

DA:   Jones.

JR:   Does he live here in Roxboro?

DA:   Yes.  Uh, the AR upper supposedly got melted down and was never used and I do believe him 'cause I gave him the money back.

JR:   Brandon melted it down.

DA:   No.  The gunsmith.  'Cause he was trainin' to be a gunsmith so I --

JR:   With who?

DA:   I don't -- that's what I was tryin' to find out earlier.

JR:   Okay.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

100

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### <u>Dameon Adcock</u>
### <u>CFS # 18-166510</u>

DA: So --

AK: So he works at a shop.

DA: Used to.

AK: All right.  An apprentice --

DA: He was tryin' to be --

AK: -- was he apprenticing?  Is that what --

DA: Yeah.  He was just --

AK: -- you're tryin' to say?

DA: -- tryin' to learn about gunsmith 'cause he was -- he's into guns.

AK: Okay.

DA: I mean, I'm not gonna lie.  He owns a couple of ARs right now.  But they're all, like -- not -- they're not 5.56.  They're all 223 and stuff like that.

AK: Yeah.

DA: But I mean, that's the same interchangeable.  But neither one of them --

JR: So you sold that to Brandon Jones, when was that?

DA: That was a month afterwards 'cause it took him some time to get the money up.  So --

JR: And how much did he give you?

DA: He gave me roughly, around $400.  Somethin' like that.

JR: And where was --

DA: It -- it was about 3 -- I ended up with $3,000.  And I mean, I sold it to him -- I brought it to him at Tractor Supply 'cause he asked for it.

AK: Tractor Supply here in Roxboro?

DA: Yeah.  The upper, yes.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001760

101

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

JR:   That's where you met him and --

DA:   Yeah. Gave him the gun. We exchanged money. And I gave him his money back after he come back 'cause the silencer, he said it -- the gunsmith -- the actual gunsmith -- the owner of the shop --

AK:   Uh-huh.

DA:   -- told him that he wasn't gonna have that shit in his shop so he melted the gun down or whatever. So --

JR:   Was Mr. McGinty with you at that time?

DA:   No. That was me 'cause I left work to come meet him 'cause I was tryin' to rush 'cause he was -- he wanted to meet me at 12:30 and it was 12:45 when I met him.

JR:   Does Mr. Jones work here in Roxboro somewhere?

DA:   He works at Lowe's.

AK:   Well, we're tryin' to establish a time. Uh, about a month after?

DA:   Yeah.

AK:   About a month after the passport or about a month after hunting season?

DA:   Or, like, no. That's -- that -- the AR went pretty quick, as soon as I --

AK:   Okay.

DA:   -- soon as I got the shit, I tried to sell it. Like -- I mean, like I said --

AK:   Okay.

DA:   So -- and I thought I sold the other two, but I kept thinkin' about it and kept thinkin' about it. The two Glocks I think I might have them found. That's -- that's a (unintelligible) from Kendall Vaughn. And -- 'cause I took them to his house durin' huntin' season. My shotgun and stuff is over there, too.

JR:   And -- and who is Kendall Vaughn to you?

DA:   It's one of my say -- call sisters, I guess you would call her, my best friend -- female best friend --

JR:   Okay. What's her name?

DA:   Meloni Vaughn. It's her ex-husband.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001761

102

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

JR:     Ex-husband.

DA:     Yes.

JR:     Okay. And when -- you took it to his house?

DA:     Yeah. Durin' huntin' season to shoot them and play with them and stuff like that. And like I said, one of the guns might not have been complete. There was somethin' -- there was a reason I gave him the rusted one --

AK:     Right.

DA:     -- instead of the clean one.

AK:     Right.

DA:     Do you get what I'm sayin'? Like --

AK:     I thought you gave the rusted one to McGinty.

DA:     That's what I'm sayin', like --

AK:     Yeah, yeah.

DA:     -- that's -- that's -- there has -- I'm tryin' to make sure, like -- I don't know why we didn't use the other gun. Like, there was a reason why we didn't use the other one. Now whether or not it was complete or it needed to be an upper or -- it was somethin' wrong with that gun, the reason we didn't shoot it.

AK:     Okay. And for clarification, we're talkin' about two Glock 19s.

DA:     Yeah. Two Glock -- two different ones. One was rusted and one wasn't.

AK:     But they're model 19s, right?

DA:     Yeah. I'm -- they're the big ones. I mean, they're the original ones, if I'm gonna be honest with you.

AK:     Okay.

DA:     Like --

AK:     Did -- with a 33-mag --

DA:     That came with it. That came -- they were loaded --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001762

103

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   That's what was with them?

DA:   Yeah.  They came with a 33-mag, a regular mag and that was it.  But --

AK:   So a total of four mags or --

DA:   Four mags.  Well, the regular mags come with the case.  I have the cases at the house if y'all want.  I forgot to bring them to you.  I apologize.

AK:   Yeah.

DA:   I got the actual cases at my momma's house still in my safe.

AK:   The case for the --

DA:   For the Glocks.  I got all three of them.

AK:   Oh, so --

JR:   So these Glocks came in cases.

DA:   Yeah.

JR:   Their -- their original gun cases.

DA:   No.  They came separate but they gave me the cases, too.  Like, all -- everything was in the box, like, in my suitcase.  You know what I'm sayin'?  I got the stuff 'cause one of them was just a cleanin' kit and parts.

AK:   Okay.

DA:   That's why I keep thinkin' that that's the one that was never really shot.

AK:   So those are at your mom's house or those --

DA:   I can go get them right now.  Yeah.  She's at the beach.  I got a key to her house.  We can ride over there -- I mean, as long as she's at the beach, I really don't mind, but want y'all -- she just -- she's at the beach.  But I mean, I got a key to the house.

AK:   I understand, I understand.

DA:   I can call --

JR:   So you just -- the empty cases that the guns were in.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001763

104

DA:   Yes. They -- they were -- they're just empty, yeah.

JR:   Okay. Okay.

DA:   And the -- they come with cleaning kits and stuff like that.

JR:   And so what happens with Kendall Vaughn? Do you sell them the guns to him or what happens?

DA:   Well, we were huntin' together and him and her -- I was stayin' at their house for a week for huntin' season, first -- beginnin' of huntin' season which would be, like, December or November 1st, somewhere in there. I'm not gonna be for sure. I gotta look it up. But I think it's November 1st to be honest with you -- or December --

JR:   Okay.

DA:   It's somewhere -- it's the first of one month. November or December. I was sayin' there. We stay -- I stayed there for a week. I brought them over there to shoot them and get them away from my momma's house to be honest.

AK:   Uh-huh.

DA:   And so turned around, I left them there. 'Cause I left my shotgun there, too. It's been there since huntin' season. I can't get in touch with him because while I was there, they started arguin'. I left. So --

JR:   So you left the guns there.

DA:   I left the guns there and everything, yeah.

JR:   But he -- he didn't give you any money for them.

DA:   No. Nothin'.

JR:   Did you ever talk with him about the guns afterwards?

DA:   No. I haven't talked to him since they split up and they split up maybe three days, four days afterwards.

AK:   And that's when you moved out.

DA:   I was never lived there. I just stayed there a week --

JR:   You were just stayin' there for a week for huntin' season.

DA:   -- for a -- like, almost like a vacation 'cause I was still livin' at my mom's house and everybody likes freedom.

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

105

***LEE COUNTY SHERIFF'S OFFICE***
***SWORN STATEMENT OF:***
***<u>Dameon Adcock</u>***
***<u>CFS # 18-166510</u>***

AK:    Yeah.

DA:    You know what I'm sayin'?

JR:    Did -- did Meloni see you leave the handguns there?

DA:    Yeah.  I actually talked to her earlier on the phone.

AK:    Uh-huh.  On the phone, yeah.

DA:    She said she's about 100 -- well, 90 percent sure they're still there.  She seen me with them there.  So -- 'cause my shot --

AK:    But they're -- but they're split up or --

DA:    Yeah.  Well, I'm pretty sure they're together.  One of -- I mean, if he's -- if he hasn't got -- she doesn't know if she -- he sold them or not.

AK:    Uh-huh.

DA:    That's what she said.  That's her statement.  That --

AK:    Uh-huh.

DA:    -- she wasn't for sure if -- if she -- he should still have them but she doesn't know if she -- 'cause they haven't been together for -- what's this month?

JR:    We're in August.

DA:    August, so it's been about six months since they been -- they seen each other and got together.

JR:    Okay.

DA:    So --

JR:    Where does Meloni work?

DA:    Meloni?  I don't know where she works.  She just started a job.  She's a CNA or some shit like that.  She does home-sittin'.

JR:    She here in Roxboro, though?

DA:    Yeah.  She's in Roxboro.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001765

106

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

JR:   Okay.

DA:   She's more than willin' to come talk to y'all, too, if I just call her.  But it would be off her -- off her work schedule.

AK:   Sure.

DA:   Like, you know --

JR:   Okay.  And we can do that.

AK:   Yeah.

JR:   And you never talk to Kendall Vaughn about the guns afterwards.

DA:   Uh, he will not -- I tried callin' him.  He won't answer me.  He won't text me.  You know what I'm sayin'?  I hit him -- and she even said that she -- he might not even live in the same house right now.  I can tell you -- I can take you to his house, but I can't tell you the address.  I don't know it.  So -- where his old house or whatever.

AK:   We talked to the deputies.  I think they know roughly --

DA:   Yeah.

AK:   -- where it's at.

DA:   So I mean, but I never -- they were both there, like I said, when I left.  And, um, I'm tryin' to think.

MA:   What was the --

JR:   Agent Kehoe told you -- I'm sorry.  Go on.

MA:   Yeah, please.  What was the hesitation telling us you left the guns there?  Like, why was -- what's with the story?  What were you (unintelligible) --

DA:   I mean, this shit's -- like I said, like, y'all didn't tell me he was locked up and it's a whole lot of shit goin' on and --

MA:   Uh-huh.

DA:   -- I mean, you know, my pride's at stake and -- that fucker's crazy.  And you know what I'm sayin'?  I'm tryin' to protect my family.  I mean, no offense to y'all, y'all can lock me up for 10 years.  As long as my -- if my fuckin' family's safe I don't care.  You know?  But that's my -- at this point, if he's locked up, there ain't much he can do and there ain't much I can do.  So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001765

107

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### Dameon Adcock
### CFS # 18-166510

JR:    He's in custody in the Ukraine.

DA:    Yeah, yeah.

AK:    Okay.

DA:    So --

JR:    He ain't goin' nowhere.

DA:    Yeah. So --

JR:    When we first spoke with you back in (unintelligible).

DA:    I was protectin' my family. Yes. We've already -- I've already thought about this 100 times and it was fuckin' wrong for me to do what I did. But like I said, I was just tryin' to do what I thought would protect my family, not me.

JR:    By not bein' truthful with us?

DA:    Yeah. To be honest --

JR:    Okay.

DA:    -- 'cause he wasn't locked up then. No offense.

JR:    And -- and when we gave you that subpoena to come down before the grand jury, you probably had some time to think about it in between there. Did you think about comin' clean between there?

DA:    Yeah. I did. I think about it -- no offense, I've been thinkin' about it since the day all this shit happened. You know, I've been -- I live with this shit every day. I got secrets -- more secrets than what y'all know about that I have done and have did, you know, and -- but --

JR:    So you're tellin' me you lied to the grand jury because you -- you were afraid of Lang and, uh, for your family. Is that --

DA:    Yeah. I mean, I'm not --

JR:    -- is that what you were thinking?

DA:    -- I'm gonna rephrase it. I'm not afraid of -- I don't give a shit what happens to me. I'm afraid for my family. Like, until she got pregnant, I really didn't give a shit. I hate to say that on record but I didn't care about anybody but me until she got pregnant with my daughter and it happened, you know what I'm sayin'? And I don't -- I don't know what you want me to say.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

108

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:    No.  We just want the truth.  From this point --

DA:    Yeah.  I mean, 'cause --

JR:    -- goin' forward, as Agent Kehoe explained to you earlier, we just want the truth --

DA:    Yeah.

JR:    -- goin' forward.

DA:    Is there anything else that, uh, you wanna know?  Like, I mean --

JR:    So you gave Agent Kehoe the one Glock handgun --

DA:    Yeah.

JR:    -- the green one.

DA:    Yes.  The green one.

JR:    You think the other two are at Kendall's --

DA:    They are with Kendall Vaughn.  And then I'm gonna try to call Brandon again.  His phone was off.  I tried callin' him.  You heard it.

AK:    Uh-huh.

DA:    It went straight to voicemail.  So -- but Brandon doesn't have them.  Um, he doesn't have any -- all he --

JR:    He doesn't have what?

DA:    The, uh, AR.

JR:    Okay.

DA:    Like, I like to say he gave it to the gunsmith.  He was gonna build one.  He builds ARs and stuff like that.

AK:    Uh-huh.

DA:    So --

JR:    You wanna tell us Brandon's number right now if you look in your Contacts?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

109

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   I can give you Kendall Vaughn's number, too, if you would like.

AK:   Sure you don't want some water or somethin', man?

DA:   I'm fine, mate.

AK:   I brought some with me.

DA:   Appreciate it, though.

AK:   All right.

DA:   336-514-7868.  And that's Kendall's number.

JR:   And Brandon's gonna --

DA:   Brandon will tell you, yes, that he tried -- I -- I don't know if he'll tell you he bought it or not, to be honest with you.  But he -- I doubt -- if you tell him that I didn't say it, you know, tell him the truth. You know what I'm sayin'?  Tell him that I told y'all that he bought it and he did -- y'all can tell whatever you want to.  If he grinds it up or whatever, you know what I'm sayin'?  You ain't gonna tell him that but he'll tell you.

JR:   He's corroborate what you're tellin' us.

DA:   I mean, yeah.  Yeah.  He -- but he's not gonna -- my biggest thing is like I said, but he -- can't do anything more than I'm doin'.

AK:   No.  You're doin' -- hey.  That's all I ask for.

DA:   Yeah.

AK:   The truth, get it off your --

DA:   So --

AK:   -- your conscience.

DA:   -- but --

AK:   And get it behind you.

DA:   I'm tryin' to.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

110

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR: As you're calmin' down, you're thinkin' about this and I can see the wheels turnin'. Is there anything else that you can remember that you think is important that we haven't asked?

DA: Uh, should I tell him about the stuff about the computer?

AK: Yeah. Absolutely.

JR: I mean --

AK: Absolutely.

DA: You know what I'm sayin'? Like, I mean --

AK: Because you gotta understand, they're lookin' at -- they -- they want those details.

DA: Yeah. Well, I mean --

AK: And that's why I asked him to come up here. They need those details --

DA: Yeah.

AK: -- of that stuff. So in the hotel room -- I'll bring you to that -- that point.

DA: Yeah. In the hotel room --

AK: The first -- the first day.

DA: -- yeah. The first day when they pulled money out of their bag and stuff like that and they were on the computer, and they were usin', I guess you would call it the black web or whatever.

AK: Did they actually tell you it was the dark web or the black web or --

DA: They said -- they said it was the dark web. But --

AK: Okay.

DA: -- I didn't -- no offense, nobody ever believes anybody's truth.

AK: Explain what it is they said they were doing.

DA: They were -- what I understood they were doin' was that they were usin' the credit -- gettin' people's, like, information, like, to get credit cards --

JR: Stealin' their identity and credit card numbers.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

111

## LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yeah. Stuff like that.

AK:   But when you say "they," who was "they"?

DA:   I -- I guess both of them in it and they were both usin' the computer. I don't know exactly --

AK:   We're talkin' about Lang and McCloud?

DA:   Yes.

AK:   Okay.

DA:   Yeah.

AK:   Did you ever -- did you ever see how they got it done?

DA:   No. I just know that they -- what they told -- from what I understand is what they told me was that they would -- they pay a little bit of money to get the information or whatever --

AK:   Okay.

DA:   -- off of companies and stuff like that. And you could pay money to get it off of the companies and the black web would sell it.

AK:   Okay.

DA:   And you buy it and then you use their credit card and stuff like that.

AK:   Okay.

DA:   And you make a fake identity, somethin' like that. That's what I'm understanding that they said. I mean, it was a big, long conversation about nothing really.

JR:   And you saw them both usin' this laptop.

DA:   Yeah. Both of them were usin' the laptop. So --

JR:   Okay. Did they ever talk to you about being in Florida?

DA:   No. I didn't know they went to Florida.

JR:   Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

112

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:  So --

JR:  Did they ever talk to you about tryin' to get to Venezuela?

DA:  No. The only thing we talked about a place was goin' was the fact that, um, he wanted to -- we were talkin' about extraditable (sound effect) extraditable states. I mean, not state, countries.

JR:  Yeah. You couldn't be extradited from, countries.

DA:  Yes.

JR:  Okay.

DA:  And we started -- I started lookin' it up just bein' curious and stuff and we talked about Ukraine and stuff like -- he made the choice to go to Ukraine. So --

JR:  The phone number you have now, was that the phone number you had back in --

DA:  No.

JR:  -- do you remember the phone you had?

DA:  No.

JR:  Do you remember the provider you had?

DA:  Uh, I think it was Verizon or it was, um -- what's the name of it? It's not -- they use Verizon towers but it's Page Plus -- not Page -- it's, uh -- they used to be -- yeah, Page Plus I believe it is. I'm not really for sure but --

AK:  Is that a local store around here?

DA:  Yeah. It's just a little, bitty dude and he works out of one little store. You know what I'm sayin'? And he --

JR:  Was the phone truly in your name or was it, uh --

DA:  It's --

JR:  -- prepaid?

DA:  -- it's just -- no. There was no name on it.

JR:  Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

113

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   I still don't use no bloody name on my account. I use it like that for a reason. So --

JR:   What's the reason?

AK:   Yeah.

DA:   To hide.

AK:   Why?

DA:   I mean, to be honest, I mean, oh, my God, no offense. I don't care. I just -- I like to hide. I mean --

AK:   When we -- when we run your prints, you aren't gonna come back wanted for anything else are you?

DA:   You can. I might.

AK:   No. I'm just askin', man. I --

DA:   I do wanna ask this, though. On my record, it said that I've been aiding and abetting the police. I've never ran from the police. You know what I'm sayin'? Like, it's a whole bunch of shit on my record that I haven't done.

JR:   What are we gonna --

AK:   Well, we can sort that out.

JR:   You've only been arrested by Roxboro and Person County, correct?

DA:   That's what I'm understandin'. Yeah. So I mean, you know what I'm sayin'? Like, it's a whole bunch of shit from Virginia. That -- I mean, I got a charge, a gun charge, in Virginia, but that was a year -- two years ago but that was 'cause I was drinkin' and I had a --

AK:   That was that open container you talked to me -- talked to me about, right?

DA:   No. That was in North Carolina.

AK:   That was North Carolina?

DA:   Yeah. But the --

AK:   Okay. See --

DA:   -- one in Virginia, we were out to eat and stuff and I had a couple of drinks and --

**REVIEWED BY DETECTIVE:** _____ **ID#** _____ **DATE:** _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

114

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   Yeah.

DA:   -- I think I paid 200-somethin' dollars on a Applebee's bill.

AK:   Well, let me -- let me -- since I work Fraud, let me ask you this.  Have you ever sold your information to anybody else?

DA:   No.

AK:   Uh, you --

DA:   Never in my life.

AK:   Okay.

DA:   The first time ever was Craig to be honest.  Like --

AK:   Have you ever suspected that your identification has been compromised?

DA:   I do now, every day.  I mean, like, uh --

AK:   Okay.

DA:   -- you know what I'm sayin'?  Like, I want -- the -- I went -- like I said, I've never been arrested in Virginia and there's charges in Virginia that I've never seen in my life.  Like, you know, I can't get a fuckin' license or anything right now to be honest with you.

JR:   Uh -- uh, what happened a month ago when, uh, Person County came out to your house, there were some shots fired?

DA:   That was we were shootin' that little 9.

JR:   It's not in question.

DA:   Yeah.  That was the only gun that I had told them.

AK:   Okay.

DA:   But -- and then Brandon's .40.  He had a Smith & -- no, a Colt .45 to be -- in fact, it's, uh, semi-automatic pistol.  The thing is really old.  It's really fuckin' old.  It's like, his grandpa's gun or somethin'.  We were shootin' --

JR:   For target practice.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001774

115

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:    -- we were shooting at buckets this way and we got charged for hittin' a house that way somehow.

JR:    Did you get arrested for that?

DA:    No. They tried to charge us for it. We ain't never heard nothin' else about it. So --

JR:    Okay. And Lang didn't tell you he was in trouble.

DA:    Like I said, he -- I -- like I told you before, like, I assumed -- he -- he told me he needed to get out of the
country. There's only two reasons you need to get out of the country. It's a vacation which you can get
a passport yourself or you in trouble. So I -- and like I said, I never really asked what he done. I knew
he was in trouble. I acknowledged that he was in trouble when I -- I never really asked what he done but
I knew it was serious enough that he needed to leave and obviously, if he needs non-extraditable, it's
because of the fact it was somethin' federal.

JR:    Okay. And this kid we asked you about his name before, Alex Zwiefelhofer, is he --

DA:    I've never --

JR:    Never heard that --

DA:    -- I mean, I might have met him in the military once or twice, but I've never -- I don't -- I don't remember
his name. So I don't know him.

JR:    Do you know anything about Lang being in Missouri?

DA:    No. The only place that I knew he told me he's been was Georgia. He was comin' up from Georgia.

JR:    What did he say happened in Georgia?

DA:    Nothin'. He just -- 'cause Matthew was in Georgia for a long time doin' his company and stuff like that,
truck drivin'.

JR:    Okay.

DA:    So they said they come up from Georgia. I don't know if that means they came through Georgia or
whatever to come to North Carolina but that's the only place. That's why he said he was comin' up this
way. So --

JR:    And the magazines that were with the guns, where are they?

DA:    They should be with the guns still.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

116

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

JR:     All four mags, two mags?

DA:     All four --

JR:     All four.

DA:     -- should be still -- everything should be still with him if he still has them.

AK:     Uh-huh.

DA:     That should be there.

JR:     And these gun cases are at your mom's house.

DA:     I can go get them right now. If y'all wanna leave me in cuffs here, I --

JR:     Is there anybody else at your mom's house right now?

DA:     No.

JR:     No sister or --

DA:     No. My sister has her own house. My daddy's at work right now and he don't need to come back. So I'm willin' to go get them. If you -- I gotta get my keys out of my truck 'cause my safe key is on, you know --

JR:     And Lang didn't show you any articles on the Internet about a -- a shooting in Florida? He --

DA:     No. The only thing that he showed me was the fact that, like -- 'cause I didn't really believe him, but the stuff with North Carolina. I don't know, he got in trouble with North Carolina, uh, but a long time ago. Uh, somethin' to do with his momma or somethin' like that. His momma, sister, her boyfriend, girlfriend --

JR:     Ex-wife, somethin' --

DA:     Yeah. Somethin' like that. Yeah. That's the only thing I really asked about. He never said anything about goin' -- anything that's really serious or nothin' like that. You know what I'm sayin'? Like -- like I said, I just asked him why the fuck you need to go and he never really answered me. So I don't know. Um, tryin' to think --

JR:     This kid, Dalton Kennedy, you ever heard of him?

DA:     No. I have not. Never seen him in my life to be honest with you.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001776

117

***LEE COUNTY SHERIFF'S OFFICE***
***SWORN STATEMENT OF:***
***Dameon Adcock***
***CFS # 18-166510***

JR:     Did you ever hear of a kid named Brandon [sic] Wright-Martinovich?

DA:     (Shakes head). The only two people out of everybody you even asked me about I know is Matthew and Lang. That's it. That's it. And the only reason I knew them is 'cause Matthew was in the same battalion as me.

JR:     And what -- what battalion was that?

DA:     Thirty -- 31st Division -- 30 -- 3-1. Sorry.

JR:     No. Of course not.

DA:     Uh, Third Armor Division --

JR:     (unintelligible) us --

DA:     -- first, uh, whatever. I'm sorry. Fort Bliss. If you go across Fort Bliss, it's the back one. I mean --

JR:     Okay.

DA:     -- I'm just bein' honest. All the way out in the middle of nowhere.

JR:     Yeah.

AK:     Got you.

JR:     And you don't know Craig's mom?

DA:     I don't know any of his family at all.

JR:     She lives out here in Roxboro. So, um, that's --

DA:     Somewhere, yeah, yeah, yeah. I do know that she lives out in Roxboro 'cause he told me. That's the reason he said originally his stay was for. He wanted to come see his mom.

JR:     And why didn't he have his mom rent the motel room?

DA:     I don't know.

JR:     You didn't ask him?

DA:     I really didn't. I mean, I didn't think nothin' of it. Like I said, he said he didn't have an ID and I was just like, All right. I'll buy you a room. And then it started all comin' together once -- later on, once the guns and the shit and everything like that. You know what I'm sayin'? But I can't change what I done.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001777

118

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:    No. I understand. Did McCloud or Lang tell you that there were bodies on those guns?

DA:    No. I just -- I just figured they were hot. Like I said, they don't look too shabby. You know what I'm sayin'?

JR:    When you say "hot" you mean -- what do you think?

DA:    I mean, it's like, illegal.

AK:    As in what happened? What --

DA:    Stolen.

AK:    Okay. So you were thinking stolen.

DA:    Most of the time -- yes. I didn't know anything about no bodies until I come to Florida and y'all tell me.

AK:    Okay.

DA:    So --

JR:    And you mentioned to Agent Kehoe earlier that you had checked the guns. What did that mean?

DA:    I checked one.

JR:    What does that mean?

DA:    That means I run the serial number.

JR:    How?

DA:    Uh, I asked a cop to run it.

JR:    Here, with Person County or Roxboro?

DA:    Yeah.

JR:    I'm not gonna try to get them in trouble. Um, who are -- who was it? I'm just tryin' to corroborate what you're tellin' me.

DA:    (Sound effect). Oh, man.

JR:    I mean -- I'm -- they're not gonna get in trouble for runnin' a serial number.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001778

119

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:    No.

JR:    It's not like they ran you and you had a warrant (unintelligible) --

DA:    I just give it to -- I gave to David Henderson, my boss, and he gave it to his friend. I don't know his name but he works for the Police Department. David Henderson's my boss.

JR:    Okay.

DA:    The one y'all talked to.

JR:    Yeah. And he was a pretty cool guy.

DA:    Yep. 'Cause I actually traded that clean gun to him for, like, a pawn. You get what I'm sayin'? It's 'cause I needed some cash or whatever. Don't know how to explain it. It's not --

JR:    Yeah. No.

DA:    -- not like I sold it to him. I sold it to him and then I just bought it right back when I had the money back. So --

JR:    So --

DA:    -- but he ran -- he ran the gun because of the fact of, like, no offense, he -- he's really legit. He got a business, got kids and shit like that, too.

JR:    Uh-huh.

DA:    So --

JR:    So the gun you gave Agent Kehoe at one point you gave to David Henderson.

DA:    Yes. For, like, two weeks, three weeks. I mean, it wasn't -- it was literally like a pawn. It won't -- I don't wanna go -- this shit go to my work and shit like that. But --

AK:    No, no, no, no, no. We're not -- we don't care about that, dude. We want the truth.

DA:    But I don't know what off -- I don't wanna -- I don't know what officer it was to be honest with you.

JR:    You don't know if it was Person or Roxboro.

DA:    I don't know. I think it was probably -- it's probably gonna be Person, to be honest with you. So --

JR:    Okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001779

120

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:   So it was out of your hands for how many weeks?

DA:   Two, three weeks, that was it.  It never left him to be honest.

AK:   Did you get money back for it or what did -- how did --

DA:   Uh, he gave me the money and I turned around and paid him back when I had the money.  'Cause I had -- I mean, I had a light bill and shit to pay.

AK:   So like a pawn.  Like a --

DA:   Yeah.  It was literally a pawn --

AK:   -- like a private -- like a private pawn.  Just collateral.

DA:   Uh, yeah, yeah.

AK:   Okay.

JR:   How much was it?  Do you remember?

DA:   It was only, like, 2 or $300.  It was enough to pay my bills and stuff like that.  I -- I sold the gun, I think it was 290, 280, to him, or pawned it to him, whatever you wanna say.

AK:   He was doin' you a favor.

DA:   And then I bought it back for 300, like, interest.

AK:   Okay.

JR:   So this is one of the guns that ends up --

DA:   I gave it to him.  Yes.

JR:   Okay.

DA:   The -- whatever one -- yeah.

AK:   It's the one you gave me that day --

DA:   Yes.

AK:   -- in Walmart parking lot.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

121

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   Yes.

AK:   Okay.

JR:   And that is the same -- did that gun go to Damon McGinty, too?

DA:   No. That was a different -- that was the Glock -- the Glock 17 that had rust on it.

AK:   19 or 17?

DA:   It's a 19 -- I don't know. It's the big one. I don't know how to explain it.

AK:   Yeah, it's big.

DA:   It's a 17 or a 19. I do know that.

AK:   Okay.

DA:   I believe it's a Glock 19 to be 100 with you but I keep sayin' 17 for some dumbass reason. I don't know. But I gave him the one with the rust on it for some reason. I don't know why because there was somethin' wrong or somethin' was up with the other gun that I wasn't really safe about.

AK:   Okay.

DA:   You know what I'm sayin'? 'Cause -- and I really think it was 'cause it wasn't a full gun if that makes sense. Like, it didn't have a slide -- it -- it didn't have somethin' and that's the reason that --

JR:   And you understand how this all gets a little confusing with your mom and --

DA:   Yeah.

JR:   -- the names of people involved here. So that gun that you traded to your boss, what -- what was the timeframe on that?

DA:   That was, like, two months ago, three months ago. It wasn't that long ago. I kept that gun since day one until I pawned it off to him.

JR:   And at what point did it go to Damon McGinty?

DA:   The -- the 17 --

AK:   That's a different --

JR:   That's (unintelligible) okay.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

122

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   That's a completely --

JR:   Okay.  I understand.

AK:   Yeah.

DA:   -- different gun.

JR:   Okay.

DA:   Yeah.

JR:   Okay.

AK:   It's one of the two.

JR:   Okay.  And you had mentioned you tried to sell a gun to Fletcher Hall.

DA:   Yeah.  And Fletcher Hall, he -- I didn't sell it to him.  So -- he didn't have the money.

JR:   Which gun was that?

DA:   That was the -- that was the one that Damon had.

AK:   Uh-huh.

DA:   The one Damon had, I tried to sell it 'cause I mean, technically, it's still my gun.  I mean, I just let him -- well, supposedly, it was my gun and I tried to sell it.  I mean, money is green.  You know what I'm sayin'?

AK:   Yep.

DA:   He said he had -- he had money.  Well, he didn't have the right set of money.  So I didn't sell it.

JR:   Did you show it to him?  Did he actually look at it?

DA:   No.  He never actually, physically -- me and him talked on the phone about it.  It won't never physically, like, you know what I'm sayin'?

JR:   What was the timeframe of that?

DA:   That was (sound effect) two, three months, right afterwards.  Right before huntin' season.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

123

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

AK:  Two or three months after hunting season.

DA:  No, before.

AK:  Before hunting season.

DA:  Yes.

AK:  I think we need to narrow down when hunting season --

DA:  Yeah. That's fine. It's like, November or December, mate. I don't know exactly --

AK:  Do -- do you actually use a (unintelligible)?

DA:  Yeah. White tail.

JR:  I think the detectives here were sayin' November or somethin'.

DA:  Yeah. It's November the 1st and it's somethin' like that. So it would be a month before that roughly. 'Cause I was sittin' on Kendall's porch talkin' to him about it. So at the same timeline, uh, that the guns were at Kendall's. Like I said, as soon as I got a chance to put them at Kendall's house, I took them to Kendall's. And the only reason I remember that is 'cause we were talkin' about Fletcher earlier. I was sittin' on Kendall's porch talkin' to Fletcher about it. So it'd be right into, like, the middle of huntin' season. I said before earlier but I know -- but I'm sorry -- but right in the middle of huntin' season is when we talked about it 'cause I was there the week. The same week, or whatever. I was sittin' on the porch talkin' to Fletcher and Fletcher said somethin' about buyin' one. I said, Okay. That's fine, blah, blah, blah. I said this is how much you want -- this is how much I want for it. But then he said, I only got this much so I didn't sell it.

JR:  Okay. Anything else you can think about this whole thing?

DA:  I mean, is there anything else, like, uh -- like, that certain -- certain you're lookin' for?

JR:  Well, we're lookin' for those two guns that you think Kendall Vaughn is --

DA:  And I think -- I think I really have found them to be honest with you. Like, I really do. I been -- like I told you, I tried to cooperate. But --

AK:  You think you know where they're at.

DA:  Yeah. I think I know where they're at, man. Whether or not he split them up or whatever, that's not somethin' I can deal with. You know what I'm sayin'? Like -- like I said, I can find the upper. I can get the shop that melted it down or did whatever, destroyed it, or whatever with it.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

124

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

JR:    So Brandon Jones will know that, right?

DA:    Yes. He will.

JR:    And if we talk to him, say, Hey, we talked to you, Dameon, he'll tell us.

DA:    I hope. I mean, I ain't tryin' to be funny, but you never know how people are gonna act.

AK:    Right. Uh, I have to ask, why did you tell me in -- the day we did the search warrant, why did you tell me there was a middleman?

DA:    Because of the fact, like I said, I was tryin' to find them. I figured we would make some kind of deal about it and stuff like that and I tried to find them and that was my fault.

AK:    So you thought on the back end you could just find -- get them back.

DA:    Yeah.

AK:    (unintelligible).

DA:    I got them back. No offense. It'd be a whole lot easier for me to find them than y'all.

AK:    And us go out to your friend's house.

DA:    Yeah.

AK:    Okay.

DA:    'Cause you got about 50,000 people to go through 'cause I know half of Roxboro.

AK:    Makes sense. Yeah, yeah.

DA:    Yeah.

AK:    That's what I'm tryin' to do is save you from us turnin' up --

DA:    Yeah.

AK:    -- this place upside down. So --

DA:    And the reason I lied to y'all like I said, man, I'm sorry. But I'm tryin' to -- I was tryin' to protect my family. Y'all wouldn't tell me if he was in custody or not. Y'all said -- I think y'all said no to be honest.

JR:    He was not in custody.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

125

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:    Yeah. So --

JR:    He was out of the country, but he wasn't in custody.

DA:    That don't mean --

JR:    He is now in custody.

DA:    Yeah, yeah. That's what me and him were talkin' about, what we asked about. So --

JR:    All right.

DA:    Um, somethin' about --

JR:    Where are the -- where are the gun cases inside the house?

DA:    Um, soon as you go in my momma's house, there's a gun safe right here -- not gun safe, gun cabinet, like a glass cabinet or whatever. It's, uh, like, rifles and stuff like that. One of them's layin' on the couch last time I was sittin' there and then one of them is, um, in my safe, I believe. There's some stuff in my safe. I don't know how many really gun cases. You know, I think it's two, to be in fact. There's two of them --

JR:    Right.

DA:    -- because the other one -- the little Glock, it came with a holster and stuff like that. I don't have the holster. I got rid of the holster.

AK:    Do you mind if I ask a couple of questions --

JR:    Nope.

AK:    -- on this? All right. On the guns. Have you ever made a repair to any of the guns?

DA:    Repair?

AK:    Repair? You ever -- you ever had to get them fixed or anything?

DA:    No.

AK:    Okay. Never --

DA:    No. I literally can fix anything myself.

AK:    Have you interchanged any parts of the guns or anything?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

126

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   The handle.  I put extra, um, grip holsters -- uh, if you seen, it's on that little -- that's it.

AK:   The little one?

DA:   Yeah.

AK:   Okay.  Have you switched barrels on them at all --

DA:   Nope.

AK:   -- or anything like that?

DA:   None of those got switched or nothin' like that.

AK:   Okay.  All right.  What about the boxes at your -- your mom's house?  Have you done anything with those?

DA:   No.  They just kind of sit there.

AK:   Just kind of sittin' there?

DA:   Yeah.

AK:   And they're Glock -- what do they look like?  What color are they?

DA:   They're literally, uh, Glock black, slip case, I guess.  You slip, slide, open.  One --

AK:   So --

DA:   -- yeah.  You literally slip it --

AK:   -- the ones that snap?  It's got roll --

DA:   No.  You slip -- slip slides.  Um, you slip it off like this and then it lifts up.

AK:   Oh, yeah, yeah.  Okay.

DA:   Yeah.

AK:   It's a clamshell.

DA:   Yeah, yeah.  So --

AK:   Okay.  So what --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

127

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:    -- and one has a bunch of parts and cleanin' stuff in it and then I think the other one -- if there is three, the -- the two of them are empty or one of them's empty. I'm not really for sure. I can tell you once I get there because that's how many is there. I mean, I never took them anywhere else.

AK:    Okay.

DA:    So -- but I gotta get in the safe, too, which is a little bitty safe that's over there because it has some of the stuff in there, too.

AK:    What -- what stuff?

DA:    I don't really know. So it's been so long.

AK:    Okay.

DA:    I think it's like, um, it's either the boxes or, like, another case or somethin' like that. It's holster, somethin' like that. I'm not really 100 percent till I get in there. So --

AK:    Stuff that came in the suitcase.

DA:    That came -- everything that came in the suitcase. Yes.

AK:    Okay. All right.

DA:    So, um, I just wanna call. Uh, if we're goin' over there, I'm willin' to go in cuffs. I don't really care.

AK:    Yeah. I don't know. Let me, uh, I -- I gotta think about that. Your mom's not home, right?

DA:    Yeah. She's -- I can call her.

AK:    She is or she isn't or --

DA:    No. She's at the beach. She's in Myrtle Beach in the condo.

AK:    All right.

JR:    Now the detectives went out and located Kendall and Kendall's sayin' he doesn't know anything about any guns.

AK:    That's what I figured.

DA:    Well, I brought them over there. That's all I can do. 'Cause my shotgun -- I mean, well, that's --

JR:    Now did -- did Meloni see you leave the guns in Kendall's?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

128

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:   She -- she literally, on the phone, I'll call her back but y'all heard her.  She said that they were -- she was there -- they were there when I left.

JR:   Okay.  And you see, everything you're -- we're kind of tryin' to sort this all out.

DA:   Yeah.

JR:   Go slower and then tryin' to corroborate what you're tellin' us.

DA:   Yeah.  I understand.  But y'all are --

JR:   We're not tryin' to catch you in lies, first of all.

DA:   I understand that.  But you -- you heard what I --

MA:   No, she did.

DA:   -- but you heard -- yeah, yeah.  She did state -- and I mean, that's comin' from one of y'all's people --

MA:   Yeah.

DA:   -- not me.  You know what I'm sayin'?  Like, she did state they were there.

JR:   Anybody else besides Meloni see the guns?

DA:   Damon McGinty maybe.

AK:   Okay.

DA:   I -- I mean, he was there half the time, too.

AK:   Over at that house?

DA:   Yes.

AK:   Okay.

DA:   Yeah.  He -- I mean, like I said, he went everywhere with me.  You know what I'm sayin'?

AK:   Uh-huh.

DA:   Damon McGinty and Meloni are the reason that, uh, Kendall and her split up.

MA:   Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

129

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### <u>*Dameon Adcock*</u>
### <u>CFS # 18-166510</u>

DA:   So --

JR:   Uh, we need to -- to talk a little bit and see about --

AK:   Yeah.

JR:   -- if we can go over to your house and get those gun cases.  Um, while we're doin' that, is it okay -- we're gonna hold onto your phone.

DA:   Yeah.  As long as I -- I mean, if one of y'all don't mind takin' me back outside to smoke?  Or how does that work or no?

AK:   I don't -- I don't have a problem with it.

MA:   It's a security factor --

AK:   There's gotta be -- there's gotta be two of us, though.

JR:   Yeah.

DA:   That's fine.  Well, then no mind, if it takes two of you.

AK:   Uh, I gotta be honest with you.  I gotta hit the head.

JR:   Yeah, yeah.  If you wanna give us a second here.  All right?

MA:   Yeah.  Just one second.  And I think, uh, if you talk to the deputy, I think there's a secure area.

AK:   Okay.

MA:   Like, out back.

AK:   Wanna do that?

JR:   Sally Port or somethin'.

AK:   Make sure I get the deputy.  Yeah.

MA:   Yeah, yeah, yeah, yeah.

AK:   Okay.

MA:   I'll hang with him.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

130

**LEE COUNTY SHERIFF'S OFFICE
SWORN STATEMENT OF:
*Dameon Adcock*
CFS # 18-166510**

AK:   We'll be right back. Do you --

MA:   Uh, yeah, I'll hang tight. Movin' along, Dameon.

DA:   Huh?

MA:   Just movin' along.

DA:   I know. Why'd he have to take my phone?

MA:   He just, uh -- he just -- so you don't make calls.

DA:   Oh, yeah, that's fine. I was about to say you heard what Meloni said.

MA:   Yeah, yeah. I did.

DA:   I mean, you know what I'm sayin'.

MA:   I did. I got you, man. All right. Of course. Um, you think he's got police askin' for guns at his house. What's he gonna say?

DA:   Yeah. I mean, obviously.

MA:   So that's how it goes, man. That's how it goes. Yeah. I'll take you out front -- take you out front and we'll go out back.

DA:   Oh, (unintelligible).

MA:   (unintelligible) in there.

DA:   I know.

MA:   Yeah. Let me know when your girl's gonna come by, right, for your truck or whatever you wanna do for that.

DA:   Yeah. I'll just need to -- I'm gonna stick my whole -- I'm just gonna give you my whole -- money out of my whole wallet, just to stick in my truck --

MA:   Yeah, yeah, yeah.

DA:   -- (unintelligible) you know what I'm sayin'?

MA:   Does she got another key or anything? Or --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

131

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:   The keys are in it.

MA:   Oh, in the truck?

DA:   Yeah. I don't lock my doors. I don't care. It's got full coverage for a reason. You steal it, go on and wreck it. I don't care.

MA:   Yeah. (unintelligible).

DA:   But --

MA:   All right. Oh, man. [Go to 01:55:33] And how was hunting?

DA:   Huh?

MA:   How was hunting?

DA:   I didn't kill shit.

MA:   Nothin'?

DA:   Nothin'. Except for a bad suit.

MA:   What, do you sit in a tree blind? Is that what you do? Like --

DA:   Walk around bullshittin'. Ride around in the truck.

MA:   Yeah, yeah, yeah. (Knocking).

JR:   (Reenters the room). We can go out and take him out to smoke. We can walk to the front.

MA:   All right. Sure. (Everybody leaves the room).

[Go to 02:00:38]

JR:   (Opens the door).

DA:   (Reenters the room). Thank you, sir.

JR:   Yeah, yeah. Sure. Just gonna talk to him a little more. Thank you.

DA:   Okay. Thank you.

JR:   All right. Mr. Adcock, again, uh, we took you outside for a smoke break --

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001791

132

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

DA:   Yeah.

JR:   -- during that we didn't ask you any questions about this case, correct?

DA:   Right.

JR:   Okay. So you understand why we keep goin' through this --

DA:   Yeah.

JR:   -- and tryin' to get it straight. There -- there's definitely a lot of, uh, names here and a lot of movin' parts and -- and then your -- your account of things has changed, um, a little bit obviously, since from the first time we talked to you and till now. Actually --

DA:   Yeah.

JR:   -- it's changed significantly. Um, Kendall is sayin' --

DA:   Yeah, I got you.

JR:   Yeah. So we're gonna go out and have to find Meloni and speak to her.

DA:   Yeah, that's fine.

JR:   And we're gonna -- we have to speak to Brandon Jones. Um, I know you don't really want us goin' to your work, um, we might not have to do that right now. But we might have to speak to Mr. Henderson. 'Cause we need to know -- obviously, you know, we think these guns were involved in somethin' serious.

DA:   Yeah.

JR:   So we have to know who all handled the guns, whose possession they were in and --

DA:   You do realize I'll lose my job if you guys talk to my boss. I mean, that's fine. I mean, I could call him and you could go talk to him and let him know that you're comin'. But whatever you wanna do, I mean, that's fine. But -- 'cause I told him, no offense, to save my ass, I told him I was nothin' to do with it. 'Cause he handled the gun, you know what I'm sayin'? I'll give you --

JR:   So did he ask you about that? Did he say --

DA:   Yeah.

JR:   -- is this gun connected to a crime? Is it stolen, is it --

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

133

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**CFS # 18-166510**

DA:   (Shakes head). He didn't -- he just asked me to -- he said, Is anything gonna be wrong with it when I -- when I get it? And I was like, No. You know what I'm sayin'? Uh, it's like, because it's none of my business. I was tryin' to -- just tryin' to make sure that my shit was right. You know what I'm sayin'? Like, I had planned on buyin' the gun back either way. I pawned it. It was a pawn. It wasn't really like, you know what I'm sayin'? And he checked it, the whole nine yards, to -- like that. So he -- I'm tryin' to think of the officer's name but he told me but it was one time. You know what I'm sayin'? So -- and you can run the serial number yourself.

JR:   When's the last time you talked to Mr. McCloud?

DA:   Mr. McCloud, the last time I talked to him was like I stated last time, was right before all this stuff went down.

JR:   No contact.

DA:   No contact. Since they left, I have not talked to him.

JR:   All right. Since we talked to you and since you came down to Florida, have you talked to Craig Lang --

DA:   I have not talked to either one of them.

JR:   To his mom?

DA:   No. I haven't talked to anybody.

JR:   Oh. Did you talk with Damon McGinty afterwards, after you came back from Florida?

DA:   I haven't talked to him since all this shit been goin' down. Me and him were best friends and I haven't talked to him since. We seen each other. I would say we talked, yes, but nothin' about this if that makes sense. Like, we went and hung out a couple of times. I'm not gonna lie. We bought -- we dropped some beer together. So --

JR:   As I'm talkin' to you, so we went out and we found Kendall Vaughn, he says, I don't have the guns. Don't know where they are. Never saw them. How else can -- how else can we find those two guns?

AK:   (Enters the room with MA).

DA:   I -- I mean, I still -- like I said, they were there. I mean, we -- I talked to his ex-wife or wife or whatever. They're still technically married. They're separated or whatever. I asked her if they were still there and she said the last, uh -- and I even asked her, I was like, Y'all seen them. You seen me bring them there. We shot them. Everybody shot them.

JR:   In -- in the back of Kendall's house.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

134

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:    House, yes.

JR:    Kendall shot them there.

DA:    Yeah.

JR:    So if he's tellin' --

DA:    He shot the three -- 33-mag, like, no shit.

JR:    If he's tellin' the cops right now that I never saw these guns, he's lying.

DA:    Yeah. I'm -- I'm bein' 100 percent. You can ask her, you can ask Damon McGinty. They were -- we were all there when we shot them. You know --

JR:    What else can you think of right now that would help us recover those guns besides talkin' to Kendall? What else -- who else would --

DA:    Search his house. I mean, that's really -- 'cause he's gonna -- no offense. Kendall's like me. He's gonna keep his mouth shut till he has to -- he has no choice.

JR:    And is that what you would describe yourself? That you're not gonna -- until you are forced --

DA:    I mean, yeah.

JR:    Because you just --

DA:    But, like --

JR:    -- basically you just said that.

DA:    Yeah.

JR:    So he's like you.

DA:    Yeah. He's more about not talkin' to the cops than he is talkin' to the cops. And you know, but everybody here in Roxboro is like that. It's not hard to find out. Go ask anybody off the street. They're not gonna tell you anything about them.

JR:    Has he been in trouble before? Has he been arrested?

DA:    I do not know. I don't think so. I think he had some trouble back when he was younger, but it was no serious crime. He ain't in jail. So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

135

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

JR:   You don't think he was a convicted felon and he's worried about sayin' he had guns?

DA:   No. 'Cause I mean, he got rifles and the whole nine yards and stuff like that. So --

JR:   Okay. Anyone else besides Meloni that could help --

DA:   Like I said, Damon --

JR:   -- corroborate that?

DA:   -- McGinty, uh, that's the only people that was really there. So --

JR:   Okay. So we just -- uh, talked that again, we didn't ask him any questions when he, uh, went outside and took his smoke break. Um, tryin' to talk about Kendall Vaughn, Kendall's, uh, saying he doesn't have the guns, doesn't know where they are. Hasn't seen them.

AK:   Okay.

JR:   Now anything else you can think about that? I mean, is that --

DA:   I mean --

JR:   -- the truth?

DA:   Yeah. I mean, like --

JR:   Those two guns went to Kendall Vaughn.

DA:   Yeah. Well, let me put it this way. Like, we broke them down. He had a back room in his house that -- where he kept all his guns and ammo and stuff like that for huntin', stuff like that.

AK:   Okay.

DA:   He had a safe back there, the whole nine yards. Okay? He has a table -- uh, he had a table. I don't know if he's still livin' in the house. You heard what she said. I don't know if he's still livin' there or not. He went back to his momma's house or whatever. I don't know. It was a white house with a shed in the front, whatever. A front porch, two rockin' chairs, the whole nine yards, country livin' style. Cool. There's two sheds in the back. But in the back room of his white house, there's a little table that we broke the guns down and played with them and you know, pulled them all the way down and stuff like that. I mean, I don't know what else I can tell you besides that. I took them over there in the damn blue -- blue bag.

JR:   What blue bag? I don't --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

DOC-001795

136

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

DA:   That damn -- like, a Nike bag, I guess you could say or whatever.  Um --

AK:   It's a backpack or a --

DA:   No.  Not a backpack.

AK:   -- a duffel?

DA:   No.  Not a duffel.

AK:   No?

DA:   It's just a little bitty bag.  It's like -- I don't know how to explain it.  Um, like, the Nike bag, go bags or whatever you wanna call them.  Like --

AK:   Did it have a shoulder strap or --

DA:   Yes.  Little -- two little strings on it on each side.

AK:   Oh, oh, one of the ones that you just pull the string --

DA:   Yeah.  It's --

AK:   -- and it cinches up the top.

DA:   Yeah, yeah.

AK:   And it was Nike for sure.

DA:   Yeah.  It's blue.

AK:   Blue?

DA:   About 90 percent sure it was blue.  I do know that and pretty sure it was Nike, you know.

AK:   Okay.

DA:   So --

JR:   All right.  At this point, you haven't been charged with perjury --

DA:   Yeah.  I understand.

JR:   -- for lyin' before the grand jury.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

137

DA:   Yeah.

JR:   Maybe you never will be. That's up to the U.S. Attorney's Office. You could also be charged here in the Middle District of North Carolina for lyin' to myself and the other federal agent that was there.

DA:   Yeah.

JR:   Um, again, you may never be charged with that. Again, it's up to the U.S. Attorney's Office. So please tell us the truth.

AK:   So he -- so here -- here -- you mind for a second?

JR:   Go -- no, I'm not --

AK:   What he's tryin' to get at -- okay -- is you went down and you perjured -- it sounds like you perjured yourself --

DA:   Yeah, I did.

AK:   -- to the grand jury and --

DA:   I know.

AK:   -- you've -- you've lied to -- you've lied to everybody that's ever shown up including, like, in the beginning of the morning here, right?

DA:   Yeah.

AK:   So what we have to do is we have -- we have to use the information that you give us to try and find these -- these guns.

DA:   I mean, no offense, I mean, how much more truthful can I be? I -- I don't --

AK:   No, no. I -- I get it. I get it.

DA:   -- I'm --

AK:   What I'm hearin', I like.

DA:   Yeah. Well --

AK:   I like what I'm hearin' but --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

138

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:    Whatever was in the suitcase --

AK:    -- what -- what --

DA:    -- in the beginnin', that didn't happen.

AK:    -- the bind that we're in is you're tellin' us the guns were there and then we've got detectives out there sayin', Oh, don't know. Never seen them. We're just tryin' to double back --

DA:    Look for a series 500 shotgun. It's mine. It's registered to Robert Adcock, to be honest. That's where the guns were.

AK:    I understand. I get it.

DA:    That's what I'm tryin' to tell you. You want your evidence that it was there, the reason I can tell you that, I can call Damon if you want to. It's a series 500 pump shotgun. It's a long barrel. I don't know how long, but -- but a standard barrel or whatever. That's my shotgun. It's registered --

AK:    These two guns -- these two guns went over there when that shotgun was taken over there.

DA:    Yes. At the same --

AK:    At the same time.

DA:    -- exact time.

AK:    The same exact time.

DA:    'Cause it was the beginnin' of huntin' season and I went over there.

AK:    Okay. And you think at this point, the reason why he wouldn't tell the guns were there just 'cause he doesn't wanna talk to the police?

DA:    Yes. Well, not -- maybe not that. I don't know why. I mean, you know what I'm sayin'? Everybody knows that when you get a gun that's not registered, you don't talk about it, mate. I mean, no offense. It's like --

AK:    Okay.

DA:    -- it's not, you know, I know that -- I don't know if they're hot or not. I didn't know. So I was tryin' to sell them. I left them there. I sold the AR upper to Brandon Jones. He done somethin' with it to the gun shop. Like I said, he broke it down 'cause it was illegal 'cause of the suppressor. The ACOG on it, nine yards -- the whole nine yards. And then the M18 grenade that I set off in my front yard, a yellow one.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

139

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

AK:   Okay. But Agent Raniski [phonetic], he has a -- he has to be able to act on the information that --

DA:   Yeah, I understand that.

AK:   -- you give him right now.

DA:   And I mean, like, I can call Meloni. Meloni lived there. She was there. You can call -- you can ask that -- you can ask Damon McGinty if you want to. I don't know what he'll say. I really don't. He's lawyerin' up I'm pretty sure by now.

AK:   Okay.

DA:   So --

JR:   Okay. Meloni's not workin' to your knowledge?

DA:   Uh, she -- she works. She just started is what I'm tryin' --

JR:   She started.

DA:   Yes.

JR:   CNA somewhere?

DA:   She's a home-sitter. I don't know -- that's not a CNA is it? I mean, all she does is, like, caretaker or whatever.

AK:   For, like, elderly people or somethin'?

DA:   Yes.

AK:   Okay. Let me -- so let me -- if you were to -- to go to court, you know, on these charges and you were to -- to get released, would you be willin' to help the agent find the guns?

DA:   I'm willin' to do whatever, man. I just want this shit gone, done for.

AK:   All right.

DA:   I just don't wanna see my family fuckin' hurt and that's what worries me.

AK:   All right.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

140

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:  So I'm more than willin' -- uh, if you fuckin' leave the cuffs on me to help you as much as I can. I mean, I can make phone calls and stuff like that. But Kendall, y'all went to his house. If he had the guns, if they leave, they're not gonna be there. I'm just tellin' you the truth.

AK:  You don't think they're gonna be there?

DA:  If you went to his house and asked him about the guns and y'all leave, he will get rid of them.

AK:  So you think there's an urgency to us getting over there?

DA:  I'm not gonna say that. That's up to y'all. But --

AK:  Well, you tell me. You know him better than we do.

DA:  I don't know him as well as you think I do. But what I'm tryin' to tell you is --

AK:  Yeah.

DA:  -- if he thinks the guns are hot and y'all come to his house, 'cause I'm pretty sure he thinks they're hot. No offense.

AK:  Oh, okay.

DA:  You know what I'm sayin'? But y'all went to his house and asked him. If y'all leave that house and they are there, if he hasn't sold them or whatever, they will be gone within a week. He will get rid of them to make sure that he doesn't get in trouble.

AK:  Okay. Can I talk to you for a second?

JR:  Yep, yep. Be right back.

(AK and US2 leave the room).

DA:  I don't know what else I can do. I mean -- while you're in here, can I make a phone call to Brandon, see if he'll answer? Would you mind?

MA:  Yeah, just wait for them to get back in.

DA:  Okay. I mean, you see what I'm sayin'? I'm tryin' --

MA:  No. I got you. I got you.

DA:  -- to get in touch with him.

REVIEWED BY DETECTIVE: _____ ID#_____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001800

141

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

MA:   We'll get in touch with Brandon eventually.  It's now -- I mean, if that thing's gone then --

DA:   Yeah, it's gone.

MA:   -- it's gone --

DA:   Yeah.

MA:   -- and it's just for him to corroborate it (unintelligible).  Yeah.  We wanna get the other ones.

DA:   Okay.  That's fine.  I'm just tryin' to put y'all back into (unintelligible) you know what I'm sayin?

MA:   I got you, man.  No, no.  That's it.  Yeah, yeah.  Get out of everybody's hair.

DA:   I couldn't be y'all.

MA:   No?

DA:   I really couldn't.  I get too mad too easily.

MA:   That's -- well, it's not that.  It's, I mean, it's just --

DA:   Just because -- and this is obviously talkin' about myself 'cause of the stupid shit people put y'all through.

MA:   Yeah, whatever man.  It's not (unintelligible) all that.  I mean, we're just tryin' to get to the truth.

DA:   Yeah.  Well, I mean, that's not the point, though.  I just couldn't -- my temper is kind of -- it's I get irritated too easy.

MA:   Yeah, I hear you.  You just gotta remove yourself from it.

DA:   Yeah.

MA:   Like, we're not annoyed.  I mean, you lied to us but it's not like (unintelligible).  Right?  'Cause it's pretty natural, meanin' if you wanna lie and you know, protect yourself.  But we just gotta dig through all of that.

DA:   Man, I'm tryin' to think who else was at that house at that point in time when we shot.  That's all I'm tryin' to do right now.

MA:   Yeah, yeah, yeah.

DA:   And, uh, I know Kendall, Meloni, Damon and me were there.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001801

142

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   All right.

DA:   I mean, you know what I'm sayin'?  I don't know what Damon's gonna be answerin' or not so she knows the FBI was with me.  So you know what I'm sayin'?

MA:   Yeah.

DA:   She's -- she's gonna tell you the same thing.  You know, like, I don't know what she'll tell you but you get what I'm sayin'.  So --

MA:   Yeah, it's all good.  So why do you got saddles in the car?

DA:   I just went and bought them.

MA:   (unintelligible).

DA:   I bought them.  Yes, I bought three of them for $260 with a whole bunch of tack.  I'm gonna turn around and I was gonna sell two of them and keep one of them for the horses.

MA:   Yeah.

DA:   We have a young girl that's tryin' to ride, um, the oldest daughter.

MA:   Yeah.

DA:   (unintelligible).  I don't know if y'all seen her.  I know you seen her but you know what I'm sayin'?

MA:   Yeah.

DA:   But, uh, she wants to ride horses and stuff like that like I do.  So I wouldn't even say I ride horses but I just kind of get drunk on top of it and let it do its own thing.

MA:   Yeah, yeah, yeah.

DA:   So -- but she wants to barrel race and stuff.  So --

MA:   Oh, yeah?

DA:   Yep.  So I bought me a different saddle so she could use my old one.

MA:   Yeah.

DA:   So they're all -- mine -- the three I got out there are older.  The truck's loaded down with shit.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001802

143

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA: Uh-huh.

DA: So --

MA: I got you. I -- I have only -- only rode a horse when I was little. My mom rode a horse. She actually broke her neck on a horse.

DA: Damn.

MA: She -- but she's all right. So --

DA: Yeah.

MA: -- just fused it when you were younger. But I always hear stories about that where she had to, like, lay down and they gave her some glasses where, like, you could lay down in bed and you could -- it would reflect up so you could look forward so you (unintelligible). She was like, yeah. She couldn't move for, like, a month. You know, like, you gotta stay in bed and let your --

DA: Yeah.

MA: -- spine heal.

DA: Yeah. I've been throwed couple of times but --

MA: Yeah.

DA: -- I've never had anybody that serious. Like, I rode my own and stuff and so has my friend.

MA: But still --

DA: Yeah. But still there's always that chance. Every time you get up there, there's that chance. Like it don't matter what you do. I mean, you could break a animal. Just remember that animal is a whole lot bigger than you.

MA: Oh, yeah. It's --

DA: It's a whole lot of respect for it. 'Cause, uh, I don't wanna say, uh, (yawning) excuse me -- excuse me -- a whole lot of responsibility that comes with it. So --

MA: Yeah. It's a lot, man.

DA: And that's what I'm tryin' to teach her. She wants animals and stuff like that but --

MA: Work.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001803

144

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**CFS # 18-166510**

DA:    Yeah.

MA:    A lot of work.  You're on their schedule, too, man.

DA:    Oh, yeah.  You work on -- no matter what, seven days a week.  They gotta be fed, watered.

MA:    That's right.

DA:    You know what I'm sayin'?  It's like, let out.  Cleaned, bathed, clipped.

MA:    Yeah.  It's like takin' care of a kid.  Yep.  That's it.  Except they never really become self-sufficient.

DA:    No.  No.  I've always wanted to build a self-feeder for horses.

MA:    Yeah, yeah, yeah, yeah.  They got them.

DA:    You know, they have them but I wanna build one somehow.

MA:    Yeah, yeah, yeah.

DA:    Except the problem with a horse is you put a whole bunch of -- let's say you put a 5-gallon bucket of sweet feed down --

MA:    (unintelligible).

DA:    -- it'll -- it'll -- no.  It'll eat it all until it kills itself.

MA:    Yeah, yeah, yeah.

DA:    Till the guts explode.  So --

MA:    Yeah.

DA:    -- I don't know.  It's a --

MA:    Yeah, do you have like, the pet ones, where it's on a timer.

DA:    Yeah, every morning.

MA:    Where it clicks -- (unintelligible) clicks, it opens up.

DA:    Yeah.  I think it'd be pretty cool.  But I think they already have one.  If you go out to Quail Roost and stuff like that, they got somethin' like that.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

145

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   Yeah, yeah, yeah.

DA:   Just not for sure, but --

MA:   Expensive, though.

DA:   Yeah.  And they got over fuckin' -- like, I think, like, over 1,000 stalls --

MA:   Oh, yeah?

DA:   -- out there.  Yeah.  Quail Roost is big, mate.  Never rode out there but I do a lot of mechanic work out there on the equipment.

MA:   Oh.

DA:   In fact, I just went to Georgia last week for it.

MA:   Yeah.

DA:   So fuckin' everywhere.  Haven't been home to be home.

MA:   Yeah, yeah, yeah.  A lot of drivin', man.

DA:   Seven hours, roughly.  Somethin' like that.

MA:   That's, uh -- and I just had to go to D.C. last week.

DA:   Drive?

MA:   Yeah.  4½ hours.

DA:   That's a fuckin' ways, brother.

MA:   Uh, terrible.

DA:   I gotta admit goin' up there, it's a whole lot more beautiful goin', like, roads (unintelligible).

MA:   Yeah, yeah, yeah.

DA:   Yeah.  Goin' to Georgia, it's just kind of like trees --

MA:   Yeah.

DA:   -- everywhere.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001805

146

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:   Well, that's it.  I mean, that's -- that's it all the way goin' up to -- just by Fredericksburg, goin' up to -- to D.C.  About 45 minutes south of D.C. it turns into, like, you know, D.C., or like, you know, I think of -- but like, yeah, the rest of the way, man, yeah.  It's all trees.  Going down 85 --

DA:   Yeah.  (Yawning) excuse me.  I used to go to Richmond.  But -- I never -- I never been across the Mason-Dixon line yet.  So I would like to go.

MA:   Shit.

DA:   I'm not gonna lie but --

MA:   Just keep goin', man.

DA:   Eventually.  In cuffs or not.

MA:   Yeah.

DA:   So -- but, um, yeah.  I think probably just -- I went to Las Vegas.

MA:   Oh, yeah.

DA:   Uh-huh.  California.

MA:   Uh-huh.

DA:   I've been to Arizona, New Mexico.

MA:   There you go.

DA:   Georgia.  South Carolina, of course.

MA:   Yeah.

DA:   Virginia's the farthest I've been up north really.

MA:   Okay.

DA:   I went to Maine.  That's not true.  I went to Maine one time to sell a horse.

MA:   Oh, yeah?  You got --

DA:   That's right.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001806

147

## LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
#### *Dameon Adcock*
#### CFS # 18-166510

MA:   What about Tennessee or Kentucky?

DA:   I went to Tennessee as a kid but it was more of, like, a -- I did whatever the fuck my family wanted to do.  So --

MA:   Yeah.

DA:   I wasn't old enough to remember.

MA:   Yeah.

DA:   But then, uh, (yawning) -- oh, excuse me.  Never been to Kentucky, though.  Wanna go but I've never been.  So bucket list.

MA:   Yeah.

DA:   Instead of doin' things I wanna go see places.

MA:   I've been to Louisville.

DA:   In Kentucky?

MA:   Yeah.

DA:   Is it nice?

MA:   Yeah, it wasn't too bad.  A little run down, man.  It's got, like, nice -- you know, it's like old style kind of stuff.  You go in there and it's like, you got the haves and the have nots and --

DA:   Yeah.

MA:   So you go around there and it's like, uh --

DA:   Yeah.

MA:   -- it just flooded, too.  I got the -- it was, like, massive rain so, like, the river had, like, swollen up and, like, flooded streets and like all these things.  And, uh --

DA:   Hmm.

MA:   -- they got the Louisville, uh -- the baseball bat factory there.

DA:   Uh-huh.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001807

148

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**<u>Dameon Adcock</u>**
**<u>CFS # 18-166510</u>**

MA:  It's like a big tourist thing there.

DA:  Hmm.

MA:  They got all the, uh, you know, the Bourbon Trail, Whiskey Trail --

DA:  Yeah.

MA:  -- and all that.  So y'all's -- the distilleries.  They got these liquor stores there called, uh, Liquor Barn.

DA:  Uh-huh.

MA:  Have you seen those before, man?

DA:  Uh-uh.

MA:  It's -- it's a, like, department store.  A large, large department store or, like, grocery store.  A huge one and just booze.

DA:  Yeah.

MA:  Just straight booze.  Like, just aisles and aisles of, you know --

DA:  Yeah.  They say it's cheap there, too, compared to, like --

MA:  I think it's cheaper but --

DA:  Yeah.

MA:  -- but it's, uh -- I was just -- I'm more, like, shocked by, like, the amount.  Like --

DA:  Yeah.

MA:  -- the amount of types and, uh, all this stuff.  I was like, holy, you know, 'cause here in North Carolina, you only got your ABC Stores.

DA:  Yeah.  You ain't got no liquor store.

MA:  Yeah.  I know.

DA:  You got ABC, (unintelligible) café.

MA:  A few -- a few brands and you know, this and that.  Not like those unregulated states.  Virginia is the same way.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

149

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

DA:   Oh, yeah?

MA:   Yeah, yeah, yeah. If you go to, like, Maryland, it's -- yeah, it's all private sales. D.C, private sales. You go in a liquor store, they got, I mean, everything, anywhere --

DA:   Yeah.

MA:   -- that you know, a little more interesting. You know, these cookie cutter stores, man, they're building a new one in, uh, I think Hillsborough.

DA:   Uh-huh.

MA:   Another ABC Store and it's like a space-age building, man. It looks like a old-school McDonald's with the arches and all that. So --

DA:   Yeah. I don't know, man. I just -- I don't really drink liquor. I'm more -- if I drink liquor, it's gonna be, like, Jack Daniels and Coke, just --

MA:   Yeah, yeah, yeah.

DA:   -- (unintelligible) like, one glass or somethin' like that. Durin' Christmastime when everybody's there, if I don't get too drunk.

MA:   Yeah, yeah, yeah, exactly.

DA:   I'm more of a beer drinker.

MA:   Yeah, yeah. I'm a beer drinker myself.

DA:   But I'm not gonna lie. A good shot of whiskey never hurt nobody.

MA:   I know. I just like the options.

DA:   Yeah. That's the best part. Beer has only so many options that are good. I mean --

MA:   Yeah, yeah, yeah.

DA:   -- usually either you drink Budweiser, Michelob or Bud Light. That's --

MA:   Yeah, yeah.

DA:   -- usually the only three everybody drinks. So --

MA:   Yeah, yeah, yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

150

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:     -- and then you got Busch Light some people drink -- that's older people.  I mean, I ain't tryin' to be funny.  Like, that's 40s and 50s people.  It's like --

MA:     Yeah, yeah, yeah.

DA:     -- you know what I'm sayin'.

MA:     Of course, man.  Miller High Life.

DA:     Yeah.  I don't drink the Miller High Life.  That stuff's nasty.  I fuckin' hate it.  Only thing I really drink is Bud Light and, uh, Michelob Ultra.

MA:     Yeah, yeah, yeah.

DA:     So yeah.  But $21 a case -- $21.36 or somethin' like that for a case of, uh, Michelob Ultra.

MA:     That's nuts.

DA:     Yeah.

MA:     That's crazy.

DA:     Bud Light's close.  It's, like, 19 -- you get it like for 20,07 or somethin' like that, after tax.

MA:     You could pick them up for, like, 3.50 (unintelligible).

DA:     Damn.

MA:     3.50 for 12 and you could actually get it for, like, seven bucks and get a 24-pack.

DA:     Where?

MA:     This was way back --

DA:     I was gonna say, dang.  We need to go there.

MA:     It's like '90 -- '98, '99.

DA:     I was just born, you know, I was four years old.

MA:     Damn.  That's about it, man.

DA:     Two -- yeah, four years ago.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001810

151

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

MA:    (unintelligible).

DA:    I -- I remember the cheapest beer I've ever seen in my life, they went on sale for, like, $13.

MA:    Yeah, yeah, yeah.

DA:    But you had to buy three cases to get --

MA:    Yeah, of course.

DA:    -- the $13 sale.  But --

MA:    That's it, man.

DA:    We threw a party one year, two, three years ago.

MA:    Uh-huh.

DA:    I was just comin' back from the military.  We threw a New Year's party (yawning).  I'm sorry, man.  Um, a New Year's party --

MA:    Could easily do that.

DA:    A New Year's party.  We -- we drunk 1,600 beers, somethin' like that.

MA:    That's a lot of beer, man.

DA:    Well, it was only five of us, too.  We were so slammed.  But that was two years ago, though, three years ago.

MA:    Yeah.

DA:    It was when I had my own house to party.  Didn't have kids, didn't have --

MA:    Yeah, of course not.  That's it, man.  Changes life, changes everything.

DA:    Yeah.

MA:    You're responsible --

DA:    But my first son changed me but it didn't change me the right way.

MA:    Yeah.

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____

DOC-001811

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:   It made me -- it made me a dick, I guess you would say.

MA:   Yeah.

DA:   Over-controlling.  Tryin' to be -- 'cause he was special and I was tryin' to be --

MA:   Yeah.

DA:   -- you know, and the things that I seen was wrong, she thought it was right.

MA:   Yeah, yeah, yeah.

DA:   And so we -- we split up.  So --

MA:   (unintelligible).

DA:   -- and then I just had another one.  And then I got another one pregnant.

MA:   Yeah, yeah, yeah.

DA:   But that second one wasn't an accident but it was an accident, like --

MA:   Yeah.

DA:   -- I was with her.  We split up and then we had sex one time afterwards and --

MA:   Yeah, yeah, yeah.

DA:   -- she got pregnant.

MA:   (unintelligible).

DA:   So it was like --

MA:   It was an accident, man.  You gotta use protection, man.

DA:   Yeah.  I learned that now after my third one.  About to have three.

MA:   Eighteen-year punishment, man.

DA:   I wouldn't say it's a punishment.  I -- I gotta agree --

MA:   No, it's not.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

153

**LEE COUNTY SHERIFF'S OFFICE**
**SWORN STATEMENT OF:**
**_Dameon Adcock_**
**_CFS # 18-166510_**

DA:   -- it's -- it's just a financial punishment. I ain't gonna lie. Like --

MA:   (unintelligible) yeah. That's --

DA:   -- like, I seen somethin' on Facebook the other day, he said he was like somethin' like $26,000 and some change to raise a kid, but that's just for the alcohol that you have to buy.

MA:   Yeah, I know, it's true, man.

DA:   So --

MA:   It's not cheap. I mean, it's everything, man. Everything's expensive. Food, gotta get insurance, doctor's bills. Then they wanna do sports.

DA:   That's what we're runnin' into now. All three of our kids -- her kids, wanna do sports and stuff like that and it's fuckin' expensive. But --

MA:   No, it is, I mean, everything. Everything costs money.

DA:   I made a $700 paycheck, you know, but gave it all to her.

MA:   Really?

DA:   Except for $200.

MA:   Yeah, man.

DA:   For sports and stuff.

MA:   No, it's tough. It's, yeah, it's frustrating. (unintelligible).

DA:   (unintelligible).

MA:   No, yeah. You never catch up.

DA:   The only time you catch up is when you go in the grave and somebody else has to pay for it.

MA:   Yeah, exactly, man. That's just it.

DA:   So I hope somebody to pay for it or you lose it all either way.

MA:   Yeah.

DA:   So --

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

154

## LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### *CFS # 18-166510*

MA:   Oh, man.  Well, hang tight.  I'm gonna see what's goin' on.

DA:   Yeah, you're good.  Take your time.

MA:   Let me grab the phone (unintelligible) gettin' all frisky.

DA:   Yeah, you're good.

MA:   Not you.

DA:   Yeah, you're good.

MA:   (Leaves the room).

[Go to 02:24:46]

AK:   (Everybody reenters the room).  All right.  All right, man.  Um, I've gotta get you into Raleigh.  I also wanna go by the house if -- if it's possible to get those --

DA:   Let me just make a phone call to her and let her know.  'Cause she, technically --

AK:   You gotta call -- you gotta --

DA:   -- she technically is the owner, so --

AK:   She's your mother, right?

DA:   Yes.

AK:   Okay.

DA:   She'll be fine with it, she just -- I wanna let her know out of -- out of my personal respect.

AK:   Okay.

JR:   No, no.  We wanna do that.

AK:   No, absolutely.

JR:   We wanna make sure that you have permission to go in the house --

AK:   Yeah.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001814

155

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### CFS # 18-166510

JR:  -- and do this.

DA:  All right.

AK:  It'll have to be quick.

JR:  Yeah.  If you could put it on speaker so we --

DA:  Yeah.  That's fine -- that's fine.  (Phone ringing).

KA:  Hello.

DA:  Hey.

KA:  Hey.

DA:  Hey, I'm sittin' there.  They wanna go by your house and I need to get them Glock cases out of the, uh, livin' room.

KA:  I didn't think it was nothin' there.

DA:  Yeah.  It's just the cases.  That's all.  Like, the case, like, the actual case.  The Glock black cases I showed you, with the cleanin' kits and stuff.

KA:  Well --

DA:  I just -- I needed to make sure -- I wanted to make sure it's all right with you.

KA:  Oh, yeah.  I mean, if that's --

DA:  That's fine.

KA:  -- if they're in the house --

DA:  Yeah.  That's fine.  I just --

KA:  -- I just -- have you got the key to get in?

DA:  I'm about 100 percent sure, yeah.  I need to get my truck keys but I'm pretty sure I still have a house key.  If not, Robbie has one and he can either meet us there or whatever.  So -- I think I have --

KA:  Are y'all goin' there?

DA:  Are we goin' now?

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

American High-Tech Transcription and Reporting, Inc.

DOC-001815

156

# LEE COUNTY SHERIFF'S OFFICE
## SWORN STATEMENT OF:
### *Dameon Adcock*
### CFS # 18-166510

KA:   Are you goin' now?

AK:   We would -- we would go now, yes, ma'am.

DA:   Yeah, right now.

JR:   And -- and ma'am, we have -- Jim Ronzinski [phonetic] with the FBI.  We have the permission to go into your house with your son?

KA:   Yes, my -- yes.  Yes, sir.

JR:   Okay.  Uh, we just wanted to make sure.

KA:   Okay.  That's --

DA:   All right.  Love you, bye.

KA:   All right.  Bye.  (Call ended).

JR:   Okay.  And that was your mom.  She owns the house and --

DA:   Yeah.

JR:   -- she's given the permission for us --

DA:   Yeah.

JR:   -- to go in there and recover those cases.

DA:   Yes.

JR:   And you're voluntarily doin' this --

DA:   Yes.  I'm voluntarily doin' this.

JR:   Hey, just one more thing.  Can we get Meloni's number and then we'll all go here.

DA:   336 --

JR:   Yep.

DA:   -- 583 --

JR:   Uh-huh.

REVIEWED BY DETECTIVE: _____ ID# _____ DATE: _____ / _____ / _____

157

### LEE COUNTY SHERIFF'S OFFICE
### SWORN STATEMENT OF:
### _Dameon Adcock_
### _CFS # 18-166510_

DA:  -- 1125.

JR:  1125.  Great.

AK:  Where -- where are you keys at to the house?

DA:  In -- in my truck.  Everything's -- like, my keys are at --

AK:  Which is where?

DA:  Right outside.

AK:  Oh, right outside.  Let's go get them.

DA:  Yeah.

JR:  You got -- you gonna ride him in or --

AK:  Yeah.  We're gonna put him in the truck.  We'll -- we'll go get the keys, put him in the truck.  You wanna follow us out?

(CONCLUSION OF INTERVIEW)

REVIEWED BY DETECTIVE: _____  ID# _____  DATE: _____ / _____ / _____