# APPENDIX A

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017

**Date:** 08/04/2017

**CC:** Nicole Taylor

**From:** CHARLOTTE
  CE06
  **Contact:** Kristen L. Sheldon, 704-672-6560

**Approved By:** SSA Dean J. Harp

**Drafted By:** Kristen L. Sheldon
  NEWSOM MICHAEL

**Case ID #:** 164C-CE-C96655-CLT   (U) CHARLOTTE-DOUGLAS INTER AIRPORT, CHARLOTTE, NC- HQ CITY

309C-HQ-6190069   (U//FOUO) Europe/Eurasia; Human Rights Violations, War Crimes; Type 3 Assessment

**Synopsis:** (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017

**Enclosure(s):** Enclosed are the following items:
1. (U) Burner Phone Screen Shots
2. (U) Medical Supplies
3. (U) Helmet
4. (U) Tourniquet
5. (U) Book - Our Man in Charleston
6. (U) Book - Killing Kennedy
7. (U) Book - the Epistle of Paul to the Romans
8. (U) Book - America's War
9. (U) Night Vision Mount
10. (U) pocket liter
11. (U) open source social media

**Details:**

UNCLASSIFIED//FOUO

ZWH_000009