# APPENDIX B

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017

Re:  164C-CE-C96655-CLT, 08/04/2017

On 08/01/2017, Charlotte Douglas International Airport (CLT) Customs and Border Protection (CBP) Officers were notified that Alex Jared Zwiefelhofer, an USPER and US Army deserter who was suspected of being a foreign fighter, had been released from US Army custody at London Heathrow Airport in order to travel under his own recognizance back to the United States on 08/02/2017 aboard American Airlines flight 731.

Diplomatic Security Services further advised CLT CBP Officers that Zwiefelhofer was turned over to the US military by Kenyan authorities after being apprehended attempting to illegally enter South Sudan from Kenya.

Zwiefelhofer is further described as:

Name:  Alex Jared Zwiefelhofer

Sex:  Male

Race:  White

DOB:  05/28/1987

POB:  Wisconsin

Passport:  US - 549163205, Issued 09/08/2016, Expires 09/07/2026

DL:  NC - 000044006122

Email:  AZ4721@gmail.com

Instagram: @az4721

Phone:  715/933-2365

Local Address:  5728 Ardennes Road, Building C, Ft. Bragg, NC  28301

Permanent Address:  1802 Ivey Street, Bloomer, Wisconsin

UNCLASSIFIED//FOUO