# APPENDIX C

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

On 08/01/2017, Charlotte Douglas International Airport (CLT) Customs and Border Protection (CBP) Officers were notified that Alex Jared Zwiefelhofer, an USPER and US Army deserter who was suspected of being a foreign fighter, had been released from US Army custody at London Heathrow Airport in order to travel under his own recognizance back to the United States on 08/02/2017 aboard American Airlines flight 731.

Diplomatic Security Services further advised CLT CBP Officers that Zwiefelhofer was turned over to the US military by Kenyan authorities after being apprehended attempting to illegally enter South Sudan from Kenya.

Zwiefelhofer is further described as:

Name:  Alex Jared Zwiefelhofer

Sex:  Male

Race:  White

DOB:  05/28/1987

POB:  Wisconsin

Passport:  US - 549163205, Issued 09/08/2016, Expires 09/07/2026

DL:  NC - 000044006122

Email:  AZ4721@gmail.com

Instagram: @az4721

Phone:  715/933-2365

Local Address:  5728 Ardennes Road, Building C, Ft. Bragg, NC  28301

Permanent Address:  1802 Ivey Street, Bloomer, Wisconsin

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

On 08/02/2017, SA Kristen L. Sheldon and CBP Officer Michael Newsom (also an FBI Task Force Officer) responded to the CLT to interview Zwiefelhofer.

Zwiefelhofer was eating and drinking food which had been provided to him by CBP.  Zwiefelhofer was advised of the identify of the interviewing agent/officer and stated "I was waiting for this".  Zwiefelhofer was advised of his rights (as outlined in FD-395) and was informed of the penalties associated with making false statements to the FBI (as outlined in US Code, Title 18, Section 1001).  Zwiefelhofer provided the following information:

Zwiefelhofer joined the Army in early 2015, perhaps in February of 2015, to go to war.  He attended and successfully completed Airborne School and Ranger Selection.  He exercised an Option 40 and his orders were cut for Ft. Bragg.  At Ft. Bragg he was assigned as a Ranger for one week and then was cut.  He was then assigned to the 82nd Airborne, Infantry, Unit 2325, B Company.  Until recent, Unit 2325 had not deployed OCONUS in over eight years; Unit 2325 is known as a Parade Brigade.

In September of 2016, Zwiefelhofer applied for a US Passport and paid the extra $50 for expedited (3 day) processing and delivery, in order to go AWOL from the US Army.  Zwiefelhofer did not request a leave of absence; he departed on a regular four day weekend.  Prior to departing Ft. Bragg, Zwiefelhofer and individuals in his Unit were discussing each others' plans for the four day weekend.  Zwiefelhofer told the group "I'm fucking going AWOL".

Zwiefelhofer was in a really bad state of mind at Ft. Bragg.  Leadership was pulling schools from him, fucking with his money, and he was dealing with personal things.  Zwiefelhofer had his car tires slashed, was in a motorcycle accident and his "insurance companies said fuck myself".  Zwiefelhofer felt singled out by his

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

leadership who knew he was experiencing financial issues and everyone knew he had a drinking problem, but yet they piled on by making Zwiefelhofer make packing lists for schools which they knew he would not be attending. Zwiefelhofer had had three alcohol issues while at Ft. Bragg.  He attended alcohol abuse classes and was recommended for a behavior rehabilitation program but was told by his leadership he couldn't go.

On 09/25/2016, Zwiefelhofer flew from Boston to France with a layover in London.  In London, Zwiefelhofer got trashed.  Zwiefelhofer spent five days in Paris, ten days in Albene (phonetic) near Marseille, and 7 - 8 days in Germany (Frankfurt, Munich, Saarbrucken).

Zwiefelhofer went to Paris to join the French Foreign Legion (FFL) because he was told they traveled everywhere and fought.  Zwiefelhofer passed the selection process for the FFL and went civil.  He soon left the FFL because he learned that you needed to have 8+ years of service prior to being deployed and that since Mali (presumably the November 2015, terror takeover of the Radisson Blu Hotel in Bamako, Mali in which 170 hostages were taken and 20 were killed) the FFL had not deployed.

Zwiefelhofer left the FFL with 1,000 Euros.  He didn't want to return to the US because he knew the Army had issued a warrant for his arrest.  He was torn between traveling to the Ukraine or Kurdistan. He ultimately decided to travel to the Ukraine because of advice he received from "Duchess".  Duchess is a friend of a friend in the FFL that Zwiefelhofer met on Facebook.  Zwiefelhofer's FaceBook account is his name (first and last).  Duchess changes his Facebook name every week. Duchess is from Holland, speaks Georgian, is a war tourist and has no combat experience.  Duchess said it was more difficult to get into Kurdistan so on 10/25/2016 Zwiefelhofer traveled to the Ukraine and met Duchess for the purposes of going to war.

Zwiefelhofer met Craig Austen Lang in the Ukraine two days after Zwiefelhofer arrived.  He had originally contacted Lang via Facebook while Zwiefelhofer was in Poland.  Zwiefelhofer fought with

UNCLASSIFIED//FOUO

4

ZWH_000012

UNCLASSIFIED//FOUO

Title: (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re: 164C-CE-C96655-CLT, 08/04/2017

Lang in the Right Sector which was a volunteer battalion fighting against Russian separatists who are terrorists who get money and weapons from the Russian government. Zwiefelhofer never witnessed Lang conduct any war crimes or participate in any bad behavior.

Zwiefelhofer was a witness to war crimes, but he didn't care because those involved were separatists. Zwiefelhofer witnessed chlorine - for making mustard gas, and POWs get their fingers cut off.

Zwiefelhofer fought in the Ukraine for ten months. Lang fought in the Ukraine for 2 years; 17 months straight. Lang and Zwiefelhofer were part of a small team that was paid by SBU - $100 per person/prisoner/separatist and $500 per Russian soldier (identified by uniform, name tag, documents, etc.). Open Source indicates SBU is the Security Service of Ukraine. Zwiefelhofer described the SBU as the KGB. The Ukrainians were good about giving prisoners to the SBU. Payment was for alive bodies. Zwiefelhofer can't recall how much money he was paid; he spent a lot of his money on vodka. As a team, Zwiefelhofer and others captured approximately 30 people, more Russians than separatists, and provided the bodies to the SBU.

Zwiefelhofer was asked if he ever shot at anyone OCONUS and his response was "Is it legal for me to do so?". Zwiefelhofer reiterated that he was a medical volunteer and shot weapons for training purposes. Zwiefelhofer shot the following weapons: AKs, SPDs, RPGs, Mukas (phonetic) AGFs, a tank and whatever was in the Soviet arsenal. Blown up tanks were used as targets for the RPGs.

While in the Ukraine, approximately every 15 minutes mortars and artillery was blindly and randomly shot into the air. From this, Zwiefelhofer was shot and has shrapnel around his left hip. When this happened, Zwiefelhofer was smoking a Ukranian cigarette while seated in a chair next to his wife. His wife's SR21 was near. But Zwiefelhofer responded by shooting ten grenades with an AGS and then continued smoking with his wife.

UNCLASSIFIED//FOUO

5

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017


In the Ukraine Zwiefelhofer claimed to have met the Boston Bombers' father. Zwiefelhofer stated his name was Mansour and his translator's name was Habib and that they both left the Ukraine and went to Syria.

Zwiefelhofer's wife is 27 years old.  They do not have children.  Their marriage will not be official until Zwiefelhofer can prove to the Ukrainian government that he is not married in the US.

Although Zwiefelhofer would not discuss any biographical information about his wife, an open source search of Zwiefelhofer's Facebook revealed that his wife is most likely Julia Vobornikova who is from Prague, Czech Republic according to her Facebook.  There are many pictures of her and Zwiefelhofer together. She has many pictures of her dressed in sniper attire and holding weapons which could be construed as being long range rifles.  She also has pictures of her dressed in medical clothing.

Zwiefelhofer often portrayed himself as a CIA operative because he did not believe the foreign governments believed in "war tourists".

In mid May 2017, the Ukraine started enforcing peace talks and so Zwiefelhofer decided to leave.  He did not want to return to the US because of the AWOL warrant issued by the US military.  Zwiefelhofer's plan was to fuck around from war to war for ten years and then return to his military Unit; by that time everyone would be new, they would not know him, and they would quickly chapter/discipline him and be done.  He was interested in fighting in the South Sudan, Libya, Phillipines and in Somalia against Al Shaabab.

While in the Ukraine, Zwiefelhofer was part of a group text of approximatley 25 people who called themselves the Sloth Team 6. Dutchess was not a part of this group. The group considered themselves a Commando Platoon.

Zwiefelhofer left the Ukraine and went to Kiev.  William's mom did William's taxes and he had money for 3 commercial plane tickets on

UNCLASSIFIED//FOUO

ZWH_000014

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

Kenya Airways. (William is presumed to be William Wright-Martinovich) Zwiefelhofer, Lang and Wright-Martinovich traveled to Kiev, then Dubai, then Nairobi because they wanted to help fight against Al Shaabab.  And if that didn't work out, the Congo was close and they would travel there.

Zwiefelhofer, Lang, and Wright-Martinovich were in Kenya for approximately three days.  They met with local contacts in an effort to obtain contract work, but they were extorted for money and all their gear.  Zwiefelhofer had three pairs of American made night vision goggles taken from him; ones which he took from dead Russians and prisoners in the Ukraine.  Being white in Kenya "is pretty fucking cool".  Zwiefelhofer, Lang and Wright-Martinovich were able to easily pass through two checkpoints because they were white and the Kenyan's believed them to be CIA operatives.  At a third checkpoint, they were scrutinized more severely by the Kenyan's who called the the second checkpoint to confirm their statements of being CIA.  Zwiefelhofer, Lang and Wright-Martinovich had to take off from the third checkpoint.

Zwiefelhofer, Lang and Wright-Martinovich crossed into South Sudan. They wanted to be volunteers for the Army of Sudan.  Their passports were stamped.  But they could not pay the $100 visa fee.  However, since they said they wanted to fight with the military, the border guards didn't care that they could not pay the visa fee and did not care why they wanted to join the army. The border patrol pointed for the three to walk towards the bushes.  The Sudan population thinks American military personnel are all like Rambo or Arnold Schwarzenegger.  Zwiefelhofer, Lang and Wright-Martinovich were eventually stopped by South Sudan police who were surprised that three white guys were in the middle of the Sudan. They called the Kenyan's and the Kenyan's informed the South Sudan authorities that the three white guys were part of Al Shaabab.  The South Sudan police began to shoot weapons at the three but missed.  Zwiefelhofer was sent to Kenya in a cargo container and remained in there for a week; he, Lang and Wright-Martinovich were robbed by the Kenyan authorities of

UNCLASSIFIED//FOUO

7

ZWH_000015

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

approximately $300. Zwiefelhofer had hoped to go to the Capital of the South Sudan as a poorly paid mercenary/contract person.

Zwiefelhofer will not fight ISIS because it is a conspiracy.  He has had friends who have fought against ISIS and then become subjects of FBI investigations.

Zwiefelhofer will fight Al Shaabab.  Zwiefelhofer would have spend $20 on the black market to purchase a weapon to fight against Al Shaabab.

Zwiefelhofer will fight groups in the Philippians to live out a Vietnam War fantasy.

Zwiefelhofer will fight in Libya with the Tripoli government against Russians because he doesn't care for Russians.

Zwiefelhofer is not a fan of the Jews.

Zwiefelhofer will fight against Hizballah.

Zwiefelhofer on principal doesn't like jihadis or Hamas.

Zwiefelhofer doesn't like the British but isn't going to go to war with them.

Zwiefelhofer will disagree verbally with Americans but will not kill his brothers.

Zwiefelhofer's Unit is currently deployed in Iraq. The Unit deployed while Zwiefelhofer was at Ft. Bragg, but Zwiefelhofer was not allowed to deploy due to an underage drinking issue.  Zwiefelhofer's Unit is bored in Iraq and jealous of Zwiefelhofer.  They wish they had gone with Zwiefelhofer because being deployed to Iraq sucks.

Zwiefelhofer utilizes an Instagram account, which he can't recall, but is linked to his Facebook account.

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

Zwiefelhofer grew up shooting deer, bear, rabbits and squirrel. He ate the heart of the first deer he shot.

Zwiefelhofer's back was pretty fucked and he was getting injections for the pain.

Zwiefelhofer last communicated with Lang a few days ago via a group text; Lang and Brandon (NFI) can't get jobs.

The only American Zwiefelhofer encountered OCONUS was Chris Allen, a journalist he met in Kiev.

Zwiefelhofer and his wife have job offers from the Ukraine government, in positions much like Ft. Bragg's ASOG.  However, they might want to go to Libya to join the Tripoli government and live out Zwiefelhofer's ten year war tourist fantasy.

At entry, Zwiefelhofer had a camouflaged ruck sack containing books, medical supplies, a helmet, a mount for night vision goggles, and camouflaged clothing (pictures attached).  None of these items were US Army supplied, because Zwiefelhofer "didn't want to get hit with that"; most were British.  Zwiefelhofer also had two cell phones in his possession; 1) a Samsung galaxy S7 with no SIM card (SIM card was stolen in the Ukraine, which he obtained in September of 2016; and, 2) a "burner" phone purchased in the UKraine.

Subsequent to a CBP border entry search, videos of what appeared to be child pornography were identified on Zwiefelhofer cell phone.  The videos were brought to the attention of SA Sheldon and Officer Newsom who in-turn advised Homeland Security Investigations (HSI) and the Charlotte Mecklenburg Police Department (CMPD).  Following a review of the identified videos, Zwiefelhofer was interviewed by HSI and CMPD officers regarding the possession of the child pornography videos.  At the conclusion of the interview, Zwiefelhofer was arrested by CMPD for five Felony (3rd Degree) counts of Sexual Exploitation of a Minor.

UNCLASSIFIED//FOUO