# APPENDIX D

UNCLASSIFIED//FOUO

Title:  (U) Re-entry Interview of Alex Jared Zwiefelhofer, CLT 08/02/2017
Re:  164C-CE-C96655-CLT, 08/04/2017

Zwiefelhofer grew up shooting deer, bear, rabbits and squirrel. He ate the heart of the first deer he shot.

Zwiefelhofer's back was pretty fucked and he was getting injections for the pain.

Zwiefelhofer last communicated with Lang a few days ago via a group text; Lang and Brandon (NFI)can't get jobs.

The only American Zwiefelhofer encountered OCONUS was Chris Allen, a journalist he met in Kiev.

Zwiefelhofer and his wife have job offers from the Ukraine government, in positions much like Ft. Bragg's ASOG.  However, they might want to go to Libya to join the Tripoli government and live out Zwiefelhofer's ten year war tourist fantasy.

At entry, Zwiefelhofer had a camouflaged ruck sack containing books, medical supplies, a helmet, a mount for night vision goggles, and camouflaged clothing (pictures attached).  None of these items were US Army supplied, because Zwiefelhofer "didn't want to get hit with that"; most were British.  Zwiefelhofer also had two cell phones in his possession; 1) a Samsung galaxy S7 with no SIM card (SIM card was stolen in the Ukraine, which he obtained in September of 2016; and, 2) a "burner" phone purchased in the UKraine.

Subsequent to a CBP border entry search, videos of what appeared to be child pornography were identified on Zwiefelhofer cell phone.  The videos were brought to the attention of SA Sheldon and Officer Newsom who in-turn advised Homeland Security Investigations (HSI) and the Charlotte Mecklenburg Police Department (CMPD).  Following a review of the identified videos, Zwiefelhofer was interviewed by HSI and CMPD officers regarding the possession of the child pornography videos.  At the conclusion of the interview, Zwiefelhofer was arrested by CMPD for five Felony (3rd Degree) counts of Sexual Exploitation of a Minor.

UNCLASSIFIED//FOUO