# APPENDIX D

\* \* \* Communication Result Report ( Jan. 28. 2019 3:51PM ) \* \* \*

1)
2)

Date/Time: Jan. 28. 2019 3:49PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3575 | Memory TX | 918886670026 | P. 3 | OK | |

Reason for error
 E. 1) Hang up or line fail
 E. 3) No answer
 E. 5) Exceeded max. E-mail size
 E. 2) Busy
 E. 4) No facsimile connection
 E. 6) Destination does not support IP-Fax

*Carmine Marceno*
Office of the Sheriff



State of Florida
County of Lee

**PRESERVATION LETTER REQUEST**

January 28th, 2019

Verizon
180 Washington Valley Rd.
Bedminster, NJ 07921

18-168510

Re: Preservation Letter

Dear Custodian of Records,

I am writing to make a formal request for the preservation of records and other evidence pursuant to 18 U.S.C. 2703(f) pending further legal process. A felony investigation is being conducted by the Lee County (FL) Sheriff's Office regarding the following number: IMEI Number: 358533051416802 & IMSI Number: 310410920230354

You are hereby requested to preserve the records described below currently in your possession, including records stored on back-up media, in a form that includes the complete record. You also are requested not to disclose the existence of this request to the subscriber or any other person, other than as necessary to comply with this request. If compliance with this request may result in a permanent or temporary termination of service to the accounts described below, or otherwise alert the subscriber or user of these accounts as to your actions to preserve the referenced files and records, please contact me before taking such actions.

If the number is not associated with a subscriber on your network, you are ordered to still process it as a Call and text to Destination search, to include all text message content, voicemails, and cell-site and sector information related to each call or text.

This request applies only retrospectively. It does not in any way obligate you to capture and preserve new information that arises after the date of this request.

This preservation request applies to the following records and evidence:

1. Specialized Location Records: All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System) – AT&T, RTT (Round Trip Time/Return Trip Time/Real Time Tool) - Verizon, PCMD (Per Call Measurement Data) – Sprint & U.S. Cellular, and TrueCall® or TDOA (Time Distance of Arrival or Timing Advance Information) – T-Mobile & Metro by T-Mobile, Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate information which shows GPS location (longitude and latitude) and



14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000



# Carmine Marceno
### Office of the Sheriff



**State of Florida**
**County of Lee**

## *PRESERVATION LETTER REQUEST*

January 28th, 2019

Verizon
180 Washington Valley Rd.
Bedminster, NJ 07921

18-166510

Re: Preservation Letter

Dear Custodian of Records,

I am writing to make a formal request for the preservation of records and other evidence pursuant to 18 U.S.C. 2703(f) pending further legal process. A felony investigation is being conducted by the Lee County (FL) Sheriff's Office regarding the following number: **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**

You are hereby requested to preserve the records described below currently in your possession, including records stored on back-up media, in a form that includes the complete record. You also are requested not to disclose the existence of this request to the subscriber or any other person, other than as necessary to comply with this request. If compliance with this request may result in a permanent or temporary termination of service to the accounts described below, or otherwise alert the subscriber or user of these accounts as to your actions to preserve the referenced files and records, please contact me before taking such actions.

If the number is not associated with a subscriber on your network, you are ordered to still process it as a Call and text to Destination search, to include all text message content, voicemails, and cell-site and sector information related to each call or text.

This request applies only retrospectively. It does not in any way obligate you to capture and preserve new information that arises after the date of this request.

This preservation request applies to the following records and evidence:

1. **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System) – AT&T, RTT (Round Trip Time/Return Trip Time/Real Time Tool) - Verizon, PCMD (Per Call Measurement Data) – Sprint & U.S. Cellular, and TrueCall® or TDOA (Time Distance of Arrival or Timing Advance Information) – T-Mobile & Metro by T-Mobile, Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and



14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000

January 28, 2019
Page 2

Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

All records associated with the identified mobile number **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**

2. , relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to the above listed number, all voice mail, and all data connections from **11-09-2017** through **01-28-2019** and to include date, time, direction, duration, number called or text to and/or received from, bytes up, bytes down, cell-site and sector information related to each call, text, web site and/or application activity (name of web site or application visited and/or accessed) or data connection, all text message content, and voicemails.

All records associated with the identified mobile number **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**, to include all stored communications or files, including voice mail, text messages (including numbers text to and received from and all related content), e-mail, digital images (e.g. pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, IP Session data, IP Destination Data, bookmarks, data sessions, name of web sites and/or applications accessed, date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with cell number identified as: **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**

3. Carrier Key related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

4. List of all cell-sites as of **01-28-2019** for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, sector beam width, tower height, and azimuth of each sector associated with each cell-site. If multiple technologies (CDMA, UMTS, GSM, LTE etc.) are referenced in the records all appropriate corresponding cell site lists will also be preserved.

Subscriber information for the following mobile number **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**
including:

1. All Subscriber information to include name, tax identification number (social security number or employer identification number).

2. Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

3. Credit information obtained or used by the company to grant account status.

4. All numbers associated with account.

5. Billing records.

6. All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).

7. All Authorized users on the associated account.

8. Activation date and termination date of each device associated with the account and the above listed number.

9. Types of service subscriber utilized (e.g. A-list, AT&T Messages, friends and family).

10. Make, model, serial number, IMEI, ESN, MEID, and MAC address associated with the above listed number, including any and all equipment or SIM card changes for the life of the account.

11. All customer service and account notes.

January 28, 2019
Page 3

12. Any and all number and/or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **IMEI Number: 3585330514168026 & IMSI Number: 310410969230354**. Such records and other evidence include, without limitation, correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone number, whether such records or other evidence are in electronic or other form.

Please feel free to contact me at (239) 477-1189, or by electronic email at shedrick@sheriffleefl.org should you have any other questions regarding my request.

Thank you for your attention to preserving the requested documents.

Regards,

*Analyst Shannon Hedrick #00-059*

Shannon Hedrick
Lee County (FL) Sheriff's Office
Email: shedrick@sheriffleefl.org
Office: (239) 477-1189