# APPENDIX F

| Case | Reference | Status | | Action |
|---|---|---|---|---|
| 2400152 | 18-166510 | Processing | Facebook · https://www.facebook.com/Alex.zwiefelhofer1 | Preserva |

| Type | Date Requested |
|---|---|
| ation | Feb 13, 2019, 6:55 AM |