# APPENDIX H

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

# SEARCH WARRANT

AGENCY NUMBER: 18-166510

SUSPECT NAME: Alex Jared Zwiefelhofer
RACE: White
SEX: Male
DATE OF BIRTH: 05/28/1997

DEVICE PHONE NUMBER: (715) 404-0337
DEVICE CARRIER: AT&T

*Served 2:42p on 2-13-15 by det.*

Honorable Archie B. Hayward Jr., Judge of the Twentieth Judicial Circuit, in and for Lee County, State of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from Detective Sarah Breton, of the Lee County Sheriff's Office, who being first duly sworn, deposes and says that this Affiant has probable cause to believe that the laws of the State of Florida are being violated to wit:

The laws prohibiting MURDER controlled by 782, of the Florida State Statutes.

## Property to be seized

That the Affiant has probable cause to believe and does believe that the property connected with the above listed crime(s) is currently being contained, stored or concealed within the following location:

That the evidence connected with these crimes is currently being contained or stored by AT&T Mobility, 11760 US Highway 1, North Palm Beach, FL. 33408.

The search is to include phone records associated with (715) 404-0337 from the dates of January 1, 2018 to February 13, 2019, that are electronic in nature and are located at, or maintained by AT&T Mobility, Court Order Team, 11760 US Highway 1, North Palm Beach, FL. 33408. The probable cause being alleged and found that there is now being kept in the records evidence that will link the user(s) of the phone to the crime of Murder -- as controlled by Chapter 782 of the Florida State Statutes.

PROPERTY TO BE SEARCHED AND SEIZED:

*If the number is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.

This request includes:

1.      Specialized Location Records: All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System) – AT&T, RTT (Round Trip Time/Return Trip Time/Real Time Tool) - Verizon, PCMD (Per Call Measurement Data) – Sprint & U.S. Cellular, and TrueCall® or TDOA (Time Distance of Arrival or

Timing Advance Information) – T-Mobile & Metro by T-Mobile, Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2. Call/Text/Data Detail Records: All records associated with the identified mobile number (715) 404-0337, also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail, and all data connections from January 1, 2018 through February 13, 2019 and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination/Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text or data connections.

3. Electronically Stored Records: All records associated with the identified mobile number (715) 404-0337, to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g. pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Destination Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as: (715) 404-0337.

4. Carrier Key related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5. Cloud Storage: Content stored in remote storage or 'cloud accounts' associated with the target device including, but not limited to, contacts, call logs, SMS and MMS messages with associated content including audio, video, and image files, digital images and videos, and files or documents.

6. Cell Site List(s): List of all cell-sites as of February 13, 2019 for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector. If multiple technologies (CDMA, UMTS, GSM, LTE etc.) are referenced in the records, all appropriate corresponding cell site lists will also be provided.

7. Subscriber Records: All information for the following mobile number (715) 404-0337 including:

1. All Subscriber information to include name, tax identification number (social security number or employer identification number).
2. Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.
3. Credit information obtained or used by the company to grant account status.
4. All numbers associated with account.
5. Billing records.
6. All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).
7. All Authorized users on the associated account.
8. Activation date and termination date of each device associated with the account and above listed number(s).

9. Types of service subscriber utilized (e.g. A-list, AT&T Messages, friends and family).
10. Make, model, serial number, IMEI, ESN, MEID, and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.
11. All customer service and account notes.
12. Any and all number and/or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number (715) 404-0337. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced account(s), the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

DIRECTIONS TO LOCATION TO BE SEARCHED:

The phone records associated with (715) 404-0337 are electronic in nature and are located at, or maintained by AT&T Mobility, Court Order Team, 11760 US Highway 1, North Palm Beach, FL. 33408.

Based upon the affidavit, which is incorporated herein by reference, I am satisfied as to the existence of the facts as set forth herein, and finds that said facts do establish and constitute probable cause to believe that the above described property contains evidence connected to the commission of the above stated crime and does establish and constitute probable cause for the issuance of a search warrant.

Wherefore, the Affiant and the Lee County Sheriff's Office of Lee County, Florida and/or their duly appointed Agents, Sheriff of Lee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers within their jurisdiction of Lee County, Florida and all State Law Enforcement Officers, with the proper and necessary assistance, are hereby commanded to seize and search the above described location, all curtilage described above, any vehicles thereon, and any person(s) therein believed to be involved in illegal activity, in the daytime or nighttime or Sunday, as the exigencies of the occasion may demand or require. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the person in control of the location, or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found. You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court.

DONE AND ORDERED this 13th day of February, 2019 at Lee County, Florida.

/s/ Archie B. Hayward Jr.   2/13/2019 2:38 PM
Archie B. Hayward Jr., Judge
20th Judicial Circuit of Florida

The electronic signature of a judge on a search warrant is valid and enforceable pursuant to Fla. Stat. sections 933.07 and 933.40.