# APPENDIX I

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

## SEARCH WARRANT

AGENCY NUMBER: 18-166510

SUSPECT NAME: Alex  Jared Zwiefelhofer
RACE: White
SEX: Male
DATE OF BIRTH: 05/28/1997

## THIS SEARCH WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE s. 92.605.  A RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS WARRANT UNLESS A LONGER TIME PERIOD IS STATED HEREIN.

Honorable Archie B. Hayward Jr., Judge of the Twentieth Judicial Circuit, in and for Lee County, State of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from Detective Sarah Breton, of the Lee County Sheriff's Office, who being first duly sworn, deposes and says:

DESCRIPTION OF PREMISES TO BE SEARCHED:

The account to be searched is the following Facebook user Account:

User ID: 100009458826437,
URL: https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1
Profile Names: Alex Zwiefelhofer

which is hosted by the following:

Facebook, Inc.
1601 Willow Road
Menlo Park, California 94025

Herein referred to as the Premises.

STATUTE(S) BEING VIOLATED:

The laws prohibiting MURDER, controlled by 782, of the Florida State Statutes.

have been violated and that any evidence connected with the crime is currently being contained, stored, or concealed within or upon the premises, and the following may be found therein, to wit:

NON-DISCLOSURE ORDER:
Precluding Subscriber Notification Pursuant to F.S.S. 934.23(4)(a)(c) and 934.25(6), F.S.S. 934.23(4)(a)(c) states, "An investigative or law enforcement officer who receives records or information under this subsection is not required to provide notice to a subscriber or customer." Notification to the subscriber of the issuance of this search warrant will likely result in the destruction

of or tampering with evidence.

It is further ordered that Facebook does not disclose to any person (including the subscriber or customer to which the materials relate) of the existence of this order.

PROPERTY SOUGHT:

Your Affiant seeks to seize the below-described evidence pursuant to Florida Statute § 92.605 and § 934.23, as well as the United States Code 18 U.S.C. 2703, and California Statute § 1524.2, which compel out-of-state electronic communication service or remote computing service that provides such services to the public to provide information requested pursuant to search warrants, court orders or subpoenas issued in the State of Florida. However, because the out-of-state electronic communication service or remote computing service provider has no reasonable means to distinguish evidence of the crimes from any other records contained within the sought-after account, Your Affiant seeks to compel the service provider to seize a copy of all records pertaining to the account and provide the entirety of the records to Your Affiant. Once Your Affiant has obtained those records, Your Affiant shall conduct an actual search of the items obtained from the out-of-state electronic communication service or remote computing service provider in order to sort the evidence of the crimes articulated below and specifically sought herein, which may be intermingled with innocent or innocuous documents or records.

PROPERTY TO BE PROVIDED BY FACEBOOK, INC.:

1. Any and all stored electronic communications associated with the Facebook account:

USER ID:Alex Zwiefelhofer

This should include any related accounts concerning the same account subscribers or users, since creation of such account until the present time of this affidavit.

Stored electronic communications shall include any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files.

2. Basic subscriber information including user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

3. IP (Internet Protocol) assignment history associated with account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458 826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437.

4. Any Neoprints linked to or associated with the following Facebook user accounts:

USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline ?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437

A Neoprint is an expanded view of a given user profile. It contains their current profile information and all wall postings and messages to and from the user that have not been deleted by the user.

5. Any Photoprints linked to or associated with Facebook user accounts:

USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437

A Photoprint is a compilation of all photos uploaded by the user that have not been deleted, along with all photos uploaded by any user which have the user "tagged" in them.

6. Any videos uploaded by the USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437

7. The Friends List associated with account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437, including any stored contact information for each friend or associate address book.

8. Any stored location data, GPS data, or Facebook Check-In information associated with the account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437.

9. Any stored journal entries associated with the account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1 .

10. Any stored EXIF data associated with the account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1 .

SEARCH CONDUCTED BY LAW ENFORCEMENT:

1. Records concerning the identities of the users with the following Facebook user account: USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437.These records should include user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

2. Journal entries, Neoprints, Stored electronic communications including any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files related to information or evidence, identifying the suspect, establishing a time line, or corroborating witness statements.

3. Location information including GPS data, Facebook Check-In, and IP assignment history to establish a time line, travel pattern or locations at the time of the crimes.

4. The Friends List associated with account USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.zwiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1  with 100009458826437 including any stored contact information for each friend or associate address book to identify any potential witnesses.

5. Any photos or videos uploaded or downloaded to the account, Photoprints, or photos linked to or associated with Facebook USER ID:Alex Zwiefelhofer , URL:https://www.facebook.com/Alex.z

wiefelhofer1/timeline?lst=100012482801082%3A100009458826437%3A1550085640Alex.zwiefelhofer1 .

WHEREFORE, the Affiant and the Lee County Sheriff's Office of Lee County, Florida, and/or their duly appointed Agents, Sheriff of Lee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers within their jurisdiction of Lee County, Florida, and all State Law Enforcement Officers, with the proper and necessary assistance including the assistance of computer forensic examiners, are hereby commanded to seize and search forthwith, the premises described and named above, being in the custody of Facebook Inc., located 1601 Willow Road, Menlo Park, California, serving this warrant and making the search of the above described Facebook Inc. pages in the daytime or evening, as the exigencies of the occasion may demand or require, on weekdays or weekends or Sunday, and if necessary. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the legal representative of Facebook, Inc., or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found.  You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court.

DONE AND ORDERED this 13th day of February, 2019 AT Lee County, Florida.

/s/ Archie B. Hayward Jr. 2/13/2019 4:22 PM
Archie B. Hayward Jr., Judge
20th Judicial Circuit of Florida


The electronic signature of a judge on a search warrant is valid and enforceable pursuant to Fla. Stat. sections 933.07 and 933.40.