# APPENDIX J

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

## SEARCH WARRANT

AGENCY NUMBER: 18-166510

SUSPECT NAME: Alex  Jarod Zwiefelhofer
RACE: White
SEX: Male
DATE OF BIRTH: 05/28/1997
SOCIAL SECURITY NUMBER: 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

LOCATION DESCRIPTION: Facebook Inc. (Instagram)
LOCATION STREET ADDRESS 2: 1601 Willow Road
LOCATION CITY: Menlo Park
LOCATION STATE: Ca
LOCATION ZIP: 94025

**THIS SEARCH WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE
s. 92.605.  A RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT
OF THIS WARRANT UNLESS A LONGER TIME PERIOD IS STATED
HEREIN.**

THIS SEARCH WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE S. 92.605. A
RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS WARRANT, UNLESS
A LONGER TIME PERIOD IS STATED HEREIN.

PURSUANT TO F.S. 934.25(6) AND 18 U.S.C. 2705(B), YOU ARE ORDERED NOT TO
DISCLOSE THE EXISTENCE OF THIS WARRANT TO THE USER. ANY SUCH DISCLOSURE
WILL IMPEDE THE INVESTIGATION AND THEREBY OBSTRUCT JUSTICE.

Honorable Michael T. McHugh, Judge of the Twentieth Judicial Circuit, in and for Lee County, State
of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from
Detective Sarah Rodriguez, of the Lee County Sheriff's Office, who being first duly sworn, deposes
and says:

DESCRIPTION OF PREMISES TO BE SEARCHED:

The account to be searched is the following INSTAGRAM user Account:

az4721, which is hosted by the following:

Facebook, Inc.
1601 Willow Road
Menlo Park, California 94025

Herein referred to as the Premises.

STATUTE(S) BEING VIOLATED:

The laws prohibiting MURDER, controlled by 782, of the Florida State Statutes have been violated and that any evidence connected with the crime is currently being contained, stored, or concealed within or upon the premises, and the following may be found therein, to wit:

    Facebook, Inc.
    1601 Willow Road
    Menlo Park, California 94025

NON-DISCLOSURE ORDER:

Precluding Subscriber Notification Pursuant to F.S.S. 934.23(4)(a)(c) and 934.25(6), F.S.S. 934.23(4)(a)(c) states, "An investigative or law enforcement officer who receives records or information under this subsection is not required to provide notice to a subscriber or customer." Notification to the subscriber of the issuance of this search warrant will likely result in the destruction of or tampering with evidence.
It is further ordered that Facebook does not disclose to any person (including the subscriber or customer to which the materials relate) of the existence of this order.

PROPERTY SOUGHT:

Your Affiant seeks to seize the below-described evidence pursuant to Florida Statute § 92.605 and § 934.23, as well as the United States Code 18 U.S.C. 2703, and California Statute § 1524.2, which compel out-of-state electronic communication service or remote computing service that provides such services to the public to provide information requested pursuant to search warrants, court orders or subpoenas issued in the State of Florida. However, because the out-of-state electronic communication service or remote computing service provider has no reasonable means to distinguish evidence of the crimes from any other records contained within the sought-after account, Your Affiant seeks to compel the service provider to seize a copy of all records pertaining to the account and provide the entirety of the records to Your Affiant. Once Your Affiant has obtained those records, Your Affiant shall conduct an actual search of the items obtained from the out-of-state electronic communication service or remote computing service provider in order to sort the evidence of the crimes articulated below and specifically sought herein, which may be intermingled with innocent or innocuous documents or records.

PROPERTY TO BE PROVIDED BY FACEBOOK, INC.:

    1. Any and all stored electronic communications associated with the INSTAGRAM account:

        USER ID: az4721

    This should include any related accounts concerning the same account subscribers or users, since creation of such account until the present time of this affidavit.

    Stored electronic communications shall include any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files.

    2. Basic subscriber information including user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

3. IP (Internet Protocol) assignment history associated with INSTAGRAM account UDER ID: az4721 from inception of the account to present date.

4. Any Neoprints linked to or associated with the following INSTAGRAM user accounts:

USER ID: az4721

A Neoprint is an expanded view of a given user profile.  It contains their current profile information and all wall postings and messages to and from the user that have not been deleted by the user.

5. Any Photoprints linked to or associated with INSTAGRAM user accounts:

USER ID: az4721

A Photoprint is a compilation of all photos uploaded by the user that have not been deleted, along with all photos uploaded by any user which have the user "tagged" in them.

6. Any videos uploaded by the USER ID: az4721

7. The Friends List associated with account USER ID: az4721, including any stored contact information for each friend or associate address book.

8. Any stored location data, GPS data, or Facebook Check-In information associated with the account USER ID:  az4721

9. Any stored journal entries associated with the account USER ID:  az4721

10. Any stored EXIF data associated with the account USER ID:  az4721

SEARCH CONDUCTED BY LAW ENFORCEMENT:

1. Records concerning the identities of the users with the following INSTAGRAM user account: USER ID:  az4721, These records should include user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

2. Journal entries, Neoprints, Stored electronic communications including any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files related to information or evidence, identifying the suspect, establishing a time line, or corroborating witness statements.

3. Location information including GPS data, Facebook Check-In, and IP assignment history to establish a time line, travel pattern or locations at the time of the crimes.

4. The Friends List associated with account USER ID:   az4721, including any stored contact information for each friend or associate address book to identify any potential witnesses.

5. Any photos or videos uploaded or downloaded to the account, Photoprints, or photos linked to or associated with INSTAGRAM USER ID:  az4721

WHEREFORE, the Affiant and the Lee County Sheriff's Office of Lee County, Florida, and/or their

duly appointed Agents, Sheriff of Lee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers within their jurisdiction of Lee County, Florida, and all State Law Enforcement Officers, with the proper and necessary assistance including the assistance of computer forensic examiners, are hereby commanded to seize and search forthwith, the premises described and named above, being in the custody of Facebook Inc., located 1601 Willow Road, Menlo Park, California, serving this warrant and making the search of the above described Facebook Inc. pages in the daytime or evening, as the exigencies of the occasion may demand or require, on weekdays or weekends or Sunday, and if necessary. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the legal representative of Facebook, Inc., or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found.  You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court.

DONE AND ORDERED this 21st day of March, 2019 AT Lee County, Florida.

 /s/ Michael T. McHugh 3/21/2019 2:38 PM
Michael T. McHugh, Judge
20th Judicial Circuit of Florida


The electronic signature of a judge on a search warrant is valid and enforceable pursuant to Fla. Stat. sections 933.07 and 933.40.

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

## AFFIDAVIT FOR SEARCH WARRANT

AGENCY NUMBER: 18-166510

SUSPECT NAME: Alex  Jarod Zwiefelhofer
RACE: White
SEX: Male
DATE OF BIRTH: 05/28/1997
SOCIAL SECURITY NUMBER: 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

LOCATION DESCRIPTION: Facebook Inc. (Instagram)
LOCATION STREET ADDRESS 2: 1601 Willow Road
LOCATION CITY: Menlo Park
LOCATION STATE: Ca
LOCATION ZIP: 94025

THIS SEARCH WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE S. 92.605. A
RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS WARRANT, UNLESS
A LONGER TIME PERIOD IS STATED HEREIN.

PURSUANT TO F.S. 934.25(6) AND 18 U.S.C. 2705(B), YOU ARE ORDERED NOT TO
DISCLOSE THE EXISTENCE OF THIS WARRANT TO THE USER. ANY SUCH DISCLOSURE
WILL IMPEDE THE INVESTIGATION AND THEREBY OBSTRUCT JUSTICE.

Honorable Michael T. McHugh, Judge of the Twentieth Judicial Circuit, in and for Lee County, State
of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from
Detective Sarah Rodriguez, of the Lee County Sheriff's Office, who being first duly sworn, deposes
and says:

DESCRIPTION OF PREMISES TO BE SEARCHED:

The account to be searched is the following INSTAGRAM user Account:

az4721, which is hosted by the following:

Facebook, Inc.
1601 Willow Road
Menlo Park, California 94025

Herein referred to as the Premises.

STATUTE(S) BEING VIOLATED:

The laws prohibiting MURDER, controlled by 782, of the Florida State Statutes have been
violated and that any evidence connected with the crime is currently being contained, stored, or
concealed within or upon the premises, and the following may be found therein, to wit:

Facebook, Inc.
1601 Willow Road
Menlo Park, California 94025

NON-DISCLOSURE ORDER:

Precluding Subscriber Notification Pursuant to F.S.S. 934.23(4)(a)(c) and 934.25(6), F.S.S. 934.23(4)(a)(c) states, "An investigative or law enforcement officer who receives records or information under this subsection is not required to provide notice to a subscriber or customer." Notification to the subscriber of the issuance of this search warrant will likely result in the destruction of or tampering with evidence.
It is further ordered that Facebook does not disclose to any person (including the subscriber or customer to which the materials relate) of the existence of this order.

PROPERTY SOUGHT:

Your Affiant seeks to seize the below-described evidence pursuant to Florida Statute § 92.605 and § 934.23, as well as the United States Code 18 U.S.C. 2703, and California Statute § 1524.2, which compel out-of-state electronic communication service or remote computing service that provides such services to the public to provide information requested pursuant to search warrants, court orders or subpoenas issued in the State of Florida. However, because the out-of-state electronic communication service or remote computing service provider has no reasonable means to distinguish evidence of the crimes from any other records contained within the sought-after account, Your Affiant seeks to compel the service provider to seize a copy of all records pertaining to the account and provide the entirety of the records to Your Affiant. Once Your Affiant has obtained those records, Your Affiant shall conduct an actual search of the items obtained from the out-of-state electronic communication service or remote computing service provider in order to sort the evidence of the crimes articulated below and specifically sought herein, which may be intermingled with innocent or innocuous documents or records.

PROPERTY TO BE PROVIDED BY FACEBOOK, INC.:

1. Any and all stored electronic communications associated with the INSTAGRAM account:

   USER ID: az4721

This should include any related accounts concerning the same account subscribers or users, since creation of such account until the present time of this affidavit.

Stored electronic communications shall include any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files.

2. Basic subscriber information including user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

3. IP (Internet Protocol) assignment history associated with INSTAGRAM account UDER ID: az4721 from inception of the account to present date.

4. Any Neoprints linked to or associated with the following INSTAGRAM user accounts:

   USER ID: az4721

A Neoprint is an expanded view of a given user profile. It contains their current profile information and all wall postings and messages to and from the user that have not been deleted by the user.

5. Any Photoprints linked to or associated with INSTAGRAM user accounts:

USER ID: az4721

A Photoprint is a compilation of all photos uploaded by the user that have not been deleted, along with all photos uploaded by any user which have the user "tagged" in them.

6. Any videos uploaded by the USER ID: az4721

7. The Friends List associated with account USER ID: az4721, including any stored contact information for each friend or associate address book.

8. Any stored location data, GPS data, or Facebook Check-In information associated with the account USER ID: az4721

9. Any stored journal entries associated with the account USER ID: az4721

10. Any stored EXIF data associated with the account USER ID: az4721

SEARCH CONDUCTED BY LAW ENFORCEMENT:

1. Records concerning the identities of the users with the following INSTAGRAM user account: USER ID: az4721, These records should include user name, address, email address, secondary email address, associated phone number, associated SMS phone number, means and methods of payment including any associated credit card or bank account numbers.

2. Journal entries, Neoprints, Stored electronic communications including any private messages, chat logs, Facebook Messenger messages, and/or emails whether drafted, sent, received, opened or unopened, read or unread, deleted, and/or forwarded. This should include any attachments including embedded or transferred images or files related to information or evidence, identifying the suspect, establishing a time line, or corroborating witness statements.

3. Location information including GPS data, Facebook Check-In, and IP assignment history to establish a time line, travel pattern or locations at the time of the crimes.

4. The Friends List associated with account USER ID: az4721, including any stored contact information for each friend or associate address book to identify any potential witnesses.

5. Any photos or videos uploaded or downloaded to the account, Photoprints, or photos linked to or associated with INSTAGRAM USER ID: az4721

GROUNDS FOR ISSUANCE:

Evidence relevant to proving a felony has been committed (F.S. 933.02) is contained therein, which is an out-of-state corporation that provides electronic communication services or remote computing services to the public. Pursuant to Florida Statutes § 92.605 and § 934.23, as well as the United States Code 18 U.S.C. 2703, and California Statute § 1524.2, a Judge of the Circuit Court of Florida has jurisdiction to issue a search warrant for The Premises, an out-of-state corporation that provides electronic communication services or remote computing services to the public, and that such warrant

shall be executed by civilian personnel employed at The Premises and at the out-of-state corporation that provides electronic communication services or remote computing services to the public, and any records found by civilian personnel pursuant to this warrant shall be returnable to Your Affiant, Detective Sarah Rodriguez. The facts establishing the grounds for this affidavit and the probable cause for believing that such facts exist are detailed and affirmed below.

PROBABLE CAUSE:

Your Affiant requests a search warrant be issued by this court authorizing and directing Detective Sarah Rodriguez with necessary assistance, to search the herein described place to be searched for the above-described property, and declares that the grounds for issuance of said warrant are as follows:

On Tuesday, April 10, 2018, at 7:14 A.M., the Lee County Sheriff's Office received a 911 call for service at 9351 Corkscrew Road. Upon arrival, deputies located a deceased couple, a male and female, both suffering from numerous gunshot wounds. The investigation determined the decedent's traveled to the location from Brooksville, Florida to purchase a bundle of firearms they found for sale on a website.  Based on the contents of the male decedent's phone, as well as a neighborhood canvass, it appears the incident occurred at approximately 10:55 p.m. on April 9, 2018. Furthermore, based upon evidence, it appears the homicides were perpetrated by at least two suspects.

A search warrant was obtained for the male decedent's cell phone, which resulted in the identification of a suspect phone number, 786-747-9856. The download also revealed the victim contacted the suspect regarding a firearm bundle the suspect listed for sale on the internet. The victims were to bring $3000.00 to the meeting to purchase the weapons. The suspect changed the meet location several times, prior to luring the decedents to a dark parking lot at the above location.

The suspect's cell phone number was determined to be a Tracfone SIM card, on the AT&T network, sold through Wal-Mart, as a "Bring Your Own Device" plan. A search warrant of the suspect's cellular phone records resulted in obtaining an IMEI number associated with the device used with the SIM card. A subpoena to AT&T revealed the device, an iPhone, belongs to Alex Jared Zweifelhofer, a white male, born May 28, 1997. The records further confirmed a day prior to the homicide, Zweifelhofer was utilizing AT&T phone number 715-404-0337, on the same device. The records clearly depict that on April 8, 2018, the SIM card associated with 715-404-0337 was removed from the device and the SIM card associated with the suspect phone number 786-747-9856, was loaded into the device and utilized.

Furthermore, on April 5, 2018, Zweifelhofer utilized the device, with phone number 715-404-0337 to contact a Variety Army Surplus Store located at 4861 NW 36th Street in Miami, which the suspect phone records (786-747-9856), indicated the suspect was physically in the area of the same Army Surplus store on April 7, 2018.  Further investigation revealed, through searching Zwiefelhofer's gmail account, provided by Google via legal process, Zwiefelhofer was communicating with a second suspect, identified as Craig Austin Lang, a white male, born on April 20, 1990, as well as various other associates, and referring them to his Instagram messenger in order to continue the conversations about criminal activity.

During the course of the investigation, an Instagram account associated with Alex Zwiefelhofer was located under the user ID: az4721.  A review of the page showed activity from April 7, 2016 to March 21, 2019. Detective Rodriguez knows through training and experience that Instagram is owned by Facebook and utilizes and retains location information when a user is logged into an Instagram account from a mobile device. Individuals committing crimes are also known to utilize Instagram messenger to facilitate and discuss details of crimes as the correspondence does not show on cellular provider records.  Detective Rodriguez is requesting a search warrant for the aforementioned records pertaining to the Instagram account of Alex Zweifelhofer (User ID: az4721), to determine how Zweifelhofer coordinated the crime prior to commission as well whom he was communicating with at

the time of the homicide. The information contained in the Instagram records may be instrumental in corroborating the information already known about Zweifelhofer's location in Miami at the time the Tracfone was activated, as well as how he arrived at the scene of the homicide, where the suspects went from the scene of the homicide, and lead to the identity of additional suspects and/or witnesses.

It should be noted that the Florida Legislature passed section 92.605 Florida Statutes, effective July 1, 2003, which provides that out-of-state electronic communication service providers doing business with the public must accept Florida subpoenas, court orders or search warrants. Proper service includes U.S. mail and facsimile. California Penal Code section 1524.2 (2003) contains similar provisions. Specifically, subsection (c) states, "A California corporation that provides electronic communication services or remote computing services to the general public, when served with a warrant issued by another state to produce records that would reveal the identity of the customers using those services, data stored by, or on behalf of, the customer, the customer's usage of those services, the recipient or destination of communications sent to or from those customers, or the content of those communications, shall produce those records as if that warrant had been issued by a California court."
Subsection (a)(6) provides,

"Properly served" means that a search warrant has been delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, or facsimile to a person or entity listed in Section 2110 of the Corporations Code."

WHEREFORE, Affiant prays that a Search Warrant be issued commanding the Detective Sarah Rodriguez of the Lee County Sheriff's Office of Lee County, Florida, and his duly appointed Agents, Sheriff of Lee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers within their jurisdiction of Lee County, Florida and all State Law Enforcement Officers, with proper and necessary assistance, including the assistance of computer forensic examiners, to search the above described premise in a manner consistent with F.S. 92.605 and California Penal Code section 15.24.2, by delivering said warrant via facsimile or U.S. mail to an authorized legal representative of Facebook.com, and to seize any and all of the aforesaid property found by virtue of such Search Warrant and to list the property seized on a return and inventory, to be filed within this Judicial Circuit within ten days of this date.

/s/ Sarah N. Rodriguez, 12-064, Affiant 3/21/2019 1:53 PM
Detective Sarah N. Rodriguez, Lee County Sheriff's Office

Before me on this day personally appeared Detective Sarah N. Rodriguez who was administered an oath and swore, that the above affidavit is true and accurate this 21st day of March, 2019.

/s/ A. Lusk, 08-266, Witness 3/21/2019 1:53 PM
Sergeant  A. Lusk, Lee County Sheriff's Office