# APPENDIX K

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

# SEARCH WARRANT

AGENCY NUMBER: 18-166510

LOCATION DESCRIPTION: T-Mobile Court Order Team
LOCATION STREET ADDRESS 1: 4 Sylvan Way
LOCATION CITY: Parsippany
LOCATION STATE: NJ
LOCATION ZIP: 07054

DEVICE PHONE NUMBER: (715) 440-1205
DEVICE CARRIER: T-Mobile

Honorable Michael T. McHugh, Judge of the Twentieth Judicial Circuit, in and for Lee County, State of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from Detective Sarah Rodriguez, of the Lee County Sheriff's Office, who being first duly sworn, deposes and says that this Affiant has probable cause to believe that the laws of the State of Florida are being violated to wit:

The laws prohibiting MURDER, controlled by 782, of the Florida State Statutes.

## Property to be seized

That the Affiant has probable cause to believe and does believe that the property connected with the above listed crime(s) is currently being contained, stored or concealed within the following location:

T-Mobile 4, Sylvan Way, Parsippany, NJ. 07054

The search is to include any and all records associated with phone number (715) 440-1205 for the time period of April 1, 2018 to March 21, 2019.

*If the number is not associated with a subscriber on your network, you are ordered to process this request as a "Call and Text to Destination, that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.

- The Electronic Serial Number (ESN) on the cellular phone currently using (715) 440-1205 and any replacement MIN/ESN combinations;
- The MIN and ESN for any additional cellular telephones owned by or leased to the same account or subscriber (hereinafter referred to as "additional customer telephones");
- Subscriber names, addresses, billing information, payment method, credit information for (715) 440-1205 and all additional customer telephones;
- Records of all published and non-published numbers dialed or pulsed from and to (715) 440-1205 all additional customer telephones;
- Date, time and duration of all calls to or from (715) 440-1205 and all additional customer telephones;
- Records reflecting the precise geographic locations where any and all cellular activations of

(715) 440-1205 and all additional customer telephones took place, including identification of the geographic location of towers activated; and upon request, provide enhanced-911 signal triangulation or precision-based geo-location data, to include latitude and longitude;
- Any and all SMS, emails or text messages sent or received from (715) 440-1205;
- Any voicemail messages and related data received for (715) 440-1205.
- Subscriber Account Records related to (715) 440-1205 from April 1, 2018 to March 21, 2019 (unless captured before). That the "records and other information sought" pursuant to 18 U.S.C. § 2703(c) and (d) for the TARGET TELEPHONE(s)/INTERNET DEVICE and other devices, of whatever type, and with which the TARGET TELEPHONE(s)/INTERNET DEVICE communicates includes records such as all published and non published subscriber records, call detail records, data detail records, internet protocol (IP) addresses, media access control (MAC) addresses, text or short message service records, telephone toll records, direct connect records, cellular tower and originating, handover and terminating cell site and sector information to include towers, switches, historical and prospective Global Positioning Location (GPS) information, timing advance, geolocation service, triangulation, real time call detail records with coordinating real time cell site location information, historical call detail records to include cell site location information, historical GPS information, historical IP address information, per call measurement data (PCMD), evolution data optimized (EVDO) and any other relevant information pertaining to telephone numbers associated with telephones, digital display devices, internet devices and mobile telephones utilized.

Applicant further seeks a search warrant that Sprint, T Mobile USA, Metro PCS, Verizon Wireless, Cingular, AT&T Wireless, and Voice Stream shall expeditiously furnish, for the period beginning April 1, 2018 through March 21, 2019, subscriber names, addresses, billing information, payment method and credit information related to any and all telephone numbers being called from or calling to (715) 440-1205 and all additional customer telephones, as reflected in the records produced by Sprint or any wireless company providing service to the listed phones pursuant to this order.

Applicant further requests that authorizations given by the Court apply not only to the requested telephone number listed in this application but to any changed telephone number(s) subsequently assigned to the same Electronic Serial Number (ESN) utilized by the requested telephone number within the requested period.

Applicant further requests that the Search Warrant direct Sprint, T Mobile USA, Metro PCS, Verizon Wireless, Cingular, AT&T Wireless, Voice Stream and its agents and employees not to disclose to the subscriber, or any other person, the existence of this warrant, or the existence of this investigation unless or until otherwise ordered by the Court and that the application and warrant be SEALED except for one copy of the warrant to be served upon Sprint/Nextel Communications or any wireless company providing service to the listed phones.

WHEREFORE, it is respectively requested that the court grant a search warrant for a period of thirty one days:
- Directing the communications services providers described above to expeditiously furnish the subscriber records and information described above;
- Directing the communications services providers described above, and their agents and employees not to disclose to the subscriber or any other person, the existence of the search warrant, or the existence of this investigation, unless or until otherwise ordered by the Court;
- Directing the sealing of this application and the search warrant

DIRECTIONS TO LOCATION TO BE SEARCHED:

The phone records associated with phone number (715) 440-1205 are electronic in nature and are stored or located at: T-Mobile 4 Sylvan Way, Parsippany, NJ 07054.

Based upon the affidavit, which is incorporated herein by reference, I am satisfied as to the existence of the facts as set forth herein, and finds that said facts do establish and constitute probable cause to believe that the above described property contains evidence connected to the commission of the above stated crime and does establish and constitute probable cause for the issuance of a search warrant.

Wherefore, the Affiant and the Lee County Sheriff's Office of Lee County, Florida and/or their duly appointed Agents, Sheriff of Lee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers within their jurisdiction of Lee County, Florida and all State Law Enforcement Officers, with the proper and necessary assistance, are hereby commanded to seize and search the above described location, all curtilage described above, any vehicles thereon, and any person(s) therein believed to be involved in illegal activity, in the daytime or nighttime or Sunday, as the exigencies of the occasion may demand or require. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the person in control of the location, or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found. You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court.

DONE AND ORDERED this 21st day of March, 2019 at Lee County, Florida.

/s/ Michael T. McHugh   3/21/2019 10:12 AM
Michael T. McHugh, Judge
20th Judicial Circuit of Florida

The electronic signature of a judge on a search warrant is valid and enforceable pursuant to Fla. Stat. sections 933.07 and 933.40.