**WITNESS SUBPOENA**
**BEFORE THE STATE ATTORNEY**

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

### DUCES TECUM

THE STATE OF FLORIDA TO: AT&T Mobility, LLC, Subpoena Security and Compliance, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319, and bring with you the following: All records associated with the IMEI number 35853305141680026, including, but not limited to, User/Subscriber information including full names, dates of birth, physical address, billing address, methods of payment, other associated account telephone numbers, email addresses, all devices associated with the account (IMEI, MEID, ESN, ICCID, etc), all account notes, provide the date and time account was created and, if applicable, the date the account was terminated, please also provide subscriber call and billing records (NO CONTENT) for the time February 1, 2018 through April 10, 2018.

**DO NOT DISCLOSE:** Disclosure of this subpoena will impede a criminal investigation pursuant to Florida Statute 934.25.

YOU ARE COMMANDED to appear before Anthony W. Kunasek, Assistant State Attorney of said court at 2000 MAIN STREET, 6TH FLOOR, FORT MYERS, FLORIDA 33901 on INSTANTER, to testify and speak the truth concerning your knowledge of violations of the criminal law. And this you shall in no wise omit.

**In lieu of personal appearance, records and information and the attached business record certification form may be given or mailed to:** Detective S. Rodriguez, or designee, Lee County Sheriff's Office, 14750 six Mile Cypress Parkway, Fort Myers, Florida 33912 (239) 339-3596 Fax (239) 338-3111; Email: sbrodriguez@sheriffleefl.org.

**This subpoena is issued pursuant to Florida Statute s. 92.605. A response is due within 20 business days of receipt of this subpoena unless a longer time period is stated herein.**

Lee County Sheriff's Office/ 18-166510/AMD

| | |
|---|---|
| **IMPORTANT:** Any and all costs for records and information should be billed to: Detective S. Rodriguez, or designee, Lee County Sheriff's Office, 14750 six Mile Cypress Parkway, Fort Myers, Florida 33912 (239) 339-3596 Fax (239) 338-3111 Email: sbrodriguez@sheriffleefl.org.<br><br>**DO NOT BILL THE OFFICE OF THE STATE ATTORNEY.** | on ___January 28___, 2019___<br>AMIRA D. FOX<br>STATE ATTORNEY<br><br>By: /s/ Anthony W. Kunasek<br>Anthony W. Kunasek<br>Assistant State Attorney<br>Florida Bar Number: 0026999 |

**SHERIFF'S RETURN**

Received this Subpoena the 30th day of January, 2019 and executed the same by delivering a true copy to: AT3T Mobility LLC the within named witness, in Lee County, Florida on the 30th, day of January, 2019.

Carmine D. Marceno, Jr.
SHERIFF, LEE, FLORIDA
By: _____
Deputy Sheriff