

**AT&T MOBILITY**

2659588
02/05/2019

AT&T has queried for records from 02/01/2018 12:00:00am to 04/10/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 02/05/2019
Run Time: 19:37:18
Voice Usage For: (715)404-0337

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/27/18 | 00:27:32 | 0:03 | 0:52 | 17154040337 | 17158285553 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] |
| 2 | 02/27/18 | 02:13:34 | 0:24 | 0:05 | 14806787349 12624169900(F) | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] |
| 3 | 02/27/18 | 04:15:38 | 0:10 | 0:03 | 14806787349 12624169900(F) | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFB:VM] |
| 4 | 02/27/18 | 04:19:12 | 0:03 | 64:50 | 14806787349 | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |
| 5 | 02/27/18 | 19:34:54 | 0:27 | 0:39 | 17154040337 | 17157975796 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] |
| 6 | 02/27/18 | 19:37:05 | 0:24 | 0:05 | 17157975796 12624169900(F) | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] |
| 7 | 02/27/18 | 19:39:07 | 0:25 | 0:03 | 17157975796 12624169900(F) | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] |
| 8 | 02/27/18 | 19:39:17 | 0:06 | 0:08 | 17154040337 | 17157975796 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] |
| 9 | 02/27/18 | 21:22:52 | 0:11 | 0:17 | 17157975796 | 17154040337 | 358533051416B025 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |
| 10 | 03/01/18 | 16:04:56 | 0:08 | 0:13 | 17159332275 | 17154040337 | 358533051416B026 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |
| 11 | 03/02/18 | 17:05:16 | 0:07 | 0:36 | 17157975796 | 17154040337 | 358533051416B026 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |
| 12 | 03/03/18 | 03:33:07 | 0:08 | 1:37 | 17154040337 | 17158285553 | 358533051416B026 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] |
| 13 | 03/05/18 | 15:13:23 | 0:15 | 0:50 | 17159331015 | 17154040337 | 358533051416B026 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |
| 14 | 03/05/18 | 20:48:31 | 0:07 | 0:12 | 17155685924 | 17154040337 | 358533051416B026 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

1b                                                                                                  Page 1