

**AT&T**

**MOBILITY**
**(with cell location)**

2669786
02/20/2019

AT&T has queried for records from 01/01/2018 12:00:00am to 02/13/2019 11:59:59pm using Eastern Time Zone. AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 02/20/2019
Run Time: 15:37:33
Voice Usage For: (715)404-0337

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/27/18 | 00:27:32 | 0:03 | 0:52 | 17154040337 | 17158285553 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] | [30952/42629:-91.46739:45.099293:270:-1.0, 30952/42623:-91.46739:45.099293:270:-1.0] |
| 2 | 02/27/18 | 02:13:33 | 0:01 | 0:06 | 17154040337 14806787349 (OO) | 12624169900 | | 310410034020606 | MO | [CFNA:VM] | |
| 3 | 02/27/18 | 02:13:34 | 0:24 | 0:05 | 14806787349 12624169900 (F) | 17154040337 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] | [30952/42629:-91.46739:45.099293:270:-1.0] |
| 4 | 02/27/18 | 02:13:34 | 0:27 | 0:05 | 14806787349 | 17154040337 | | | ST | [] | |
| 5 | 02/27/18 | 02:13:34 | 0:31 | 0:05 | 14806787349 | 17154040337 | | | MO | [VCORR] | |
| 6 | 02/27/18 | 04:15:38 | 0:10 | 0:03 | 14806787349 12624169900 (F) | 17154040337 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFB:VM] | [30952/42623:-91.46739:45.099293:270:-1.0] |
| 7 | 02/27/18 | 04:15:38 | 0:13 | 0:03 | 14806787349 | 17154040337 | | | ST | [] | |
| 8 | 02/27/18 | 04:15:38 | 0:02 | 0:04 | 17154040337 14806787349 (OO) | 12624169900 | | 310410034020606 | MO | [CFB:VM] | |
| 9 | 02/27/18 | 04:15:39 | 0:20 | 0:02 | 14806787349 | 17154040337 | | | MO | [VCORR] | |
| 10 | 02/27/18 | 04:19:12 | 0:03 | 64:50 | 14806787349 | 17154040337 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP] | [30952/42629:-91.46739:45.099293:270:-1.0, 30952/42623:-91.46739:45.099293:270:-1.0] |
| 11 | 02/27/18 | 04:19:12 | 0:08 | 64:50 | 14806787349 | 17154040337 | | | ST | [] | |
| 12 | 02/27/18 | 04:19:13 | 0:12 | 64:48 | 14806787349 | 17154040337 | | | MO | [VCORR] | |
| 13 | 02/27/18 | 19:34:54 | 0:27 | 0:39 | 17154040337 | 17157975796 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MO | [] | [30952/42623:-91.46739:45.099293:270:-1.0] |
| 14 | 02/27/18 | 19:37:05 | 0:24 | 0:05 | 17157975796 12624169900 (F) | 17154040337 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] | [30952/42623:-91.46739:45.099293:270:-1.0] |
| 15 | 02/27/18 | 19:37:05 | 0:29 | 0:05 | 17157975796 | 17154040337 | | | ST | [] | |
| 16 | 02/27/18 | 19:37:05 | 0:02 | 0:05 | 17154040337 17157975796 (OO) | 12624169900 | | 310410034020606 | MO | [CFNA:VM] | |
| 17 | 02/27/18 | 19:39:06 | 0:02 | 0:04 | 17154040337 17157975796 (OO) | 12624169900 | | 310410034020606 | MO | [CFNA:VM] | |
| 18 | 02/27/18 | 19:39:07 | 0:25 | 0:03 | 17157975796 12624169900 (F) | 17154040337 | 358533051416802 APPLE IPHONE5CA1532VERIZON | 310410034020606 | MT | [NIOP:CFNA:VM] | [30952/42623:-91.46739:45.099293:270:-1.0] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

cca                                                                                                        Page 1