**Facebook Business Record**  Page 1

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 100009458826437 |
| **Account Identifier** | Alex.zwiefelhofer1 |
| **Account Type** | User |
| **Generated** | 2019-03-04 15:53:22 UTC |
| **Date Range** | 2018-01-01 00:00:00 UTC to 2019-02-13 23:59:59 UTC |
| **NCMEC Cybertips** | |

**Name**
- **First** Alex
- **Middle**
- **Last** Zwiefelhofer

**Registered Email Addresses** az4721@gmail.com

**Vanity Name** Alex.zwiefelhofer1

**Registration Date** 2015-04-01 20:03:08 UTC

**Registration Ip** 71.89.83.235

**Account Closure Date**

**Account Still Active** true

**Address**
- **Street**
- **Zip**

**Current City**

**Hometown**

**Languages Listed by User**

**Phone Numbers**

**Credit Cards**

**PayPal**