## Instagram Business Record — Page 1

| Field | Value |
|---|---|
| Service | Instagram |
| Target | 3111152774 |
| Account Identifier | AZ4721 |
| Account Type | InstagramUser |
| Generated | 2019-04-05 18:16:04 UTC |
| Date Range | 2004-01-01 18:58:00 UTC to 2019-03-21 23:59:59 UTC |
| NCMEC Cybertips | |
| Name | First  Alex Zwiefelhofer |
| Registered Email Addresses | az4721@gmail.com |
| Vanity Name | az4721 |
| Registration Date | 2016-04-07 08:24:58 UTC |
| Registration Ip | 2607:fb90:1b09:e3bf:7636:8a4:b44a:7590 |
| Account Closure Date | |
| Account Still Active | true |
| Phone Numbers | |

**Ip Addresses**

| IP Address | Time |
|---|---|
| 2600:6c44:2400:0067:d541:205c:472f:7a0f | 2019-03-21 03:37:28 UTC |
| 172.56.20.102 | 2019-03-20 01:17:11 UTC |
| 2600:6c44:2400:0067:851d:b6a9:c01d:0f24 | 2019-03-16 03:32:38 UTC |
| 172.56.12.85 | 2019-03-15 13:13:01 UTC |
| 2600:6c44:2400:0067:411e:2b08:a521:aa3f | 2019-03-09 06:38:30 UTC |
| 2600:6c44:2400:0067:842e:6bae:17e2:8ab4 | 2019-03-04 06:56:33 UTC |
| 2600:6c44:2400:0067:3528:f8a0:a304:ab58 | 2019-02-24 06:40:58 UTC |