**T··Mobile··**
**metro**PCS

Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911  Fax: (973) 292-8697                                            April 06, 2019

T-Mobile / MetroPCS Tracking ID: 2246770

I, Robert McCoog, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by T-Mobile, U.S.A., Inc.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7154401205 | 04/01/2018 | 03/21/2019 | Call Details With Cell Sites |
| 7154401205 | 04/01/2018 | 03/21/2019 | Subscriber Info |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

*Robert J. McCoog*

Law Enforcement Relations Group