UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:19-cr-150-SPC-NPM

ALEX ZWIEFELHOFER

---

**ORDER**[1]

Before the Court is Defendant Alex Zwiefelhofer's Second Unopposed Motion for Discovery of Information as to the Confection and Creation of the Jury Venire. (Doc. 134). Defendant filed a similar motion last year, which the Court granted in part and denied in part. (Doc. 108). Since that ruling, Defendant maintains "a new jury wheel has been created for the 2023 cycle" and those jurors will hear his trial. (Doc. 134). Not quite.

The Clerk's Office for the Fort Myers Division is still in the beginning stages of collecting potential jurors for a 2023 Master Jury Wheel. In other words, there are no 2023 Master and Qualified Jury Wheels yet. The process of creating a new jury wheel will take most of this year, and the Clerk's Office anticipates starting to use jurors from a 2023 wheel around December.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Because Zwiefelhofer's trial is anticipated sometime this summer, the jurors most likely will be selected from the 2021 Master and Qualified Jury Wheels. And the Court has already granted in part Zwiefelhofer's motion as to those wheels. The Court thus denies the Second Unopposed Motion for Discovery of Information as to the Confection and Creation of the Jury Venire. (Doc. 134).

Accordingly, it is

**ORDERED**:

Defendant Alex Zwiefelhofer's Second Unopposed Motion for Discovery of Information as to the Confection and Creation of the Jury Venire (Doc. 134) is **DENIED without prejudice**.

**DONE AND ORDERED** in Fort Myers, Florida on February 16, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record
           Leslie Friedmann, Clerk's Office Division Manager

2