UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

### Status Conference
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus M. Casas and Michael V. Leeman |
| Counsel for Defendant: | D. Todd Doss and Erin B. Hyde |
| | |
| Date and Time: | February 21, 2023 @ 1:30 PM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 1:33pm   This hearing is being conducted via Zoom video conference, all parties are appearing by video.

AUSA Casas and AUSA Leeman on behalf of the government, AFPD Doss and AFPD Hyde on behalf of defendant, Alex Jared Zwiefelhofer, who is also appearing by video.

The parties are present for a status conference today to address status of case, trial and various pending motions filed by the parties, along with responses and replies thereto, all currently before the court.

The Court individually addresses the motions (ripe) pending before court, inquiring of both defense counsel and the government. The Court will issue rulings as outlined on the record via separate orders.

As to the parties' joint motion to continue trial term and set date certain trial date in June 2023. The government estimates 8-10 days for trial, defense counsel still closer to three-week trial. The court grants the motion to continue trial term and set a date certain trial.

Date certain jury trial will begin on June 12th, 2023, with the Pretrial Conference set on June 7th, 2023.

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the June 2023 trial term.

End time:   2:34pm