UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

### ORDER[1]

Before the Court are Defendant Alex Jared Zwiefelhofer's Amended Application for Issuance of Subpoena *Duces Tecum* (Doc. 165) and amended Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Doc. 164). Defendant seeks the data from an underlying validation for both v2.4.08 and v2.5.11 that Florida Department of Law Enforcement ("FDLE") used in this case. And for each laboratory that performed DNA testing, he wants copies of the laboratory's log of unexpected results and corrective actions for six months before and after the testing was completed. The Government does not oppose the issuance of the requested subpoena. (Doc. 165).

Federal Rule of Criminal Procedure 17 governs subpoenas. Rule 17(c) says, "the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

the witness's presence for an adequate defense." The next subsection discusses subpoenas for documents, which is relevant here. It says,

> A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

Fed. R. Crim. P. 17(c)(1).

Here, Zwiefelhofer is an indigent defendant with a court-appointed counsel from the Office of the Federal Defender. And—for purposes of Rule 17 only—the requested data from FDLE is relevant to his defense and evaluation of the DNA evidence produced in discovery that the Government may introduce at trial. FDLE also possesses the data and documents requested, so they are not otherwise available. Zwiefelhofer also cannot properly prepare for trial without receiving the requested FDLE data and documents before. Finally, the Court is convinced that Zwiefelhofer filed the Application in good faith. The Court thus grants the Application and any witness fees paid without cost.

Accordingly, it is now

**ORDERED:**

1. Defendant Alex Jared Zwiefelhofer's Application for Issuance of Subpoena *Duces Tecum* (Doc. 165) is **GRANTED**.

2. The Clerk is **DIRECTED** to issue the Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Doc. 164).

3. Defendant Alex Jared Zwiefelhofer's Application for Issuance of Subpoena *Duces Tecum* (Doc. 142) is **DENIED as moot.**

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record