UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No. 2:19-cr-150-SPC-NPM-1

ALEX JARED ZWIEFELHOFER,

    Defendant.
_____/

**MOTION TO WITHDRAW AS COUNSEL
DUE TO CONFLICT OF INTEREST AND FOR
APPOINTMENT OF CJA COUNSEL**

    The Office of the Federal Defender, by counsel, respectfully moves to withdraw from further representation of the above-named defendant, to terminate further notification of electronic filings and for the appointment of conflict-free CJA counsel. As grounds in support, undersigned counsel states the following:

    1.     Mr. Zwiefelhofer has been charged by Superseding Indictment with Count One, Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. §§ 1951(a); Count Two, Interference with Commerce in violation of 18 U.S.C. 1951(a) and 2; Count Three, Conspiracy to Use a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §924(c)(1)(A)(iii) and 924(o); Count Four, Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §924(c)(1)(A)(iii), 924(j)(1), and 2; Count Five, Conspiracy to Kill, Kidnap, or Maim Persons in a Foreign Country in violation of 18 U.S.C. §956(a)(1) and, Count

Six, Violation of the Neutrality Act in violation of 18 U.S.C. §960. (Doc. 32).

2. The Office of the Federal Defender was appointed to represent Mr. Zwiefelhofer on September 30, 2019. (Doc. 11). This case is set for a pretrial conference on June 7, 2023, with a date certain trial on June 12, 2023. (Doc. 173).

3. Undersigned counsel has learned that a conflict of interest has just arisen that exists between Mr. Zwiefelhofer and a singular person who is both a former and current client represented by the Federal Defender's Office.

4. The Office of the Federal Public Defender, specifically, Assistant Federal Public Defenders D. Todd Doss, Erin Brenna Hyde, and Russ Rosenthal move to withdraw as counsel for the Defendant, Alex Jared Zwiefelhofer, and requests that this Court appoint conflict-free counsel.

5. The undersigned will confer with Mr. Zwiefelhofer on March 1, 2023 and advise him of the need to file this motion.

## MEMORANDUM

Local Rule 2.03(b) provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant. The trial court's decision to release counsel is an exercise of its discretion. *United States v. Williams*, 717 F.2d 473, 475 (9th Cir. 1983).

Undersigned counsel is a member of the Florida Bar and such attorneys are bound by the ethical rules regulating the Florida Bar set forth in the Rules of Professional Conduct ("Rules"). The Sixth Amendment to the United States

Constitution otherwise guarantees an accused the right to counsel. If the accused is indigent and wishes counsel, an attorney must be appointed. *Gideon v. Wainwright*, 372 U.S. 335 (1963). Mr. Zwiefelhofer wishes to be represented by an attorney.

A defendant has the right to be represented by an attorney who is free from actual conflicts of interests between clients. Rule 4-1.7(a)(2) states that "a lawyer must not represent a client if there is a substantial risk that the representation of 1 or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer." Rule 4-1.9 states:

> A lawyer who has formerly represented a client in a matter must not afterwards:
> (a)     represent another person in the same or a substantially related matter in which that person's interests are materially adverse to the interests of the former client unless the former client gives informed consent;
> (b)     use information relating to the representation to the disadvantage of the former client. . . ; or
> (c)     reveal information relating to the representation except as these rules would permit or require with respect to a client.

Furthermore, Rule 4-1.10(a) requires all attorneys in a firm to be treated as one and the Office of the Federal Public Defender is treated as a firm.

An attorney owes a client a duty to avoid conflicts of interest. *Strickland v. Washington*, 466 U.S. 668, 104 S. Ct. 2052, 2064-65 (1984). If a conflict arises, a lawyer shall not continue representation if the exercise of independent professional judgment on behalf of one client will be or is likely to be adversely affected by his representation of another client. *Lightbourne v. Dugger*, 829 F.2d 1012, 1023, n.12.    The comments

to Rule 4-1.7 emphasize that loyalty is an essential element in a lawyer's representation of a client. The comments also recognize that this duty of loyalty prohibits representation of a client which is directly adverse to another client's interests, to include former clients. The comments state that "Loyalty to a client is also impaired when a lawyer cannot consider, recommend, or carry out an appropriate course of action for the client because of the lawyer's other responsibilities or interests." Such a conflict is presented here that precludes the Federal Defender's Office from continued representation of Mr. Zwiefelhofer.

WHEREFORE, undersigned counsel moves this Court to enter an order permitting the Federal Defender's Office to withdraw due to an actual conflict of interest, to terminate future CM/ECF notifications to undersigned counsel concerning this case, and to appoint conflict-free CJA counsel to represent Mr. Zwiefelhofer.

Respectfully submitted this 28th day of February 2023.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

/s/ D. Todd Doss
D. Todd Doss, Esq.
Assistant Federal Defender
Florida Bar No. 0910384
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407 648 6338
Facsimile: 407 648 6095
E-Mail: todd_doss@fd.org

/s/ *Erin Brenna Hyde*
Erin Brenna Hyde, Esq.
Florida Bar No. 0026248
Federal Defender's Office
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: erin_hyde@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 28th day of February 2023.

/s/ *D. Todd Doss*
Attorney for Defendant

5