UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

_____/

**ORDER APPOINTING COUNSEL
UNDER THE CRIMINAL JUSTICE ACT**

This Court finds Defendant Alex Zwiefelhofer to be financially unable to obtain adequate representation in this action and to otherwise qualify for appointment of counsel. The Court thus appoints him new counsel under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA).

Accordingly, it is **ORDERED**:

James W. Chandler, a member of the CJA Panel of this District, is **APPOINTED** as counsel for Defendant Alex Zwiefelhofer through trial, sentencing (if necessary), and notice of appeal.

**DONE AND ORDERED** in Fort Myers, Florida on March 1, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Defendant Alex Jared Zwiefelhofer
          Counsel of Record