IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No: 2:19-CR-150-SPC-NPM-1

ALEX JARED ZWIEFELHOFER
_____

**INFORMATIONAL NOTICE REGARDING COURT'S ORDER ON FEDERAL DEFENDER'S MOTION TO WITHDRAW**

The undersigned provides this informational notice to the Court regarding the Court's Order on the Federal Defender's Motion to Withdraw and states:

1. The undersigned informed Mr. Zwiefelhofer of the Court's Order and Mr. Zwiefelhofer ask the undersigned to provide the Court with a copy of the attached request.[1]

2. Mr. Zwiefelhofer is requesting the re-appointment of Susan Marcus, Esquire. The undersigned contacted Ms. Marcus who is willing to accept this Court's re-appointment to the instant case. Ms. Marcus indicated a trial of this magnitude would require the assistance of co-counsel and requests the appointment of Terence Lenamon, Esq. Mr. Lenamon is Board Certified by the Florida Bar in Criminal Trial

---

[1] See attached correspondence from Mr. Zwiefelhofer at Appendix A.

Law and has been since 1999. Mr. Lenamon has handled dozens of homicide cases both in state and Federal Court.

3. The undersigned contacted Mr. Lenamon who is also willing to accept this Court's appointment to Mr. Zwiefelhofer's case.

Respectfully submitted this 2nd day of March 2023.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*/s/ D. Todd Doss*
D. Todd Doss, Esq.
Assistant Federal Defender
Florida Bar No. 0910384
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407 648 6338
Facsimile: 407 648 6095
E-Mail: todd_doss@fd.org

*/s/ Erin Brenna Hyde*
Erin Brenna Hyde, Esq.
Assistant Federal Defender
Florida Bar #026248
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: (407) 648-6338
Fax: (407) 648-6095
E-mail: erin_hyde@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the

Clerk of Court using the CM/ECF system that will automatically send a notice of electronic filing to all counsel of record this 2nd day of March 2023.

*/s/ D. Todd Doss*  
Attorney for Defendant