Your Honor,

I have been made aware that the Federal Defender's office has unfortunately had to conflict off my case. I am requesting the court to re-appoint Susan Marcus, esq. She was my attorney on this case for a number of years and I have an established attorney-client relationship with her.

Mrs Marcus also knows my case and could move forward faster than a brand new attorney. I have been here for three and a half years and would like to have my case tried. I understand that any attorney will need time to get ready for trial, but I believe she can be ready before any newly appointed attorney.

— Alex Zwiefelhofer