UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

## Status Conference

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus M. Casas |
| Counsel for Defendant: | James Wesley Chandler |
| | |
| Date and Time: | March 7, 2023 @ 9:00 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 9:21AM     Court convenes.

AUSA Jesus Casas and AUSA Michael Leeman present on behalf of the government, and Attorney James Chandler, appointed as CJA counsel on behalf of defendant, Alex Zwiefelhofer, who is also present in court.

Public Defender withdrew from case last week due to a conflict; new CJA counsel, Attorney James Chandler, has since been appointed. Today's hearing set to get case moving again and allow CJA counsel an opportunity to meet and speak with the defendant after the hearing.

Case currently set for jury trial beginning June 12, 2023; however, new defense counsel will need an opportunity to review discovery and prepare for trial. Therefore, the June 12th trial date is cancelled, however, the **case will remain on the June trial calendar**.

For the reasons stated on the record, the court finds that the time from now until the end of the June 2023 trial term shall be excludable time under Title 18 United States Code Section 3161(h). Further, the May status conference will be rescheduled for a special set status conference on **Monday, April 10th, 2023 at 10:00am**.

Previous directive that the government **provide defense counsel with certain information no later than May 30, 2023**. The court inquires

if able to move date up to provide Mr. Chandler with the information any sooner.  AUSA Casas advises cannot provide any sooner than May 30th but will have conversations with Mr. Chandler regarding same to narrow the issues and assist in keeping the case moving.

The Court advises the March 29th deposition of Witness One will need to be rescheduled to allow CJA counsel time to prepare.
AUSA Casas disagrees, requests to keep March depo date as scheduled.  Attorney Chandler advises discovery has not yet been provided by public defender, inquires if AFPD provides discovery or government.  Chandler will contact the AFPD for discovery.  Attorney Chandler advises his calendar already booked on March 29th and does not feel 3 weeks is sufficient to prepare for deposition, request to continue date.
Motion to continue granted.  The March 29th deposition of Witness One will be cancelled and rescheduled for a later date, **parties to come prepared with new date at the April status hearing.**

Currently four pending motions, two motions to dismiss and two motions to suppress.  All motion already fully briefed prior to public defender withdrawing, Attorney Chandler is permitted to file a reply to government's response if additional information to add; **reply(s) due by April status**. **Parties to come to April status with new dates for suppression hearing**.

Numerous pretrial motions previously filed by the parties have already been ruled upon by the court, however, **Attorney Chandler may file motions for reconsideration by April status**.
**If any additional extensions needed, counsel to file a motion or advise at April status**.

Attorney Chandler requests for appointment of investigator and co-counsel.  Court will grant request for investigator, counsel directed to file motion to appoint investigator.  As to co-counsel, defense instructed to review discovery first, a lot already accomplished by prior counsel.  After review of discovery, if find necessary, file motion.

AUSA Casas advises FDLE subpoena has been executed, will work on future dates as directed.  Further, information requested by AFPD will therefore be sent to AFPD and have to be forwarded to Attorney Chandler.

Nothing further.

End time:   9:57AM