UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

_____/

## Status Conference

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Counsel for Plaintiff: | Jesus Casas and Michael V. Leeman |
| Counsel for Defendant: | James Wesley Chandler |
| | |
| Date and Time: | April 10, 2023 @ 1:30 PM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 1:32pm        Court convenes.

Status special set to address pending items on case with CJA counsel. Defendant Alex Zwiefelhofer is also present in court for the hearing.

Attorney Chandler advises he has reviewed the two motions to dismiss (Docs. 135 & 138) filed by prior defense counsel and feels no additional response is necessary.  Defense counsel has also reviewed the motion to suppress (Docs. 140), no additional response necessary but believes a hearing is necessary.
The second suppression motion (Doc. 141) is a legal issue that the Court can rule on pleadings; no hearing is necessary.  The government concurs.  Attorney Chandler requests additional two weeks to reply to government's response (as to 141).  Granted, counsel to advise CRD and AUSA status if not going to reply.

Attorney Chandler advises he has not yet received a copy of discovery from prior counsel.  AUSA Casas is trying to assist Attorney Chandler as much as possible to move case along without the discovery having been received or reviewed.

May suppression hearing no longer feasible.  Court inquires as to suppression date of June 6th, 2023.  June date works for defense, AUSA to check with witnesses to confirm availability.

Defense to advise CRD by Wednesday of discovery status, if not yet received the court will get involved to assist.

May 10, 2023 is defense deadline to advise the court if requesting the reconsideration of any prior orders issued by court.

Defense request two cycle continuance, possibly three, unsure as to when he will be trial ready.  Request to conduct future status conferences via Zoom, defendant would like to be present.
Court recommends June 12th status date.  AUSA Casas concurs.

Continue to July trial w/ a June status via Zoom.  June status can be in person as Mr. Chandler has another in-person hearing that day, will do Zoom going forward.

Nothing further from either side at this time.
Government dismissed to allow court to address ex parte issue with defense.

Remand defendant to the custody of the United States Marshal.

End time:   1:56am
Ex parte: 1:56-2:04pm