# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 2:19-cr-150-FtM-38NPM

**ALEX JARED ZWEFELHOFER**
**And CRAIG AUSTIN LANG**
    Defendant,
_____/

## NOTICE OF NO INTENT TO FILE A RESPONSE

COMES Now the Defendant **ALEX ZWIEFELHOFER** by and thru his Attorney James W. Chandler, Esq., files this Notice of his intent to not file a Response to the Government's Response (docket entry 153) to his Motion to Suppress filed at docket entry 141.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I provided a true and accurate copy of the forging to AUSA Jesus Casas via CM/ECF on this 25th day of April, 2023.

**LAW OFFICE OF JAMES W. CHANDLER, P.A.**
2671 Airport Road South, Suite 104
Naples, Florida 34112
Tele (239) 732-6631
Fax (239) 732-7316

_____
James W. Chandler, Esq.
James@Jameswchandler.com
Florida Bar No. 0753971