UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,   Case No. 2S:19-cr-150-SPC-NPM

Plaintiff,    ☐
Government ☒            ☒ Evidentiary
                        ☐ Trial
                        ☐ Other

v.

ALEX JARED ZWIEFELHOFER

Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | **Signed *Miranda* Waiver** |
| 2 | | | | **FBI S/A Sheldon Report** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |