UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2S:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses who it intends to call at the upcoming suppression hearing:

1. Michael Newsom
2. Kristen Sheldon
3. Aleta Dunbar
4. Brody Brace

The United States reserves the right to call additional witnesses during the suppression hearing of this case, if appropriate.

Respectfully submitted,

*/s/ Michael V. Leeman*
Michael V. Leeman
Assistant United States Attorney
Florida Bar No. 84422
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
Michael.leeman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James Wesley Chandler
James@JamesWChandler.com

Nico J. Vitale
NicoVitale@gmail.com

                                                    */s/ Michael V. Leeman*
                                                    Michael V. Leeman
                                                    Assistant United States Attorney
                                                    Florida Bar No. 84422
                                                    2110 First Street, Suite 3-137
                                                    Ft. Myers, Florida 33901
                                                    Telephone:   (239) 461-2200
                                                    Facsimile:    (239) 461-2219
                                                    Michael.leeman@usdoj.gov