UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

### Suppression Hearing

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Michael V. Leeman and Jesus Casas |
| Counsel for Defendant: | James Wesley Chandler and Nico Vitale |
| | |
| Date and Time: | June 6, 2023 @ 1:30 PM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 1:25pm     Court convenes.

Defendant Alex Jared Zwiefelhofer is present and sitting with counsel at defense table.

The Court advises defendant of rights to testify. Defendant confirms he has discussed same with counsel and has decided he will testify.

Attorney Chandler calls the defendant, Alex Zwiefelhofer, to the stand; defendant sworn by clerk.
Direct: 1:30-1:43pm
Cross: 1:43-1:55pm
Redirect: 1:56-1:57pm
Witness dismissed at 1:57pm.

Nothing further from defense.

AUSA Leeman calls Michael Newson, to the stand; witness sworn.
Direct: 1:58-2:12pm
Cross: 2:12-2:22pm
Witness dismissed at 2:12pm.

AUSA Leeman calls Kristen Sheldon to the stand; witness sworn.
Direct: 2:23-2:34pm
Cross: 2:34-2:46pm
Witness dismissed at 2:46pm.

AUSA Leeman calls Aleta Dunbar to the stand; witness sworn.
Direct: 2:47-2:56pm
Cross: 2:57-3:03pm
Witness dismissed at 3:03pm.

**GOVERNMENT EXHIBITS 1 AND 2** are identified by the witnesses and are admitted into evidence; no objection from defense.

COURT STANDS IN RECESS UNTIL 3:15pm.

BACK ON THE RECORD AT 3:15pm.

Government rests.

Nothing further from defense.

Attorney Chandler presents argument on suppression.

AUSA Leeman presents argument opposing suppression.

Nothing further from defense.

The Court inquires of counsel.

The Court reserves at this time, written order to be issued at later date.

Nothing further from either party.

Court is in recess.

Defendant is remanded to custody of the U.S. Marshal.

End time: 3:37pm
Total time: 2 hours 12 minutes