UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

### Status Conference

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus Casas and Michael V. Leeman |
| Counsel for Defendant: | James Wesley Chandler and Nico Vitale |
| | |
| Date and Time: | June 6, 2023 |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 3:38pm

Parties request to conduct the status conference (set 6/12/23) today at conclusion of Suppression Hearing.

Defendant Alex Zwiefelhofer present with counsel.

Defense still having difficulty reviewing the discovery received from prior counsel. The government has provided the requested social media information and are working on providing defense with a (new) complete copy of all discovery as well. Due to ongoing discovery issues, request to continue case to September trial docket. No objection.

Case continued to the September 2023 Trial Docket, with a status conference set August 14th, 2023 at 9:30am.
The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the September 2023 trial term.

Remand defendant to the custody of the United States Marshal.

End time:  3:46pm
Total time:  8 minutes