UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER
_____/

**Status Conference**
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Jesus Casas |
| Counsel for Defendant: | James Wesley Chandler and Nico Vitale |
| Date and Time: | August 14, 2023 @ 10:00AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 10:14am     This hearing is being conducted via Zoom video.

Defendant Alex Zwiefelhofer is present by video.

All pretrial motions before the District Court have been ruled on.

All discovery has been provided to defense; prior issues resolved. Defense counsel advises still reviewing, request to continue to October status hearing to allow counsel additional time to review discovery. AUSA does not object to continuance to October status, with understanding defense not prepared to proceed to trial in November. Government motion for deposition no longer an issue, the court's assistance is no longer needed.
Attorney Chandler looking to be trial ready in late winter/early spring 2024.  Counsel believe will be a two-week trial.

Court will continue as requested, advises counsel to be prepared to set a trial date at the October status conference.

Case continued to the November 2023 Trial Docket, with a status conference set October 10th, 2023.

The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the November 2023 trial term.

End time:   10:22am
Total time:  8 minutes