UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

_____

### Verdict

1.    As to **Count One** of the Superseding Indictment, which charges Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951(a),

We, the Jury, unanimously find Defendant Alex Jared Zwiefelhofer:

Not Guilty _____

Guilty 

2.    As to **Count Two** of the Superseding Indictment, which charges Interference with Commerce by Robbery in violation of 18 U.S.C. §§ 1951(a) and 2,

We, the Jury, unanimously find Defendant:

Not Guilty _____

Guilty 

1

3.      As to **Count Three** of the Superseding Indictment, which charges Conspiracy to Use, Carry, Brandish, and Discharge a Firearm during and in relation to a crime of violence, as alleged in Count Two, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(o),

We, the Jury, unanimously find Defendant:



Not Guilty    _____

Guilty        _____

4.      As to **Count Four**, which charges Use or Carrying of a Firearm During and In Relation to a Crime of Violence, as alleged in Count Two, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2,

We, the Jury, unanimously find Defendant:



Not Guilty    _____

Guilty        _____

**If you find Defendant NOT GUILTY of Count Four, skip questions 5, 6, and 7 and answer Question 8.   If you find Defendant GUILTY of Count Four, answer questions 5, 6, and 7.**

5.     We, the Jury, having found Defendant guilty of Count Four, further unanimously find with respect to that Count that the firearm was (check any that apply):

      Brandished  ___✗___

      Discharged  ___✗___

6.     We, the Jury, having found Defendant guilty as to Count Four, further unanimously find with respect to that Count that Defendant caused the death of Serafin Lorenzo, Jr. through the use of a firearm, and that the killing of Serafin Lorenzo, Jr. was murder as defined in 18 U.S.C. § 1111, all in violation of 18 U.S.C. §§ 924(j)(1) and 2?

      Yes  ___✗___

      No  _____

7.     We, the Jury, having found Defendant guilty as to Count Four, further unanimously find with respect to that Count that Defendant caused the death of Deana Lorenzo through the use of a firearm, and that the killing of Deana Lorenzo was murder as defined in 18 U.S.C. § 1111, all in violation of 18 U.S.C. §§ 924(j)(1) and 2?



      Yes  ___✗___

      No  _____

3

8.     As to **Count Five**, which charges Conspiracy to Murder and Maim at a Place Outside the United States, namely Venezuela, in violation of 18 U.S.C. § 956(a)(1),

We, the Jury, unanimously find Defendant:

Not Guilty     _____

Guilty          _____X_____

**If you find Defendant NOT GUILTY of Count Five, skip question 9, and answer question 10.  If you find Defendant GUILTY of Count Five, answer question 9.**

9.     We, the Jury, having found the Defendant guilty of **Count Five**, further find unanimously with respect to that Count that the Defendant conspired to commit (check any that apply):

Murder     _____X_____

Maim        _____

a person if such act would be murder/maim within the special maritime and territorial jurisdiction of the United States.

10.   As to **Count Six**, which charges a Violation of the Neutrality Act, in violation of 18 U.S.C. § 960,

We, the Jury, unanimously find the Defendant:

Not Guilty  _____

Guilty  

SO SAY WE ALL on this 8Th day of March 2024.



5