UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

ALEX JARED ZWIEFELHOFER

## ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Order of Forfeiture. (Doc. 278).  Now that Defendant has been adjudicated guilty on Counts One and Two of the Superseding Indictment, the Government seeks an order of forfeiture against the defendant in the amount of $3,000.00.  See 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  In so moving, the Government has connected the $3,000.00 to the crimes of conviction.  The Court thus finds the United States is entitled to possession of the $3,000.00.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Order of Forfeiture (Doc. 278) is **GRANTED**.

1. The Court thus finds that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

Procedure the defendant shall be held liable for an order of forfeiture in the amount of $3,000.00.

2. Because the $3,000.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $3,000.

3. This order shall become a final order of forfeiture at sentencing.

4. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on May 21, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record